| | |
|---|---|
| 1 | KEKER & VAN NEST LLP |
| | ROBERT A. VAN NEST - #84065 |
| 2 | R. JAMES SLAUGHTER - #192813 |
| | DAN JACKSON - #216091 |
| 3 | R. ADAM LAURIDSEN - #243780 |
| | 710 Sansome Street |
| 4 | San Francisco, CA  94111-1704 |
| | Telephone:  (415) 391-5400 |
| 5 | Facsimile:  (415) 397-7188 |
| 6 | Attorneys for Defendant |
| | ELECTRONIC ARTS INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL MICHAEL KELLER, on behalf of himself and all others similarly situated, | Case No. CV-09-1967-CW |
| Plaintiff, | **STIPULATION SETTING BRIEFING SCHEDULE AND HEARING DATE ON DEFENDANTS' MOTIONS TO DISMISS AND SPECIAL MOTION TO STRIKE PLAINTIFF'S COMPLAINT** |
| v. | |
| ELECTRONIC ARTS, INC.; NATIONAL COLLEGIATE ATHLETICS ASSOCIATION; COLLEGIATE LICENSING COMPANY, | [[Proposed] Order Lodged Concurrently] |
| | Action Filed:  May 5, 2009 |
| Defendants. | |

Plaintiff Samuel Michael Keller ("Keller" or "Plaintiff"), on the one hand, and defendants Electronic Arts Inc. ("EA"), National Collegiate Athletics Association ("NCAA"), and Collegiate Licensing Company ("CLC") (collectively "Defendants"), on the other hand, enter into the Stipulation below based on the following facts:

WHEREAS, on May 5, 2009, Plaintiff filed a Complaint against Defendants alleging claims for violation of Indiana Code section 32-36-1-1, for violation of California Code section 3344, for violation of California's common law right of publicity, for civil conspiracy, for violation of California Business and Professions Code section 17200, for breach of contract, and for unjust enrichment;

WHEREAS, on May 7, 2009 Plaintiff served the summons and Complaint on NCAA and CLC and on May 26, 2009 Plaintiff served the summons and Complaint on EA;

WHEREAS, on May 27, 2009, the parties stipulated pursuant to Local Rule 6-1(a), that Defendants shall have until July 29, 2009, to respond to the Complaint;

WHEREAS, on June 23, 2009, counsel for EA informed Plaintiff's counsel that Defendants intend to file Motions to Dismiss the Complaint under Federal Rule of Civil Procedure 12(b)(6), and that EA intended to file a Special Motion to Strike the Complaint under California Code of Civil Procedure section 425.16 ("the Motions");

WHEREAS, the parties, through their undersigned counsel who are authorized to enter into this stipulation on their behalf, have agreed upon the following briefing and hearing schedule for the motions:  (1) Defendants shall have until July 29, 2009 to file and serve the Motions or to otherwise respond to Plaintiff's Complaint; (2) Plaintiff shall have until August 24, 2009 to file and serve his Oppositions to the Motions; (3) Defendants shall have until September 10, 2009 to file and serve their Replies to Plaintiff's Oppositions; and (4) the Motions shall be heard on September 24, 2009 Oakland Courtroom 2, 4th Floor; and

WHEREAS, EA's undersigned counsel of record, R. James Slaughter, hereby attests that Robert J. Wierenga, R. Charles Henn Jr., and Leonard W. Aragon concur in the filing of this stipulation, in accordance with General Order No. 45, *Electronic Case Filing*, section 10(b).

NOW, THEREFORE, the parties hereby stipulate that:

1. Defendants shall file and serve Motions or otherwise respond to Plaintiff's Complaint on or before July 29, 2009;

2. Plaintiff shall file and serve his Opposition papers on or before August 24, 2009;

3. Defendants shall file and serve their Replies to Plaintiff's Oppositions on or before September 10, 2009;

4. The Motions shall be heard on September 24, 2009 at 2:00 p.m. in Oakland Courtroom 2, 4th Floor; and

5. Plaintiff shall not object to EA's Special Motion to Strike on the grounds that it is filed more than 60 days after the complaint was served on EA or on the grounds that it is set for hearing more than 30 days from its filing.

Dated: July 2, 2009                                    KEKER & VAN NEST LLP


By:  /s/ R. James Slaughter _____
R. JAMES SLAUGHTER
Attorneys for Defendant
ELECTRONIC ARTS INC.


Dated: July 2, 2009                                    MILLER CANFIELD PADDOCK & STONE, P.L.C.


By:  /s/ Robert J. Wierenga_____
ROBERT J. WIERENGA
Attorneys for Defendant
NATIONAL COLLEGIATE ATHLETICS ASSOCIATION

Dated:  July 2, 2009                                KILPATRICK STOCKTON LLP


By:  /s/ R. Charles Henn, Jr. _____
R. CHARLES HENN, JR.
Attorneys for Defendant
COLLEGIATE LICENSING COMPANY


Dated:  July 2, 2009                                HAGENS BERMAN SOBOL SHAPIRO LLP


By:  /s/ Leonard W. Aragon _____
LEONARD W. ARAGON
Attorneys for Plaintiff
SAMUEL MICHAEL KELLER