KEKER & VAN NEST LLP
ROBERT A. VAN NEST - #84065
R. JAMES SLAUGHTER - #192813
DAN JACKSON - #216091
R. ADAM LAURIDSEN - #243780
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Defendant
ELECTRONIC ARTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL MICHAEL KELLER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ELECTRONIC ARTS, INC.; NATIONAL COLLEGIATE ATHLETICS ASSOCIATION; COLLEGIATE LICENSING COMPANY,<br><br>Defendants. | Case No. CV-09-1967-CW<br>**AMENDED ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE ON DEFENDANTS' MOTIONS TO DISMISS AND SPECIAL MOTION TO STRIKE PLAINTIFF'S COMPLAINT**<br><br>Action Filed: May 5, 2009 |

1     Having reviewed the parties' Stipulation and good cause appearing therefore, the Court
2 hereby ORDERS as follows:
3     1.    Defendants shall file and serve Motions or otherwise respond to Plaintiff's
4 Complaint on or before July 29, 2009;
5     2.    Plaintiff shall file and serve his Opposition papers on or before August 24, 2009;
6     3.    Defendants shall file and serve their Replies to Plaintiff's Oppositions on or
7 before September 10, 2009;
8     4.    The Motions shall be heard on September 24, 2009 at 2:00 p.m. in Oakland
9 Courtroom 2, 4th Floor; and
10     5.    Plaintiff shall not object to EA's Special Motion to Strike on the grounds that it is
11 filed more than 60 days after the complaint was served on EA or on the grounds that it is set for
12 hearing more than 30 days from its filing.

    PURSUANT TO THE STIPULATION, IT IS SO ORDERED.
**The Case Management Conference is continued from 8/11/09 to 9/24/09 at 2:00 p.m.**

Dated:    7/14/09    By: _____
    Hon. Claudia Wilken
    United States District Court Judge