```
 1  KEKER & VAN NEST LLP
    ROBERT A. VAN NEST - #84065
 2  R. JAMES SLAUGHTER - #192813
    R. ADAM LAURIDSEN - #243780
 3  710 Sansome Street
    San Francisco, CA 94111-1704
 4  Telephone: (415) 391-5400
    Facsimile: (415) 397-7188
 5
    Attorneys for Defendant
 6  ELECTRONIC ARTS INC.
 7
                    UNITED STATES DISTRICT COURT
 8
                    NORTHERN DISTRICT OF CALIFORNIA
 9
10
    SAMUEL MICHAEL KELLER, on behalf of    Case No. CV-09-1967-CW
11  himself and all others similarly situated,
                                            DEFENDANT ELECTRONIC ARTS
12                      Plaintiff,          INC.'S NOTICE OF LODGING OF
                                            VIDEO GAMES, MEMORY CARD,
13       v.                                 GAME CONSOLE, AND CONTROLLERS
                                            IN SUPPORT OF SPECIAL MOTION TO
14  ELECTRONIC ARTS INC.; NATIONAL          STRIKE AND MOTION TO DISMISS
    COLLEGIATE ATHLETICS
15  ASSOCIATION; COLLEGIATE                 Date:  September 24, 2009
    LICENSING COMPANY,                      Time:  2:00 p.m.
16                                          Dept:  Courtroom 2, 4th Floor
                        Defendants.         Judge: Hon. Claudia Wilkin
17
                                            Date Comp. Filed:  May 5, 2009
18
                                            [Request for Judicial Notice and Declarations
19                                          of Strauser, O'Brien, and Lauridsen; Motion to
                                            Dismiss; Special Motion to Strike; Certificate
20                                          and Notice of Interested Parties; and Corporate
                                            Disclosure Statement Filed Concurrently]
21
22
23
24
25
26
27
28
```

445607.01

NOTICE OF LODGING
CASE NO. CV-09-1967-CW

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that defendant Electronic Arts Inc. ("EA") hereby lodges with the Court eight video games, a game console, a memory card, and controllers in support of its Special Motion To Strike (Cal. Civ. Proc. Code § 425.16) and Motion to Dismiss (Fed R. Civ. Proc. 12(b)(6)), which have been filed concurrently with this Notice.

The video games are attached as Exhibits A-D to the Strauser and O'Brien Declarations, and are authenticated in the Declarations. The video games have been served on plaintiff's counsel, and are described as follows:

1. Strauser Declaration, Exhibit A is a copy of *NCAA Football 06* for play on the PlayStation 2 platform;

2. Strauser Declaration, Exhibit B is a copy of *NCAA Football 07* for play on the PlayStation 2 platform;

3. Strauser Declaration, Exhibit C is a copy of *NCAA Football 08* for play on the PlayStation 2 platform;

4. Strauser Declaration, Exhibit D is a copy of *NCAA Football 09* for play on the PlayStation 2 platform;

5. O'Brien Declaration, Exhibit A is a copy of *NCAA March Madness 06* for play on the PlayStation 2 platform;

6. O'Brien Declaration, Exhibit B is a copy of *NCAA March Madness 07* for play on the PlayStation 2 platform;

7. O'Brien Declaration, Exhibit C is a copy of *NCAA March Madness 08* for play on the PlayStation 2 platform;

8. O'Brien Declaration, Exhibit D is a copy of *NCAA Basketball 09* for play on the PlayStation 2 platform;

////
////
////
////

1  In addition, EA has lodged a PlayStation 2 game console, a PlayStation 2 memory card, and two controllers. If the Court wishes, EA will provide technicians to set up the game system as the Court's convenience.

Dated: July 29, 2009                    KEKER & VAN NEST LLP


                                        By: */s/ R. Adam Lauridsen*
                                        R. ADAM LAURIDSEN
                                        Attorneys for Defendant
                                        ELECTRONIC ARTS INC.