United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAMUEL MICHAEL KELLER,

        Plaintiff,

   v.

ELECTRONIC ARTS INC, et al.,

        Defendants.

_____/

No. C 09-1967 CW

ORDER CONTINUING
HEARINGS AND CASE
MANAGEMENT
CONFERENCE TO
NOVEMBER 17, 2009

    Notice is hereby given that the Court, on its own motion, shall continue the hearings on Defendants' motions to dismiss (Docket Nos. 34, 35, 47, 48), Plaintiff's joint motion to consolidate actions (Docket No. 69) and Plaintiff's motion to appoint lead counsel (Docket No. 81) to **November 17, 2009 at 2:00 p.m.**, in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612.  The case management conference, previously set for October 1, 2009, is also continued to **November 17, 2009 at 2:00 p.m.**

    IT IS SO ORDERED.

Dated: September 23, 2009

_____
CLAUDIA WILKEN
United States District Judge