KEKER & VAN NEST LLP
ROBERT A. VAN NEST - #84065
R. JAMES SLAUGHTER - #192813
R. ADAM LAURIDSEN - #243780
rvannest@kvn.com
rslaughter@kvn.com
alauridsen@kvn.com
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Defendant
ELECTRONIC ARTS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SAMUEL MICHAEL KELLER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ELECTRONIC ARTS INC.; NATIONAL COLLEGIATE ATHLETICS ASSOCIATION; COLLEGIATE LICENSING COMPANY,<br><br>Defendants. | Case No. CV-09-1967-CW<br><br>**DECLARATION OF R. ADAM LAURIDSEN IN SUPPORT OF ELECTRONIC ARTS INC.'S OPPOSITION TO MOTION FOR LEAVE TO FILE AMICUS BRIEF**<br><br>Date: November 5, 2009<br>Time: 2:00 p.m.<br>Dep't: Courtroom 2, 4th Floor<br>Judge: Hon. Claudia Wilken<br><br>Date Comp. Filed: May 5, 2009 |

DECLARATION OF R. ADAM LAURIDSEN IN SUPPORT OF ELECTRONIC ARTS INC.'S OPPOSITION TO MOTION FOR LEAVE TO FILE AMICUS BRIEF
CASE NO. CV-09-1967-CW

452552.01

1  I, R. Adam Lauridsen, declare:

2  1. I am an attorney licensed to practice in the State of California, and an associate at the law firm of Keker & Van Nest LLP, counsel for Defendant ELECTRONIC ARTS INC. in this action. I know the facts stated herein of my own personal knowledge, and if called to do so, I would testify to those facts under oath.

2. Attached hereto as Exhibit A is a true and correct copy of "Brief Amici Curiae In Support Of Respondent," filed by The Autry Survivor's Trust, ETW Corporation, The Diana, Princess of Wales Memorial Fund, and Elvis Presley Enterprises in *Comedy III Productions, Inc. v. Gary Saderup, Inc. et al.*, then pending before the California Supreme Court.

3. Attached hereto as Exhibit B is a true and correct copy of "Brief of Amicus Curiae Elvis Presley Enterprises, Inc. In Support Of Plaintiff/Appellee Dustin Hoffman," filed in *Hoffman v. Los Angeles Magazine, Inc.*, then pending before the United States Court of Appeals for the Ninth Circuit.

4. Attached hereto as Exhibit C is a true and correct copy of "Brief of Amicus Curiae Elvis Presley Enterprises, Inc.; The Autry Survivors' Trust; Sheffield Enterprises, Inc.; Wayne Enterprises, LLP; Experience Hendrix, Inc.; Arnold Palmer Enterprises, Inc.; Jonesheirs, Inc. and Global Icons, Inc. In Support Of Appellant," filed in *ETW Corp. v. Jireh Publishing, Inc.*, then pending before the United States Court of Appeals for the Sixth Circuit.

5. Attached hereto as Exhibit D is a true and correct copy of "Plaintiff's Opposition To Defendant's Motion To Dismiss; Memorandum Of Points And Authorities In Support Thereof," filed August 31, 2009 in *James "Jim" Brown v. Electronic Arts Inc.*, Case No. CV09-01598 FMC (RZx) (C.D. Cal.).

6. Attached hereto as Exhibit E is a true and correct copy of "Order Granting In Part Defendant's Motion To Dismiss And Order Dismissing Defendant's Motion To Strike As Moot," entered on September 23, 2009 in *James "Jim" Brown v. Electronic Arts Inc.*, Case No. CV09-01598 FMC (RZx) (C.D. Cal.).

1
DECLARATION OF R. ADAM LAURIDSEN IN SUPPORT OF ELECTRONIC ARTS INC.'S OPPOSITION TO MOTION FOR LEAVE TO FILE AMICUS BRIEF
CASE NO. CV-09-1967-CW

452552.01

1  Executed this 14th day of October, 2009 at San Francisco, California.

2  I declare the foregoing under penalty of perjury under the laws of the State of California.

_____
R. ADAM LAURIDSEN

2
DECLARATION OF R. ADAM LAURIDSEN IN SUPPORT OF ELECTRONIC ARTS INC.'S OPPOSITION TO MOTION FOR LEAVE TO FILE AMICUS BRIEF
CASE NO. CV-09-1967-CW

452552.01