1  Joseph R. Saveri (State Bar No. 130064)
   Kelly M. Dermody (State Bar No. 171716)
2  Eric B. Fastiff (State Bar No. 182260)
   LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
3  275 Battery Street, 29th Floor
   San Francisco, California  94111-3339
4  Telephone:  (415) 956-1000
   Facsimile:  (415) 956-1008
5
   Daniel E. Gustafson
6  Jason S. Kilene
   David A. Goodwin
7  GUSTAFSON GLUEK PLLC
   650 Northstar East
8  608 Second Avenue South
   Minneapolis, Minnesota 55402
9  Telephone:  (612) 333-8844
   Facsimile:  (612) 339-6622
10
   *Attorneys for Plaintiff and the Proposed Class*
11
                    UNITED STATES DISTRICT COURT
12
                 NORTHERN DISTRICT OF CALIFORNIA
13
                         (Oakland Division)
14

15  SAMUEL MICHAEL KELLER, on behalf of     Case No. 09-01967-CW
    himself and all others similarly situated,
16                                           **ADMINISTRATIVE MOTION TO**
                    Plaintiff,               **CONSIDER WHETHER CASES SHOULD**
17                                           **BE RELATED**
    v.
18                                           The Honorable Claudia Wilken
    ELECTRONIC ARTS INC., et al.,
19
                    Defendants.
20

21  THIS DOCUMENT RELATES TO:

22  CRAIG NEWSOME, on behalf of himself
    and all others similarly situated,
23
                    Plaintiff,
24
    v.
25
    NATIONAL COLLEGIATE ATHLETIC
26  ASSOCIATION and COLLEGIATE
    LICENSING COMPANY,
27
                    Defendants.
28
    Case No. 09-04882-MEJ

1    Pursuant to Local Rule 3-12 ("Related Cases"), Plaintiff Craig Newsome submits this

2    administrative motion to consider whether a case filed in this District, *Newsome v. National*

3    *Collegiate Athletic Association, et al.*, Case No. 09-04882-MEJ ("*Newsome*") should be related to

4    *Keller v. Electronic Arts Inc., et al.*, Case No. 09-01967-CW ("*Keller*").

5    Pursuant to Local Rule 3-12(d), Plaintiff states that both the *Newsome* and the *Keller*

6    actions concern substantially the same parties (the National Collegiate Athletic Association and

7    Collegiate Licensing Corporation), property (student-athletes' and former student-athletes' rights

8    in the future commercial use of their images), and transactions (the sale and licensing of student-

9    athletes' images and products). Both actions allege violations of either federal or state laws, or

10    both, as a result of the Defendants' alleged nationwide price-fixing conspiracy that has unlawfully

11    foreclosed student athletes from receiving compensation in connection with the commercial

12    exploitation of their images.

13    On August 11, 2009, this Court related the following matter to *Keller*: *O'Bannon, Jr. v.*

14    *National Collegiate Athletic Association, et al.*, Case No. 09-03329-CW ("*O'Bannon*").

15    On October 2, 2009, this Court related the following matter to *Keller*: *Bishop v.*

16    *Electronic Arts, Inc., et al.*, Case No. 09-04128-CW ("*Bishop*").

17    Pursuant to Local Rule 3-12(a)(2), it appears likely that there will be an unduly

18    burdensome duplication of labor and expense or the possibility of conflicting results if the cases

19    are conducted before different Judges. Relating the cases should help to eliminate duplicative

20    / / /

21    / / /

22    / / /

23    / / /

24    / / /

25    / / /

26    / / /

27    / / /

28    / / /

ADMINISTRATIVE MOTION TO CONSIDER
WHETHER CASES SHOULD BE RELATED
Case No. 09-01967-CW

1    discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their

2    counsel, and the judiciary.

3

                                      Respectfully submitted,
4
     Dated: October 15, 2009           LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
5
                                       By:   /s/ Eric B. Fastiff
6                                            Eric B. Fastiff

7                                      Joseph R. Saveri (State Bar No. 130064)
                                       Kelly M. Dermody (State Bar No. 171716)
8                                      Eric B. Fastiff (State Bar No. 182260)
                                       275 Battery Street, 29th Floor
9                                      San Francisco, California  94111-3339
                                       Telephone:  (415) 956-1000
10                                     Facsimile:  (415) 956-1008

11                                     GUSTAFSON GLUEK PLLC
                                       Daniel E. Gustafson
12                                     Jason S. Kilene
                                       David A. Goodwin
13                                     650 Northstar East
                                       608 Second Avenue South
14                                     Minneapolis, Minnesota 55402
                                       Telephone:  (612) 333-8844
15                                     Facsimile:  (612) 339-6622
                                       Email:  dgustafson@gustafsongluek.com
16
                                       SALTZ MONGELUZZI BARRETT & BENDESKY, PC
17                                     Simon Paris
                                       Patrick Howard
18                                     One Liberty Place
                                       52nd Floor 1650 Market Street
19                                     Philadelphia, Pennsylvania 19103
                                       Telephone: (215) 575-3986
20                                     Facsimile: (215) 496-0999
                                       Email: sparis@smbb.com
21
                                       RODANAST, P.C.
22                                     Dianne M. Nast
                                       801 Estelle Drive
23                                     Lancaster, Pennsylvania 17601
                                       Telephone:  (717) 892-3000
24                                     Facsimile:  (717) 892-1200
                                       Email: dnast@rodanast.com
25

26

27

28

843365.2                          - 2 -

1   HULETT HARPER STEWART LLP
    Dennis Stewart
2   550 West "C" Street, Suite 1600
    San Diego, California  92101
3   Telephone:  (619) 338-1133
    Facsimile:  (619) 338-1139
4   Email:  dstewart@hulettharper.com

5   FREEDMAN BOYD HOLLANDER GOLDBERG
       & IVES, P.A.
6   Joseph Goldberg
    20 First Plaza, Suite 700
7   Albuquerque, New Mexico 87102
    Telephone:  (505) 842-9960
8   Facsimile:  (505) 842-0761
    Email:  jg@fbdlaw.com
9
    *Attorneys for Plaintiff and the Proposed Class*
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ADMINISTRATIVE MOTION TO CONSIDER
WHETHER CASES SHOULD BE RELATED
Case No. 09-01967-CW