1 | MANATT, PHELPS & PHILLIPS, LLP
MARK S. LEE (State Bar No. 094103)
2 | E-mail: mlee@manatt.com
CRAIG J. DE RECAT (State Bar No. 105567)
3 | E-mail: cderecat@manatt.com
11355 West Olympic Boulevard
4 | Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
5 | Facsimile: (310) 312-4224

6 | MANATT, PHELPS & PHILLIPS, LLP
RONALD S. KATZ (State Bar No. 085713)
7 | E-mail: rkatz@manatt.com
RYAN S. HILBERT (State Bar No. 210549)
8 | E-mail: rhilbert@manatt.com
1001 Page Mill Road, Building 2
9 | Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
10 | Facsimile: (650) 213-0260

11 | MANATT, PHELPS & PHILLIPS, LLP
L. PETER PARCHER (NY SBN 8096)
12 | E-mail: pparcher@manatt.com
7 Times Square
13 | New York, NY 10036
Telephone: (212) 790-4500
14 | Facsimile: (212) 704-1900

*Attorneys for Amici Curiae,*
JAMES "JIM" BROWN and
HERBERT ANTHONY ADDERLEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SAMUEL MICHAEL KELLER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ELECTRONIC ARTS, INC.; NATIONAL COLLEGIATE ATHLETICS ASSOCIATION; COLLEGIATE LICENSING COMPANY,<br><br>Defendants. | No. CV-09-1967-CW<br><br>**ORDER GRANTING MOTION FOR LEAVE OF THE COURT TO FILE AN AMICUS BRIEF CONCERNING DEFENDANT ELECTRONIC ARTS, INC.'S MOTION TO DISMISS AS MODIFIED**<br><br>Date:  November 5, 2009<br>Time:  2:00 p.m.<br>Div:  Courtroom 2, 4th Floor<br>Judge:  Hon. Claudia Wilken |

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

AMICUS BRIEF IN OPPOSITION TO
DEFENDANT ELECTRONIC ARTS, INC'S
MOTION TO DI

1  Having considered the Motion of *Amici* James "Jim" Brown and Herbert Anthony
2  Adderley ("Motion") for Leave of the Court to file the amicus brief attached to the Motion as
3  <u>Exhibit A</u>, any Opposition and Reply thereto, all other papers filed herein, the records of the case,
4  and any oral argument on the Motion, the Court hereby orders as follows:
5  IT IS HEREBY ORDERED that the amicus brief attached to the Motion as <u>Exhibit A</u>
6  **shall be filed by amici James "Jim" Brown and Herbert Anthony Aderley. Defendants may**
7  **file an opposition on October 30, 2009, and amicus may reply on November 6, 2009.**
8  IT IS SO ORDERED.
9  10/20
10 Dated: _____, 2009  _____
11 Honorable Claudia Wilken
   United States District Court Judge

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

2

AMICUS BRIEF IN OPPOSITION TO
DEFENDANT ELECTRONIC ARTS, INC'S
MOTION TO DI