Joseph R. Saveri (State Bar No. 130064)
Kelly M. Dermody (State Bar No. 171716)
Eric B. Fastiff (State Bar No. 182260)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Kendall S. Zylstra
Stephen E. Connolly
FARUQI & FARUQI, LLP
2600 Philmont Avenue, Suite 324
Huntingdon Valley, Pennsylvania 19006
Telephone: (215) 914-2460
Facsimile: (215) 914-2462

Eric L. Cramer
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, Pennsylvania 19103
Telephone: (800) 424-6690
Facsimile: (215) 875-4604

Joshua P. Davis
LAW OFFICES OF JOSHUA P. DAVIS
437A Valley Street
San Francisco, California 94131
Telephone: (415) 422-6223

*Attorneys for Plaintiff and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL MICHAEL KELLER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ELECTRONIC ARTS INC., et al.,<br><br>Defendants. | Case No. 09-01967-CW<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>The Honorable Claudia Wilken |
| THIS DOCUMENT RELATES TO:<br><br>[*caption cont'd next page*] | |

| | |
|---|---|
| 1 | |
| 2 | DAMIEN RHODES, on behalf of himself and all others similarly situated, |
| 3 | Plaintiff, |
| 4 | v. |
| 5 | NATIONAL COLLEGIATE ATHLETIC ASSOCIATION and COLLEGIATE LICENSING COMPANY, |
| 6 | |
| 7 | Defendants. |
| 8 | Case No. 09-5378-EDL |

9

10  Pursuant to Local Rule 3-12 ("Related Cases"), Plaintiff Damien Rhodes submits

11 this administrative motion to consider whether a case filed in this District, *Rhodes v. National*

12 *Collegiate Athletic Association, et al.*, Case No. 09-5378-EDL ("*Rhodes*") should be related to

13 *Keller v. Electronic Arts Inc., et al.*, Case No. 09-01967-CW ("*Keller*").

14  Pursuant to Local Rule 3-12(d), Plaintiff states that both the *Rhodes* and the *Keller*

15 actions concern substantially the same parties (the National Collegiate Athletic Association and

16 Collegiate Licensing Corporation), property (student-athletes' and former student-athletes' rights

17 in the future commercial use of their images), and transactions (the sale and licensing of student-

18 athletes' images and products).  Both actions allege violations of either federal or state laws, or

19 both, as a result of the Defendants' alleged nationwide price-fixing conspiracy that has unlawfully

20 foreclosed student athletes from receiving compensation in connection with the commercial

21 exploitation of their images.

22  On August 11, 2009, this Court related the following matter to *Keller*: *O'Bannon,*

23 *Jr. v. National Collegiate Athletic Association, et al.*, Case No. 09-03329-CW ("*O'Bannon*").

24  On October 2, 2009, this Court related the following matter to *Keller*: *Bishop v.*

25 *Electronic Arts, Inc., et al.*, Case No. 09-04128-CW ("*Bishop*").

26  On October 19, 2009, this Court related the following matter to *Keller*: *Newsome*

27 *v. National Collegiate Athletic Association, et al.*, Case No. 09-04882-CW ("*Newsome*").

28

848204.1 - 1 - ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
09-01967-CW

On November 10, 2009, this Court related the following matters to *Keller*: *Anderson v. National Collegiate Athletic Association, et al.*, Case No. 09-05100-CW ("*Anderson*"), and *Wimprine v. National Collegiate Athletic Association, et al.*, Case No. 09-05134-CW ("*Wimprine*").

Pursuant to Local Rule 3-12(a)(2), it appears likely that there will be an unduly burdensome duplication of labor and expense or the possibility of conflicting results if the cases are conducted before different Judges. Relating the cases should help to eliminate duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel, and the judiciary.

Dated: November 18, 2009                    Respectfully submitted,

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By:   */s/ Eric B. Fastiff*
         Eric B. Fastiff

Joseph R. Saveri (State Bar No. 130064)
Kelly M. Dermody (State Bar No. 171716)
Eric B. Fastiff (State Bar No. 182260)
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Kendall S. Zylstra
Stephen E. Connolly
FARUQI & FARUQI, LLP
2600 Philmont Avenue, Suite 324
Huntingdon Valley, Pennsylvania 19006
Telephone: (215) 914-2460
Facsimile: (215) 914-2462

Eric L. Cramer
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, Pennsylvania 1 9 103
Telephone: 1 (800) 424-6690
Facsimile: (215) 875-4604

Joshua P. Davis
LAW OFFICES OF JOSHUA P. DAVIS
437A Valley Street
San Francisco, California 94131
Telephone: (415) 422-6223

*Attorneys for Plaintiff and the Proposed Class*