Robert B. Carey (*pro hac vice*)
Leonard W. Aragon (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
11 West Jefferson Street, Suite 1000
Phoenix, Arizona 85003
Telephone: (602) 840-5900
Facsimile: (602) 840-3012
Email: rcarey@hbsslaw.com
       leonard@hbsslaw.com

Stuart M. Paynter (226147)
THE PAYNTER LAW FIRM PLLC
1200 G Street N.W., Suite 800
Washington, DC 20005
Telephone: (202) 626-4486
Facsimile: (866) 734-0622
Email: stuart@smplegal.com

Interim Co-Lead Class Counsel for the Class

[Additional counsel listed on signature page]

FILED
MAR 5 - 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| IN RE NCAA STUDENT-ATHLETE NAME & LIKENESS LICENSING LITIGATION | CV-09-1967 (CW)<br><br>(Consolidated w/Case Nos. C-09-03329-CW; C09-04128-CW; C-09-04882-CW; C-09-05100-CW; C-09-05134-CW; C-09-05372-CV; and C-09-05378-CW)<br><br>~~PROPOSED~~ **ORDER GRANTING STIPULATION TO EXTEND TIME**<br><br>ACTION FILED: May 5, 2009 |

This matter comes before the Court on the Stipulation to Extend Time filed by Plaintiffs and Electronic Arts Inc. ("EA"), National Collegiate Athletic Association ("NCAA"), and Collegiate Licensing Company ("CLC"). Upon consideration of the foregoing stipulation, and with good cause appearing,

IT IS HEREBY ORDERED that the Stipulation is Granted as follows:

1. Plaintiffs will file their Responses to the Motions to Stay on March 11, 2010, the day after the Master Amended Complaint is filed;

2. Defendants EA, NCAA, and CLC will file any Replies on March 25, 2010; and

3. The parties shall not serve discovery until after the Court issues its decision regarding the stay.

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

DATED: 3/5/2010

HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT COURT JUDGE

Dated: March 2, 2010

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By    /s/ Leonard Aragon
Leonard W. Aragon (*Pro Hac Vice*)
Robert B. Carey (*Pro Hac Vice*)
11 West Jefferson Street, Suite 1000
Phoenix, Arizona 85003

Stuart M. Paynter (226147)
THE PAYNTER LAW FIRM PLLC
1200 G Street N.W., Suite 800
Washington, D.C. 20005

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Steve Berman (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eight Avenue, Suite 3300
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com

Shana E. Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
Email: shanas@hbsslaw.com