KEKER & VAN NEST LLP
ROBERT A. VAN NEST - #84065
rvannest@kvn.com
R. JAMES SLAUGHTER - #192813
rslaughter@kvn.com
R. ADAM LAURIDSEN - #243780
alauridsen@kvn.com
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

LATHAM & WATKINS LLP
DANIEL M. WALL - #102580
dan.wall@lw.com
TIMOTHY L. O'MARA - #212731
tim.omara@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

Attorneys for Defendant
ELECTRONIC ARTS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE NCAA STUDENT-ATHLETE NAME & LIKENESS LICENSING LITIGATION | Case No. CV-09-1967-CW<br><br>*(Consolidated w/Case Nos. C-09-03329-CW; C-09-04128-CW; C-09-04882-CW; C-09-05100-CW; C-09-05134-CW; C-09-05372-CW; and C-09-05378-CW)*<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION TO ENLARGE TIME (PURSUANT TO LOCAL RULE 6-3)**<br><br>Hon. Claudia Wilken<br><br>Date Comp. Filed: May 5, 2009 |

1  Having considered the Administrative Motion to Enlarge Time (Pursuant To Local Rule
2  6-3), and the Declaration of R. James Slaughter in support thereof, and good cause appearing
3  therefore:
4  IT IS HEREBY ORDERED that Defendants' responses to Plaintiffs' Consolidated
5  Amended Complaint are due either thirty days after the Court lifts the stay of claims against
6  Defendants, assuming Defendants' motions are granted, or thirty days after the Court denies the
7  Defendants' stay motions.

**IT IS SO ORDERED.**

Dated: March 30, 2010

Hon. Claudia Wilken
United States Magistrate Judge