IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NCAA STUDENT-ATHLETE NAME & LIKENESS LICENSING LITIGATION _____/ | No C 09-1967 VRW<br><br>ORDER |

The court is in receipt of the joint supplemental case management conference statement and FRCP 26(f) report filed by the parties on September 29, 2010.  Doc #234.

As defendant Electronic Arts points out, during the July 6, 2010 case management conference, the court set November 18, 2010 as the date for hearing defendants' motions in response to plaintiffs' consolidated amended complaint ("CAC").  Id at 3. Currently pending before the court, however, are defendants' motions to stay proceedings.  Docs #156, 163, 166.  The November 18, 2010 hearing date is therefore VACATED.

1    The court will provide further case management scheduling
2 information in its ruling on defendants' motions to stay.  Unless
3 otherwise ordered, (i) the parties are ORDERED to attend a case
4 management conference on November 18, 2010 at 3:30PM and (ii)
5 defendants do not need to respond to the CAC until 30 days after
6 the court denies or lifts the stay.

8    IT IS SO ORDERED.

10   VAUGHN R WALKER
     United States District Chief Judge