IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:   NCAA STUDENT-ATHLETE NAME & LIKENESS LICENSING LITIGATION _____/ | No. C 09-01967 CW<br><br>CLERK'S NOTICE CONTINUING CASE MANAGEMENT CONFERENCE |

   Notice is hereby given that the Case Management Conference, previously set for Tuesday, November 23, 2010, is continued to **Tuesday, January 4, 2011, at 2:00 p.m.,** in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612.  A joint Case Management Statement will be due one week prior to the conference.

Dated: 11/17/2010



_____
Deputy Clerk