Bruce L. Simon (Bar No. 96241)
PEARSON, SIMON, WARSHAW & PENNY, LLP
44 Montgomery Street, Suite 2450
San Francisco, California 94104
Tel: (415) 433-9000; Fax: (415) 433-9008
Email: bsimon@pswplaw.com

*Attorneys for Plaintiffs Edward C. O'Bannon, Jr. and Samuel Jacobson*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL MICHAEL KELLER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ELECTRONIC ARTS, INC., et al.,<br><br>Defendants. | CASE NO. 09-01967-CW<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY JESSICA L. GRANT AS COUNSEL FOR PLAINTIFFS EDWARD C. O'BANNON, JR. AND SAMUEL JACOBSON**<br><br>Hon. Claudia Wilken<br><br>Case No. 09-5372 MEJ |
| THIS DOCUMENT RELATES TO:<br><br>SAMUEL JACOBSON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION and COLLEGIATE LICENSING COMPANY,<br><br>Defendants. | |

| | |
|---|---|
| 1 | TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF |
| 2 | RECORD: |
| 3 | PLEASE TAKE NOTICE THAT Jessica L. Grant is no longer associated with the firm of |
| 4 | Pearson, Simon, Warshaw & Penny, LLP, and is hereby withdrawn as counsel for Plaintiffs |
| 5 | Edward C. O'Bannon, Jr. and Samuel Jacobson in the above-captioned actions. |
| 6 | Pearson, Simon, Warshaw & Penny, LLP, through the undersigned counsel of record, |
| 7 | continues to serve as counsel for Plaintiffs, and all future correspondence and papers in this action |
| 8 | should continue to be directed to them. |

DATED: November 19, 2010          PEARSON, SIMON, WARSHAW & PENNY, LLP


By: _____/s/ Bruce L. Simon_____
    Bruce L. Simon
*Attorneys for Plaintiffs Edward C. O'Bannon and Samuel Jacobson*

# CERTIFICATE OF SERVICE

I hereby certify this 19th day of November, 2010, that today I caused the foregoing Notice of Withdrawal of Attorney Jessica L. Grant as Counsel for Plaintiffs Edward C. O'Bannon, Jr. and Samuel Jacobson to be filed by ECF (electronic case filing) and thereby made available to all parties and counsel of record thereto.  In addition, I have caused a true Chambers Copy of the aforesaid document to be delivered to the following judges in accordance with Civil L.R. 3-12(b):

| | |
|---|---|
| Hon. Claudia Wilken<br>U.S.D.C., Northern District of California,<br>Oakland Division<br>1301 Clay Street, Suite 400 S<br>Oakland, CA  94612 | Honorable Maria-Elena James, Judge<br>U.S.D.C., Northern District of California<br>U.S. Courthouse<br>450 Golden Gate Avenue<br>Courtroom B, 15th Floor<br>San Francisco, CA  94102 |

Pursuant to 28 U.S.C. § 1746, I declare that the foregoing is true and correct.


/s/ Bruce L. Simon
Bruce L. Simon