LATHAM & WATKINS LLP
    Daniel M. Wall (Bar No. 102580)
    Timothy L. O'Mara (Bar No. 212731)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095
Email: Dan.Wall@lw.com
Email: Tim.OMara@lw.com

KEKER & VAN NEST LLP
ROBERT A. VAN NEST - #84065
R. JAMES SLAUGHTER - #192813
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-718
Email: rvannest@kvn.com
Email: rslaughter@kvn.com

Attorneys for Defendant
ELECTRONIC ARTS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION JUDICIAL DISTRICT

| | |
|---|---|
| IN RE NCAA STUDENT-ATHLETE NAME & LIKENESS LICENSING LITIGATION | CASE NO. C 09-1967 CW<br><br>*(Consolidated w/Case Nos. C-09-03329-CW; C-09-04128-CW; C-09-04882-CW; C-09-05100-CW; C-09-05134-CW; C-09-05372-CW; and C-09-05378-CW)*<br><br>**ORDER GRANTING DEFENDANT ELECTRONIC ARTS INC.'S ADMINISTRATIVE MOTION TO FILE A SEPARATE FRCP 12(B)(6) MOTION TO DISMISS; JOINED BY DEFENDANTS NATIONAL COLLEGIATE ATHLETIC ASSOCIATION AND COLLEGIATE LICENSING COMPANY** |

1     Having considered the papers filed, and good cause appearing therefore, **IT IS
2 HEREBY ORDERED** that Defendants Electronic Arts Inc., National Collegiate Athletics
3 Association, and the Collegiate Licensing Company may file separate Fed. R. Civ. P. 12(b)(6)
4 motions to dismiss. Defendants' moving papers collectively shall not exceed thirty (30) pages in
5 length. Plaintiffs' opposition shall not exceed thirty (30) pages in length. Defendants may file
6 separate reply briefs that collectively shall not exceed twenty (20) pages in length.

**IT IS SO ORDERED.**

Dated: January 13, 2011

_____
THE HONORABLE CLAUDIA WILKEN
United States District Judge

SF\811022

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO