BRIAN D. HENRI (State Bar No. 200205)
bhenri@twtlaw.com
MATTHEW W. MESKELL (State Bar No. 208263)
mmeskell@twtlaw.com
W. PAUL SCHUCK (State Bar No. 203717)
pschuck@twtlaw.com
**THOMAS WHITELAW & TYLER LLP**
Three Embarcadero Center, Suite 1350
San Francisco, California 94111-4037
Telephone: (415) 820-0400
Facsimile: (415) 820-0405

JOSEPH E. THOMAS (State Bar No. 101443)
jthomas@twtlaw.com
MICHAEL I. KATZ (State Bar No. 181728)
mkatz@twtlaw.com
**THOMAS WHITELAW & TYLER LLP**
18101 Von Karman Avenue, Suite 230
Irvine, California 92612
Telephone: (949) 679-6400
Facsimile: (949) 679-6405

AUSTIN TIGHE *(admitted pro hac vice)*
austin@feazell-tighe.com
**FEAZELL & TIGHE LLP**
6618 Sitio Del Rio Boulevard
Building C-101
Austin, Texas 78730
Telephone: (512) 372-8100
Facsimile: (512) 372-8140

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re NCAA Student-Athlete Name and Likeness Licensing Litigations | CASE NO. 4:09-cv-1967 CW<br><br>**ORDER DENYING ADMINSTRATIVE MOTION TO RELATE CASE** |

The Court having considered the Administrative Motion to Relate <u>In Re NCAA Student-Athlete Name and Likeness Licensing Litigations</u>, Case No. 4:09-cv-1967 CW with <u>Davis et al. v. Arts, Inc.</u>, Case No. 10-cv-3328 RS has determined that the cases are not related and DENIES the motion to relate. No reassignment shall occur.

DATED: January 14, 2011

_____
Judge Claudia Wilken
UNITED STATES DISTRICT JUDGE