1  Gregory L. Curtner (pro hac vice)
   Robert J. Wierenga (SBN183687)
2  Kimberly K. Kefalas (pro hac vice)
   Suzanne L. Wahl (pro hac vice)
3  Kimberly L. Scott (pro hac vice)
4  MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
   101 North Main St., 7th Floor
5  Ann Arbor, MI  48104
   Telephone:  (734) 663-2445
6  Facsimile:  (734) 663-8624
7  Email: curtner@millercanfield.com
          wierenga@millercanfield.com
8         kefalas@millercanfield.com
          wahl@millercanfield.com
9         scott@millercanfield.com

10 Jason A. Geller (SBN168149)
11 Glen R. Olson (SBN111914)
   David Borovsky (SBN 216588)
12 LONG & LEVIT LLP
   465 California Street, 5th Floor
13 San Francisco, CA  94104
   Telephone:  (415) 397-2222
14 Facsimile:  (415) 397-6392
15 Email: jgeller@longlevit.com
          golson@longlevit.com
16        dborovsky@longlevit.com

17 Attorneys for Defendant
   National Collegiate Athletic Association
18

19              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
20                   OAKLAND DIVISION

21 | | |
|---|---|
| In re NCAA Student-Athlete Name and Likeness Licensing Litigation | Case No. 09-cv-1967-CW<br><br>**STIPULATION TO RE-SCHEDULE CASE MANAGEMENT CONFERENCE**<br><br>Dept:  Courtroom 2, 4th Floor<br>Judge: Hon. Claudia Wilken<br>Complaint filed: May 5, 2009 |

Pursuant to Local Rule 6-2(a), the Parties hereby stipulate and agree that, subject to the further order of the Court, the Case Management Conference currently scheduled for February 22, 2011 be re-scheduled for February 24, 2011.

The Parties state that they are already scheduled to appear before the Court on February 24, 2011 for a hearing on the Defendants' motions to dismiss and that moving the Case Management Conference to the same day will save time and reduce inconvenience for both the Court and the Parties.

The Parties state that the requested time modification will have no effect on the schedule for the case.

The NCAA's undersigned counsel of record, Robert J. Wierenga, hereby attests that R. James Slaughter, R. Charles Henn, Jr., Jon T. King and Leonard W. Aragon concur in the filing of this stipulation, in accordance with General Order No. 45, *Electronic Case Filing*, section 10(b).

Dated: January 27, 2011   MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

By: */s/ Robert J. Wierenga*
Robert J. Wierenga (SBN183687)
Attorneys for Defendant NCAA
101 North Main St., 7th Floor
Ann Arbor, MI 48104

| | | |
|---|---|---|
| Dated: January 27, 2011 | | KEKER & VAN NEST LLP |
| | By: | /s/ R. James Slaughter |
| | | R. James Slaughter |
| | | Attorneys for Defendant Electronic Arts |
| Dated: January 27, 2011 | | KILPATRICK STOCKTON LLP |
| | By: | /s/ R. Charles Henn, Jr. |
| | | R. Charles Henn, Jr. |
| | | Attorneys for Defendant Collegiate Licensing Company |
| Dated: January 27, 2011 | | HAUSFELD LLP |
| | By: | /s/ Jon. T. King |
| | | Jon T. King |
| | | Interim Co-Lead Class Counsel for the Class |
| Dated: January 27, 2011 | | HAGENS BERMAN SOBOL SHAPIRO, LLP |
| | By: | /s/ Leonard W. Aragon |
| | | Leonard W. Aragon |
| | | Interim Co-Lead Class Counsel for the Class |

**UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA**

IT IS SO ORDERED

*[signature]*
Judge Claudia Wilken

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2011, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification to the e-mail addresses registered.

By: ___*/s/ Robert J. Wierenga*___
Robert J. Wierenga (SBN183687)
MILLER, CANFIELD PADDOCK AND STONE
Attorneys for Defendant NCAA

18,763,994.1\063863-00040