1   GENNARO A. FILICE III, Bar No. 061112
    MELANIE E. GRISWOLD, Bar No. 234917
2   **FILICE BROWN EASSA & MCLEOD LLP**
    1999 Harrison Street, Suite 1800
3   Oakland, California  94612-3520
    Telephone:     510.444.3131
4   Facsimile:      510.839.7940
    Email: GFilice@filicebrown.com
5            MGriswold@filicebrown.com

6   R. CHARLES HENN JR. (admitted *pro hac vice*)
    PETER M. BOYLE (admitted *pro hac vice*)
7   **KILPATRICK TOWNSEND & STOCKTON LLP**
8   1100 Peachtree Street, Suite 2800
    Atlanta, GA 30309
9   Telephone: 404.815.6500
    Email**:** CHenn@kilpatricktownsend.com
10           PBoyle@kilpatricktownsend.com

11

12  Attorneys for Defendant
    COLLEGIATE LICENSING COMPANY

13

14              **UNITED STATES DISTRICT COURT**

15            **NORTHERN DISTRICT OF CALIFORNIA**

16                    **OAKLAND DIVISION**

17

18  In re NCAA Student-Athlete Name and       Case No.  09-cv-1967-CW
    Likeness Licensing Litigation
19                                            **ORDER
                                              GRANTING DEFENDANT COLLEGIATE**
20                                            **LICENSING COMPANY'S
                                              ADMINISTRATIVE MOTION TO FILE**
21  _____          **UNDER SEAL SELECTED PORTIONS OF
                                              EXHIBITS A THROUGH D TO THE**
    This Document Relates To:                 **DECLARATION OF PETER M. BOYLE**
22                                            **AND SELECTED PORTIONS OF CLC'S
                                              MEMORANDUM OF POINTS AND**
23  All Actions                               **AUTHORITIES, BOTH IN SUPPORT OF
                                              CLC'S MOTION TO DISMISS**
24                                            **PLAINTIFFS' CONSOLIDATED
                                              AMENDED COMPLAINT**
25

26

27

28                                            05951 34963 MEG  642947.1

    **[PROPOSED] ORDER GRANTING COLLEGIATE LICENSING COMPANY'S ADMINISTRATIVE
    MOTION TO FILE UNDER SEAL (Case No. 09-CV-1967-CW)**

1    Collegiate Licensing Company ("CLC"), having filed an Administrative Motion pursuant

2    to Civil Local Rules 7-11 and 79-5(c), to have the clerk of the court file under seal certain

3    confidential portions of documents referenced in its Motion to Dismiss Plaintiffs' Consolidated

4    Amended Complaint and the portions of its Memorandum of Points and Authorities quoting those

5    documents, and good cause appearing therefore,

6    IT IS HEREBY ORDERED that selected portions of Exhibits A through D to the

7    Declaration of Peter M. Boyle and the selected portions of CLC's Memorandum of Points and

8    Authorities In Support of CLC's Motion to Dismiss Plaintiffs' Consolidated Amended Complaint

9    that quote the confidential portions of those Exhibits shall be filed under seal.

10    IT IS SO ORDERED.

11

12    Dated:   2/7/2011

13

14    THE HON. CLAUDIA WILKEN
      UNITED STATES DISTRICT COURT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-     05951 34963 MEG  642947.1

**[PROPOSED] ORDER GRANTING COLLEGIATE LICENSING COMPANY'S ADMINISTRATIVE
MOTION TO FILE UNDER SEAL (Case No. 09-CV-1967-CW)**