KILPATRICK, TOWNSEND & STOCKTON LLP
R. Charles Henn Jr.
Peter M. Boyle
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4530
Telephone: (404) 815-6500
Facsimile: (404) 815-6555
Email: CHenn@kilpatricktownsend.com
       PBoyle@KilpatrickStockton.com

Gregory S. Gilchrist (State Bar No. 111536)
Two Embarcadero Center Eighth Floor
San Francisco, CA 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: ggilchrist@kilpatricktownsend.com

Attorneys for Defendant Collegiate Licensing Company

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re NCAA Student-Athlete Name and Likeness Licensing Litigation | 09-cv-1967-CW |
| | **CLASS ACTION** |
| This Document Relates To:<br><br>All Actions | **(PROPOSED) ORDER GRANTING DEFENDANT COLLEGIATE LICENSING COMPANY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL SELECTED PORTIONS OF CLC'S REPLY BRIEF IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT** |

Collegiate Licensing Company ("CLC"), having filed an Administrative Motion pursuant to Civil Local Rules 7-11 and 79-5(c), to have the clerk of the court file under seal confidential portions of documents referenced and quoted in its Reply Brief in Support of CLC's Motion to Dismiss Plaintiffs' Consolidated Amended Complaint, and good cause appearing therefore,

IT IS HEREBY ORDERED that selected portions of CLC's Reply Brief In Support of its Motion to Dismiss Plaintiffs' Consolidated Amended Complaint quoting the confidential portions of previously filed Exhibits shall be filed under seal.

IT IS SO ORDERED.

Dated: 2/11/11

THE HON. CLAUDIA WILKEN
UNITED STATES DISTRICT COURT JUDGE