1  Michael P. Lehmann (Cal. Bar No. 77152)
2  Jon T. King (Cal. Bar No. 205073)
   Arthur N. Bailey, Jr. (Cal. Bar No. 248460)
3  HAUSFELD LLP
   44 Montgomery St., 34th Floor
4  San Francisco, CA 94104
   Tel:  (415) 633-1908
5  Fax:  (415) 358-4980
   Email:  mlehmann@hausfeldllp.com
6          jking@hausfeldllp.com
           abailey@hausfeldllp.com
7
8  *Plaintiffs' Interim Co-Lead Class Counsel
   With Principal Responsibility for Antitrust
9  Claims*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **IN RE NCAA STUDENT-ATHLETE NAME & LIKENESS LICENSING LITIGATION** | Case No. 4:09-cv-1967 CW<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5<br><br>Date Complaint Filed: May 5, 2009 |

[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL

CASE NO. 4:09-CV-1967 CW

Plaintiffs, having filed an Administrative Motion pursuant to Civil Local Rules 7-11 and 79-5(c) to have the clerk of the court file under seal certain confidential portions of their "Plaintiffs Opposition to Defendants' Motions to Dismiss," and good cause appearing therefore,

IT IS HEREBY ORDERED that selected portions of "Plaintiffs' Opposition to Defendants' Motions to Dismiss" shall be filed under seal.

IT IS SO ORDERED.

Dated: 2/11/2011

_____
THE HONORABLE CLAUDIA WILKEN,
UNITED STATES DISTRICT COURT JUDGE