GENNARO FILICE III, Bar No. 061112
MELANIE GRISWOLD, Bar No. 234917
KING & SPALDING LLP
101 Second Street
Suite 2300
San Francisco, CA  94105
Telephone:  +1 415 318 1200
Facsimile:   +1 415 318 1300

Attorneys for Defendant
COLLEGIATE LICENSING COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re NCAA Student-Athlete Name and Likeness Licensing Litigation<br><br>This Documents Relates To:<br><br>All Actions | Case No. 09-cv-1967-CW<br><br>**ORDER GRANTING MOTION FOR WITHDRAWAL OF APPEARANCE OF GENNARO A. FILICE III AS COUNSEL FOR COLLEGIATE LICENSING COMPANY**<br><br>Judge:   Claudia Wilken |

The motion of Gennaro A. Filice III for an order granting leave to withdraw Gennaro A. Filice's appearance as counsel of record for Defendant Collegiate Licensing Company, this day came on to be considered; and thereupon, upon consideration thereof, it is by the Court: Ordered that Gennaro A. Filice III be and hereby is granted leave to withdraw his appearance as counsel for Defendant herein.

DATED: March 1, 2011                    By: _____
                                            Honorable Claudia Wilken
                                            United States District Court Judge

[~~PROPOSED~~] ORDER GRANTING MOTION FOR WITHDRAWAL OF APPEARANCE
Case No. 09-cv-1967-CW