IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAMUEL MICHAEL KELLER,

    Plaintiff,

  v.

ELECTRONIC ARTS INC., et al.,

    Defendant.

No. C 09-01967 CW

ORDER OF REFERENCE TO MAGISTRATE JUDGE

    Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that the motion to designate as available for use prior deposition testimony of unavailable former NCAA Executive Director Walter Byes, and **all further discovery motions** filed in the above-captioned case are referred to a Magistrate Judge.  The hearing noticed for Thursday, October 13, 2011, is vacated.  Counsel will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge.

Dated: 9/9/2011

CLAUDIA WILKEN
United States District Judge

cc: Sue