UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE NCAA STUDENT-ATHLETE NAME & LIKENESS LICENSING LITIGATION | Case No. 09-cv-1967 CW (NC) <br> **ORDER VACATING HEARING** <br> Re: Dkt. No. 350 |

Plaintiffs Ed O'Bannon, Harry Flournoy, Alex Gilbert, Sam Jacobson, Thad Jaracz, David Lattin, Patrick Maynor, Tyrone Prothro, Damien Rhodes, Eric Riley, Bob Tallent, and Danny Wimprine ("Antitrust Plaintiffs") bring this action against Defendants Electronic Arts Inc., the National Collegiate Athletic Association ("NCAA"), and Collegiate Licensing Company for allegedly restraining trade in violation of the Sherman Act § 1. The Antitrust Plaintiffs move to use in this action the deposition of former NCAA executive director Walter Byers, which was taken in 2007 in an unrelated action captioned *White v. NCAA*. The Antitrust Plaintiffs also seek to use in this action a book written by Byers titled *Unsportsmanlike Conduct*, which was used as an exhibit in Byers' 2007 deposition in *White*. Defendants oppose the motion.

Based on the papers submitted by the parties, the Court finds that the motion is appropriate for determination without oral argument. *See* Civil L.R. 7-1(b). Accordingly, the hearing scheduled for October 12, 2011 is vacated.

IT IS SO ORDERED.

DATED: October 11, 2011

NATHANAEL M. COUSINS
United States Magistrate Judge