IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE NCAA STUDENT-ATHLETE  No. C 09-1967 CW
NAME & LIKENESS LICENSING
LITIGATION.  ORDER RELATING
 CASES
_____/

    On October 7, 2011, Plaintiff in William F. Russell v. National Collegiate Athletic Association, et al., Case No. 11-CV-04938 (EDL), filed a corrected Administrative Motion to Consider Whether Cases Should Be Related, pursuant to Local Rule 3-12. The Court, having considered the papers and pleadings on file, and good cause appearing, HEREBY GRANTS the motion.

    IT IS ORDERED that William F. Russell. v. National Collegiate Athletic Association, et al., Case No. 11-CV-04938, is hereby related to In Re NCAA Student-Athlete Name & Likeness Licensing Litigation, Case No. 09-CV-1967.

    William F. Russell. v. National Collegiate Athletic Association, et al., Case No. 11-CV-04938, shall be reassigned to the undersigned judge pursuant to Local Rule 3-12(f). Counsel are instructed that all future filings in the reassigned case are to bear the undersigned's initials immediately after the case number.

1     The case management conference previously scheduled in <u>William F. Russell. v. National Collegiate Athletic Association, et al.</u>, Case No. 11-CV-04938, is hereby vacated. Counsel in <u>William F. Russell. v. National Collegiate Athletic Association, et al.</u>, Case No. 11-CV-04938, must appear at the further case management conference scheduled for <u>In Re NCAA Student-Athlete Name & Likeness Licensing Litigation</u>, Case No. 09-CV-1967, on November 15, 2011 at 2:00 p.m.

    IT IS SO ORDERED.

Dated: 10/17/2011

*[signature]*
CLAUDIA WILKEN
United States District Judge