Michael P. Lehmann (Cal. Bar No. 77152)
Jon T. King (Cal. Bar No. 205073)
HAUSFELD LLP
44 Montgomery Street, 34th Floor
San Francisco, CA 94104
Tel:     (415) 633-1908
Fax:    (415) 358-4980
Email:  mlehmann@hausfeldllp.com
            jking@hausfeldllp.com

*Plaintiffs' Interim Co-Lead Class Counsel with Principal Responsibility for the Antitrust Claims*

[Add'l Counsel on Signature Page]

Robert A. Van Nest (Cal. Bar No. 84065)
R. James Slaughter (Cal. Bar. 192813)
KEKER & VAN NEST LLP
633 Battery Street
San Francisco, CA  94111
Telephone:  (415) 391-5400
Facsimile: (415) 397-7188
Email:  rvannest@kvn.com
            rslaughter@kvn.com

*Attorneys for Defendant Electronic Arts Inc.*

[Add'l Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| **IN RE NCAA STUDENT-ATHLETE NAME & LIKENESS LICENSING LITIGATION** | Case No. 4:09-cv-1967 CW (NC)<br><br>**STIPULATION AND [PROPOSED] ORDER ON BRIEFING SCHEDULE FOR EA'S MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Date:         December 8, 2011<br>Time:        2:00 p.m.<br>Judge:       Hon. Claudia Wilken<br>Courtroom:  2, Fourth Floor |

WHEREAS, on October 13, 2011, Defendant Electronic Arts Inc. ("EA") filed a "Motion for Judgment on the Pleadings" (Dkt. 366) (the "Motion") with respect to the Antitrust Plaintiffs' claims as set forth in the "Second Consolidated Amended Class Action Complaint" (SCACAC");

WHEREAS, the initial date for a hearing on the Motion was set for November 17, 2011;

WHEREAS, the Antitrust Plaintiffs' opposition brief currently is due on Thursday, October 27, 2011, and EA's reply brief is due on Thursday, November 3, 2011;

WHEREAS, on October 19, 2011 a Clerk's Notice issued resetting the hearing date for Thursday, December 8, 2011 at 2:00 p.m. and stating that "[t]he previous briefing schedule remains in effect.";

WHEREAS, counsel for the Antitrust Plaintiffs and EA have conferred and believe that a short extension of the briefing dates is appropriate in view of the case developments described below, and that the short proposed extension will not affect the hearing date;

WHEREAS, all parties including the Antitrust Plaintiffs and EA have been devoting considerable attention to the Court-ordered mediation session occurring next week under the guidance of the Hon. Judge Infante (Ret.);

WHEREAS, all parties have been devoting considerable attention to the approximately three weeks' worth of class representative depositions occurring in the first three weeks of November;

THEREFORE, it is SO STIPULATED that the Antitrust Plaintiffs' opposition brief is due on Thursday, November 10, 2011, and EA's reply brief is due on Thursday, November 17, 2011, and the hearing date set for Thursday, December 8, 2011 will remain unchanged.

//

//

//

STIPULATION AND [PROPOSED] ORDER ON BRIEFING SCHEDULE

-1-

Dated:  October 27, 2011                    Respectfully Submitted,


/s/ Jon T. King                              /s/ R. James Slaughter

Michael P. Lehmann (Cal. Bar No. 77152       Robert A. Van Nest
Jon T. King (Cal. Bar No. 205073)            R. James Slaughter
HAUSFELD LLP                                 KEKER & VAN NEST LLP
44 Montgomery Street, 34th Floor             633 Battery Street
San Francisco, CA 94104                      San Francisco, CA  94111
Tel:       (415) 633-1908                    Tel:     (415) 391-5400
Fax:       (415) 358-4980                    Fax:     (415) 397-7188
Email:   mlehmann@hausfeldllp.com            Email:  rvannest@kvn.com
             jking@hausfeldllp.com                     rslaughter@kvn.com

Michael D. Hausfeld (*pro hac vice*)         LATHAM & WATKINS LLP
HAUSFELD LLP                                 Daniel M. Wall
1700 K Street, NW, Suite 650                 Timothy L. O'Mara
Washington, DC 20006                         505 Montgomery Street, Suite 2000
Tel:  (202) 540-7200                         San Francisco CA 94111-6538
Fax:  (202) 540-7201                         Tel:     (415) 391-0600
Email:  mhausfeld@hausfeldllp.com            Fax :    (415) 395-8095
                                             E-mail: dan.wall@lw.com
                                                       tim.omara@lw.com
*Plaintiffs' Interim Co-Lead Class Counsel
with Principal Responsibility for Antirust*   *Attorneys for Defendant*
*Claims*                                     *Electronic Arts Inc.*




IT IS SO ORDERED:


[signature]

Hon. Claudia Wilken
United States District Court Judge





STIPULATION AND [PROPOSED] ORDER ON BRIEFING SCHEDULE

-2-

I, Jon T. King, am the ECF User whose ID and password are being used to file this **STIPULATION AND [PROPOSED] ORDER ON BRIEFING SCHEDULE FOR EA'S MOTION FOR JUDGMENT ON THE PLEADINGS**

In compliance with General Order 45, X.B., I hereby attest that R. James Slaughter has concurred in this filing.