# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE NCAA STUDENT-ATHLETE NAME & LIKENESS LICENSING LITIGATION** | Case No. 09-cv-1967 CW (NC) |
| | **ORDER SETTING BRIEFING SCHEDULE RE: PLAINTIFFS' PROPOSED MOTIONS TO COMPEL NCAA TO PRODUCE DOCUMENTS AND INTERROGATORY RESPONSES** |
| | Re: Dkt. Nos. 377, 378 |

This Court has considered the Joint Statements concerning Plaintiffs' proposed motions to compel the NCAA to produce certain documents and interrogatory responses. The core of the dispute is whether the NCAA is required to produce information and documents that are held by NCAA-member institutions.

The NCAA requests additional briefing if the Court is not inclined to deny the Plaintiffs' requests outright. Doc. 377 at 5. The Court grants the NCAA's request. Of particular interest to the Court are the associational rules that govern the NCAA. What specific powers does the NCAA have within its bylaws to "collect information and data from members?" Doc. 378 at 3. This discussion should specifically address the recently enacted bylaw that members' "written policies" for licensing, marketing, sponsorship, advertising, broadcast and other commercial agreements involving use of student-athletes' name or likeness "shall be made available for examination on request by an

1   NCAA staff member or an authorized representative of the NCAA." Doc. 378 at 2.

2        The NCAA is ordered to file a response by November 14. Plaintiffs may file a

3   reply, not to exceed three pages, by November 18.

4        IT IS SO ORDERED.

5

6   DATED: November 3, 2011

7                                              NATHANAEL M. COUSINS
                                               United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 09-cv-1967 CW (NC)
ORDER SETTING BRIEFING SCHEDULE      2