# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE NCAA STUDENT-ATHLETE NAME & LIKENESS LICENSING LITIGATION | Case No. 09-cv-1967 CW (NC)<br><br>**ORDER re: DATES FOR DEPOSITIONS**<br><br>Re: Dkt. No. 383 |

In its statement filed on November 8, 2011, the NCAA alleges that Plaintiffs have refused to set dates for the depositions of Antitrust Plaintiffs Bob Tallent, Thad Jaracz, DannyWimprine, Tate George, Oscar Robertson, and Ishmael Thrower. Dkt. No. 383 at 1. The NCAA therefore requests that Plaintiffs set dates for these depositions by November 11, 2011. *Id.* at 2.

On or before November 14, 2011, Plaintiffs' counsel must submit a statement to the Court containing all dates between now and December 30, 2011 on which they are available to participate in the depositions of the Antitrust Plaintiffs listed above. After Plaintiffs' counsel file their statement, the NCAA may notice the depositions for dates on which Plaintiffs' counsel have indicated they are available. After the NCAA notices the depositions, Plaintiffs' counsel may not attempt to reschedule them without leave of court.

1  IT IS SO ORDERED.
2
3
4  DATED: November 8, 2011

                                          NATHANAEL M. COUSINS
5                                           United States Magistrate Judge

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28