IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NCAA STUDENT-ATHLETE NAME & LIKENESS LICENSING LITIGATION.<br><br>_____/ | No. C 09-1967 CW<br><br>ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND MOTION HEARING, REJECTING PARTIES' STIPULATION AND MODIFYING CASE MANAGEMENT ORDER |

The Case Management Conference and the hearing on the Motion for Judgment on the Pleadings, previously set for Thursday, December 8, 2011, at 2:00 p.m., are hereby CONTINUED to Thursday, January 12, 2012, at 2:00 p.m. in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612. A Case Management Statement is due by January 5, 2012. The previous briefing schedule on the Motion for Judgment on the Pleadings remains in effect.

The Court REJECTS the parties' stipulation to extend class certification briefing schedule and fact discovery deadline and modifying case schedule, which was filed on November 15, 2011. The proposed schedule does not allow sufficient time between the date of the hearing on the dispositive motions and cross-motions and Daubert motions and the date for the trial. Further, the proposed schedule requires all parties to file their dispositive and Daubert motions on the same date, whereas the current schedule

requires Plaintiffs to do so first and for Defendants to file their cross-motions and oppositions in a single brief.

The deadline to File Antitrust Plaintiffs' and Publicity Plaintiffs' Motions for Class Certification and to Disclose Plaintiffs' Class Certification Experts, currently set for December 15, 2011, is hereby VACATED and shall be reset at the case management conference. The parties shall submit their proposed modifications for the case management order as part of their case management statement.

IT IS SO ORDERED.

Dated: 11/29/2011

CLAUDIA WILKEN
United States District Judge