[Plaintiffs' and Defendants' Counsel
Listed on Signature Block]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **IN RE NCAA STUDENT-ATHLETE NAME & LIKENESS LICENSING LITIGATION** | Case No. 4:09-cv-1967 CW (NC)<br><br>**STIPULATION AND [PROPOSED] ORDER RE: ADDENDUM TO STIPULATED PROTECTIVE ORDER**<br><br>**CLASS ACTION**<br><br>Complaint Filed: May 5, 2009 |

All parties, by their respective counsel, hereby agree and stipulate to the following proposed Addendum to the March 7, 2011 "Stipulated Protective Order Regarding Confidentiality of Documents and Materials" (the "Stipulated Protective Order") (Dkt. 320) entered by the Court in this matter in order to address concerns of certain third party subpoena recipients regarding information to be produced pursuant to subpoena or otherwise made available in this litigation:

1.  This Addendum incorporates by reference all provisions of the Stipulated Protective Order to the extent those provisions do not conflict with the provisions herein.  Unless otherwise defined herein, defined terms in the Stipulated Protective Order shall have the same definitions in this Addendum.

2.  A producing party may designate as "Outside Attorneys' Eyes Only" any testimony, information, or document that is especially sensitive such that the producing party believes in good faith that it would suffer competitive harm if publicly known or known by agents and employees of other parties or non-parties who would have access under the Stipulated Protective Order to Confidential Material.

3.  Designation of "Outside Attorneys' Eyes Only" material shall be made in the same manner as designation of Confidential Material pursuant to Paragraphs (5), (6), (7) and (8) of the Stipulated Protective Order.

4.  "Outside Attorneys' Eyes Only" material may be disclosed, summarized, described, characterized, or otherwise communicated or made available in whole or in part by the party to whom such materials are produced or disclosed only to the following persons, who shall be bound thereby by the terms of the Stipulated Protective Order and this Addendum: (a) the parties' outside counsel and their legal, clerical, or support staff; (b) experts or consultants retained by a party in connection with this action; (c) any person indicated on the face of a

document to be the author, addressee, or a copy recipient of the document; (d) the Court, Court personnel, any juror or any court reporter employed in this action; and (e) any other person only upon order of the Court after notice to the producing party or stipulation of the producing party. "Outside Attorneys' Eyes Only" material shall not be disclosed to any person identified in category (b) above until such person has been shown a copy of the Stipulated Protective Order and this Addendum and has first agreed to be bound by the terms of the Stipulated Protective Order and this Addendum by executing the Acknowledgment attached hereto as Exhibit A.

     5.     A Fed. R. Civ. P. 30(b)(6) witness or equivalent designated by a party or non-party may be shown any material designated "Outside Attorneys' Eyes Only" during the course of his/her examination if (a) counsel for the examining party believes in good faith that such a witness has a need to review such material, and (b) that witness is employed by the same entity, including any subsidiary or affiliate thereof, as a person indicated on the face of such a document to be the author, addressee, or a copy recipient.

     6.     Any deponent or witness who currently is or at the time of the creation of the relevant discovery material was employed by the producing party may be shown "Outside Attorneys' Eyes Only" material so designated by that producing party during the course of his/her examination.

     7.     Except as set forth in this Addendum, "Outside Attorneys' Eyes Only" material shall be treated in the same manner as Confidential Material pursuant to the Stipulated Protective Order.

