UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE NCAA STUDENT-ATHLETE NAME & LIKENESS LICENSING LITIGATION** | Case No. 09-cv-01967 CW (NC)<br><br>**ORDER GRANTING IN PART MOTION FOR PROTECTIVE ORDER RE: THIRD-PARTY SUBPOENAS**<br><br>Re: Dkt. No. 423 |

    Defendants NCAA and Collegiate Licensing Company request that the Court (1) cancel several noticed depositions, and (2) require every party seeking to depose a third-party to serve the subpoena via email on all parties within twenty-four hours of issuing it and to meet and confer with all parties to select a mutually agreeable deposition date after serving the subpoena but before discussing dates with the deponent. Dkt. No. 423, Joint Statement at 2-3. Antitrust plaintiffs contend that they did not violate Federal Rule of Civil Procedure 30(b)(1) or Civil Local Rule 30-1 when they recently noticed several depositions and claim that none of the third-party depositions at issue will take place until after March 1, 2012. *Id.* at 3.

    The Court finds that because none of the depositions at issue will take place before March 1, 2012, the NCAA and Collegiate Licensing have suffered no prejudice. Accordingly, the depositions at issue may proceed as scheduled. The scope of the topics to be covered during the depositions will be addressed by the Court in a separate order.

A party noticing a third-party deposition after this order is filed must (1) comply with the Federal Rules of Civil Procedure and the Civil Local Rules, and (2) serve the subpoena via email on all parties within twenty-four hours of issuing it.

IT IS SO ORDERED.

DATED:   February 23, 2012

_____
NATHANAEL M. COUSINS
United States Magistrate Judge