UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE NCAA STUDENT-ATHLETE NAME & LIKENESS LICENSING LITIGATION** | Case No. 09-cv-01967 CW (NC)<br>*Related to* 12-mc-80026 CW (NC)<br><br>**ORDER DENYING MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY NONPARTY**<br><br>Re: Dkt. No. 1 |

    Antitrust plaintiffs move to compel nonparty IMG Worldwide to produce documents responsive to a subpoena they issued under Federal Rule of Civil Procedure 45. Dkt. No. 1. The motion is DENIED WITHOUT PREJUDICE, as the document requests at issue are overly broad much like antitrust plaintiffs' document requests to nonparties The Big Ten Network, The Big Ten Conference, and Fox Broadcasting Company were overly broad. *See* Case No. 09-cv-01967, Dkt. No. 430. Accordingly, antitrust plaintiffs and IMG are ordered to review this Court's order concerning antitrust plaintiffs' document requests to The Big Ten Network, The Big Ten Conference, and Fox and to meet and confer within the next fourteen days to reduce the scope of the requests in accordance with that order. If the parties are unable to resolve their disputes with respect to the document requests, plaintiffs may renew their motion to compel in a memorandum of no more than ten pages. The memorandum must specify antitrust plaintiffs' proposals to reduce the burden on IMG of responding to the requests.

1  IT IS SO ORDERED.

2

3  DATED: February 28, 2012

4  _____
   NATHANAEL M. COUSINS
5  United States Magistrate Judge

Case No. 12-mc-80026 CW (NC)
ORDER DENYING MOTION
TO COMPEL                    2