IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NCAA STUDENT-ATHLETE NAME & LIKENESS LICENSING LITIGATION. _____/ | No. C 09-1967 CW<br><br>ORDER GRANTING IN PART PARTIES' STIPULATION AND MODIFYING THE CASE MANAGEMENT SCHEDULE<br>(Docket No. 438) |

The Court grants in part the stipulation of the Antitrust Plaintiffs and Defendants and enters a modified case management schedule as follows. The Court notes that the Ninth Circuit's recent decision to hear re-argument of <u>Keller v. Electronic Arts, Inc.</u>, Case No. 10-15387 (9th Cir.), may require further adjustment.

| | |
|---|---|
| Deadline to file Plaintiffs'[1] motions for class certification and to disclose Plaintiffs' class certification experts<br>These motions shall be contained in a single joint brief, if possible. | August 31, 2012 |
| Deadline to depose Plaintiffs' class certification experts | October 1, 2012 |
| Completion of fact discovery | October 31, 2012 |

---

[1] Unless otherwise specified, the Court uses the word Plaintiffs to refer to both the Antitrust and Publicity Plaintiffs.

| | | |
|---|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | Deadline to file Defendants' Oppositions to Plaintiffs' motion for class certification and Defendants' Daubert motions on Plaintiffs' class certification experts, and to disclose Defendants' class certification experts<br><br>Each Defendant's oppositions and Daubert motions shall be contained in a single brief. To the extent possible, Defendants shall file a single joint brief on behalf of more than one, or all, Defendants. | October 31, 2012 |
| 7 | Deadline to depose Defendants' class certification experts | November 30, 2012 |
| 8<br>9 | Parties to exchange opening expert reports on merits | November 30, 2012 |
| 10<br>11<br>12<br>13<br>14 | Deadline to file Plaintiffs' replies in support of their motions for Class Certification, Plaintiffs' oppositions to Defendants' class certification Daubert motion, and Plaintiffs' Daubert motions on Defendants' class certification experts<br><br>Each set of Plaintiffs shall address these matters in a single brief. Plaintiffs shall file a single joint brief, if possible. | December 13, 2012 |
| 15<br>16<br>17<br>18<br>19 | Deadline to file Defendants' replies in support of their class certification Daubert motions and Defendants' opposition to Plaintiffs' class certification Daubert motions<br><br>Each Defendant shall address these matters in a single brief. To the extent possible, Defendants shall file a single joint brief on behalf of more than one, or all, Defendants. | January 17, 2013 |
| 20 | Deadline to depose parties' liability experts | January 31, 2013 |
| 21<br>22<br>23 | Deadline to file Plaintiffs' replies in support of their class certification Daubert motions<br><br>Plaintiffs shall file a single joint brief, if possible. | February 1, 2013 |
| 24 | Deadline to disclose rebuttal expert reports | February 8, 2013 |
| 25<br>26 | Hearing on Plaintiffs' class certification motions and all parties' Daubert motions on class certification experts, and further case management conference | Thursday, March 7, 2013, at 2:00 p.m. |
| 27 | Deadline to dispose rebuttal experts | March 22, 2013 |
| 28 | | |

| | | |
|---|---|---|
| Deadline for Plaintiffs to file their dispositive motions and Daubert motions on Defendants' merits experts<br><br>Each set of Plaintiffs shall address these matters in a single brief.  Plaintiffs shall file a single joint brief, if possible. | June 12, 2013 |
| Deadline for Defendants to file their oppositions to Plaintiffs' dispositive motions and Daubert motions, their dispositive cross-motions, and their Daubert motions on Plaintiffs' merits experts<br><br>Each Defendant shall address these matters in a single brief.  To the extent possible, Defendants shall file a single joint brief on behalf of more than one, or all, Defendants. | July 17, 2013 |
| Deadline for Plaintiffs to file their replies in support of their dispositive motions and Daubert motions, and oppositions to Defendants' dispositive cross-motions and Daubert motions<br><br>Each set of Plaintiffs shall address these matters in a single brief.  Plaintiffs shall file a single joint brief, if possible. | August 21, 2013 |
| Deadline for Defendants to file replies in support of their dispositive cross-motions and Daubert motions<br><br>Each Defendant's replies shall be contained in a single brief.  To the extent possible, Defendants shall file a single joint brief on behalf of more than one, or all, Defendants. | September 20, 2013 |
| Hearing on dispositive motions and further case management conference | Thursday, November 7, 2013, at 2:00 p.m. |
| Final pretrial conference<br><br>Pretrial documents shall be filed in accordance with the Court's Order for Pretrial Preparation. | Wednesday, February 12, 2014, at 2:00 p.m. |
| Jury Trial | Monday, February 24, 2014, at 8:30 a.m. |

The Court notes that it has no estimate of the length of the trial for its calendar purposes.  The parties are directed to discuss the number of court days they would request for separate

3

1 trials of the right of publicity and anti-trust cases, and for a
2 joint trial, and advise the Court by a filed notice of their joint
3 or separate positions.
4      IT IS SO ORDERED.

6 Dated: 3/29/2012

CLAUDIA WILKEN
United States District Judge