**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NCAA STUDENT-ATHLETE NAME & LIKENESS LICENSING LITIGATION<br>_____/ | No. C 09-1967 CW<br><br>ORDER GRANTING PARTIES' STIPULATION AND SETTING CASE MANAGEMENT CONFERENCE (Docket No. 445 in 09-1967) |
| ISHMAEL THROWER, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, also known as NCAA; and COLLEGIATE LICENSING COMPANY, also known as CLC,<br><br>    Defendants.<br>_____/ | No. C 10-632 CW |
| OSCAR P. ROBERTSON; TATE GEORGE; and RAY ELLIS, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, also known as NCAA; COLLEGIATE LICENSING COMPANY, also known as CLC; and ELECTRONIC ARTS, INC.,<br><br>    Defendants.<br>_____/ | No. C 11-388 CW |

WILLIAM F. RUSSELL, on behalf of himself and all others similarly situated,

    Plaintiff,

  v.

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, also known as NCAA; COLLEGIATE LICENSING COMPANY, also known as CLC; and ELECTRONIC ARTS, INC.,

    Defendants.

No. C 11-4938 CW

_____/

The Court GRANTS the parties' stipulation (Docket No. 445) to continue the case management conference currently set for May 9, 2012 in In re NCAA Student-Athlete Name & Likeness Litigation, Case No. 09-1967, to May 16, 2012 at 2:00 p.m.  The Court also sets a case management conference in the other above-captioned cases for May 16, 2012 at 2:00 p.m.

In their case management statements, the parties shall address whether the above-captioned cases should be consolidated. The parties shall also address the stay on discovery against Defendant Electronic Arts, Inc. (EA) in the publicity cases and whether the antitrust and publicity cases should be de-consolidated from one another.

IT IS SO ORDERED.

Dated: 4/17/2012

CLAUDIA WILKEN
United States District Judge

2