```
                    UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
```

SAMUEL MICHAEL KELLER,

        Plaintiff,

   v.

ELECTRONIC ARTS INC., et al.,

        Defendants.
_____/

ISHMAEL THROWER,

        Plaintiff,

   v.

NATIONAL COLLEGIATE ATHLETIC
ASSOCIATION, et al.,

        Defendants.
_____/

OSCAR P. ROBERTSON, et al.,

        Plaintiffs

   v.

NATIONAL COLLEGIATE ATHLETIC
ASSOCIATION, et al.,

        Defendants.
_____/

WILLIAM F. RUSSELL,

        Plaintiff,

   v.

NATIONAL COLLEGIATE ATHLETIC
ASSOCIATION, et al.,

        Defendants
_____/

NO. C 09-01967 CW

**MINUTE ORDER**
Date: May 16, 2012

No. C 10-00632 CW

No. C 11-00388 CW

No. C 11-04938 CW

**The Honorable Claudia Wilken, Presiding**
**Clerk: Nikki D. Riley   Court Reporter:** Diane Skillman

**Appearances for Plaintiff:**
Robert Carey; Michael Lehmann; Bruce Wecker; Renae Steiner; Allan Steyer; Steven Greenfogel; Michael Hausfeld; Robert Eisler; Sathya Gosselin; Derek Howard; Jon King

**Appearances for Defendant:**
James Patepan; Peter Boyle; R. James Slaughter; Adam Lauridsen; Rocky Unruh; Gregory Curtner

### Case Management Conference - HELD

Notes: Case is called at 2:56 p.m. and there is no legal representation for Plaintiff, Thrower (C-10-00632 CW).  At this time, previously set briefing schedule remains in effect.

All previously set dates are maintained.

Copies to:   Chambers