UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE NCAA STUDENT-ATHLETE NAME & LIKENESS LICENSING LITIGATION | Case No. 09-cv-01967 CW (NC)<br><br>ORDER RE:<br>PRIVILEGE LOGS<br><br>Re: Dkt. No. 472 |

This order responds to a joint letter brief in which the parties propose competing deadlines for the NCAA to complete its document productions and privilege logs. The NCAA's portion of the brief is infected with nebulous phrases that leave the Court uncertain as to the current status of the NCAA's production: production has been complete "for all practical purposes" in advance of the depositions; by the end of the week, the NCAA will have "largely" completed production; plaintiffs have the "vast majority" of deponent's documents available before deposition; and the NCAA proposes to complete production by June 30, with the exception of a "very small cleanup production." Dkt. No. 472 at 5.

It is ordered that the NCAA by June 18 shall supplement its letter brief with a specific summary of the status of its document and privilege log productions. The supplement brief shall specify the burden that would be imposed by requiring the NCAA to complete its document productions and privilege logs by June 25. And the NCAA shall explain the "very small cleanup" that it proposes to produce after June 30.

Case No. 09-cv-01967 CW (NC)
ORDER RE: PRIVILEGE LOGS

1     No additional briefing on this topic is permitted without leave of court.

3
4   DATED: June 13, 2012

                                                                  NATHANAEL M. COUSINS
5                                                                   United States Magistrate Judge