UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE NCAA STUDENT-ATHLETE NAME & LIKENESS LICENSING LITIGATION** | Case No. 09-cv-01967 CW (NC)<br>*Related to*<br>　　11-mc-80300 CW (NC)<br>　　12-mc-80020 CW (NC)<br><br>**ORDER REQUESTING BRIEFING ON DISCOVERY DISPUTE**<br><br>Re: Dkt. No. 482 |

The parties filed a joint statement in which plaintiffs request an order compelling the NCAA to produce financial data they claim are relevant to their calculation of damages. Dkt. No. 482. The NCAA opposes the request, arguing that plaintiffs have not established the relevance of the requested data and that producing it would impose an undue burden on the NCAA and its members. The NCAA requests full briefing.

By July 17, 2012, plaintiffs may file a motion to compel, which shall describe the relevance of the data at issue. The NCAA may file an opposition by July 31, 2012. Plaintiffs may file a reply by August 3, 2012. The court will hold a hearing on August 8, 2012.

IT IS SO ORDERED.

DATED: July 11, 2012

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Nathanael M. Cousins
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Case No. 09-cv-01967 CW (NC)
ORDER REQUESTING BRIEFING