# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

**IN RE NCAA STUDENT-ATHLETE NAME & LIKENESS LICENSING LITIGATION**

Case No. 09-cv-01967 CW (NC)
*Related to*
    11-mc-80300 CW (NC)
    12-mc-80020 CW (NC)

**ORDER REQUESTING RESPONSE FROM THE NCAA AND THE BIG TEN NETWORK**

Re: Dkt. No. 484

Antitrust plaintiffs filed a motion to seal portions of documents produced and designated as confidential by the NCAA and The Big Ten Network on July 17, 2012. Civil Local Rule 79-5(d) requires the designating party to file within seven days of the sealing motion's filing date a declaration "establishing that the designated information is sealable, and must lodge and serve a narrowly tailored proposed sealing order, or must withdraw the designation of confidentiality." Rule 79-5(d) further provides that "if the designating party does not file its responsive declaration as required by this subsection, the document or proposed filing will be made part of the public record." More than seven days have passed since antitrust plaintiffs filed the sealing motion, but neither the NCAA nor The Big Ten Network has filed a response in accordance with Rule 79-5(d). Unless the NCAA or The Big Ten Network file such a response by July 30, 2012, the documents at issue will be made part of the public record.

//

1  IT IS SO ORDERED.
2
3  DATED: July 26, 2012

                                                            Nathanael M. Cousins
                                                            United States Magistrate Judge