# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE NCAA STUDENT-ATHLETE NAME & LIKENESS LICENSING LITIGATION** | Case No. 09-cv-01967 CW (NC)<br>*Related to*<br>11-mc-80300 CW (NC)<br>12-mc-80020 CW (NC)<br><br>**ORDER TO SERVE MOTION TO FILE UNDER SEAL ON DESIGNATING PARTIES**<br><br>Re: Dkt. No. 494 |

The NCAA filed a motion to file under seal portions of documents produced and designated as confidential by nonparties XOS Digital, the Ohio Valley Conference, and Conference USA. Dkt. No. 494. Civil Local Rule 79-5(d) requires the designating party to file within seven days of the sealing motion's filing date a declaration "establishing that the designated information is sealable, and must lodge and serve a narrowly tailored proposed sealing order, or must withdraw the designation of confidentiality." Rule 79-5(d) further provides that "if the designating party does not file its responsive declaration as required by this subsection, the document or proposed filing will be made part of the public record."

To give the designating parties an opportunity to comply with Rule 79-5(d), the NCAA must serve its sealing motion on the designating parties listed above by August 1, 2012. The nonparties must file a responsive declaration under Rule 79-5(d) or withdraw the designations by August 8, 2012.

Case No. 09-cv-01967 CW (NC)
ORDER TO SERVE MOTION

1 | IT IS SO ORDERED.
2
3 | DATED: July 31, 2012

                                              Nathanael M. Cousins
                                              United States Magistrate Judge

Case No. 09-cv-01967 CW (NC)
ORDER TO SERVE MOTION        2