UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE NCAA STUDENT-ATHLETE NAME & LIKENESS LICENSING LITIGATION | Case No. 09-cv-01967 CW (NC)<br><br>ORDER REQUESTING DOCUMENTS RE: DISCOVERY DISPUTE<br><br>Re: Dkt. No. 504 |

Defendant Collegiate Licensing and plaintiff Ishmael Thrower filed a joint discovery letter brief in which Collegiate Licensing requests an order compelling Thrower to produce all documents responsive to its First Set of Requests for Production of Documents and to provide Collegiate Licensing with dates on which he is available to be deposed. Collegiate Licensing alleges that it served the document requests on Thrower almost a year ago but has not received meaningful responses, and that Thrower has refused to cooperate with respect to the scheduling of his deposition.

The court will hold a hearing on this dispute on August 29, 2012, at 2:00 p.m. Thrower and counsel for both parties must attend in person. By August 24, 2012, Collegiate Licensing must file in ECF copies of the document requests at issue. Also by August 24, 2012, Thrower must file in ECF (1) copies of each of his responses to the requests, including all verifications and certificates of service or similar documentation that establishes the date on which he served each of the responses on Collegiate Licensing; (2) a declaration attesting to the specific documents produced in response to the requests; and (3) a statement of all dates within the next sixty days on which he is available for a deposition.

IT IS SO ORDERED.

DATED: August 21, 2012

Nathanael M. Cousins
United States Magistrate Judge

Case No. 09-cv-01967 CW (NC)
ORDER REQUESTING DOCUMENTS