# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE NCAA STUDENT-ATHLETE NAME & LIKENESS LICENSING LITIGATION** | Case No. 09-cv-01967 CW (NC)<br><br>**ORDER REQUESTING DOCUMENTS RE: DISCOVERY DISPUTE**<br><br>Re: Dkt. No. 505 |

Antitrust plaintiffs and defendant Collegiate Licensing filed a joint discovery letter brief in which plaintiffs request an order removing the designations of twenty-four documents produced by Collegiate Licensing as "confidential" or "highly confidential" under the protective order. Collegiate Licensing opposes the request and offers to re-designate the "highly confidential" documents to "confidential" if plaintiffs waive their objections to the designations as to all twenty-four documents.

By August 24, 2012, antitrust plaintiffs must lodge with the court a copy of each of the twenty-four documents at issue. The court may set a hearing or request more briefing after it reviews the documents.

IT IS SO ORDERED.

DATED: August 22, 2012

Nathanael M. Cousins
United States Magistrate Judge

Case No. 09-cv-01967 CW (NC)
ORDER REQUESTING DOCUMENTS