UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE NCAA STUDENT-ATHLETE NAME & LIKENESS LICENSING LITIGATION | Case No. 09-cv-01967 CW (NC)<br><br>ORDER REQUESTING DOCUMENTS RE: DISCOVERY DISPUTE<br><br>Re: Dkt. No. 510 |

Antitrust plaintiffs and defendant Electronic Arts filed a joint discovery letter brief in which Electronic Arts request an order compelling antitrust plaintiffs to respond to Interrogatories Nos. 3-15 by August 31, 2012. Antitrust plaintiffs argue that they should be allowed to respond to the interrogatories at issue thirty days after Electronic Arts' document production is complete. Alternatively, antitrust plaintiffs request leave to submit full briefing on this dispute.

By August 24, 2012, Electronic Arts must file in ECF a copy of the interrogatories at issue and any responses that antitrust plaintiffs have provided to date. The court may set a hearing or request more briefing on this dispute after reviewing these submissions.

IT IS SO ORDERED.

DATED: August 22, 2012

Nathanael M. Cousins
United States Magistrate Judge

Case No. 09-cv-01967 CW (NC)
ORDER REQUESTING DOCUMENTS