Michael P. Lehmann (Cal. Bar No. 77152)
Jon T. King (Cal. Bar No. 205073)
HAUSFELD LLP
44 Montgomery Street, 34th Floor
San Francisco, CA 94104
Tel:      (415) 633-1908
Email:  mlehmann@hausfeldllp.com
            jking@hausfeldllp.com

*Plaintiffs' Interim Co-Lead Class Counsel
With Principal Responsibility for the
Antitrust Claims*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| **IN RE NCAA STUDENT-ATHLETE NAME & LIKENESS LICENSING LITIGATION** | Case No. 4:09-cv-1967 CW (NC)<br><br>**[PROPOSED] ORDER GRANTING ANTITRUST PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE  PROVISIONALLY UNDER SEAL CERTAIN MATERIALS DESIGNATED CONFIDENTIAL BY OTHER PARTIES AND NON-PARTIES IN CONNECTION WITH MOTION FOR CLASS CERTIFICATION** |

The Court, having considered "Antitrust Plaintiffs' Administrative Motion to File Provisionally Under Seal Certain Materials Designated Confidential by Other Parties and Non-Parties in Connection with Motion for Class Certification" ("Administrative Motion to Seal"), and all papers filed in support thereof, and good cause being shown,

IT IS HEREBY ORDERED that the Administrative Motion to Seal is GRANTED, and the following documents are to be sealed:

1. Unredacted version of "Notice of Motion and Motion by Antitrust Plaintiffs for Class Certification and Memorandum of Points and Authorities in Support Thereof ("Motion for Class Certification");

2. Unredacted version of the Declaration of Sathya S. Gosselin in Support of Motion by Antitrust Plaintiffs for Class Certification ("Gosselin Declaration");

3. The "Expert Report on Class Certification of Roger G. Noll" and its accompanying appendices, attached as an exhibit to the Motion for Class Certification;

4. The "Expert Report of Larry Gerbrandt" and its accompanying appendices, attached as an Exhibit to the Motion for Class Certification.

5. Exhibits 1, 4, 5-6, 8-10, 12-14, 20-21, 23, 40, 42, 44-68, 71-74, 76-78, and 80-81 to the Gosselin Declaration.

IT IS SO ORDERED.

Dated: _____          _____

                                              HON. CLAUDIA WILKEN
                                              United States District Judge