UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE NCAA STUDENT-ATHLETE NAME & LIKENESS LICENSING LITIGATION | Case No. 09-cv-01967 CW (NC) <br><br> **ORDER REQUESTING ADDITIONAL INFORMATION RE: NCAA'S REQUEST TO SHORTEN TIME** <br><br> Re: Dkt. No. 538 |

The Court addresses the joint letter brief filed today concerning the NCAA's request to shorten the time period for antitrust plaintiffs to respond to the NCAA's second set of interrogatories.

First, the Court is not convinced that the parties have completed the required meet and confer process. Plaintiffs suggest that their counsel are available on Monday for a further conference. The parties should take advantage of this opportunity to seek a reasonable compromise. The parties must jointly file a supplemental brief by September 13 that details the meet and confer efforts and each party's final proposed compromise.

Second, the NCAA must file with the Court by September 13 a copy of the interrogatory requests at issue.

The Court will schedule a hearing, or rule if a hearing is not required, after receiving these supplemental materials.

DATED: September 7, 2012

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 09-cv-01967 CW (NC)
ORDER REQUESTING INFORMATION