IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NCAA STUDENT-ATHLETE NAME AND LIKENESS LICENSING LITIGATION, _____/ | No. C 09-1967 CW<br><br>ORDER STRIKING IMPROPERLY FILED DOCUMENT (Docket No. 530) AND DIRECTING ANTITRUST PLAINTIFFS TO RE-FILE THE DOCUMENT |

On August 31, 2012, Antitrust Plaintiffs filed a redacted version of their motion for class certification in the public docket. Docket Nos. 530. In the public version of their motion for class certification, although Antitrust Plaintiffs have attempted to redact the information that other parties designated as confidential by placing black boxes over the text, the text underneath those boxes remains accessible. Antitrust Plaintiffs concurrently submitted a motion to file under seal their unredacted motion for class certification and related exhibits. Docket No. 529.

On September 14, 2012, the Court denied Antitrust Plaintiffs' motion to seal in part and referred it in part to the Magistrate Judge for adjudication. At that time, the Court denied their request to file under seal Exhibits 4, 14, 20-21, 40, 42, 46, 49-50, 52-53, 72-74, and 80-81 to the declaration of Sathya S. Gosselin, as well as to references to these exhibits in their motion for class certification and expert reports. The remainder of the motion to seal remains pending at this time.

Because Docket No. 530 contains material that parties have designated as confidential and that is the subject of a pending motion to seal, the Court STRIKES Docket No. 530 and directs the Clerk to delete it from the public docket.  Within four days of the date of this Order, Antitrust Plaintiffs shall file a properly redacted version of its motion in the public record.  When Antitrust Plaintiffs do so, they shall not redact references to Exhibits 4, 14, 20-21, 40, 42, 46, 49-50, 52-53, 72-74, and 80-81 to the Gosselin declaration.

The Court notes that the Northern District of California has posted helpful information about redaction of information for e-filers on its public website, which can be accessed at https://ecf.cand.uscourts.gov/cand/faq/tips/redacting.htm.

IT IS SO ORDERED.

Dated: 9/14/2012

CLAUDIA WILKEN
United States District Judge

2