# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE NCAA STUDENT-ATHLETE NAME AND LIKENESS LICENSING LITIGATION | Case No. 09-cv-01967 CW (NC)<br><br>**ORDER TO SUBMIT DOCUMENTS RELATED TO MOTION TO SEAL**<br><br>Re: Dkt. No. 550 |

On September 14, 2012, Chief Judge Wilken referred to this Court the issue of whether the NCAA has established good cause to file under seal Exhibits 1, 5-6, 8-10, 12-13, 23, 44-45, 47-48, 54-68, 71, and 76-78, along with references to these exhibits in the motion for class certification and expert declarations. The parties must provide to chambers copies of the documents they seek to file under seal for adjudication of this motion, as well as for all future motions to seal associated with the briefing on the motion for class certification and related *Daubert* motions.

IT IS SO ORDERED.

Date: September 14, 2012

_____
Nathanael M. Cousins
United States Magistrate Judge