IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NCAA STUDENT-ATHLETE NAME AND LIKENESS LICENSING LITIGATION, _____ / | No. C 09-1967 CW<br><br>ORDER REFERRING CASE MANAGEMENT ISSUES TO THE DISCOVERY MAGISTRATE JUDGE (Docket Nos. 545, 549, 561) |

    Pursuant to Local Rule 72-1, the Court REFERS the pending motions addressing case management matters (Docket Nos. 545, 549, 561) and any future disputes regarding such issues to Magistrate Judge Cousins.  Judge Cousins may adjust any dates that do not affect the Court's hearing dates, and may recommend changes in the Court's hearing dates.

    IT IS SO ORDERED.

Dated: 9/20/2012

CLAUDIA WILKEN
United States District Judge