1
2
3
4
5
6
7
8       **UNITED STATES DISTRICT COURT**

9       **NORTHERN DISTRICT OF CALIFORNIA**

10      **SAN FRANCISCO DIVISION**

11
12      IN RE NCAA STUDENT-ATHLETE NAME
        & LIKENESS LICENSING LITIGATION.
13
14

15
        Case No. 09-cv-01967 CW (NC)

        **ORDER REQUESTING
        DOCUMENTS RE: DISCOVERY
        DISPUTE**

        Re: Dkt. No. 565

16          Antitrust Plaintiffs and Defendant Electronic Arts, Inc. ("EA") filed a joint discovery

17      letter brief in which EA requests an order compelling Plaintiffs to amend their responses to

18      requests for admission ("RFAs") 2-4 and 37.  Antitrust Plaintiffs argue that they complied

19      with Federal Rule of Civil Procedure 36 and properly objected to RFAs 2-4 and qualified

20      RFA 37.

21          By October 2, 2012 at 5:00 p.m., EA must file in ECF a copy of the RFAs at issue

22      and any responses that Antitrust Plaintiffs have provided to date.

23

24          IT IS SO ORDERED.

25          Date: October 1, 2012                    _____
                                                      Nathanael M. Cousins
26                                                    United States Magistrate Judge

27

28