REGINALD TERRELL, ESQ.
THE TERRELL LAW GROUP
Post Office Box 13315, PMB #148
Oakland, California 94661
Telephone: (510) 237-9700
Facsimile: (510) 237-4616
Email: Reggiet2@aol.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISHMAEL THROWER, on behalf of himself and all others similarly situated,<br>Plaintiff,<br>v.<br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION (a/k/a the "NCAA") and COLLEGIATE LICENSING COMPANY, (a/k/a "CLC"),<br>Defendants. | CASE NO.: 09-CV-01967-CW<br><br>**AMENDED DECLARATION OF COUNSEL IN OPPOSITION TO DEFENDANT COLLEGIATE LICENSING COMPANY'S MOTION FOR SANCTIONS** |

I, Reginald V. Terrell, declare as follows:

1.   I am a principal with the Terrell Law Group.  I am one of the attorneys representing Plaintiff Ishmael Thrower in the above-entitled action.  I am submitting this declaration in support of my opposition to defendant Collegiate Licensing Company's motion for sanctions.

2.   I am a member in good standing of the Bar of California.  I am admitted to practice before United States District Court for the Northern District of California.

3.   Ishmael Thrower graduated from Arizona State University with a degree in interdisciplinary studies.  While attending ASU, he played football who ultimately anchored the defensive line opposite second team All Pac 10 selection Jimmy Verdon.  I have known him for

over 20 years, I am familiar with his football career at ASU and in Canada and thought he would be a good representative plaintiff.

4. Pursuant to the early pretrial orders of this court, the protocol is that lead plaintiff counsel communicates with defense counsel. Attached Exhibit A, Pretrial Order 1. I have been involved in cases wherein I have taken direction from lead counsel for over ten years. Because of the seriousness of the allegations in defendant's motion, I have attempted to no avail to communicate with defendants attorneys to attempt to resolve informally this motion. Neither R. Charles Henn Jr. and or Gregory Gilchrist have returned my calls.

5. Defendants contention that Thrower failed to make himself available is without merit. On or about November 9, 2011 I received an email from Thomas Boardman that he was working with Jon King to schedule all of the Class Representative depositions in the NCAA name and likeness matter. I recall providing Boardman dates Throwers was available to be deposed. On or about December 7, 2011 Boardman then advised me that due to the court "moving the date of a hearing and some negotiations with the NCAA, that Thrower's deposition was postponed. I thereafter waited and am still waiting for direction from Boardman and other members of the lead plaintiffs' counsel team re scheduling Thrower's deposition. Thrower has always been and remains available for deposition. See Attachment Exhibits B1 and B2, Declaration of Ishmael Thrower.

6. Defendant's counsel was provided responses to written discovery propounded and also amended responses after conferring with plaintiff. See Attachment C.

7. This lawsuit was brought in good faith as I sincerely believe Thrower had a valid claim. The fact that Thrower does not have possession of the requested documents does not mean I brought this lawsuit on his behalf in bad faith or to harass or vex defendants.

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct. Executed this 27th day of September, 2012, at Oakland, California.

/s/ Reginald Terrell
REGINALD TERRELL

SUPPORTING DECLARATION OF COUNSEL        2

CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification to the email addresses registered.

/s/ Reginald Terrell

By:_____

Reginald Terrell
Attorney for Ishmael Thrower

---

SUPPORTING DECLARATION OF COUNSEL       3