1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**NORTHERN DISTRICT OF CALIFORNIA**

10

**SAN FRANCISCO DIVISION**

11

12

IN RE NCAA STUDENT-ATHLETE NAME
& LIKENESS LICENSING LITIGATION.

13

14

15

Case No. 09-cv-01967 CW (NC)

**ORDER REQUESTING
DOCUMENTS RE: DISCOVERY
DISPUTE**

Re: Dkt. No. 594

16      Antitrust Plaintiffs and Defendant Collegiate Licensing Company ("CLC") filed a

17 joint discovery letter brief in which CLC requests an order compelling Plaintiffs to amend

18 their responses to interrogatories 1, 2, 11, 12, and 14.  Antitrust Plaintiffs argue that they

19 complied with Federal Rule of Civil Procedure 33 and properly furnished facts and

20 documents in support of their contentions.

21      By October 12, 2012 at 5:00 p.m., CLC must file in ECF a copy of the interrogatories

22 at issue and any responses that Antitrust Plaintiffs have provided to date.

23

24      IT IS SO ORDERED.

25      Date: October 10, 2012

_____
Nathanael M. Cousins
United States Magistrate Judge

26

27

28