IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NCAA STUDENT-ATHLETE NAME & LIKENESS LICENSING LITIGATION_____/ | No. C 09-1967 CW<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S RECOMMENDATION, MODIFYING CASE SCHEDULE AND SETTING HEARING DATE FOR DEFENDANTS' ANTICIPATED MOTION TO STRIKE |

The Court ADOPTS the recommendation of the Magistrate Judge and MODIFIES the schedule set in the Court's Orders of March 29, 2012 and May 21, 2012 (Docket Nos. 439 and 458) as follows. The Court also SETS the date for its hearing on Defendants' anticipated motion to strike the class certification motion and supporting materials.

| Event | Date |
|---|---|
| Hearing on Defendants' motion to strike the class certification motion and supporting materials | Thursday, November 29, 2012 at 2:00 p.m. |
| Deadline to depose Antitrust Plaintiffs' class certification experts | Friday, November 30, 2012 |
| Completion of fact discovery | Monday, December 31, 2012 |
| Deadline to file Defendants' Oppositions to Antitrust Plaintiffs' motion for class certification and Defendants' Daubert motions on Antitrust Plaintiffs' class certification experts, and to disclose Defendants' class certification experts<br><br>Each Defendant shall address these matters in a single brief. To the extent possible, Defendants shall file a single joint brief on behalf of more than one, or all, Defendants. | Monday, December 31, 2012 |

| | | |
|---|---|---|
| 1 | Deadline to depose Defendants' class certification experts | Tuesday, January 29, 2013 |
| 2 | Parties to exchange opening expert reports on merits | Tuesday, January 29, 2013 |
| 3 | Deadline to file Antitrust Plaintiffs' reply in support of their motion for Class Certification, Antitrust Plaintiffs' opposition to Defendants' class certification Daubert motion, and Antitrust Plaintiffs' Daubert motions on Defendants' class certification experts<br><br>Antitrust Plaintiffs shall address these matters in a single brief. | Monday, February 11, 2013 |
| 4 | Deadline to file Defendants' replies in support of their class certification Daubert motions and Defendants' oppositions to Antitrust Plaintiffs' class certification Daubert motions<br><br>Each Defendant shall address these matters in a single brief. To the extent possible, Defendants shall file a single joint brief on behalf of more than one, or all, Defendants. | Monday, March 18, 2013 |
| 5 | Deadline to depose parties' liability experts | Monday, April 1, 2013 |
| 6 | Deadline to file Antitrust Plaintiffs' replies in support of their class certification Daubert motions<br><br>Antitrust Plaintiffs shall address these matters in a single brief. | Tuesday, April 2, 2013 |
| 7 | Deadline to disclose rebuttal expert reports | Tuesday, April 9, 2013 |
| 8 | Hearing on Antitrust Plaintiffs' class certification motion and all parties' Daubert motions on class certification experts, and further case management conference | Thursday, May 9, 2013, at 2:00 p.m. |
| 9 | Deadline to depose rebuttal experts | Tuesday, May 21, 2013 |
| 10 | Deadline for Antitrust Plaintiffs to file their dispositive motion and Daubert motions on Defendants' merits experts<br><br>Antitrust Plaintiffs shall address these matters in a single brief. | Monday, August 12, 2013 |

2

| | |
|---|---|
| Deadline for Defendants to file their oppositions to Antitrust Plaintiffs' dispositive motion and Daubert motions, their dispositive cross-motions, and their Daubert motions on Antitrust Plaintiffs' merits experts<br><br>Each Defendant shall address these matters in a single brief.  To the extent possible, Defendants shall file a single joint brief on behalf of more than one, or all, Defendants. | Monday, September 16, 2013 |
| Deadline for Antitrust Plaintiffs to file their reply in support of their dispositive motion and Daubert motions, and oppositions to Defendants' dispositive cross-motions and Daubert motions<br><br>Antitrust Plaintiffs shall address these matters in a single brief. | Monday, October 21, 2013 |
| Deadline for Defendants to file replies in support of their dispositive cross-motions and Daubert motions<br><br>Each Defendant's replies shall be contained in a single brief.  To the extent possible, Defendants shall file a single joint brief on behalf of more than one, or all, Defendants. | Tuesday, November 19, 2013 |
| Hearing on dispositive motions and further case management conference | Thursday, January 9, 2014, at 2:00 p.m. |
| Final pretrial conference<br><br>Pretrial documents shall be filed in accordance with the Court's Order for Pretrial Preparation. | Wednesday, May 28, 2014, at 2:00 p.m. |
| 15 day Jury Trial | Monday, June 9, 2014, at 8:30 a.m. |

IT IS SO ORDERED.

Dated: 10/11/2012

CLAUDIA WILKEN
United States District Judge

3