1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE NCAA STUDENT-ATHLETE NAME & LIKENESS LICENSING LITIGATION. | Case No. 09-cv-01967 CW (NC)<br><br>**ORDER REQUESTING DOCUMENTS RE: DISCOVERY DISPUTE**<br><br>Re: Dkt. No. 596 |

On September 28, 2012, the Court ordered the NCAA to submit redacted versions of Exhibits 51 and 76 to the Gosselin declaration.  Dkt. No. 576.  The NCAA filed a notice that the proposed redactions were lodged with the Court on October 5, 2012, however the Court has yet to receive the redacted exhibits.  By October 16, 2012 at 5:00 p.m., the NCAA must file in ECF the redacted versions of Exhibits 51 and 76 to the Gosselin declaration.

IT IS SO ORDERED.

Date: October 15, 2012

_____
Nathanael M. Cousins
United States Magistrate Judge