IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE NCAA STUDENT-ATHLETE
NAME & LIKENESS LICENSING
LITIGATION

_____/

No. C 09-1967 CW

ORDER STRIKING
DEFENDANTS'
SEPARATE MOTIONS TO
STRIKE (Docket Nos.
624, 627 and 629),
GRANTING DEFENDANTS
LEAVE TO REFILE A
JOINT MOTION TO
STRIKE, DECLINING
STIPULATION
REGARDING ANTITRUST
PLAINTIFFS'
OPPOSITION (Docket
No. 631) AND
GRANTING
STIPULATION TO
MODIFY THE CASE
SCHEDULE (Docket
No. 622)

On October 3, 2012, the Magistrate Judge granted Defendants
leave to file a motion to strike, not three separate such motions.
See Docket No. 591.  Accordingly, the Court STRIKES Defendants'
separate motions to strike (Docket Nos. 624, 627 and 629).  Within
two days of the date of this Order, Defendants may refile a single
joint motion to strike, of twenty-five pages or less.  The joint
motion shall not add any argument or material that was not
contained in the separate motions.  The Court DECLINES the
parties' stipulation to allow Antitrust Plaintiffs to file a
consolidated brief of forty-five pages or less in opposition to
Defendants' separate motions to strike (Docket No. 631).

The Court also GRANTS the parties' stipulation to modify the
case management schedule, MODIFIES the schedule set in the Court's

Order of October 11, 2012 (Docket No. 600) and MODIFIES the

briefing schedule on the motion to strike as follows:

| Event | Date |
|---|---|
| Deadline for Defendants to file their amended joint motion to strike Antitrust Plaintiffs' class certification motion and supporting materials, in a single brief of twenty-five pages or less | Wednesday, October 24, 2012 |
| Deadline to file Antitrust Plaintiffs' response to Defendants' motion to strike, in a single brief of twenty-five pages or less | Thursday, November 1, 2012 |
| Deadline to file Defendants' reply in support of their motion to strike, in a single brief of fifteen pages or less | Thursday, November 8, 2012 |
| Hearing on Defendants' motion to strike | Thursday, November 29, 2012 at 2:00 p.m. |
| Deadline to depose Antitrust Plaintiffs' class certification experts | Friday, December 14, 2012 |
| Completion of fact discovery | Tuesday, January 15, 2013 |
| Deadline to file Defendants' Oppositions to Antitrust Plaintiffs' motion for class certification and Defendants' Daubert motions on Antitrust Plaintiffs' class certification experts, and to disclose Defendants' class certification experts<br><br>Each Defendant shall address these matters in a single brief.  To the extent possible, Defendants shall file a single joint brief on behalf of more than one, or all, Defendants. | Thursday, January 31, 2013 |
| Deadline to depose Defendants' class certification experts | Thursday, February 28, 2013 |
| Deadline to file Antitrust Plaintiffs' reply in support of their motion for Class Certification, Antitrust Plaintiffs' opposition to Defendants' class certification Daubert motion, and Antitrust Plaintiffs' Daubert motions on Defendants' class certification experts<br><br>Antitrust Plaintiffs shall address these matters in a single brief. | Friday, March 15, 2013 |

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

| | |
|---|---|
| Deadline to file Defendants' replies in support of their class certification Daubert motions and Defendants' oppositions to Antitrust Plaintiffs' class certification Daubert motions<br><br>Each Defendant shall address these matters in a single brief.  To the extent possible, Defendants shall file a single joint brief on behalf of more than one, or all, Defendants. | Friday, March 29, 2013 |
| Deadline to file Antitrust Plaintiffs' replies in support of their class certification Daubert motions<br><br>Antitrust Plaintiffs shall address these matters in a single brief. | Monday, April 15, 2013 |
| Hearing on Antitrust Plaintiffs' class certification motion and all parties' Daubert motions on class certification experts, and further case management conference | Thursday, May 9, 2013, at 2:00 p.m. |
| Parties to exchange opening expert reports on merits | Friday, June 14, 2013 |
| Deadline to depose parties' liability experts | Friday, July 12, 2013 |
| Deadline to disclose rebuttal expert reports | Friday, August 2, 2013 |
| Deadline to depose rebuttal experts[1] | Thursday, August 8, 2013 |
| Deadline for Antitrust Plaintiffs to file their dispositive motion and Daubert motions on Defendants' merits experts<br><br>Antitrust Plaintiffs shall address these matters in a single brief. | Monday, August 12, 2013 |
| Deadline for Defendants to file their oppositions to Antitrust Plaintiffs' dispositive motion and Daubert motions, their dispositive cross-motions, and their Daubert motions on Antitrust Plaintiffs' merits experts.<br><br>Each Defendant shall address these matters in a single brief.  To the extent possible, Defendants shall file a single joint brief on behalf of more than one, or all, Defendants. | Monday, September 16, 2013 |

---

[1] The parties omitted a deadline to depose rebuttal experts from their stipulation.

3

United States District Court
For the Northern District of California

| | |
|---|---|
| Deadline for Antitrust Plaintiffs to file their reply in support of their dispositive motion and Daubert motions, and oppositions to Defendants' dispositive cross-motions and Daubert motions<br><br>Antitrust Plaintiffs shall address these matters in a single brief. | Monday, October 21, 2013 |
| Deadline for Defendants to file replies in support of their dispositive cross-motions and Daubert motions<br><br>Each Defendant's replies shall be contained in a single brief.  To the extent possible, Defendants shall file a single joint brief on behalf of more than one, or all, Defendants. | Tuesday, November 19, 2013 |
| Hearing on dispositive motions and further case management conference | Thursday, January 9, 2014, at 2:00 p.m. |
| Final pretrial conference<br><br>Pretrial documents shall be filed in accordance with the Court's Order for Pretrial Preparation. | Wednesday, May 28, 2014, at 2:00 p.m. |
| 15 day Jury Trial | Monday, June 9, 2014, at 8:30 a.m. |

        IT IS SO ORDERED.


Dated: 10/22/2012                    CLAUDIA WILKEN
                                     United States District Judge

4