**KILPATRICK TOWNSEND & STOCKTON LLP**
R. CHARLES HENN JR. (admitted *pro hac vice*)
PETER M. BOYLE (admitted *pro hac vice*)
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309
Telephone: (404) 815-6500
Email: CHenn@kilpatricktownsend.com
         PBoyle@kilpatricktownsend.com

GREGORY S. GILCHRIST (State Bar No. 111536)
Two Embarcadero Center Eighth Floor
San Francisco, CA 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: GGilchrist@kilpatricktownsend.com

***Counsel for Defendant Collegiate Licensing Company (CLC)***

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE NCAA STUDENT-ATHLETE NAME & LIKENESS LICENSING LITIGATION** | Case No. 4:09-cv-1967 CW (NC) |
| _____ | **[PROPOSED] ORDER VACATING ORDER ADOPTING INTENDED RULING AND DENYING COLLEGIATE LICENSING COMPANY'S MOTION FOR SANCTIONS AND MOTION TO STRIKE AS MOOT** |

The parties having agreed that the issues underlying CLC's motion for sanctions, D.E. 548, have been resolved because Mr. Terrell has reimbursed CLC for its fees and costs in an agreed upon amount, IT IS HEREBY ORDERED that the Court's Order Adopting Intended Ruling, D.E. [656], is VACATED; CLC's Motion for Sanctions, D.E. [548], is DENIED AS MOOT; and CLC's Motion to Strike, D.E. [595], is DENIED AS MOOT.

Dated: November 27, 2012

The Honorable Claudia Wilken
United States District Judge