**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NCAA STUDENT-ATHLETE NAME & LIKENESS LICENSING LITIGATION _____/ | No. C 09-1967 CW<br><br>ORDER GRANTING IN PART DEFENDANTS' MOTION TO ENLARGE TIME (Docket No. 665) |

Defendants move to extend the deadlines to depose Antitrust Plaintiffs' class certification experts and to oppose Antitrust Plaintiffs' motion for class certification and seek an additional six months for certain discovery.

Having considered Defendants' motion and Antitrust Plaintiffs' opposition thereto, the Court GRANTS the motion in part (Docket No. 665). The Court vacates the current deadlines for Defendants to depose Antitrust Plaintiffs' class certification experts and to oppose Antitrust Plaintiffs' motion for class certification. The Court will reset these deadlines in its order resolving Defendants' pending motion to strike.

IT IS SO ORDERED.

Dated: 1/8/2013

CLAUDIA WILKEN
United States District Judge