1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| IN RE NCAA STUDENT-ATHLETE NAME & LIKENESS LICENSING LITIGATION, | Case No. CV-09-1967-CW (NC) <br><br>**ORDER GRANTING DEFENDANT ELECTRONIC ARTS INC.'S AND COLLEGIATE LICENSING COMPANY'S ADMINISTRATIVE MOTION TO FILE SEPARATE OPPOSITION TO ANTITRUST PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** <br><br>Judge:   Hon. Claudia Wilken <br><br>Date Comp. Filed:   May 5, 2009 |
|---|---|

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE SEPARATE OPPOSITIONS
Case No. CV-09-1967-CW (NC)

727623.01

1  Having considered the papers filed, and good cause appearing therefore, **IT IS HEREBY**
2  **ORDERED** that Defendants Electronic Arts Inc. (EA) and the Collegiate Licensing Company
3  (CLC) may file a separate joint brief in opposition to Antitrust Plaintiffs' Motion for Class
4  Certification.  The brief shall not exceed twenty (20) pages in length and shall address only
5  issues regarding class certification and Plaintiffs' class certification experts that are unique to EA
6  and CLC and not shared by Defendant National Collegiate Athletic Association (NCAA).  The
7  page limit for Antitrust Plaintiffs' single brief, containing their brief in further support of their
8  Motion for Class Certification , their opposition to Defendants' class certification <u>Daubert</u>
9  motions and their <u>Daubert</u> motions on Defendants' class certification experts, is enlarged to
10 forty-five (45) pages.  EA and CLC may file a joint sur-reply brief not to exceed ten (10) pages
11 in length addressing only issues that are unique to these Defendants.

15 Dated: \_\_\_\_February 12\_\_\_\_, 2013          By: _____
16                                                     THE HONORABLE CLAUDIA WILKEN
                                                       Chief United States District Judge

---

1

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE SEPARATE OPPOSITIONS
Case No. CV-09-1967-CW (NC)

727623.01