//

//

//

//

**IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.**

Dated: December 6, 2011

| HAUSFELD LLP | KEKER & VAN NEST LLP |
|---|---|
| /s/ Jon T. King | /s/ R. James Slaughter |
| Michael P. Lehmann (Cal. Bar No. 77152) | Robert A. Van Nest |
| Jon T. King (Cal. Bar No. 205073) | R. James Slaughter |
| Bruce J. Wecker (Cal. Bar No. 78530) | 633 Battery Street |
| 44 Montgomery Street, 34th Floor | San Francisco, CA 94111 |
| San Francisco, CA 94104 | Tel: (415) 391-5400 |
| Tel: (415) 633-1908 | Fax: (415) 397-7188 |
| Fax: (415) 358-4980 | Email: rvannest@kvn.com |
| Email: mlehmann@hausfeldllp.com |           rslaughter@kvn.com |
|           jking@hausfeldllp.com | |
|           bwecker@hausfeldllp.com | LATHAM & WATKINS LLP |
| | /s/ Timothy L. O'Mara |
| Michael D. Hausfeld (*pro hac vice*) | Daniel M. Wall |
| HAUSFELD LLP | Timothy L. O'Mara |
| 1700 K Street, NW, Suite 650 | 505 Montgomery Street, Suite 2000 |
| Washington, DC 20006 | San Francisco CA 94111-6538 |
| Tel: (202) 540-7200 | Tel: (415) 391-0600 |
| Fax: (202) 540-7201 | Fax : (415) 395-8095 |
| Email: mhausfeld@hausfeldllp.com | E-mail: dan.wall@lw.com |
| |           tim.omara@lw.com |
| *Plaintiffs' Interim Co-Lead Class Counsel with Principal Responsibility for Antirust Claims* | *Attorneys for Defendant Electronic Arts Inc.* |
| HAGENS BERMAN SOBOL SHAPIRO LLP | KILPATRICK STOCKTON LLP |
| /s/    Robert B. Carey | /s/    R. Charles Henn Jr. |
| Robert B. Carey (*pro hac vice*) | KILPATRICK TOWNSEND & STOCKTON LLP |
| Leonard W. Aragon (*pro hac vice*) | William H. Brewster (*pro hac vice*) |
| 11 West Jefferson | R. Charles Henn Jr. (*pro hac vice*) |
| Suite 1000 Phoenix, AZ, 85003 | Suite 2800 |
| Telephone: (602) 840-5900 | 1100 Peachtree Street |
| Facsimile: (602) 840-3012 | Atlanta, GA 30309-4530 |
| Email: rcarey@hbsslaw.com | Telephone: (404) 815-6500 |
|           leonard@hbsslaw.com | Facsimile: (404) 815-6555 |
| | *Attorneys for Defendant College Licensing Company* |

| | |
|---|---|
| Steve W. Berman (*pro hac vice*)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1918 Eighth Avenue, Suite 3300<br>Seattle, Washington 98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594<br>E-Mail: steve@hbsslaw.com<br><br>***Plaintiffs' Interim Co-Lead Class Counsel<br>With Primary Responsibility for the<br>Right of Publicity Claims*** | MILLER, CANFIELD, PADDOCK AND<br>STONE, P.L.C.<br><br>     /s/     Gregory L. Curtner     <br>Gregory L. Curtner (*pro hac vice*)<br>Robert J. Wierenga (SBN 183687)<br>Kimberly K. Kefalas (*pro hac vice*)<br>Kimberly L. Scott (*pro hac vice*)<br>Suzanne L. Wahl (*pro hac vice*)<br>101 North Main St., 7th Floor<br>Ann Arbor, MI 48104<br>Telephone: (734) 663-2445<br>Facsimile: (734) 663-8624<br>Email: curtner@millercanfield.com<br>         wierenga@millercanfield.com<br>         kefalas@millercanfield.com<br>         scott@millercanfield.com<br>         wahl@millercanfield.com<br><br>*Attorneys for Defendant<br>National Collegiate Athletic Association* |

**IT SO ORDERED.**

Dated:   12/6/2011   

[signature: Claudia Wilken]

**The Honorable Claudia Wilken<br>U.S. DISTRICT COURT JUDGE**

I, Jon T. King, am the ECF User whose ID and password are being used to file this

**STIPULATION AND [PROPOSED] ORDER RE ADDENDUM TO STIPULATED PROTECTIVE ORDER**

In compliance with General Order 45, X.B., I hereby attest that Robert B. Carey, R. Charles Henn Jr., Gregory L. Curtner, R. James Slaughter, and Timothy L. O'Mara, Jr. have concurred in this filing.

# EXHIBIT A

## ACKNOWLEDGMENT AND AGREEMENT TO BE BOUND

I, _____ **[print or type full name]**, of _____ **[print or type full address]**, declare under penalty of perjury that I have read in its entirety and understand the "Stipulated Protective Order Regarding Confidentiality of Documents and Materials" (the "Stipulated Protective Order") that was entered on March 7, 2011 by the United States District Court for the Northern District of California in the case of *In re Student-Athlete Name and Likeness Licensing Litigation*., No. 09-cv-1967 CW, and the "Stipulation and Order Re Addendum to Stipulated Protective Order" (the "Addendum") entered by the Court on _____.  I agree to comply with and to be bound by all the terms of the Stipulated Protective Order and the Addendum, and I understand and acknowledge that failure to so comply could expose me to sanctions and punishment in the nature of contempt.  I solemnly promise that I will not disclose in any manner any information or item that is subject to this Stipulated Protective Order or the Addendum to any person or entity in strict compliance with the provisions of the Stipulated Protective Order and the Addendum.

I further agree to submit to the jurisdiction of the United States District Court for the Northern District of California for the purpose of enforcing the terms of the Stipulated Protective Order and the Addendum, even if such enforcement proceedings occur after termination of this action.

Date: _____

City and State where sworn and signed: _____

Name: _____ [printed name]

Signature: _____ [signature]