# Exhibit 1

Expert Report of James J. Heckman
In re: NCAA Student-Athlete Name and Likeness Licensing Litigation

March 14, 2013

# I.     Introduction

## A.   Qualifications

1.   I am the Henry Schultz Distinguished Service Professor of Economics in the Department of Economics and the Harris School of Public Policy at the University of Chicago. I also have a part-time appointment at University College Dublin.  I direct the Economics Research Center at the Department of Economics at the University of Chicago, the Center for Social Program Evaluation and the Center for Early Childhood Development at the Harris School of Public Policy at the University of Chicago.

2.   I specialize in the fields of Labor Economics, Applied Microeconomics and Econometrics, which is the application of statistical techniques to economic problems. In 1983, I received the John Bates Clark Medal, then awarded biennially, by the American Economic Association to the most distinguished economist under the age of 40. In 2000, I also was awarded The Sveriges Riksbank Prize in Economic Sciences in Memory of Alfred Nobel, commonly called the "Nobel Prize in Economics".  I am a Member of the National Academy of Sciences, a Fellow of the American Academy of Arts and Sciences, a Fellow and current President of the Econometric Society, a Fellow of the American Statistical Association, a Fellow of the International Statistical Institute, a Fellow of the National Academy of Education, a Fellow of the American Association for the Advancement of Science, a Fellow of the Society of Labor Economics, a resident member of the American Philosophical Society and a Senior Research Fellow of the American Bar Foundation.

3. I have published over three hundred articles in scholarly journals and compendia. I have authored or edited ten books.  I currently serve as a Co-Editor of the Journal of Political Economy, an Associate Editor of Econometric Reviews, and the Journal of Population Economics. I served a previous term as a Co-Editor of the Journal of Political Economy. In addition, I previously have served as an Associate Editor of Evaluation Review, the Journal of Econometrics, the Journal of Labor Economics, the Review of Economic Studies, the Journal of Economic Perspectives, and Annual Reviews in Economics. In addition to my academic experience, I have served as an advisor to the World Bank, the Inter-American Development Bank, the United States Department of Labor, and the Ministry of Fiscal Equity of Argentina, and government agencies in Brazil, Taiwan, South Korea, Germany, Scotland and Ireland.  I currently serve as a senior advisor to the China Development Research Foundation, the leading advisory group for the government of China on economic development policies.  I serve on the boards of several foundations and chair initiatives for the study of human development. I also have presented testimony before committees of the United States Congress.

4. I have written extensively on how to model and make reliable causal inferences about "individual economic behavior" or, more plainly, human behavior, based on the scientific method  -- that is, the method used to conduct and interpret causal inference. Science is a method of inquiry, intended to increase understanding of the relationships among phenomena - to move us closer to understanding fundamental rather than apparent causes of outcomes of interest.  If society lacks understanding of causal mechanisms, governments and other organizations may enact ineffective policies and may cause unintended harm.

5.  My research has focused on developing methods for drawing reliable causal inferences from data, and distinguishing causal relationships from speculation or mere correlations.  Establishing causality is often difficult, but it is the task taken on by scientists of all kinds interested in explanation and principled prediction - not just documentation of facts.  It is a central aspect of effective policy development and evaluation.

6.  My work on how to model and make reliable causal inferences regarding "individual economic behavior" was cited by the Nobel Committee in 2000 as their basis for awarding me The Sveriges Riksbank Prize in Economic Sciences in Memory of Alfred Nobel. Much of my research has dealt with the evaluation of social policies and other interventions that are intended to affect human behavior.  My research recognizes the empirical importance of identifying and taking into account the role of heterogeneity in preferences and talents, which vary widely among individuals and institutions, in estimating the effects of interventions or changes in policy on choices and outcomes.

7.  I have written extensively on the economics of human capital accumulation, educational choices and social and labor market outcomes and other aspects of labor market theory.  As part of this research, I have modeled and estimated the effects of various changes in policy on individual educational choices, and social and labor market outcomes.

8.  My Curriculum Vitae, which includes a list of my expert testimony over the past four years, is attached to this report as Appendix A.   I am being compensated at the rate of $2300 per hour.   My compensation does not depend on the outcome of this litigation.

**B. Scope of Work**

9. I have been asked by counsel for the National Collegiate Athletics Association ("NCAA") in this matter (captioned "In re: NCAA Student-Athlete Name and Likeness Licensing Litigation") to evaluate specific aspects of the economic evidence and arguments provided as well as the methodology employed by Dr. Roger Noll in his reports and deposition testimony in this matter to conclude common harm to proposed class members.

10. Specifically, I have been asked to address topics related to human capital accumulation, educational choices, labor market issues, and the economic implications of institutions of higher education having broader and different missions than professional sports. I have also been asked to discuss the value of grants-in-aid and other benefits received by student-athletes during and after their time in college.

**C. Summary of Conclusions**

11. Dr. Noll does not provide a reliable methodology for determining if and to what extent student-athletes were harmed as alleged by Plaintiffs.

   a. Dr. Noll does not use a rigorous empirical or theoretical approach in predicting how outcomes experienced by student-athletes or universities would change in his "but-for" world. His approach is highly speculative. Sound economic modeling involves evaluating the relationships among different potential causal factors and ultimate outcomes of the causes. It requires identifying plausible outcomes and evaluating the likelihood of their occurrence.

   b. Dr. Noll does not develop any principled economic model that explains why the responses of universities and student athletes to proposed rule changes would lead to better outcomes for all, or even most, student-athletes.

   c. Instead of describing a careful empirical methodology that might be used to evaluate the relationship between NCAA rules and student-athlete and

university outcomes, he employs unjustified benchmarks to measure the alleged harm to the student-athletes in Plaintiffs' proposed class.

12. Because Dr. Noll provides no reliable framework for evaluating alleged harm to student-athletes, his analysis cannot be used to support a sound conclusion of class-wide harm.

   a. Not only does he not provide any evidence that student-athletes were harmed, he does not describe a reliable methodology for developing such evidence. In place of building and justifying plausible models of student-university relationships, Dr. Noll simply assumes, without any rigorous justification, specific outcomes and scenarios and presumes class-wide harm.

   b. Dr. Noll does not take into account the heterogeneity in the goals and incentives of putative class members, universities and conferences, and the complex matching between student-athletes and universities that occurs in the real world. Specifically, he treats universities as if they are profit-maximizing firms without justification and ignores evidence to the contrary.

   c. Consequently, the impact of rule changes governing monetary payments to student-athletes can influence many aspects of student-athlete/university matching outcomes, and potentially harm many members of Plaintiffs' proposed class.

13. In the following sections of my report, I explain the bases for my conclusions. My work is ongoing and I may update these conclusions as new information becomes available. A list of materials upon which I relied in forming my opinions in this report is attached in Appendix B.

**II.   The Economics of Human Capital Investment Provides a Framework for Analyzing Class Certification**

14. To evaluate the net benefit that student-athletes receive from attending college and participating in intercollegiate athletics, one must look beyond monetary compensation and activities occurring during the student years. Specifically, one must look beyond the direct monetary payments that Plaintiffs propose, and consider the other benefits that student-athletes receive. In particular, while in school, student-athletes likely

receive benefits from various aspects of their university experiences, including sports training, athletic participation experiences, access to top academic programs, and social benefits from playing for a high-profile program.  Therefore, the potential impact of a proposed NCAA rule change on the welfare of student-athletes depends on how the rule change affects all potential benefits, and not just on how direct monetary payments might be changed.

15. Many of the benefits that student-athletes potentially receive from participating in a Division I athletics program extend well beyond returns realized while student are enrolled in school.  For example, the benefits of improved knowledge on/exercise, eating habits, and general physical care can last well beyond school years and provide value later in life.  Leadership and teamwork skills that were acquired or enhanced through participation on a sports team potentially provide increased value in the job market following the student's time in college.[1] Economists refer to skills and knowledge that improve an individual's future productivity at work (or at other activities such as personal care) as forms of human capital.

16. Understanding the human capital that student-athletes acquire from their participation in intercollegiate athletic programs, and how human capital accumulation efforts might be affected by NCAA rule changes, is central to assessing the effects of these changes on student-athletes' welfare.  It requires adopting a lifetime perspective and requires comparisons with plausible counterfactual states, including those where students do

---

[1] For example, see James L. Shulman, and William G. Bowen, *The Game of Life, College Sports and Educational Values*, (Princeton University Press, 2001), p.101.  Specifically, in discussing the post-schooling careers of student-athletes, the authors report that athletes tend to have better teamwork skills and they attribute positive labor market outcomes to these types of skills.

not to college and those where students go to college but do not participate in sports.

## A.   The Economics of Human Capital Investments

17.   Human capital investments usually have the property that individuals forgo current returns in order to acquire personal skills that at later dates provide benefits. Essentially, this involves planting seeds today for harvest tomorrow.  Determining the optimal level and types of human capital investments is a complex decision that individuals make.  These decisions have long-lasting implications for individuals' post-college labor market careers, as well as influencing individuals' productivity in non-market areas, such as health maintenance and interpersonal relationships.

18.   The broad range of effects consequent from human capital investments, along with the complexity of these decisions, has been well-documented.  There has been extensive research on human capital investment in the academic literature.  I and many other economists have spent significant efforts on researching optimal investments and tracking how these investments affect future outcomes in a variety of dimensions. [2]

---

[2] Example of my research in this area includes:  James J. Heckman, Lance J. Lochner and Petra E. Todd, "Earnings Functions, Rates of Return and Treatment Effects: The Mincer Equation and Beyond," in *Handbook of the Economics of Education*, eds. E. Hanushek and F. Welch (Amsterdam: Elsevier, 2006), p. 307-458; Flavio Cunha and James J. Heckman, "The Technology of Skill Formation," *American Economic Review* 97(2) (May2007), pp. 31-47; Flavio Cunha, James J. Heckman and Susanne M. Schennach, "Estimating the Technology of Cognitive and Noncognitive Skill Formation," *Econometrica* 78(3) (May 2001), p. 883-931.  For additional discussion, see Flavio Cunha and James J. Heckman, "Formulating, Identifying and Estimating the Technology of Cognitive and Noncognitive Skill Formation," *Journal of Human Resources* 43(4) (Fall 2008), p. 738-82; Flavio Cunha and James J. Heckman, "Identifying and Estimating the Distributions of Ex Post and Ex Ante Returns to Schooling," *Labour Economics* 14(6) (December 2007), p. 870-93; James J. Heckman, Ricardo Cossa and Lance J. Lochner, "Learning-by-Doing Versus on-the-Job Training: Using Variation Induced by the EITC to Distinguish between Models of Skill Formation," in *Designing Inclusion: Tools to Raise Low-End Pay and Employment in Private Enterprise*, ed. E. S. Phelps (Cambridge: Cambridge University Press, 2003), p. 74-130; James J. Heckman, Lance Lochner and

For example, in my work, I have found that educational investments made early in life positively influence many different outcomes later in life, including labor market performances, individual health, and a variety of social outcomes.[3]

19. Given that the returns to education come from improving outcomes in many different areas and can occur over extended periods of time, optimally choosing human capital investments involves far more than merely assessing monetary costs associated with different schooling options. The monetary value of direct payment to student-athletes, such as the payment for names, images and likeness ("NIL") rights that Plaintiffs propose would occur in their but-for world, can be a part of the overall benefits received. However, many other benefits can be derived from participating in Division I football or basketball programs. Further, these other benefits may overwhelm in magnitude any payments to the student-athletes for NIL rights that might occur under Plaintiffs' assumed but-for world.[4] Given that student-athletes potentially receive

---

Christopher Taber, "Human Capital Formation and General Equilibrium Treatment Effects: A Study of Tax and Tuition Policy," *Fiscal Studies* 20(1) (June 1999), pp. 25-40; James J. Heckman, Lance Lochner and Christopher Taber, "Explaining Rising Wage Inequality: Explorations with a Dynamic General Equilibrium Model of Labor Earnings with Heterogeneous Agents," *Review of Economic Dynamics* 1(1) (January 1998), pp. 1-58; Orley Ashenfelter and James J. Heckman, "Measuring the Effect of an Antidiscrimination Program," in *Evaluating the Labor-Market Effects of Social Programs*, eds. O. Ashenfelter and J. Blum (Princeton, N.J.: Industrial Relations Section, Dept. of Economics, Princeton University, 1976); James J. Heckman, "Estimates of a Human Capital Production Function Embedded in a Life-Cycle Model of a Labor Supply," in *Household Production and Consumption*, ed. N. E. Terleckyj (New York: National Bureau of Economic Research, 1976), p. 227-64; and James J. Heckman, "A Life-Cycle Model of Earnings, Learning, and Consumption," *Journal of Political Economy* 84(4) (August 1976), p. S11-S44.

[3] James J. Heckman, John E. Humphries, Sergio Urzua, Gregory Veramendi, "The Effects of Educational Choices on Labor Market, Health and Social Outcomes," Human Capital and Economic Opportunity: Global Working Group, Working Paper No. 2011-002, October 2011, under revision at the *Journal of Political Economy*; James J. Heckman, Jora Stixrud and Sergio Urzua, "The Effects of Cognitive and Noncognitive Abilities on Labor Market Outcomes and Social Behavior," *Journal of Labor Economics*, 24(3) (July 2006), p. 411-82.

[4] I understand that across NCAA Division I members, some only receive minor portions of athletic program revenues from NCAA distributions including broadcasting revenues. Daniel L. Fulks, "Revenues & Expenses, 2004 –

many different types of benefits from participating in a Division I athletics program, it is insufficient to only evaluate expected changes in direct monetary payments to students for activities engaged in during their student years, in assessing overall welfare effects for student-athletes.  Specifically, one would also need to evaluate how rule changes potentially affect other benefits received by student-athletes.

20.  Universities operate under strict budgets and the stringency has increased in recent years.  An important question is whether incremental monetary expenditures on student-athletes would cause a reduction in university expenditures in other areas that also benefit these student-athletes, such as coaching resources and training facilities. Further, the impact of the revenue sharing arrangement proposed by Plaintiffs can go beyond student-athlete welfare, as other aspects of university life can change, including the relationship between the universities and its base of fans and alumni.[5]  Student-athletes in Division I football and basketball programs potentially receive many benefits, including:  coaching inputs to improve a student's performance in the sport, access to high quality training facilities, reputational capital acquired through playing the sport, admittance to an academic program that might otherwise be unavailable (even by paying tuition),[6] human capital acquired through academic work, human

---

2011, NCAA® Division I Intercollegiate Athletics Programs Report," http://www.ncaapublications.com/productdownloads/D12011REVEXP.pdf, visited 10/17/2012.

[5] I understand that many universities face a cash-starved environment, with public support for education having declined.  Under circumstances of reduced revenues, some universities may be forced to reduce expenditures on investments that benefit students and the community in general.

[6] For example, many individuals from a disadvantaged background may not have had the opportunity to attend a high-quality collegiate academic program, or even college at all, without the benefit of athletic grants-in-aid programs.  This benefit has been explicitly recognized in the economics literature.  See, e.g., Devon Haskell, "Essays on Sports Participation, Development, and Educational Outcomes," Dissertation, University of Chicago, June 2012.

capital that enhances productivity as  leader or team member, access to employment

networks which improve job opportunities, ability to live in desirable geographic

locations, human capital that enhances overall health (e.g., knowledge related to

healthy diets and exercise programs).  Therefore, evaluating the effects of a NCAA rule

change involves far more than just predicting outcomes for student-athletes in one

dimension of benefits and for activities performed only in the student phase of their life

cycles.

### B.  Student Athlete and University Matching Occurs on Multiple Dimensions

21.  The economics of matching applied to matches made between student-athletes and

university programs shows that the colleges that student-athletes attend depend on a

variety of attributes of the student and the college, and also on the importance that

both the students and the schools attribute to each of these factors[7].  Students facing

the exact same choice set regarding athletic scholarship offers may choose different

schools because they value attributes differently.  Understanding how a student-athlete

selects which university to attend is complex and depends on many factors, not just

current monetary benefits or costs, even in a world in which universities would make

monetary payments in the manner conjectured by Plaintiffs.[8]

---

[7] See, for example, Yair Eilat, Jonathan Orszag and Robert Willig, "An Econometric Analysis of the Matching Between Football Student-Athletes and Colleges," http://fs.ncaa.org/Docs/DI_MC_BOD/DI_BOD/2009/April/04B.pdf, visited 9/27/2012 and J. Michael Dumond, Allen K. Lynch and Jennifer Platania, "An Economic Model of the College Football Recruiting Process," *Journal of Sports Economics* 9 (February 2008): 67-87, for discussions of various factors empirically associated with choice of college by select high school athletes.

[8] This is a version of a hedonic model.  Hedonic models are used to estimate values consumers place on characteristics of products and services.  See for example, Ivar Ekeland, James J. Heckman and Lars Nesheim, "Identification and Estimation of Hedonic Models," *Journal of Political Economy* 112(1) (February 2004), p. S60-109; and  James J. Heckman, Rosa L. Matzkin, and Lars Nesheim, "Nonparametric Identification and Estimation of Nonadditive Hedonic Models," *Econometrica*, 78 (5) (September 2010), p. 1569–1591.

22. This matching process would likely be impacted by NCAA rule changes.  In particular, different universities would likely respond differently to rule changes, and the relative attractiveness of different programs can change for student-athletes because of these different responses.   For example, the few universities that operate profitable athletic programs may take different actions in response to NCAA rule changes than the many universities that currently lose money on their athletic programs.[9]  But even among the profitable programs, responses may vary.

23. In Plaintiff's but-for world, these different responses potentially would change the relative attractiveness of these schools to student-athletes, which in turn would affect this matching process.  In other words, the entire distribution of student-athletes across universities might be very different under a different set of rules, as university offers and student responses to these offers could both change.

**C.  The Economics Literature Indicates Student-Athletes in High School and College Attain Better Labor Market Outcomes**

24. The economics literature supports the finding that participation in school athletics is associated with improved social and labor market outcomes later in life.  This literature, by identifying potential benefits student-athletes receive, is a useful base from which to develop and implement an empirical model that estimates the effects of NCAA rule changes on student-athlete welfare.  Although the magnitude and size of these effects

---

[9] I understand that over the past five years, no more than 25 NCAA institutions (out of over 1,000 institutions) had athletics-generated revenues exceeding athletics-related expenses in any year. Declaration of Todd Petr, March 10, 2013.

have been found to vary by subgroups of student-athletes, the positive outcomes

observed in the literature have been found to be significant and suggest that student-

athletes receive valuable human capital from participating in sports programs.  For

example, Long and Caudill (2010) report evidence suggesting improved social and labor

market outcomes associated with participation in school athletics.[10]  Haskell (2012)

analyzes the effects of sports participation on various outcomes. She reports an

empirical correlation between sports participation and better academic or marketplace

outcomes, and that these benefits appear to be concentrated in certain subgroups,

especially those who played team sports such as basketball and football.

"In particular, the positive association is strong among those who play team sports, but
smaller or nonexistent among those who only participate in individual sports.
Moreover, low achievers and children from lower educated families have the strongest
positive correlations between sports participation and outcomes. The distribution of
effects suggests that team sports may provide an incentive effect to stay in school,
particularly among groups who are at risk of dropping out. The results also suggest that
team sports provide opportunities to develop skills necessary to succeed in school and
the marketplace. Finally, if the effects are causal, then school sports provide an
intervention that improves outcomes for low achieving subgroups and thus reduces
educational and marketplace inequalities. Thus, policy that broadens school sports
programs and ensures access to low achieving populations could help reduce
inequalities in educational outcomes."[11]

Haskell goes on to conclude that playing team sports likely leads to improved  outcomes

for these student-athletes, and therefore, encouraging team sports participation may

---

[10] James E. Long & Steven B. Caudill, "The Impact of Participation in Intercollegiate Athletics on Income and Graduation," *The Review of Economics and Statistics* 73(3) (Aug. 1991), p. 525-531; Steven B. Caudill & James E. Long, "Do Former Athletes Make Better Managers? Evidence from a Partially Adaptive Grouped-Data Regression Model," *Empirical Economics* 39(1) (Aug. 2010), p. 275-290;  Betsey Stevenson, "Beyond the Classroom: Using Title IX to Measure the Return to High School Sports," *The Review of Economics and Statistics* 92(2) (May 2010), p. 284-301; Bradley T. Ewing, "The Labor Market Effects of High School Athletic Participation: Evidence from Wage and Fringe Benefit Differentials," *Journal of Sports Economics* 8(3) (June 2007), p. 255-265; Daniel J. Henderson, Alexandre Olbrecht, and Soloman W. Polachek, "Do Former College Athletes Earn More at Work? A Nonparametric Assessment," *The Journal of Human Resources* XLI(3) (Summer 2006), p. 558-577.

[11] Devon Haskell, "Essays on Sports Participation, Development, and Educational Outcomes," Dissertation, University of Chicago, June 2012, p. 1-2.

provide a useful social policy tool.  What portion of the positive outcomes observed for student-athletes ultimately may be attributable to the training they receive by participating in intercollegiate athletics is an area of current research. Whatever this effect ultimately may be, the economics literature indicates that a robust analysis of the welfare effects of changing student-athletes' university experience would need to account for whether these changes impact student-athletes' human capital accumulation efforts and therefore their future benefits.

25.  Other studies also have found that participation in school sports programs is related to positive outcomes later in life.  Videon (2002) finds that sports participation has a positive impact on adolescents' academic performances, even after one takes into consideration that athletes may be more able than other students.[12]

26.  In sum, there are many studies in the academic literature that claim student-athletes experience positive outcomes in many different dimensions, including in their labor market success and academic performance. These positive outcomes in varied dimensions are consistent with the conclusion that participating in athletics provides multiple benefits to students.  More importantly, the overall benefits received from participating in intercollegiate athletics would not be accurately measured by merely observing the level of any one particular benefit, such as monetary payments to student-athletes during their student years.

---

[12] Tami Videon, "Who Plays and Who Benefits: Gender, Interscholastic Athletics, and Academic Outcomes," *Sociological Perspectives*, 45(4) (Winter 2002), p. 415–444.

III.   **Dr. Noll's Analysis Ignores Human Capital Investments and Instead Attributes Harm Based on Arbitrary Simplifications**

27.   An economic model that can be used to reliably assess the effects of NCAA rule changes on student-athlete welfare would account for how rule changes affect the various benefits that student-athletes currently receive in school from participating in athletic programs.  Focusing only on monetary payments that may (or may not) be made to students for NIL rights provides an incomplete picture of the full set of benefits received by students, unless one can show reliably that the other benefits that student-athletes currently receive would not change if one component of the benefits were enhanced. In other words, one must show that universities would not alter investment decisions regarding training facilities, coaching resources and the other infrastructure investments that benefit student-athletes.[13]

28.   Universities could also alter decisions to participate in Division I for certain sports, recruit differently or even change conferences, which might impact the welfare received by student-athletes at that school.   Further, to assess the alleged harm incurred by any particular student athlete, one would need to assess whether matching and sorting outcomes would result in a different allocation of student-athletes across schools in the but-for world, and how that would affect benefits received by student-athletes.

29.   Dr. Noll does not describe any model that can be used to evaluate how student-athletes' human capital accumulation might be affected in his proposed but-for world.

---

[13] Although some universities may reduce spending, others theoretically may choose to invest more, given the shifting dynamics created by the proposed rule change.  Dr. Noll's methodology does not address or predict the different responses by universities and their outcomes.

In fact, he does not even show that such a model can be developed and estimated, given the complexity of equilibrium matching outcomes.[14]  Nor does he even acknowledge the possibility that the underlying payments and other benefits received by student-athletes are equilibrium outcomes from a complex matching process.  By not explaining how this process works, or even describing the incentives that motivate universities' and student-athletes' actions, he does not provide any basis from which to predict how actions might change in response to rule changes.[15]   In short, the incentives of universities and student-athletes are key factors in understanding how NCAA rule changes may affect actions of the different parties and the outcomes that would emerge.[16]

30.  Instead of modeling equilibrium outcomes, and how these outcomes depend on the NCAA rules, Dr. Noll's work focuses on narrow aspects of this matching process, and draws conclusions on simplistic analyses.  He concludes that monetary payments to student-athletes would go up because he claims that most Division I schools currently

---

[14] See for example, Jeremy T. Fox and Chenyu Yang, "Unobserved Heterogeneity in Matching Games, NBER Working Paper No. 18168, June 2012; Jeremy T. Fox, "Identification in Matching Games," *Quantitative Economics* 1(2) (November 2010), p. 203-54; and Thomas J. Kniesner and John D. Leeth, "Simulating Hedonic Labor Market Models:  Computational Issues and Policy Implications," *International Economic Review* 29(4) (November 1988), p. 755-789.

[15] Dr. Noll acknowledges in his deposition that in the but-for world many different outcomes may occur, including no change in monetary payments to student-athletes, differential payments to certain athletes, and shifting of potential members of in and out of the alleged class. E.g., Deposition of Roger G. Noll, p. 206 – 207, p. 219:14 - 220:11, p. 257-258.  Despite acknowledging many possible outcomes could occur, he does not provide any method in his work that can be used to predict reliably how student- athlete outcomes would be affected, and thus cannot predict reliably class-wide harm.

[16] Predicting outcomes in Plaintiffs' but-for world is even more complicated than just understanding student athlete and universities' incentives, as consumer demand can also be affected by rule changes.  For example, if consumers value "amateurism", then direct payments to athletes could have a dampening effect on demand. Alternatively, direct payments also can affect consumer demand if these changes lead to a different distribution of athletes across schools, or different structure for conferences.   Anticipated changes in viewership or interest in teams by the public could then in turn affect the decisions made by universities and student-athletes.

are granting all of the scholarships allowed under NCAA rules.[17] However, he ignores

that student-athletes select schools based on considerations other than just monetary

payments.  Perhaps even more important, Dr. Noll ignores that changing monetary

payments to students (from sharing broadcast revenues) can lead to changes in the

other benefits received by student-athletes, which need to be considered in evaluating

overall welfare effects.

31.   Dr. Noll never explains how or why universities allocate resources to sports programs.

Therefore, his analysis cannot be used to preclude the possibility that increased

payments to student-athletes (potentially for NIL rights) can lead universities to alter

expenditures for other services and infrastructure used by these students, or even to

eliminate certain intercollegiate sports teams from their athletic programs.[18] Dr. Noll in

fact acknowledged in his deposition that in the but-for world certain athletic programs

may spend less on facilities, coaches and may even exit participation in some Division I

sports.[19]

---

[17] Deposition of Roger G. Noll, Feb. 27, 2013, p.220: 20 – p.221:4.

[18] I understand from California State University at Fresno President John Welty that his school and others might pull out of Division I football if Plaintiffs' but-for world were imposed. Declaration of John Welty, March 12, 2013. Utah State University President Stan L. Albrecht states that the university would reduce resources dedicated to student athletes.  For example, he states, "USU would not be able to afford to fund summer school programs for its student-athletes or support them with the same amount of academic aid that they currently receive." Declaration of Stan L. Albrecht, March 12, 2013, p.4.  In addition, James E. Delany, Commissioner of The Big Ten Conference states his belief that if faced with "50/50 revenue-sharing or any other 'pay for play' model with student-athletes" "…that The Big Ten's schools would forgo the revenues in those circumstances and instead take steps to downsize the scope, breadth and activity of their athletic programs." See Declaration of James E. Delany, March 14, 2013.

[19] Deposition of Roger G. Noll, Feb. 27, 2013, p. 130:23 – p.131:20.

### A. Dr. Noll's Uses Flawed Benchmarks in Comparing NCAA Division I Basketball and NCAA FBS Football to the NBA and NFL

32. To evaluate the size of payment increases to student-athletes under his proposed scheme, Dr. Noll employs arbitrary benchmarks, such as broadcast revenue-sharing terms that he claims appear in NFL and NBA collective bargaining agreements negotiated with players' unions. These asserted benchmarks ignore the fact that universities as research and educational institutions likely have different motives than for-profit firms. Also, as I explained above, student-athletes also can have different objectives than professional athletes who work in those leagues, as human capital accumulation may be a far more important objective for students who play sports compared to professional athletes.[20]

33. Dr. Noll does not provide careful theoretical or empirical evidence to justify these benchmarks, nor even acknowledges that differences in incentives that participants in Division I sports have relative to those participating in professional leagues. Outcomes for owners and players in professional sports depend on collective bargaining, reputational capital acquired by players and teams over multiple years and other factors that differ between professional and Division I sports.

34. Similarly, universities have different motives than for-profit firms, and therefore have been observed to act differently. For example, pricing of tuition does not appear to be

---

[20] Indeed, only about 1.3% of NCAA men's' basketball players and 1.6% of men's football players continue to a professional sports career. See NCAA Research publication, "Estimated Probability of Competing in Athletics Beyond the High School Interscholastic Level", last updated September 17, 2012, visited 9/27/2012. http://www.ncaa.org/wps/wcm/connect/public/ncaa/pdfs/2012/estimated+probability+of+competing+in+athletics+beyond+the+high+school+interscholastic+level . The low probability of participating in professional sports and the importance of human capital accumulation at this age creates different incentives for student-athletes than for athletes who have made it to the pros.

done with the purpose of maximizing current profits.  Ivy League schools, such as Harvard, potentially could raise tuition and still fill classes, given high applicant numbers and the low admission rates typically observed.  This suggests that universities are not just maximizing profits, but consider other criteria in making decisions.  This example illustrates that modeling universities as profit-maximizers potentially could lead to highly inaccurate predictions of universities' behavior and the economic outcomes that result from this behavior.

35.  Reliably determining the matching outcomes between student-athletes and universities in Dr. Noll's but-for world, with the benchmarks he uses, requires eliminating the possibility that the factors determining the matching of student-athletes to schools (which differ from the factors that determine the allocation of athletes in professional sports) would substantially affect outcomes. Because Dr. Noll ignores these differing factors, he does not provide a sound logical or empirical basis to reach the conclusions that he does.  In order to draw sound conclusions on university and student-athlete behavior, one must establish that the entities' behavior being used as benchmarks share common incentives and opportunities with universities and student-athletes, or that one accounts for the effects of the differences that exist.   A reliable model would account for these differing objectives in predicting outcomes resulting from changes in the NCAA rules that govern payments to student-athletes. Mechanically drawing inferences from outcomes that implicitly assume that colleges act as if they are for-profit firms, and that student-athletes have incentives and bargaining power similar to those of professional athletes, may provide very poor predictions of actual outcomes.

19

36. In addition to not justifying his benchmarks, Dr. Noll never even explains how the mechanism that would generate NIL group licensing agreements for student-athletes with 50/50 sharing of broadcasting revenues would develop. For example, he does not discuss how collective bargaining would work in college sports and why this would generate 50/50 sharing of broadcast revenues. Questions involving whether a players' union could potentially represent student-athletes for negotiation with individual schools or collection of campuses or all Division I schools nationwide are left unanswered. [21] [22] Also, compliance with Title IX, and the promotion of gender equality in sports generally, would present potential difficulties for universities that decide to pay student-athletes as proposed by Plaintiffs. [23] These types of structural details can influence observed market outcomes. However, nothing in Dr. Noll's analysis can be used to reliably forecast the institutional structure that would likely emerge to negotiate the revenue sharing that he envisions in his but-for world, much less predict the outcome of such a negotiation.

---

[21] In his deposition, Dr. Noll speculates that conferences may decide to obtain NIL group licenses for student-athletes, determine the amounts that may be provided to student-athletes listed on the rosters, and possibly compete with each other providing various broadcast-revenue share percentages, which would converge over time. Deposition of Roger G. Noll, Feb. 27, 2013, p.190:12-18.

[22] Additionally, there are large differences between college and professional sports, specifically in terms of the size of the available pool of participants. For example, the number of Division I men's basketball teams and college players vastly exceeds the number of NBA teams and players. Therefore, the market power attained by unionizing Division I basketball players may be much different than the market power currently held by the NBA players union.

[23] In the Declaration of John Welty, March 12, 2013 and Declaration of Stan L. Albrecht, March 12, 2013, the difficulties associated with Plaintiff's but-for world with respect to universities' promotion of gender equality in sports and obligations under Title IX are discussed.

### B.  Dr. Noll's Counter-Factual World Implicitly Assumes Changing One Element of a Collective Bargaining Agreement Does Not Affect the Other Negotiated Terms

37.  In using simplistic benchmarks, Dr. Noll ignores not only the different incentives for universities and student-athletes (versus for-profit professional teams and professional athletes), but also the fact that revenue-sharing agreements in the NBA and NFL are part of bilateral negotiations that include many different negotiated aspects. Consequently, any one of these aspects taken in isolation would be unlikely to fully describe the benefits obtained by the parties to the negotiations.   In evaluating terms of a contract that are negotiated and entered into simultaneously, one cannot simply infer the benefits and costs of  different contract packages by comparing only one term in the contract, such as revenue shares for broadcast fees, unless all other terms are the same (or not markedly different).   Therefore, Dr. Noll's assumption of a 50/50 sharing of broadcast revenues ignores all the other terms that exist in those contracts, and how those terms affect student-athlete welfare.

38. In sum, Dr. Noll uses arbitrary and unjustified (by him) benchmarks when he compares asserted outcomes in professional sports leagues to those he proposes would occur in Division I football and basketball, and then he only draws inferences from one part of a collective bargaining agreement.  He never addresses the other parts of the agreement that would emerge, if his version of collective bargaining were in place, nor does he even describe what that version of collective bargaining might look like.  As a result, his work cannot be used to draw informed and reliable inferences on outcomes that would occur in his proposed counter-factual world.

**IV.      Dr. Noll Does Not Provide A Reliable Basis to Conclude Class-Wide Harm**

39. Given the heterogeneity among universities and student-athletes, Dr. Noll provides no theoretical or empirical basis to eliminate the possibility that some student-athletes in his proposed class would be worse off in his but-for world, while others could be better off.  That is, he cannot reliably show class-wide harm, as he provides no methodology to predict but-for world outcomes for any member of Plaintiffs' proposed class. Allowing greater current monetary payments to student-athletes can reduce university investments in other dimensions that benefit students as discussed above.  Students that highly value these reduced dimensions would be harmed on net if their payment did not increase substantially and these other dimensions of benefits were measurably diminished.

40. Even accepting Dr. Noll's speculative conclusion that NCAA payment rule changes would result in increased overall benefits to student-athletes, these increased benefits could affect the supply of student-athletes, which in turn could harm some current student-athletes.  Specifically, increased benefits may change the incentives of other students and current student-athletes to participate in the specific sports, and these new participants could supplant many current participants, and therefore harm those proposed class members who were replaced.  For example, increased monetary payments may induce students who otherwise would not have participated in intercollegiate sports to do so and student-athletes from other sports may refocus to the sports with such payments.  The supply of walk-on student-athletes may increase as well in response to the possibility of higher payments.  In addition, changing the relative financial attractiveness of certain sports by increasing payments to student-athletes

22

may also distort incentives for high school students (or students below the high school grade level) to allocate more of their time and effort to sports.  That is, increasing the financial benefits associated with an activity may create additional supply of willing participants.[24]  Thus, under Plaintiffs' proposed NCAA rule changes, and assuming the higher monetary payments that they claim would occur, the specific members of their proposed class may be different from those individuals currently in the proposed class.

41.  In addition, universities currently in Division I may alter their athletic programs in different ways.  Specifically, the wide array of schools participating in Division I sports have experienced many different outcomes in terms of financial success.   As I understand from reports on finances of NCAA Division I athletic programs, most lose money.  According to Todd Petr, Director of Research for the NCAA, across all NCAA member athletic programs, athletic-related expenses exceeded athletic-generated revenues by a substantial margin -- "$11.7 billion in expenses over the course of the 2010-11, while generating $6.4 billion in revenue from athletics, including the monetization of television and other broadcast rights."[25]Mr. Petr also reports that in the prior year, only 23 of over 1,000 institutions in the NCAA saw athletics-generated revenue exceeding athletic program expenditures.  This substantial variation in financial outcomes for NCAA Division I athletic programs, coupled with Dr. Noll's proposed

---

[24] This additional supply of student-athletes in the sports that increase monetary payments also could come from current student-athletes who delay their transition to professional sports.  That is, underclassmen who would have left for the professional ranks may delay turning professional in order to capture these payments.  These athletes potentially would displace some current members of the proposed class.

[25] Declaration of Todd Petr, March 10, 2013. See also Daniel L. Fulks, "Revenues & Expenses, 2004 – 2011, NCAA® Division I Intercollegiate Athletics Programs Report," http://www.ncaapublications.com/productdownloads/D12011REVEXP.pdf, visited 10/17/2012; and discussions in James L. Shulman and William G. Bowen, *The Game of Life, College Sports and Educational Values* (Princeton University Press, 2001).

substantial reductions in athletics-generated revenues to various schools who actually receive broadcast-related revenues, could result in a range of different responses by colleges, including reduced investments by some colleges in their athletic programs. These reductions would result in asymmetric harm to proposed class members that cannot be identified or measured by Dr. Noll's methodology.

42. An additional source of heterogeneity in terms of university responses to the proposed NCAA rule change may come in the form of differential recruitment policies. Some schools may choose to "stockpile" top athletes by paying more for the highest ranked athletes[26]. This would tend to reduce incentives of other universities to bid for top athletes as those programs would have little hope of being competitive. Some may choose to exit Division I competition.[27] Using potential payments as a recruiting tool may increase inequalities in current athletic programs. This in turn may cause additional shifting of student-athletes across athletic programs, or in and out of participation in intercollegiate athletics. That is, the effects on student-athletes from a change in the proposed NCAA rules may vary over time. Therefore, the impact on class members would vary in ways that that cannot be evaluated in any reliable way under Dr. Noll's methodology.

---

[26] I understand that there are large asymmetries in the revenues received by different universities. These asymmetries potentially allow high-revenue schools to outbid other universities for these top athletes in a world in which monetary payments were not capped. In other words, removing the cap on payments to student-athletes may promote more stockpiling of top athletes and exacerbate competitive imbalances in Division I sports. See, for example, Daniel L. Fulks, "Revenues & Expenses, 2004 – 2011, NCAA® Division I Intercollegiate Athletics Programs Report," http://www.ncaapublications.com/productdownloads/D12011REVEXP.pdf, visited 10/17/2012.

[27] For example, see Declaration of California State University at Fresno President John Welty that his school and others might pull out of Division I football if Plaintiffs' but-for world were imposed. Declaration of John Welty, March 12, 2013.

43. In the proposed but-for world, a "re-shuffling" of student-athletes across colleges may occur, depending on the levels of offered payments and the relative importance of monetary payments to the choice of educational institution the student-athlete would make.  Thus, the specific members of the proposed class may be different from those currently in the sports programs and NCAA Divisions identified by Plaintiffs.

44. Predicting these but-for world outcomes is difficult and fraught with much uncertainty, even if one had comprehensive data and accurately modeled universities' objectives and student-athletes' value criteria in choosing schools.  Dr. Noll's analysis relies on neither. As a result, Dr. Noll's prediction of class-wide harm is highly speculative and does not provide a reliable basis for class-wide harm.

Signed this 14th day of March, 2013.

_____

James J. Heckman

March 5, 2013

**James Joseph Heckman**
**Department of Economics**
**University of Chicago**
**1126 East 59th Street**
**Chicago, Illinois 60637**
**Telephone: (773) 702-0634**
**Fax: (773) 702-8490**
**Email: jjh@uchicago.edu**

## Personal

**Date of Birth:** April 19, 1944

**Place of Birth:** Chicago, Illinois

## Education

B.A. 1965 (Math) Colorado College (summa cum laude)
M.A. 1968 (Econ) Princeton University
Ph.D. 1971 (Econ) Princeton University

### Dissertation

"Three Essays on Household Labor Supply and the Demand for Market Goods."
**Sponsors:** S. Black, H. Kelejian, A. Rees

### Graduate and Undergraduate Academic Honors

Phi Beta Kappa
Woodrow Wilson Fellow
NDEA Fellow
NIH Fellow
Harold Willis Dodds Fellow

## Post-Graduate Honors

### Honorary Degrees and Professorships

Foreign Member, Brazilian Academy of Sciences, May, 2012.

Honorary Academician, Academica Sinica, Republic of China/Taiwan, July, 2010.

Honorary Professor, Renmin University, P. R. China, June, 2010.

Honorary Professor, Beijing Normal University, P. R. China, June, 2010.

Doctor Honoris Causis, Pontifical University, Santiago, Chile, August, 2009.

Honorary Professor, Harbin Institute of Technology, P. R. China, October, 2007.

Doctor Honoris Causis, University of Montréal, May 2004.

Doctor Honoris Causis, Bard College, May 2004.

Honorary Professor, Wuhan University, Wuhan, China, 2003.

Doctor Honoris Causis, UAEM, Mexico, January 2003.

Doctor Honoris Causis, University of Chile, Fall 2002.

Honorary Doctor of Laws, Colorado College, 2001.

Honorary Professor, Huazhong University of Science and Technology, Wuhan, China, 2001.

Honorary Member, Latin and Caribbean Economic Association, 1999.

Honorary Professor, University of Tucuman, October, 1998.

**Awards and Honors**

Bank of Sweden Prize in Economic Sciences in Honor of the Memory of Alfred Nobel, 2000.

John Bates Clark Medal (American Economics Association), 1983.

Distinguished Contributions to Public Policy for Children Award, Society for Research in Child Development, 2009.

Gold Medal of the President of the Italian Republic, Awarded by the International Scientific Committee of the Pio Manzù Centre, 2008.

Theodore W. Schultz Award, American Agricultural Economics Association Foundation, January 2007.

Dennis J. Aigner Award for Applied Econometrics, *Journal of Econometrics*, 2007.

Sun Yefang Economic Science Award, 2007.

Ulysses Medal, University College Dublin, 2006.

Jacob Mincer Award for Lifetime Achievement, Society of Labor Economics, 2005.

Dennis J. Aigner Award for Applied Econometrics, *Journal of Econometrics*, 2005.

Medal of Excellence, Centres of Excellence for Children's Well-Being, Montreal University, "Exceptional Contributions to Childhood Development", May 2004.

Statistician of the Year, Chicago Chapter of the American Statistical Association, 2002.

First Annual Louis T. Benezet Distinguished Alumnus Award, Colorado College, 1985.

Elevated to Distinguished Service Professorship, University of Chicago, 1995–.

A. Whitney Griswold Professor of Economics, Yale University, 1988–1990.

Henry Schultz Professor of Economics, University of Chicago, 1985–.

Irving Fisher Professor, Yale University, Fall 1984.

March 5, 2013

**Fellowships**

Fellow, Econometric Society, 1980

Fellow, American Academy of Arts and Sciences, 1985

Senior Research Fellow, American Bar Foundation, 1991

Elected Member, National Academy of Sciences, 1992

Fellow, American Statistical Association, 2001

Fellow, *Journal of Econometrics*, 2005

Fellow, Society of Labor Economics, 2004

Resident Member, American Philosophical Society, 2008

Fellow, International Statistical Institute, 2008

Fellow, American Association for the Advancement of Science, 2009

Lifetime Member, Irish Economic Association, 2009

Member, National Academy of Education, 2010

Corresponding Member, Brazilian Academy of Sciences, 2011

**Post Graduate Support for Released Time**

John Simon Guggenheim Memorial Fellowship, 1978–1979.

Fellow, Center for Advanced Study in the Behavioral Sciences, Stanford University, 1978–1979.

Social Science Research Council Training Fellow, 1977–78.

Harry Scherman Fellow, National Bureau of Economic Research, 1972–1973.

## Professional Experience

**University of Chicago**

Henry Schultz Distinguished Service Professor, 1995–
Henry Schultz Professor, 1985–1995
Professor of Economics, 1977–
Associate Professor, 1973–1977 (tenured, 1974)
Professor, Irving B. Harris School of Public Policy, 2011–
Affiliated Faculty, Irving B. Harris School of Public Policy, 1990–2011
Director, Center for Social Program Evaluation, Harris School of Public Policy 1991–
Professor of Law, University of Chicago School of Law, 2011–
Director, Economics Research Center

March 5, 2013

**University College Dublin**

Professor of Science and Society, 2005–

**American Bar Foundation**

Senior Research Fellow, 1991–

**Yale University**

Alfred Cowles Distinguished Visiting Professor, Cowles Foundation, 2008–

A. Whitney Griswold Professor of Economics, 1988–1990
Professor of Statistics, 1990
Yale Law School Lecturer, 1989–1990

**National Bureau of Economic Research**

Associate, 1971–1985, 1987–
Research Fellow, 1972–1973

**Peking University**

Changjiang River Scholar Professor, 2004–2008

**University College London**

Distinguished Chair of Microeconometrics, 2004–2008

**National Opinion Research Center**

Research Associate, 1979

**RAND Corporation**

Consultant 1975–1976

**Columbia University**

Associate Professor 1973–1974
Assistant Professor, 1970–1973

**New York University**

Adjunct Assistant Professor, 1972
Council of Economic Advisors
Junior Economist Advisors, 1967

**Previous Positions**

Martin-Marietta Aerospace Systems Engineer, 1965

**Other Professional Activities**

1. Director, Human Capital and Economic Opportunity Working Group, with Robert Dugger and Steven Durlauf (Sponsored by the Institute for New Economic Thinking), 2011–

2. Director, Economic Research Center, Department of Economics, University of Chicago, 1998–

3. Director, Center for the Study of Childhood Development, Harris School of Public Policy, University of Chicago, 2009–

4. Director, Center for Social Program Evaluation, Harris School of Public Policy, University of Chicago, 1999–

5. Member, Research Council, Becker-Friedman Institute for Research in Economics, 2011–2014

6. Member, Advisory Committee of the China Institute of Income Distribution Studies, Beijing Normal University, 2011–

7. Senior Advisor, China Development Research Foundation, October, 2012–

8. President, The Econometric Society, 2013 (Cycle: Second Vice-President, 2010-2011; First Vice-President, 2011-2012; President, 2013)

9. Member, 1997 National Longitudinal Survey of Youth Advisory Panel, NORC, 2008–

10. *IZA Journal of Labor Economics*, Associate Editor, 2012–

11. *Journal of Political Economy*, Editor, 2011–

12. *Annual Review in Economics*, Editor, 2007–

13. Member, International Statistical Institute, 2007—

14. Advisory Board, *Journal of Applied Econometrics*, 2007–2013

15. President, Western Economics Association 2003 (Cycle: VP (2003–2004), President Elect (2004–2005), President (2005–2006))

16. Council, Econometric Society, 2000–2006

17. President, Midwest Economics Association, 1998.

18. *Econometrics Reviews*, Co-Editor; Associate Editor, 1987–

19. *Handbook of Econometrics* Vol. 5, Co-Editor with Ed Leamer

20. *Handbook of Econometrics* Vol. 6A, Co-Editor with Ed Leamer

21. *Handbook of Econometrics* Vol. 6B, Co-Editor with Ed Leamer

22. Vice President, American Economic Association, 2010

23. American Economics Association, Executive Committee Member, 2000–2003

24. Science, Technology and Economic Policy Board, National Research Council, Member 2000–

25. *Evaluation Review*, Associate Editor, 1991–1996

26. *Journal of Economic Perspectives*, Associate Editor, 1989–1996

27. *Review of Economics and Statistics*, Associate Editor, 1994–2002

28. Member, Advisory Board and Dean's Search Committee, School of Public Policy, University of Chicago, 1985–1988

29. Member, National Academy of Sciences Panel on the Status of Black Americans, 1985–1988

30. *Journal of Labor Economics*, Associate Editor, 1982–

31. Member, National Academy of Sciences Panel On Statistical Assessments as Evidence in the Courts, 1982–1985

32. *Review of Economic Studies*, Associate Editor, 1982–1985

33. *Journal of Political Economy*, Co-Editor, 1981–1987

34. Member, Board of Overseers, Michigan Panel Survey of Income Dynamics, 1981–1984

35. *Journal of Econometrics*, Editor of the Special Issue on Panel Data, 1981

36. Member, Advisory Board Chicago Urban League, 1980–1987

37. Academic Press Editor of Labor Economics Series, 1980–1984

38. *Journal of Econometrics*, Associate Editor, 1977–1983

39. National Science Foundation Evaluation Panel in Economics - Member, 1977–1979

40. London School of Economics, Visitor, Spring 1977, Center for Research on the Economics of Education

41. University of Wisconsin Institute for Research on Poverty, Visiting Professor, Fall 1977

42. *Annals of Economics*, Editor of special issue on the Social Measurement Analysis of Discrete Data, 1976

43. Social Science Council Research Committee on Research Methods for Longitudinal Data, 1976–1979, 1981–1982

March 5, 2013

## Major Invited Lectures

1. "Hard Evidence on Soft Skills," Keynote Address, 2012 Chinese Economists Society Annual Conference, Henan University, Kaifeng, China. June 24, 2012

2. "Hard Evidence on Soft Skills," Robert (Bob) J. Lampman Memorial Lecture, Institute for Research on Poverty (IRP) at the University of Wisconsin-Madison, Madison, WI. May 16, 2012.

3. "Hard Evidence on Soft Skills," Frank Knight Lecture, Cornell University, Ithaca, NY. April 26, 2012.

4. "A Framework for Analyzing Human Development over the Life Cycle and across Generations," Presented at the TrygFonden symposium "Improving the Well-Being of Children and Youth," The Carlsberg Academy, Copenhagen. January 29th, 2012.

5. "The Case for Investing in Disadvantaged Young Children," Remarks at the White House Conference on "Race to the Top - Early Learning Challenge Awards Announcement," Washington DC. December 16th, 2011.

6. "Hard Evidence on Soft Skills," The Development Economics Vice Presidency (DEC) Lecture, World Bank, Washington DC. December 15, 2011.

7. "The Developmental Origins of Health: Models and Evidence," Stephen Frankel Lecture, University of Bristol, November 16, 2011.

8. "Hard Evidence on Soft Skills," Adam Smith Lecture, 23rd Annual Conference, European Association of Labour Economists, Paphos, Cyprus, September 24, 2011.

9. "Understanding the Mechanisms Through Which an Influential Early Childhood Program Boosted Adult Outcomes," Asian Meeting of the Econometric Society, Seoul, Korea, August 12, 2011.

10. "Marschak's Maxim," Marschak Memorial Lecture, UCLA Anderson School of Management, June 3, 2011.

11. "The Economics and Psychology of Human Development and Inequality," and "The Economics and Psychology of Human Development and Inequality Lecture II: Understanding the Origins of Inequality and Understanding Effective Interventions and the Channels Through Which They Work," Marshall Lectures, University of Cambridge, Cambridge, UK. May 17-18, 2011.

12. "The Developmental Origins of Inequality: Implications for Social Policy," Manchot Lecture, University of Bonn, Bonn, Germany. January 28, 2011.

13. "Understanding the Origins of Inequality," Invited Keynote speaker, First Annual MOVE Distinguished Visitor's Lecture, December 21, 2010, Barcelona, Spain.

14. "Building Bridges Between Structural and Program Evaluation Approaches to Evaluating Policy," Keynote Lecture, Italian Statistical Society Scientific Meeting, Padua, Italy, June 16, 2010

15. "Estimating the Technology of Cognitive and Noncognitive Skill Formation," Keynote Lecture, Understanding Ageing: Health, Wealth, and Wellbeing to Age Fifty and Beyond, St. Catherine's College Oxford, UK. April 14-16, 2010.

16. "Understanding the Sources of and Solutions to Human Inequality," Keynote Lecture, Meeting on Early Childhood Education, Rio de Janeiro, Brazil. December 17, 2009.

17. "The Developmental Origins of Adult Health: Cognition, Personality, and Education," 6th Annual Nestlé International Nutrition Symposium, Lausanne, Switzerland. October 22, 2009.

18. "Policies to Promote Growth in Mexico," Bank of Mexico. October 19, 2009.

19. "Policies to Foster Human Development," Developing Africa: an Opportunity for Europe, Italy and Sicily; Taormina, Italy. October 1, 2009.

20. "Investing in our Young People: Lessons from Economics and Psychology," Lectio Magistralis, Catholic University Milan. September 28, 2009.

21. "Estimating the Technology of Cognitive and Noncognitive Skill Formation," Plenary Lecture, Econometric Society. June 6, 2009.

22. "Estimating the Technology of Cognitive and Noncognitive Skill Formation," Vilfredo Pareto Lectures in Economics and Social Sciences, Collegio Carlo Alberto. June 9, 2009.

23. "The Economics and Psychology of Personality," Identity and the Global Crisis: Festival of the Economy, Trento, Italy. May 29, 2009.

24. DEW/ESR Guest Lecture, "The Economics and Psychology of Personality." Irish Economic Association 23rd Annual Conference, Blarney, County Cork, Ireland. April 26, 2009.

25. "The Economics and Psychology of Inequality and Human Development," The Jacob Marschak Interdisciplinary Colloquium on Mathematics in the Behavior Sciences at UCLA. October 6, 2008.

26. "The Economics and Psychology of Inequality and Human Development," Marshall Lecture, European Economics Association, Milan, Italy. August 29, 2008.

27. "How Viable is the Welfare State?" World Justice Forum, Vienna, Austria. July, 2008.

28. "The Option Value of Educational Choices and the Rate of Return to Educational Choices," Cowles Foundation Structural Conference, Yale University. June 13, 2008.

29. "Skills, Schools and Synapses," Coping with the Accident of Birth: The Case for Early Childhood Interventions. Den Haag, Netherlands. May 27, 2008.

March 5, 2013

30. "Noncognitive Skills: Acquisition and Economic Consequences," Plenary Lecture, Leibniz Network Conference, Mannheim, Germany. May 15, 2008.

31. "Understanding the GED," Albert Rees Memorial Lecture, Society of Labor Economists Annual Meetings, May 9, 2008.

32. "How Viable is the Welfare State?" and "The Technology of Skill Formation," King Saud University Lecture, Riyadh, Saudi Arabia. March 8-10, 2008.

33. Congress on Early Childhood Education: "Early Childhood Education–Educational Investments with Better Effects", "The Dynamism of Educational Investments in the Course of Life: Why Saving in Education is Expensive." Leipzig, Germany. March, 2008.

34. "The Economics of Investing in Children: The Role of Cognitive and Non-Cognitive Skills," George Seltzer Distinguished Memorial Lecture, Minneapolis, Minnesota, December 6, 2007.

35. "The Economics of Investing in Children: The Role of Cognitive and Non-Cognitive Skills," Bertha C. and Roy E. Leigh Distinguished Lecture in Economics, Pullman, Washington, November 29, 2007.

36. "The Technology of Skill Formation," Guinness Lecture, Coombe Women's Hospital, Dublin, Ireland, November 2, 2007.

37. "The Technology of Building Human Capacities: Lessons for Public Policy," Building Blocks Conference, Alberta, Canada, May 2007.

38. Keynote Address, "Investing in Disadvantaged Young Children Is Good Economics and Good Public Policy,"National Summit on America's Children, Congressional Caucas, Washington D.C., May 2007.

39. "The Economics, Technology and Neuroscience of Human Capability Formation," Allostasis/Allostatic Load Conference, Princeton University, May 2007.

40. "Left Behind: the GED and America's Dropout Problem," Brookings Institution, Hamilton Project Forum: The Role of Education in Promoting Opportunity and Economic Growth, Washington D.C., March 2007.

41. Plenary Address, "The Evolution of Labor Earnings Risk in the U.S. Economy," 4th International Finance Conference in Collaboration with Université Cergy-Pontoise, REMEREG and ISC Paris, Diar el Medina, Tunisia, March 2007.

42. Theodore W. Schultz Lecture, "The New Economics of Child Quality," American Economic Association, January 2007.

43. Keynote Address, "What Lessons Should China Learn from European Welfare States?" WEAI Pacific Rim Conference, Beijing, China, January 2007.

44. Max Weber Lecture, "The Economics of Human Development," European University, Florence, Italy, October 2006.

45. Koopmans Lectures, "Cowles Commission Structural Models, Causal Effects and Treatment Effects: A Synthesis," "Instrumental Variables: Then and Now," and "The Evolution of Labor Earnings Risk in the US Economy," Cowles Foundation, Yale University, September 2006.

46. Marshall Lecture, Annual Meeting of the European Economic Association. August, 2006.

47. Michelson Memorial Lecture, "Skills, Schools and Synapses," US Naval Academy, September 2006.

48. Conway Institute Lecture, "The Technology and Neuroscience of Skill Formation," University College Dublin, June 2006.

49. Ulysses Medal Lecture, "The Economics of Child Development," University College Dublin, June 2006.

50. Invited Lecture, "Understanding Instrumental Variables in Models with Essential Heterogeneity," "Econometric Evaluation of Public Policies : Methods and Applications" Conference, Center for Research in Economics and Statistics, Paris, December 2005.

51. Inaugural Lecture, "Credit Constraints, Family Constraints and Optimal Policies to Reduce Inequality and Promote Productivity," Geary Institute, University College Dublin, April 2005.

52. Richard Ely Distinguished Lecturer, Johns Hopkins University, April 2005. Talks: "Inequality in America: What Role for Human Capital Policies?" "Understanding Inequality: Separating Uncertainty from Heterogeneity in Life Cycle Earnings," "Match Bias and Economic Returns to the GED," "Understanding Instrumental Variables in Models with Essential Heterogeneity," "The Importance of Cognitive and Noncognitive Skills in Explaining a Variety of Socioeconomic Outcome Measures"

53. Hicks Lecture, Oxford University, April 2004.

54. Keynote Lecture, Great Hall of the People, Beijing, December 2003 (Major Lecture on China's Investment in Human Capital at Renmin University's Anniversary Celebration).

55. Nobel Symposium Lecturer, St. Petersburg, Russia, June 2003.

56. Munich Economic Summit, Munich, May 2003.

57. European Society for Population Economics, 2003.

58. Keynote Lecture, Tinbergen Centenary, Rotterdam, April 2003.

59. W.P. Carey Lecture, Colorado College, February 2002.

60. Miguel Sidrauski Lecture, Latin American Econometric Society Meetings, Sao Paulo, 2002.

61. Tinbergen Lecture, Royal Dutch Economics Association, October 2002.

62. Walras-Pareto Lectures, University of Lausanne, October 2002.

63. Gorman Lectures, University College, London, Fall 2001.

64. Klein Lecture, University of Pennsylvania, October 2001.

65. Review of Economics and Statistics Lecture, April 2001.

66. Economic Journal Lecture, Royal Economic Society, April 2001.

67. Jovanovich Lecture, Colorado College, February 2001.

68. Distinguished Lecture, Southern Economics Association, Washington, D.C., November 2000.

69. Fisher-Schultz Lecture, World Meeting of the Econometric Society, August 2000.

70. Yoram Ben Porath Memorial Lecture, Hebrew University, (First in series), June 2000.

71. Wildavsky Forum Lecture, University of California, Berkeley, April 1999.

72. Woytinsky Lecture, University of Michigan, October 1999.

73. Invited Lecture, Latin American Meetings of the Econometric Society, Cancun, Mexico, August 1999.

74. Invited lecturer, Econometric Society Meetings, Lima, Peru, August 1998.

75. Distinguished Lecture, Institute for Survey Research, University of Michigan, January 1998.

76. McKinley Lecturer, University of Illinois, March 1998.

77. Fishelson Memorial Lecture, Tel Aviv University, December 1998.

78. Malim Harding Lecturer, University of Toronto, October 1997.

79. Jacob Marschak Lecturer, Far Eastern Econometric Society Meetings, Hong Kong, July 25, 1997.

80. Economics Study Group, Gronigen, Holland, June 1997.

81. Invited Lecture, Latin American Econometric Society Meetings, Santiago, Chile, August 1997.

82. *Journal of Applied Econometrics* Lectures (First Lecturer in a new series established by the *Journal of Applied Econometrics*, Yale University, April 17–18, 1997).

83. Keynote Lecture, Latin American Econometric Society, Santiago Chile, August 1997.

84. Keynote Lecture, Society For Economic Dynamics and Control, Mexico City, June 27, 1996.

85. Keynote Lecture, Latin American Econometric Society, Rio de Janeiro, August 1996.

86. Keynote Speaker, American Sociological Association Meetings, New York, August 16, 1996.

87. Gilbert Lecture, University of Rochester, April 1996.

88. Seymour Harris Lectures, Kennedy School of Government, 1995. (First lecturer in a newly endowed series) Lectures to be published by Harvard University Press.

89. Distinguished Quantitative Social Science Lecture, University of Indiana, April 1996.

90. Invited Lecture, Centenary of Ragnar Frisch, First Nobel Economist, Oslo, March 1995.

91. Invited Lecture, Public Policy School, SUNY Albany, October 1994.

92. Invited Lecture, Latin American Econometric Society, Caracas, August 1994.

93. Aloysius Dunaway Memorial Lecture, Michigan State University, April 1993.

94.  Carl Synder Memorial Lecture, University of California at Santa Barbara, Spring 1992.

95.  H. Chase-Stone Lecture in Economics, Colorado College, 1992 (participant in three day symposium).

96.  Martin Luther King Lecturer, University of Michigan, 1991.

97.  Invited Lecture, Econometric Study Group, Royal Economic Society, Bristol, England, 1991.

98.  Barcelona Lecture, Sixth World Econometric Society, 1990.

99.  Erik Malmstens Distinguished Guest Professor of Economics, Gothenburg University, Gothenburg, Sweden, 1990.

100.  Invited Major Lecture, University of Western Ontario, 1989.

101.  Invited Major Guest Lecture, Joint Franco-Belgian Conference in Statistics, Toulouse, France, 1988.

102.  Chung-Hua Distinguished Visitor and Academica Sinica Lectures, Taiwan, 1988.

103.  Fish Lecture, Brigham Young University, 1987.

104.  Harry Lyman Hooker Distinguished Visiting Professor, McMaster University, 1987.

105.  Leif Johansen Lecture, University of Oslo, 1986.

106.  Abbott Lecturer, Colorado College, 1985.

107.  Major Lecture, Australasian Econometric Society, Sydney, Australia, 1984.

## Students (Chair or co-chair of committee)

There are numerous other dissertations where I have served as a second reader, but not as chair or co-chair.

University of Chicago unless otherwise noted.

1.  John Abowd
2.  Ricardo Avelino
3.  Alessandro Barbarino
4.  Ricardo Barros
5.  Herbert Baum
6.  Andrea Beller (Columbia)
7.  Christina Bellido
8.  George Borjas (Columbia)
9.  Stephen Cameron
10.  Pedro Carneiro
11.  Thomas Coleman

March 5, 2013

12.   Robert Cotterman

13.   Flavio Cunha

14.   Marcello Dabos

15.   Felipe Diniz

16.   Christopher Flinn

17.   Christina Gathmann

18.   Eric Gould

19.   Carolyn Heinrich (Harris School, University of Chicago)

20.   Bo Honoré

21.   Anjini Kochar

22.   Siu Fei Leung

23.   Martin Ljunge

24.   Lance Lochner

25.   Thomas MaCurdy

26.   Grecia Maruffo

27.   Mauricio Mazocco

28.   Robert Miller

29.   Salvador Navarro

30.   Randall Olsen

31.   Larry Olson

32.   Brook Payner

33.   Carola Pessino

34.   Heleno Pioner

35.   Richard Robb

36.   Russell Roberts

37.   Rebecca Roselius

38.   Mark Rosenzweig (Columbia)

39.   Anne Royalty (Yale)

40.   Daniel Santos

41.   Peter Savelyev

42.   Robert Schmitz

43.   Peter Schochet (Yale)

44.   Sam Schulhofer-Wohl

45.   Jeff Smith

46.   Rachel Soloveichik

47.   Jora Stixrud

48.   Suchanan Tambunlertchai

49.   Chris Taber

50.   Andrea Tiseno

51.   Justin Tobias

52.   Petra Todd

53.   Grace Tsiang

54.   Sergio Urzua

55.   J. H. Verkerke (Yale)

56.   Edward Vytlacil

57.   Jim Walker

58.   Benjamin Williams

## Publications

**Books**

*Longitudinal Analysis of Labor Market Data*, (edited with Burton Singer). Cambridge: Cambridge University Press, 1985.

*Handbook of Econometrics*, Vol 5 (edited with E. L. Leamer). New York: North-Holland, 2001.

*Inequality in America: What Role for Human Capital Policy?*. J. Heckman and A. Krueger, eds., Cambridge, MA: MIT Press, 2003.

*Law and Employment: Lessons From Latin America and the Caribbean* (edited with C. Pages). University of Chicago Press, for NBER, 2004.

*Handbook of Econometrics*, Vol 6A (edited with E. L. Leamer). Amsterdam: North-Holland, 2007.

*Handbook of Econometrics*, Vol 6B (edited with E. L. Leamer). Amsterdam: North-Holland, 2007.

*Global Perspectives on the Rule of Law*, (edited with R. Nelson and L. Cabatingan). New York: Routledge, 2010.

*The GED and the Role of Character in American Life*, (edited with J.E. Humphries and T. Kautz). In press, Chicago: University of Chicago Press, 2013.

*Giving Kids a Fair Chance*. In press, Cambridge, MA: MIT Press, 2013.

## Book Reviews and Op-Ed Pieces

1. "Review of *Problems and Issues in Current Econometric Practices*," *Journal of Economic Literature*, (December, 1974).

2. " 'The Cracked Bell,' Review of Herrnstein and Murray, *The Bell Curve*," *Reason*, March, 1995.

3. "Catch 'em Young: Investing in Disadvantaged Young Children is Both Fair and Efficient," *Wall Street Journal*, January 10, 2006, p. A14.

4. "Comments on *Are Protective Labor Market Institutions at the Root of Unemployment? A Critical Review of the Evidence* by David Howell, Dean Baker, Andrew Glyn and John Schmidt." *Capitalism and Society*, **2**(1, Article 5, 2007).

5. "Educated in America: College graduates and high school dropouts: The declining American high school graduation rate: Evidence, sources, and consequences," (with P. A. LaFontaine), CEPR Policy Research VOX Report, February 13, 2008.

6. "The Case for Investing in Disadvantaged Young Children," CESifo DICE Report, February 2008.

7. "The growing polarisation of American society and its implications for productivity: Schools, Skills and Synapses," CEPR Policy Research VOX Report, August 25, 2008.

## Journal Articles

1. "A Note on Second Best Conditions for Public Goods," (with R. Nelson), *Public Finance*, 27(1):73-74 (1972).

2. "Empirical Evidence on the Functional Form of the Earnings-Schooling Relationship," (with S. Polachek), *Journal of the American Statistical Association*, (June 1974), 69(346), 350-354. Also, NBER, mimeo (October 1972).

3. "The Estimation of Income and Substitution Effects in a Model of Family Labor Supply," (with O. Ashenfelter), *Econometrica*, (January 1974), 42(1), 73-86. Presented at the Econometric Society Winter Meetings, (1971).

4. "Shadow Prices, Market Wages and Labor Supply," *Econometrica*, (July 1974) 42(4): 679–94.

5. "The Effect of Day Care Programs on Women's Work Effort," *Journal of Political Economy*, (March/April 1974). Reprinted in T.W. Schultz (ed.), *Economics of the Family: Marriage, Children, and Human Capital*, (University of Chicago Press, 1974), 491-518.

6. "Life Cycle Consumption and Labor Supply: An Explanation of the Relationship Between Income and Consumption over the Life Cycle," *American Economic Review*, (March 1974).

7. "A Stochastic Model of Reproduction: An Econometric Approach," (with R. Willis), *Papers and Proceedings of the American Statistical Association*, Social Statistics Section, 1974.

8. "Estimating Labor Supply Functions," (with O. Ashenfelter), in G. Cain and H. Watts (eds.), *Labor Supply and Income Maintenance*, (Chicago: Markham Publishing Company, 1974).

March 5, 2013

9. "Measuring the Effect of an Antidiscrimination Program," (with O. Ashenfelter), July 1974 mimeo, in *Evaluating The Labor Market Effects of Social Programs*, (Princeton, N.J.: Princeton University Press, 1975). Presented at the American Economic Association Winter Meetings, 1972.

10. "Estimation of a Stochastic Model of Reproduction: An Econometric Approach," (with R. Willis), in N. Terleckyj (ed.), *Household Production and Consumption*, 40, 99-145, (New York: Columbia University Press, 1976). Presented at the Conference on Research in Income and Wealth, Washington, D.C., November 1973.

11. "Simultaneous Equation Models with both Continuous and Discrete Endogenous Variables With and Without Structural Shift in the Equations," in Goldfeld and Quandt (eds.), *Studies in Nonlinear Estimation*, Ballinger, (1976).

12. "A Life Cycle Model of Earnings, Learning and Consumption," *Journal of Political Economy*, (August 1976), 84(2), pt. 2, S11-S44.

13. "Does The Contract Compliance Program Work?: An Analysis of Chicago Data," (with K. Wolpin), *Industrial and Labor Relations Review*,(Summer 1976). Presented at a Symposium on the Effect of the Office of Federal Contract Compliance on Minority Status, Cornell University, May 1975.

14. "The Common Structure of Statistical Models of Truncation, Sample Selection and Limited Dependent Variables," *Annals of Economic and Social Measurement*, (December 1976).

15. "Introduction," *Annals of Economic and Social Measurement*, Special issue on Discrete, Qualitative and Limited Dependent Variables, (December, 1976).

16. "New Evidence on the Dynamics of Female Labor Supply," in E. Andrews and C. Lloyd (eds.), *Women in the Labor Market*. Columbia University Press, 1978. Presented at a Labor Department Conference, "Women in the Labor Market," Columbia University, September 1977.

17. "A Partial Survey of Recent Research on the Labor Supply of Women," *AEA Papers and Proceedings*, (May 1978). Invited paper, presented to the American Economic Association, New York, 1977.

18. "An Economic Analysis of the Contract Compliance Program," *Essay in Labor Market Analysis and Economic Demography in Memory of Peter Comay*, (Halstead, 1977).

19. "The Impact of the Government on the Labor Market Status of Black Americans: A Critical Review," (with R. Butler), in L. Hausman, (ed), *Equal Rights and Industrial Relations*, Madison, Wisconsin: Industrial Relations Research Association, Ch. 9.

20. "A Beta-Logistic Model For the Analysis of Sequential Labor Force Participation by Married Women," (with R. Willis), *Journal of Political Economy*, (February 1977), 85(1), 27-58, read at the Third World Econometric Society Meetings, Toronto, 1975.

21. "Comments on 'The Labor Supply Responses of Wage Earnings in the Rural Negative Income Experiment," in J. Palmer and J. Pechman (eds), *The Labor Supply Responses of Wage Earners in Welfare in Rural Areas: The North Carolina-Iowa Maintenance Experiment*,

16

Brookings, 1977, Presented at the Brookings Conference on Evaluating the Results of the Rural Negative Income Tax Experiment, Washington, D.C., (January, 1977).

22. "Dummy Endogenous Variables in a Simultaneous Equation System," *Econometrica*, (July 1978). Original draft, April 1973. Final draft, April 1977, 46(4), 931-959.

23. "Labor Supply Estimates for Public Policy Evaluation," (with G. Borjas), *Proceedings of The Industrial and Labor Relations Research Association*, Chicago meetings, 1978.

24. "Simple Statistical Models for Discrete Panel Data Developed and Applied to Test the Hypothesis of True State Dependence Against The Hypothesis of Spurious State Dependence," *Annals de INSEE*, Paris, (1978), 227-269, (September, Special Issue).

25. "Sample Selection Bias as a Specification Error," *Econometrica*, (February 1979), 47(1), 153-161.

26. "Reply to Mincer and Ofek," (with R. Willis), *Journal of Political Economy*, (February 1979).

27. "Sample Selection Bias as a Specification Error with an Application to the Estimation of Labor Supply Functions," March, 1977 in J. Smith (ed.), *Female Labor Supply: Theory and Estimation*, (Princeton University Press, 1980).

28. "Addendum To Sample Selection Bias As A Specification Error," in E. Stromsdorfer and G. Farkas, *Evaluation Studies Review Annual*, Vol. 5, (Sage Publications, 1980), 69-74.

29. "Does Unemployment Cause Future Unemployment? Definitions, Questions and Answers from a Continuous Time Model of Heterogeneity and State Dependence," (with G. Borjas). Special Symposium issue on Unemployment, *Economica*, (May 1980).

30. "A Life Cycle Model of Female Labour Supply," (with T. MaCurdy), *Review of Economic Studies*, 1980, XLVII, 47-74.

31. "A Life Cycle Model of Family Labor Supply," in B. Weisbrod and H.Hughes (eds), *Human Resource, Employment and Development, Proceedings of Sixth World Congress*, (IEA, McMillan, 1983).

32. "Statistical Models for Discrete Panel Data," in C. Manski and D. McFadden (eds.), *Structural Analysis of Discrete Data With Econometric Applications*, (M.I.T. Press).

33. "The Incidental Parameters Problem and the Problem of Initial Conditions in Estimating a Discrete Time-Discrete Data Stochastic Process and Some Monte Carlo Evidence," read at the National Bureau of Economic Research Conference on Panel Data, Harvard University, (August 1978). In C.Manski and D. McFadden (eds.), *Structural Analysis of Discrete Data With Econometric Applications*, (M.I.T. Press), (originally scheduled for 1979; due to delays, published in 1981).

34. "Heterogeneity and State Dependence," in S. Rosen (ed.), *Studies in Labor Markets*, (University of Chicago Press, 1981), 91-139.

35. "Current Theoretical and Empirical Studies of Labor Supply: Second Generation Studies," (with T. MaCurdy), *Research in Labor Economics*, (JAI Press Inc., 1981).

36. "Recent Theoretical and Empirical Studies of Labor Supply: A Partial Survey," with M. Killingsworth and T. MaCurdy, presented at Oxford, 1979, in Z. Hornstein (ed) *Studies of The Labor Market*, HMS Treasury, (1981).

37. "The Impact of the Minimum Wage on the Employment and Earnings of Workers in South Carolina," (with Sedlacek), in Vol. 5, *Report of the Minimum Wage Study Commission*, U.S. Government Printing Office, 225-272, (June 1981).

38. "Models for the Analysis of Labor Force Dynamics," (with C. Flinn), *Advances in Econometrics*, 1, 35-95, (New York: JAI Press, 1982).

39. "The Identification Problem in Econometric Models for Duration Data," in W. Hildenbrand (ed), *Advances in Econometrics, Proceedings of Fourth World Congress of Econometric Society*, (Cambridge University Press, 1982).

40. "Earnings and The Distribution of Income," (with R. Michael), in *Part II, Behavioral and Social Science Research, A National Resource*, (National Academy of Science Press, 1982).

41. "New Methods For Analyzing Individual Event Histories," (with C. Flinn), *Sociological Methodology*, 99-140, (Josey-Bass, 1982).

42. "New Methods for Analyzing Structural Models of Labor Force Dynamics," (with C. Flinn), *Journal of Econometrics*, 18 (1982): 115-68.

43. "Are Unemployment and out of the Labor Force Behaviorally Distinct Labor Force States?," (with C. Flinn), *Journal of Labor Economics*, 28-42, (January, 1983).

44. "The Likelihood Function For The Multistate-Multiepisode Model in 'Models For The Analysis of Labor Force Dynamics'," (with C. Flinn), in R. Bassman and G. Rhodes, (eds), *Advances in Econometrics*, 2, 225-231, (1983).

45. "Natural Monopoly," (with D. Evans), in D. Evans (ed.), *Breaking Up Bell: Essays on Industrial Organization and Regulation*, 127-156, (North Holland, 1983).

46. "Multiproduct Cost Function Estimates and Natural Monopoly Tests for the Bell System," (with D. Evans), in D. Evans, (ed.), *Breaking Up Bell: Essays on Industrial Organization and Regulation*, Chapter 10, 253-282, (North Holland, 1983).

47. "A Method for Minimizing the Impact of Distributional Assumption in Econometric Models for Duration Data," (with B. Singer), *Econometrica*, **52**(2): 271-320 (1984).

48. "The Identifiability of the Proportional Hazard Model," (with B. Singer), *Review of Economic Studies*, 231-241, (April, 1984).

49. "Population Heterogeneity in Demographic Models," (with B. Singer), in A. Rodgers and K. Land (eds.), *Multidimensional Mathematical Demography*, (1984), 271-320.

50. "Comments on the Ashenfelter and Kydland Papers," *Carnegie Rochester Conference Series on Public Policy*, (1984), 209-224.

51. "Econometric Duration Analysis," (with B. Singer), *Journal of Econometrics*, (January, 1984), 63-132.

52. "The $\chi^2$ Goodness of Fit Statistic For Models with Parameters Estimated From Microdata," *Econometrica*, (November, 1984), 52(6), 1543-1547.

53. "A Test for Subadditivity of the Cost Function With An Application to the U.S. Bell System," (with D. Evans), *American Economic Review*, (September, 1984), 615-623.

54. "Introduction," (with B. Singer), *Longitudinal Analysis of Labor Market Data*, (Cambridge: Cambridge University Press, 1985).

55. "Social Science Duration Analysis," (with B. Singer), *Longitudinal Analysis of Labor Market Data*, (University Press, 1985).

56. "A Simultaneous Equations Linear Probability Model," (with T. MaCurdy), *Canadian Journal of Economics*, (January, 1985), XVIII(1), 28-37.

57. "Alternative Methods for Estimating The Impact of Interventions," (with R. Robb), presented at Social Science Research Council Conference, Mt. Kisco, N.Y., October, 1978. In J. Heckman and B. Singer (eds.), *Longitudinal Analysis of Labor Market Data*, (Cambridge University Press, 1985).

58. "Alternative Methods for Evaluating the Impact of Interventions: An Overview," (with R. Robb), *Journal of Econometrics*, **30**(1-2): 239-267. (1985).

59. "New Evidence on the Timing and Spacing of Births," (with J. Hotz and J. Walker), *American Economic Review*, (May, 1985), 179-184.

60. "Using Longitudinal Data to Estimate Age, Period and Cohort Effects in Earnings Equations," (with R. Robb), in William M. Mason and Stephen E. Fienberg, (ed), *Cohort Analysis in Social Research Beyond the Identification Problem*, (Springer-Verlag New York Inc., 1985).

61. "Heterogeneity, Aggregation and Market Wage Functions: An Empirical Model of Self-Selection in the Labor Market," (with G. Sedlacek), *Journal of Political Economy*, (December, 1985), 93(6), 1077-1125.

62. "The Influence of Early Fertility and Subsequent Births And The Importance of Controlling For Unobserved Heterogeneity," (with J. Hotz and Jim Walker), *Bulletin of The International Statistical Institute*, (1985), 51(2).

63. "A Dynamic Model of Aggregate Output Supply, Factor Demand and Entry and Exit For A Competitive Industry with Heterogeneous Plants," (with V. K. Chetty), *Journal of Econometrics*, (1986), 33, No.1/2, 237-262.

64. "Labor Econometrics," (with T. MaCurdy), in Z. Griliches and M.D. Intriligator (ed), *Handbook of Econometrics, Vol. 3*, Chapter 3, (Elsevier Science Publishers), (1986), 1918-1977.

65. "Econometric Analysis of Longitudinal Data," (with B. Singer), in Z. Griliches and M.D. Intriligator (ed), *Handbook of Econometrics, Vol. 3*, Chapter 29, (Elsevier Science Publishers), (1986), 1690-1763.

66. "Alternative Methods For Solving The Problem of Selection Bias in Evaluating The Impact of Treatments on Outcomes,"' (with R. Robb) in Howard Wainer, (ed), *Drawing Inference From Self Selected Samples*, (Springer-Verlag), (1986), 63-107.

67. "The Earnings of Panamanian Males," (with J. Hotz), *Journal of Human Resources*, September, 1986.

68. "Alternative Identifying Assumptions in Econometric Models of Selection Bias," (with R. Robb), in G. Rhodes, (ed), *Advances in Econometrics*, Vol. 5, 243-287, (JAI Press, 1986).

69. "The Importance of Bundling in a Gorman-Lancaster Model of Earnings," *Review of Economic Studies*, (1987) (with J. Scheinkman), LIV, 243-255.

70. "Female Labor Supply: A Survey," (with M. Killingsworth), Chapter 2, in O. Ashenfelter and R. Layard, *Handbook of Labor Economics*, (ed.), (North Holland, 1986).

71. "Using Goodness of Fit and Other Criteria to Choose Among Competing Duration Models: A Case Study of Hutterite Data," (with J. Walker), *Sociological Methodology*, (1987), Chapter 9, 248-307.

72. "Selection Bias and The Economics of Self Selection," *The New Palgrave: A Dictionary of Economics*, (MacMillan Press, Stockton, New York), 287-296. (1987).

73. "Do We Need Experimental Data To Evaluate The Impact of Training on Earnings," (with J. Hotz and M. Dabos), *Evaluation Review*, (August 1987), 28(4), 397-427.

74. "Are Classical Experiments Necessary For Evaluating The Impact of Manpower Training Programs?: A Critical Assessment," with (J. Hotz and M. Dabos), *Industrial Relations Research Association: Proceedings Of The Annual Meeting*, (1987), 40, 291-302.

75. "Empirical Tests of Labor Market Equilibrium: A Microeconomic Perspective," *Carnegie-Rochester Conference Series on Public Policy*, (with T. MaCurdy), 28, (Spring 1988), 231-258.

76. "Time Constraints and Household Demand Functions," in T. P. Schultz, (ed.), *Research in Population Economics*, (1988).

77. "Natural Monopoly and The Bell System: A Response to Charnes, Cooper and Sueyoshi," (with D. Evans), *Management Science*, (January 1988), 27-38.

78. "The Value of Longitudinal Data For Evaluating The Impact of Treatments on Outcomes," (with R. Robb) in G. Duncan and G. Kalton, (eds.), *Panel Surveys*, (Wiley: New York, 1988), 512-538.

79. "The Impact of the Economy and the State on the Economic Status of Blacks: A Study of South Carolina," (with R. Butler and B. Payner) in D. Galenson, (ed.), *Markets and Institutions*, (Cambridge: Cambridge University Press, 1989), 321-343.

80. "How Voluntary is Black Unemployment and Black Labor Force Withdrawal?" in W. Darity and S. Schulman, (eds), *The Question of Discrimination: Racial Inequality in the U.S. Labor Market*, (Connecticut: Wesleyan University Press, 1989), 50-80.

81. "Determining The Impact of Federal Anti-discrimination Policy on The Economic Status of Blacks: A Study of South Carolina," (with B. Payner), *American Economic Review*, (March 1989), 79(1), 138-177.

82. "Affirmative Action and Black Employment," *Proceedings Of The Industrial Relations Research Association*, (1989), 41, 320-329.

83. "The Identifiability Of The Competing Risks Model," (with Bo Honoré), *Biometrika*, (June 1989), 76(2), 325-30.

84. "Choosing Among Alternative Non-experimental Methods For Estimating The Impact of Social Programs: The Case of Manpower Training," (with V. J. Hotz). Symposium paper with invited discussion, featured invited paper, American Statistical Association meeting, *Journal of the American Statistical Association*, (December 1989), 84(408), 862-874.

85. "Forecasting Aggregate Period Specific Birth Rates: Time Series Properties of a Microdynamic Neoclassical Model of Fertility," (with J.Walker), *Journal of The American Statistical Association*, (December, 1989), 84(408), 958-965.

86. "The Empirical Content of the Roy Model," with Bo Honore, *Econometrica*, (September, 1990), 58(5), 1121-1149.

87. "Self Selection and The Distribution of Hourly Wage Rates," with (G. Sedlacek), *Journal of Labor Economics*, (January 1990), 8(1), Part 2, S329-S363.

88. "Causal Inference and Nonrandom Samples," *Symposium on Selection Bias Models, Journal of Educational Statistics*, 14(2), (Summer 1989), 159-168, reprinted in J. Schaeffer, (ed.), *The Role of Models in Non-experimental Social Science: Two Debates*, 1991.

89. "The Third Birth in Sweden," (with J. Walker), *Journal of Population Economics*, (1990), 3(4), 235-275.

90. "A Method of Moments Estimator for The Mixing Distribution of a Mixture of Exponentials Model and A Mixture of Geometrics Model," presented at IC2 Conference, Durham, N.C., (May 1988), in W. Barnett, J. Powell and G. Tauchen, (eds.), *Nonparametric Estimation of Econometric Models*, (Cambridge: Cambridge University, 1990).

91. "Estimating Fecundability from Data on Waiting Times to First Conceptions," (with J. Walker), *The Journal of the American Statistical Association*, (June, 1990), 85(410), 283-294.

92. "The Relationship Between Wages and Income and the Timing and Spacing of Births: Evidence from Swedish Longitudinal Data," (with J. Walker), *Econometrica*, (November, 1990), 58(6), 235-275.

93. "A Nonparametric Method of Moments Estimator for the Mixture of Geometrics Model," in J. Hartog, et. al., *Panel Data and Labor Market Studies*, (North Holland, 1990).

94. "Economic Models of Fertility Dynamics: A Study of Swedish Fertility," (with J. Walker), in T. P. Schultz, (ed.), *Research in Population Economics*, (Greenwich, CT: JAI Press, 1990), Vol. 7, 3-91.

95. "Testing The Mixture of Exponentials Hypothesis and Estimating The Mixing Distribution by the Method of Moments," (with R. Robb and J. Walker), *Journal of The American Statistical Association*, (June 1990), 85(410), 582-589.

96. "The Impact of The Great Society on Social Science," *Journal of Human Resources*, (Spring, 1990), 25(2), 297-304.

97. "Understanding The Economic Progress of Black Americans," in *Business in the Contemporary World*, (Summer 1990), 19-22.

98. "The Central Role of the South in Accounting For The Economic Progress of Black Americans," *Papers and Proceedings Of The American Economic Association*, (May 1990), 80(2), 242-246.

99.    "Varieties of Selection Bias," *American Economic Review*, (May 1990), 80(2), 313-318.

100.   "Racial Disparity and Employment Discrimination Law:  An Economic Perspective" and "Rejoinder," (with R. Verkerke), *Yale Law and Policy Review*, (Summer 1990), 8(2), 276-298.

101.   "Accounting for the Economic Progress of Black Americans," in R. Cornwall and P.V. Wunnava, (eds.), *New Approaches to Economics and Social Analyses of Discrimination*, New York: Praeger, (1991), 331-337.

102.   "Continuous vs. Episodic Change: The Impact of Affirmative Action and Civil Rights Policy on the Economic Status of Blacks," (with J.Donohue), *Journal of Economic Literature*, (December 1991), 29(4), 1603-1643.

103.   "Reevaluating Federal Civil Rights Policy," (with J. Donohue), *Georgetown Law Journal*, (1991).

104.   "Identifying the Hand Of The Past: Distinguishing State Dependence from Heterogeneity," *American Economic Review*, (May, 1991), 81(2), 75-79.

105.   "A Nonparametric Method of Moments Estimator for the Mixtures of Exponentials Model and the Mixture of Geometrics Model," in W. Barnett, J. Powell and G. Tauchen, (eds.), *Nonparametric and Semiparametric Methods in Econometrics and Statistics*, (Cambridge University Press, 1991)

106.   "Randomization and Social Policy Evaluation," paper presented at Institute For Research on Poverty conference at Arlie House in Charles Manski and Irwin Garfinkel, (eds.), *Evaluating Welfare and Training Programs*, (Harvard University Press, 1992), 201-230.

107.   "Understanding Third Births in Sweden," in J. Trussell, R. Hankinson and J. Tilton, (eds.), *Demographic Applications of Event History Analysis*, (Oxford University Press, 1992).

108.   "Haavelmo and the Birth of Modern Econometrics: A Review of The History of Econometric Ideas by Mary Morgan," *Journal of Economic Literature*, (June 1992), Vol. 30.

109.   "Evaluating an Argument For Affirmative Action," (with T. Philipson), *Rationality and Society*, (July 1992).

110.   "The Urban Institute Audit Studies: Their Methods and Findings," (with P. Siegelman), in M. Fix and R. Struyk, (eds.), *Clear and Convincing Evidence: Measurement of Discrimination in America*, Chapter 5, 187-258, (Urban Institute, Fall 1993).

111.   "The Nonequivalence of High School Equivalents," (with S. Cameron), *Journal of Labor Economics*, (January 1993), 11(1), 1-47.

112.   "What Has Been Learned About Labor Supply In The Past Twenty Years?," *AEA Papers and Proceedings*, (May 1993), 83(2), 116-121.

113.   "Assessing The Case For Randomized Evaluation of Social Programs," in K. Jensen and P. Madsen, (eds), *Measuring Labor Market Program: Evaluating The Effects of Active Labor Market Initiatives*, Ministry of Labor, (Copenhagen, DK., May 1993).

114. "Determinants of Young Male Schooling and Training Choices," in Lisa Lynch, (ed), *Private Sector Skill Formation: International Comparisons*, (Chicago: University of Chicago Press, 1994). 201-231.

115. "Is Job Training Oversold?," *The Public Interest*, (Spring 1994), Number 115, 91-115.

116. "Econometric Mixture Models and More General Models for Unobservables," (with C. Taber), *Statistical Methods in Medical Research: Frailty Models in Survival Analysis*, (1994), 3(3), 279-299.

117. "U. S. Education and Training Policy: A Reevaluation of The Underlying Assumptions Behind The New Consensus," (with J. Smith and R. Roselius), in A. Levenson and L. C. Solmon, (eds), *Labor Markets, Employment Policy and Job Creation*, (Santa Monica, CA: Milken Institute for Job and Capital Formation), (October 1994), 83-121.

118. "Assessing The Case For Randomized Social Experiments," (with J. Smith), *Journal of Economic Perspectives*, (Spring 1995), 9(2), 85-110.

119. "The Economics of Eligibility Rules for a Social Program: A Study of the Job Training Partnership Act – A Summary Report," (with T. Devine), *Canadian Journal of Economics*, (1995).

120. "Lessons From The Bell Curve," *Journal of Political Economy*, (October 1995), 103(5), 1091-1120.

121. "Coleman's Contribution to Education: Theory and Research Styles and Empirical Research," (with D. Neal), in Jon Clark, (ed), *The Contributions of James Coleman: Falmer Sociology Series*, (Falmer Press: London/N.Y., Philadelphia), (1996), 81-102.

122. "Does Measured School Quality Really Matter? An Examination of the Earnings-Quality Relationship," (with A. Layne-Farrar and Petra Todd), in G. Burtless, (ed), *Does Money Matter? The Effect of School Resources on Student Achievement and Success*, (Brookings), (July 1996).

123. "Randomization As An Instrumental Variable," *Review of Economics and Statistics*, (May 1996), LXXVIII, 336-341.

124. "Experimental and Non-experimental Evaluation," (with J. Smith), in G. Schmid, (ed.), *International Handbook of Labor Market Policy and Evaluation*, (Elgar Publishing Company, 1996).

125. "What Do Bureaucrats Do? The Effects of Performance Standards and Bureaucratic Preferences on Acceptance Into the JTPA Program," (with J. Smith and C. Taber), in G. Libecap, (ed.), *Advances in the Study of Entrepreneurship, Innovation and Growth*, Vol. 7, 191-217, (JAI Press, 1996).

126. "Human Capital Pricing Equations with an Application to Estimating the Effect of Schooling Quality on Earnings," with (A. Layne-Farrar and P. Todd), *Review of Economics and Statistics*, (November 1996), 562-610.

127. "Consequences of Eligibility Rules for A Social Program: A Study of the Job Training Partnership Act (JTPA)," (with T. Devine), in S. Polachek, *Research in Labor Economics*, (JAI Press, 1996), 15, 111-170.

128. "What Should be our Human Capital Investment Policy?," in G. Mangum, *Of Heart and Mind*, (Upjohn, 1996), 323-342.

129. "Social Experiments: Theory and Evidence," (with J. Smith), *Okonomie and Gesellschaft*, Jahrbuch, 13, (1996), 186-214.

130. "Sources of Selection Bias in Evaluating Programs: An Interpretation of Conventional Measures and Evidence on The Effectiveness of Matching as a Program Evaluation Method," (with H. Ichimura, J. Smith and P. Todd), *Proceedings of the National Academy of Sciences*, (November 1996), 93, 13416-13420.

131. "On Air: Identification of Causal Effects Using Instrumental Variables," *Journal of The American Statistical Association*, (June 1996).

132. "The Empirical Foundations of Calibration,"(with Lars Hansen), *Journal of Economic Perspectives*, 10(1), (Winter 1996), 87-104.

133. "Linear Probability Models of the Demand for Attributes with an Empirical Application to Estimating The Preferences of Legislators," (with J. Snyder), *RAND Journal of Economics*, (1997), 28(0), S142-S189.

134. "Assessing the Performance of Performance Standards in Public Bureaucracies," (with C. Heinrich and J. Smith), *AEA Papers and Proceedings*, (May 1997), 389-395.

135. "Cognitive Ability, Wages, and Meritocracy," (with John Cawley, Karen Conneely and Ed Vytlacil)," in B. Devlin, S. E. Fienberg, D. Resnick and K. Roeder, (eds), in *Intelligence Genes, and Success: Scientists Respond to the Bell Curve*, 179-192, (Copernicus:Springer-Verlag, 1997).

136. "The Value of Quantitative Evidence on the Effect of the Past on the Present," *AEA Papers and Proceedings*, (May 1997), 87(2), 404-408.

137. "Intellectual Roots of the Law and Economics Movement," *Law and History Review*, (Fall 1997), 15(2), 327-332.

138. "The Effects of Government Policy on Human Capital Investment and Wage Inequality," (with L. Lochner, J. Smith, C. Taber), *Chicago Policy Review*, (Spring 1997), 1(2), 1-40.

139. "Instrumental Variables: A Study of Implicit Behavioral Assumptions Used in Making Program Evaluations," *Journal of Human Resources*, (Summer 1997), 32(3), 441-462.

140. "Making The Most Out of Programme Evaluations and Social Experiments: Accounting For Heterogeneity in Programme Impacts," (with J. Smith, N. Clements), (March 1993), *Review of Economic Studies*, (October 1997), 64, 487-535.

141. "Characterizing Selection Bias Using Experimental Data," (with H. Ichimura, J. Smith and P. Todd), *Econometrica*, 1998, 66(5): 1017-1098.

142. "Matching As An Econometric Evaluation Estimator: Evidence from Evaluating a Job Training Programme," (with H. Ichimura and P. Todd), *Review of Economic Studies*, (October 1997), 64, 605-654.

143. "Accounting For Dropouts in the Evaluation of Social Experiments," (with J. Smith and C. Taber), *Review of Economics and Statistics*, (February 1998), 80(1), 1-14.

144. "The Effects of Government Policies on Human Capital Investment, Unemployment and Earnings Inequality," in *Publications of the GAAC, Symposia, Volume 5: Third Public GAAC Symposium - Labor Markets in the USA and Germany*, German-American Academic Council Foundation, Bonn, Germany, (1998).

145. "The Sensitivity of Experimental Impact Estimates: Evidence From The JTPA Study," (with J. Smith), in R. Freeman, (ed), *Youth Unemployment*, August, 1993, revised, May, 1996 and presented at a conference on Youth Transitions, Konstanz, Germany, University of Chicago and NBER, 1998.

146. "Evaluating The Welfare State," (with J. Smith), in S. Strom (ed.), *Econometrics and Economic Theory in the 20th Century: The Ragnar Frisch Centennial Symposium, Econometric Society Monograph Series*, 16, (Cambridge University Press, 1998), Chapter 8, 241-318.

147. "General Equilibrium Treatment Effects: A Study of Tuition Policy," (with L. Lochner and C. Taber), *American Economic Review*, (May 1998), 88(2), 381-386.

148. "Tax Policy and Human Capital Formation," (with L. Lochner and C. Taber), *American Economic Review*, (May 1998), 88(2), 293-297.

149. "Life Cycle Schooling and Dynamic Selection Bias: Models and Evidence for Five Cohorts of American Males," (with S. Cameron), *Journal of Political Economy*, (April 1998), 106(2), 262- 311.

150. "Explaining Rising Wage Inequality: Explorations With A Dynamic General Equilibrium Model of Earnings," (with L. Lochner and C. Taber), *Review of Economic Dynamics*, (1998), 1, 1-58.

151. "Human Capital Policy," (with Peter Klenow), in M. Boskin, (ed), *Capital Formation*, Hoover Economic Growth Conference, Hoover Institution, (1998).

152. "Detecting Discrimination," *Journal of Economic Perspectives*, (Spring 1998), 12(2).

153. "What Should Be Our Human Capital Investment Policy?," *Fiscal Studies*, 19(2), (Spring 1998).

154. "Instrumental Variables Methods For the Correlated Random Coefficient Model: Estimating The Average Rate of Return to Schooling When the Return Is Correlated With Schooling," (with E. Vytlacil), *Journal of Human Resources*, 33(4), (Fall 1998), 974-1002.

155. "Human Capital Formation and General Equilibrium Treatment Effects: A Study of Tax and Tuition Policy," (L. Lochner and C. Taber), *Fiscal Studies*, 20(1), 25-40, (March 1999).

156. "Doing it Right: Job Training and Education," *The Public Interest*, 135, (Spring 1999)

157. "Meritocracy in America: An Examination of Wages Within and Across Occupations," (with J. Cawley, and E. Vytlacil), *Industrial Relations*, 38(3), 250-296, (1999) Also published as National Bureau of Economic Research Working Paper #63

158. "Should College Attendance be Further Subsidized to Reduce Rising Wage Inequality?" (with Stephen Cameron) in M. Kosters, (ed), Financing College *Tuition: Government Policies and Educational Priorities*, (AEI: Washington, DC., 1999).

159. "The Economics and Econometrics of Active Labor Market Programs," (with R. LaLonde and J. Smith) in O. Ashenfelter and D. Card, (eds), *Handbook of Labor Economics*, (North Holland, Vol. 3, 1999), 1865-2086.

160. "Local Instrumental Variables and Latent Variable Models for Identifying an Bounding Treatment Effects," with (Edward Vytlacil), *Proceedings of the National Academy of Sciences*, (April 1999), 96, 4730-4734.

161. "The Pre-Programme Earnings Dip and the Determinants of Participation in A Social Programme Implications For Simple Programme Evaluation Strategies," (with Jeffrey A. Smith), *Economic Journal*, 109, 1-37, (July 1999), Won Prize as Best Paper Published in the journal in 1999.

162. "On Policies to Reward the Value Added by Educators," (with J. Cawley and E. Vytlacil), *Review of Economics and Statistics*, (November 1999), 81(4), 720-728.

163. "Micro Data and General Equilibrium Models," (with M. Browning and L. Hansen) in J. Taylor and M. Woodford (eds), *Handbook of Macroeconomics*, (Amsterdam: Elsevier. 1999), Chapter 8, 543-633.

164. "Understanding the Role of Cognitive Ability in Accounting For The Recent Rise In The Economic Return to Education," (with J. Cawley, L. Lochner and E. Vytlacil) in K. Arrow, S. Bowles, and S. Durlauf (eds.), *Meritocracy and Economic Inequality*, (Princeton University Press: Princeton, NJ, 1999).

165. "General Equilibrium Cost Benefit Analysis of Education and Tax Policies," (with L. Lochner and C. Taber), in Gustav Ranis and Lakshmi K. Raut, (ed), *Trade, Growth and Development: Essays in Honor of T.N Srinivasan*, Chapter 14, (Elsevier Science, B.V., Amsterdam, 2000), 291-393.

166. "Causal Parameters and Policy Analysis In Economics: A Twentieth Century Retrospective," *Quarterly Journal of Economics*, (2000), 45-97.

167. "The Relationship Between Treatment Parameters within a Latent Variable Framework," with (E. Vytlacil), *Economic Letters*, (January 2000), 66(1), 33-39.

168. "Substitution and Dropout Bias in Social Experiments: A Study of an Influential Social Experiment," with Neil Hohmann, Michael Khoo and Jeffrey Smith, *Quarterly Journal of Economics*, (May 2000), 651-690.

169. "Local Instrumental Variables," (with E. Vytlacil), in *Nonlinear Statistical Inference: Essays in Honor of Takeshi Amemiya*, C. Hsiao, K. Morimune, and J. Powell, (eds.), *Essays in Nonlinear Econometrics*, (Cambridge: Cambridge University Press), (2000).

170. "Rethinking Myths about Education and Training: Understanding the Sources of Skill Formation in a Modern Economy," (with L. Lochner) in S.Danzinger and J. Waldfogel, (eds.), *Securing the Future: Investing in Children from Birth to College*, Chapter 2, 47-83, (New York: Russell Sage Foundation, 2000).

171. "Policies to Foster Human Capital," (with Discussion), *Research in Economics*, (2000), 54(1), 3-56.

172. "Understanding Black-White Wage Differentials 1960-1990," (with T. Lyons and P. Todd), *American Economic Review*, (May 2000).

173. "The Cost of Job Security Regulation: Evidence from the Latin American Labor Markets, (with Carmen Pages-Serra), *Journal of the Latin American and Caribbean Economic Association*, 1(1), (Fall 2000), 109-154.

174. "Accounting for Heterogeneity, Diversity and Social Policy Evaluation," *Economic Journal*, (2001).

175. "Identifying The Role of Cognitive Ability in Explaining The Level of and Change In the Return to Education,"(with E. Vytlacil), *Review of Economics and Statistics*, (February, 2001), 83(1),1-12.

176. "The Dynamics of Educational Attainment for Blacks, Whites and Hispanics," (with S. Cameron), *Journal of Political Economy*, (June 2001), 109(3), 455-499.

177. "Instrumental Variables, Selection Models, and Tight Bounds on the Average Treatment Effect," (with E. Vytlacil) in *Econometric Evaluations of Active Labor Market Policies in Europe*, edited by M. Lechner and F. Pfeiffer, (2001).

178. "Essays: Econometrics and Empirical Economics," *Journal of Econometrics*, (2001), 100(3-5).

179. "Policy Relevant Treatment Effects," (with E. Vytlacil) *American Economic Review*, 91(2), (2001), 107-111.

180. "The Importance of Noncognitive Skills: Lessons from the GED Testing Program," (with Y. Rubinstein), *AEA Papers and Proceedings*, (May, 2001).

181. "Four Parameters of Interest in the Evaluation of Social Programs," (with J.L. Tobias and E. Vytlacil), *Southern Economic Journal*, (2001), 68 (2), 210-223.

182. "Micro Data, Heterogeneity, and the Evaluation of Public Policy: Nobel Lecture", *Journal of Political Economy*, (2001) 109(4), 673-748.

183. "Removing the Veil of Ignorance in Accessing the Distributional Impacts of Social Policies," (with Pedro Carneiro and Karsten Hansen), *Swedish Policy Review*, Vol 8, (2001).

184. "Three Observations on Wages and Measured Cognitive Ability," (with John Cawley and Edward Vytlacil) *Labour Economics*, 2001.

185. "Flessibilità, Creazione del Lavoro e Globalizzazione: Il Caso Italia," *Global and Local Economic Review*, **5**(2): 7–32, 2002.

186. "The Schooling of Southern Blacks: The Roles of Legal Activism and Private Philanthropy, 1910-1960,"(with J. Donohue and P. Todd), *The Quarterly Journal of Economics*, **117**(1): 225–268, 2002.

187. "Identifying Hedonic Models," (with I. Ekeland and L. Nesheim), *American Economic Review*, **92**(2): 304–309, 2002.

188. "The Evidence on Credit Constraints in Post-Secondary Schooling," (with P. Carneiro), *Economic Journal*, **112**(482):705–734, 2002.

189. "The Performance of Performance Standards," (with C. Heinrich and J. Smith), *Journal of Human Resources*, **37**(4): 778–811, 2002.

190. "Adverse Selection and Moral Hazard in Insurance: Can Dynamic Data Help to Distinguish?" (with J. Abbring, P.-A. Chiappori and J. Pinquet), *Journal of the European Economic Association*, **1**(2-3): 512-521, 2003.

191. "Estimating Distributions of Treatment Effects with an Application to the Returns to Schooling and Measurement of the Effects of Uncertainty on College Choice," (Klein Lecture) (with P. Carneiro and K. Hansen), *International Economic Review*, **44**(2): 361–422, 2003.

192. "Human Capital Policy" (with P. Carneiro), in J. Heckman and A. Krueger, eds., *Inequality in America: What Role for Human Capital Policy?*, (MIT Press), 2003.

193. "Wage Subsidies and Skill Formation: A Study of the Earned Income Tax Credit," (with R. Cossa and L. Lochner) in E. Phelps, ed., *Designing Inclusion*, (Cambridge University Press), 2003.

194. "China's Investment in Human Capital," *Economic Development and Cultural Change*, **51**(4), 2003.

195. "Simple Estimators for Treatment Parameters within a Latent Variable Framework," (with J. Tobias and E. Vytlacil), *Review of Economics and Statistics*, **85**(3), 2003.

196. "Conditioning, causality and policy analysis," (Commentary), *Journal of Econometrics*, **112**, 2003.

197. "Flexibility and Job Creation: Lessons from Germany," in P. Aghion, R. Frydman, J. Stiglitz and M. Woodford, eds., *Knowledge, Information, and Expectations in Modern Macroeconomics*, (Princeton and Oxford: Princeton University Press), 2003.

198. "The Supply Side of the Race Between Supply and Demand: Policies to Foster Skill in the Modern Economy," (Netherlands Economic Review), *Quarterly Review of the Royal Netherlands Economic Association*, March 2003, Tinbergen Lecture (October 2002).

199. "Using Matching, Instrumental Variables and Control Functions to Estimate Economic Choice Models," (with S. Navarro) *Review of Economics and Statistics*, **86**(1): 30–57, 2004.

200. "The Effect of Schooling and Ability on Achievement Test Scores," (Aigner Prize paper) (with Karsten T. Hansen, Kathleen J. Mullen), *Journal of Econometrics*, **121**: 39–98, 2004.

201. "Determinants of Participation in A Social Program," (with J. Smith) *Journal of Labor Economics*, **22**(2), April 2004.

202. "Remarks on the Life and Work of Jacob Mincer," *Review of Economics of the Household*, **1**(4), 2004.

203. "Simulation and Estimation of Hedonic Models," (with R. Matzkin and L. Nesheim) in T. Kehoe, T.N. Srinivasan, J. Whalley , eds., *Frontiers in Applied General Equilibrium Modeling*, (Cambridge University Press), 2004.

204. "Identification and Estimation of Hedonic Models," (with I. Ekeland and L. Nesheim) *Journal of Political Economy*, **112**(1), 2004.

205. "Selection Bias, Comparative Advantage and Heterogeneous Returns to Education: Evidence from China in 2000," (with Xuesong Li), *Pacific Economic Review*, **9**(3), 2004.

206. "Lessons from the Technology of Skill Formation," *Annals of the New York Academy of Sciences*, **1038**: 1–22, 2004.

207. "Estimating treatment effects for discrete outcomes when responses to treatment vary: an application to Norwegian vocational rehabilitation programs," (with A. Aakvik and E. Vytlacil) *Journal of Econometrics*, Aigner Prize Paper, **125**: 15–51, 2005.

208. "Measuring Disparate Impacts and Extending Disparate Impact Doctrine to Organ Transplantation," (with R. Bornholz) *Perspectives in Biology and Medicine*, **48**(1): S95–S122, 2005.

209. "Separating Heterogeneity from Uncertainty in Measuring Income Inequality," (2004 Hicks Lecture), (with F. Cunha and S. Navarro) *Oxford Economic Papers*, **57**: 191–261, 2005.

210. "China's Human Capital Investment," (new version), *China Economic Review*, **16**: 50–70, 2005.

211. "Skill Policies for Scotland," (with D. Masterov), in D. Coyle, W. Alexander and B. Ashcroft, eds., *New Wealth for Old Nations: Scotland's Economic Prospects*, (Princeton and Oxford: Princeton University Press), 119–165, 2005.

212. "Inequality in America: What role for human capital policies?" *Focus* (University of Wisconsin–Madison, Institute for Research on Poverty), **23**(3): 1–10, 2005.

213. "Labor Market Discrimination and Racial Differences in Premarket Factors," (with P. Carneiro and D. Masterov), *Journal of Law and Economics*, **48**(1): 1–39, 2005.

214. "Structural Equations, Treatment, Effects and Econometric Policy Evaluation," (with E. Vytlacil) *Econometrica*, **73**(3): 669–738, 2005.

215. "Understanding the Sources of Ethnic and Racial Wage Gaps and Their Implications for Policy," (with P. Carneiro and D. Masterov), in R. Nelson and L. Nielsen, eds., *Handbook of Research on Employment Discrimination: Rights and Realities*, (Springer), 2005.

216. "Contributions of Zvi Griliches," *Annales d'Economie et Statistique*, **79-80** (July-December, Special issue in tribute to Zvi Griliches), 2005.

217. "The Scientific Model of Causality," *Sociological Methodology*, **35**: 1–97, 2005.

218. "Counterfactual Analysis of Inequality and Social Mobility," (with F. Cunha and S. Navarro) in S. Morgan, D. Grusky and G. Fields. eds., *Mobility and Inequality: Frontiers of Research from Sociology and Economics*, Palo Alto: Stanford University Press, Chapter 4, 2006.

219. "Skill Formation and the Economics of Investing in Disadvantaged Children," *Science*, **312** (5782): 1900-1902 (June, 2006).

220. "Economic, Neurobiological, and Behavioral Perspectives on Building America's Future Workforce," (with E. Knudsen, J. Cameron and J. Shonkoff) *Proceedings of the National Academy of Sciences*, **103**(27): 10155-10162 (July, 2006).

221. "Earnings Functions, Rates of Return and Treatment Effects: The Mincer Equation and Beyond," (with L. Lochner and P. Todd) in E. Hanushek and F. Welch, eds., *Handbook of the Economics of Education*, (North Holland: Amsterdam), pp. 307–458 (2006).

222. "Interpreting the Evidence on Life Cycle Skill Formation," (with F. Cunha, L. Lochner and D. Masterov) in E. Hanushek and F. Welch, eds., *Handbook of the Economics of Education*, (North Holland: Amsterdam), pp. 697–812 (2006).

223. "Dynamic Discrete Choice and Dynamic Treatment Effects," (with S. Navarro), *Journal of Econometrics*, **136**(2): 341-396, (February, 2007).

224. "Bias Corrected Estimates of GED Returns," (with P. LaFontaine), *Journal of Labor Economics*, **24**(3): 661-700, (July, 2006).

225. "The Effects of Cognitive and Noncognitive Abilities on Labor Market Outcomes and Social Behavior," (with J. Stixrud and S. Urzua), *Journal of Labor Economics*, **24**(3): 411-482, (July, 2006).

226. "Understanding Instrumental Variables in Models with Essential Heterogeneity," (with S. Urzua and E. Vytlacil), *Review of Economics and Statistics*, **88**(3): 389-432, (2006).

227. "Economic, Neurobiological and Behavioral Perspectives on Building America's Future Workforce" )with E. Knudsen, J. Cameron and J. Shonkoff) *World Economics*, **7**(3), (July-September, 2006).

228. "Familias y habilidades como determinantes de logros economics y sociales (Family and Abilities as determinants of socio-economic success)" with S. Urzua, in *Familia y Felicidad: Un Circulo Virtuoso*, 2006, C. Larroulet and R. Camhi, eds.  Santiago, Chile: Libertad y Desarrollo.

229. "Comments on *Are Protective Labor Market Institutions at the Root of Unemployment? A Critical Review of the Evidence* by David Howell, Dean Baker, Andrew Glyn and John Schmitt." *Capitalism and Society*, **2**(1, Article 5). (2007).

230. "Econometric Evaluation of Social Programs, Part I : Causal Models, Structural Models and Econometric Policy Evaluation," (with E. Vytlacil) in *Handbook of Econometrics, Volume 6B*, edited by J. Heckman and E. Leamer. Amsterdam: Elsevier, pp. 4779-4874. 2007.

231. "Econometric Evaluation of Social Programs, Part II: Using the Marginal Treatment Effect to Organize Alternative Economic Estimators to Evaluate Social Programs and to Forecast Their Effects in New Environments," (with E. Vytlacil) in *Handbook of Econometrics, Volume 6B*, edited by J. Heckman and E. Leamer. Amsterdam: Elsevier, pp. 4875-5144. 2007.

232. "Econometric Evaluation of Social Programs, Part III: Distributional Treatment Effects, Dynamic Treatment Effects, Dynamic Discrete Choice, and General Equilibrium Policy Evaluation," (with J. Abbring) in *Handbook of Econometrics, Volume 6B*, edited by J. Heckman and E. Leamer. Amsterdam: Elsevier, pp. 5145-5303. 2007.

233. "The Technology of Skill Formation," (with F. Cunha), *American Economic Review*, **97**(2):31-47, (2007).

234. "The Economics, Technology and Neuroscience of Human Capability Formation," *Proceedings of the National Academy of Sciences*, **104**(33): 13250-13255, (2007).

235. "The Productivity Argument for Investing in Young Children," (with D. V. Masterov), *Review of Agricultural Economics*, **29**(3): 446-493, (2007).

236. "Identifying and Estimating the Distributions of *Ex Post* and *Ex Ante* Returns to Schooling," (with F. Cunha), *Labour Economics*, **14**(6): 870-893 (2007).

237. "The Identification and Economic Content of Ordered Choice Models with Stochastic Thresholds," (with F. Cunha and S. Navarro), *International Economic Review* **48**(4): 1273-1309 (2007).

238. "Use of Instrumental Variables in the Presence of Heterogeneity and Self-Selection: An Application to Treatments of Breast Cancer Patients," (with A. Basu, S. Navarro-Lozano and S. Urzua), *Health Economics*, **16**(11): 1133-1157 (2007).

239. "Earnings Functions and Rates of Return," (with L. Lochner and P. Todd), *Journal of Human Capital*, **2**(1): 1-31 (2008).

240. "Econometric Causality," *International Statistical Review*, **76**(1): 1-27 (2008).

241. "An Assessment of Causal Inference in Smoking Initiation Research and a Framework for Future Research," (with F. Flyer and C. Loughlin), *Economic Inquiry*, **46**(1): 37-44 (2008).

242. "The Roy Model," (with C. Taber), in S. N. Durlauf and L. E. Blume (eds.), *New Palgrave Dictionary of Economics* (2 ed.) Palgrave Macmillan. 2008.

243. "A New Framework for the Analysis of Inequality," (with F. Cunha), *Macroeconomic Dynamics*, **12**(Supplement 2), pp. 315-354. (2008).

244. "Formulating, Identifying and Estimating the Technology of Cognitive and Noncognitive Skill Formation," (with F. Cunha), *Journal of Human Resources*, 43(4): 738-782. (2008).

245. "The Economics and Psychology of Personality Traits," (with L. Borghans, A. L. Duckworth, and B. ter Weel), *Journal of Human Resources*, 43(4): 972-1059. (2008).

246. "Dynamic Policy Analysis," (with J. H. Abbring), *The Econometrics of Panel Data* (3rd ed.), edited by L. Matyas and P. Sevestre, (Dordrecht: Springer), 2008.

247. "Identification of Treatment Effects Using Control Functions in Models with Continuous, Endogenous Treatment and Heterogeneous Effects," (with J.P. Florens, C. Meghir and E. Vytlacil), *Econometrica*, **76**(5): 1191-1206, 2008.

248. "The Role of Income and Family Influence on Child Outcomes," *Annals of the New York Academy of Sciences*, 1136(Reducing the Impact of Poverty on Health and Human Development: Scientific Approaches): 307-323, 2008.

249. "Schools, Skills and Synapses," *Economic Inquiry*, **46**(3): 289-324, 2008.

250. "The Principles Underlying Evaluation Estimators with an Application to Matching." *Les Annales d'Economie et de Statistique*, **91-92**, pp. 9-74, (2008).

251. "Instrumental Variables in Models with Multiple Outcomes: The General Unordered Case," (with S. Urzua and E. Vytlacil). *Les Annales d'Economie et de Statistique*, **91-92**, pp. 151-174, (2008).

252.   "Gender Differences in Risk Aversion and Ambiguity Aversion," (with L. Borghans, B. Gol-
       steyn, and H. Meijers). *Journal of the European Economic Association*, **7**(2-3): 649-658,
       (2009).

253.   "The Economics and Psychology of Inequality and Human Development," (with F. Cunha).
       *Journal of the European Economic Association*, **7**(2-3): 320-364, (2009).

254.   "The Many Contributions of Edmund Phelps: American Economic Association Luncheon
       Speech Honoring the 2006 Nobel Laureate in Economics," *Capitalism and Society*, **3**(3):Article
       2 (2009).

255.   "Investing in Early Human Development: Timing and Economic Efficiency," (with O. Doyle,
       C. Harmon and R. Tremblay). *Economics and Human Biology*, **7**(1):1-6. (2009).

256.   "Comment on 'Nietzsche and the Economics of Becoming,' (by Richard Robb)," *Capitalism
       and Society*, **4**(1): Article 4. (2009).

257.   "Lab Experiments are a Major Source of Knowledge in the Social Sciences," (with A. Falk),
       *Science*, **326**(5952): 535–538, (2009).

258.   "A Note on Adapting Propensity Score Matching and Selection Models to Choice Based
       Samples," (with P. Todd). *Econometric Journal*, **12**(Supplement): S230–S234, (2009).

259.   "Evaluating Marginal Policy Changes and the Average Effect of Treatment for Individuals
       at the Margin," (with P. Carneiro and E. Vytlacil), *Econometrica*, **78**(1): 377–394, (2010).

260.   "The Viability of the Welfare State," in *Global Perspectives on the Rule of Law*, J. Heckman,
       R. Nelson and L. Cabatingan, eds. New York: Routledge, 2010. pp. 93–117.

261.   "The Rate of the Return to the HighScope Perry Preschool Program," (with S. H. Moon, R.
       Pinto, P. A. Savelyev, A. Yavitz). *Journal of Public Economics*, **94**: 114–128, (2010).

262.   "The American High School Graduation Rate: Trends and Levels," (with P. LaFontaine).
       *Review of Economics and Statistics*, **92**(2): 244–262, (2010).

263.   "Comparing IV With Structural Models: What Simple IV Can and Cannot Identify," (with
       S. Urzua). *Journal of Econometrics*, **156**(1), 27–37, (2010).

264.   "Estimating the Technology of Cognitive and Noncognitive Skill Formation," (with F. Cunha
       and S. Schennach). *Econometrica*, **78**(3), 883–931, (2010).

265.   "The Effect of Prayer on God's Attitude Toward Mankind," *Economic Inquiry*, **48**(1), 234–
       235, (2010).

266.   "The Education-Health Gradient," (with G. Conti and S. Urzua). *American Economic Re-
       view: Papers & Proceedings*, **100**(2), 234–238, (May 2010).

267.   "Building Bridges Between Structural and Program Evaluation Approaches to Evaluating
       Policy." *Journal of Economic Literature*, **48**(2), 356–398, (June 2010).

268.   "Testing the Correlated Random Coefficient Model," (with D. Schmierer and S. Urzua).
       *Journal of Econometrics*, **158**, pp. 177–203, (2010).

269. "Analyzing Social Experiments as Implemented: A Reexamination of the Evidence From the HighScope Perry Preschool Program," (with S. H. Moon, R. Pinto, P. A. Savelyev, and A. Q. Yavitz). *Quantitative Economics*, **1**(1), 1–46. (July 2010).

270. "Nonparametric Identification of Nonadditive Hedonic Models," (with R.M. Matzkin and L. Nesheim). *Econometrica*, **78**(5), 1569–1591. (2010).

271. "Early Education and its Importance in Reducing Violence," (with A. P. de Araújo, F. Cunha, and R. L. de Moura). In F. Giambiagi, R. Henriques, S. Pessoa, and F. Velloso (eds.), *Educação Básica no Brasil: Construindo um Futuro Melhor*, Chapter 5. Rio de Janeiro: Elsevier. pp. 95–116. (2009).

272. "Understanding the Early Origins of the Education-Health Gradient: A Framework that can also be Applied to Analyze Gene-Environment Interactions," (with G. Conti). *Perspectives on Psychological Science*, **5**(5): 585–605. (2010).

273. "Tests of Hypotheses Arising in the Correlated Random Coefficient Model," (with D. Schmierer). *Economic Modelling*, **27**(6): 1355-1367. (2010).

274. "The GED," (with J. E. Humphries and N. S. Mader). In, E. A. Hanushek, S. Machin, and L. Wößmann (eds.) *Handbook of the Economics Of Education, Volume 3*. Amsterdam: North-Holland. pp. 423-484. (2011).

275. "Investing in Our Young People," (with F. Cunha). In Arthur Reynolds, Arthur Rolnick, Michelle Englund, and Judy A. Temple, (eds.) *Cost-Effective Programs in Children's First Decade: A Human Capital Integration*. New York: Cambridge University Press. pp. 381-414. (2010).

276. "A New Cost-Benefit and Rate of Return Analysis for the Perry Preschool Program: A Summary," (with S.H. Moon, R. Pinto, P. Savelyev, and A. Yavitz). In Arthur Reynolds, Arthur Rolnick, Michelle Englund, and Judy A. Temple, (eds.) *Cost-Effective Programs in Children's First Decade: A Human Capital Integration*. New York: Cambridge University Press. pp. 366-380. (2010).

277. "The Economics of Inequality: The Value of Early Childhood Education," *American Educator*, Spring:31–47. (2011).

278. "The American Family in Black & White: A Post-Racial Strategy for Improving Skills to Promote Equality," *Daedalus*, **140**(2):70–89. (2011).

279. "Editorial: Personality and Economics: Overview and Proposed Framework," (with E. Ferguson and P. Corr), *Personality and Individual Differences*, **51**(3):201–209. (2011).

280. "Identification Problems in Personality Psychology," (with L. Borghans, B. Golsteyn, and J.E. Humphries), *Personality and Individual Differences*, **51**(3):315–320. (2011).

281. "Estimating Marginal Returns to Education," (with P. Carneiro, and E. Vytlacil), *American Economic Review*. **101**(6):2754-2871. (2011).

282. "Personality Psychology and Economics," (with A. Duckworth, M. Almlund and T. Kautz). In E. Hanushek, S. Machin, and L. Woessman, eds., *Handbook of the Economics of Education*, Amsterdam: Elsevier. pp. 1-181. (2011).

283. "Editorial: The measurement of progress—some achievements and challenges." (with P. Anand and M. Durand). *Journal of the Royal Statistical Society, A*, 174(4):851-855. (2011).

284. "Effective Child Development Strategies," In E. Zigler, W. Gilliam, and W. S. Barnett, eds., *The Pre-K Debates: Current Controversies and Issues*. Baltimore MD: Paul H. Brookes Publishing Company, Inc. pp. 2-8. (2011).

285. "The Developmental Origins of Health." *Health Economics*. **21**(1): 24-29. (2012).

286. "Hard Evidence on Soft Skills," (with T. Kautz). Adam Smith Lecture, *Labour Economics*, **19**(4): 451-464. (2012).

287. "Primate Evidence on the Late Health Effects of Early-Life Adversity,"(with G. Conti, C. Hansman, M. Novak, A. Ruggiero, S. Suomi). *Proceedings of the National Academy of Sciences*, **109**(23): 8866-8871. (2012).

288. "Taking the Easy Way Out: How the GED Testing Program Induces Students to Drop Out." (with P. LaFontaine, P. Rodríguez, and J. E. Humphries), *Journal of Labor Economics*, **30**(3): 495-520.(2012).

289. "Promoting Social Mobility," Lead Article, Forum on Promoting Social Mobility, *Boston Review*, September/October. (2012). Available online at: http://www.bostonreview.net/BR37.5/ndf_james_heckman_social_mobility.php

290. "Transcriptional modulation of the developing immune system by early life social adversity," (with S. Cole, G. Conti, J. Arevalo, A. Ruggiero, and S. Suomi). *Proceedings of the National Academy of Sciences*. 109(50): 2057820583.

291. "Human Capital, Economic Growth, and Inequality in China," (with J. Yi). Forthcoming in *The Oxford Companion to the Economics of China on Human Capital*, Shenggen Fan, Ravi Kanbur, Shang-Jin Wei and Xiaobo Zhang, editors. Oxford, UK: Oxford University Press.

292. "Understanding the Mechanisms through Which an Influential Early Childhood Program Boosted Adult Outcomes," (with R. Pinto and P. Savelyev). Forthcoming, *American Economic Review*.

293. "Treatment Effects: A Bayesian Perspective," (with H. Lopes and R. Piatek). Forthcoming, *Econometric Reviews: Special Issue in Memory of Arnold Zellner*. (2013).

294. "The Economics of Child Well-Being," (with G. Conti). *Handbook of Child Well-Being: Theories, Methods and Policies in Global Perspective*, Ben-Arieh, Asher, Casas, Ferran, Frones, Ivar. and Korbin, Jill E. (Eds.) Dordrecht: Springer-Verlag. (2013, in press).

295. "The Developmental Approach to Child and Adult Health," (with G. Conti). Forthcoming, *Pediatrics*.

296. "Achievement Tests and the Role of Character in American Life," (with T. Kautz). Forthcoming in *The GED and the Role of Character in American Life*, edited by J. Heckman, J.E. Humphries and T. Kautz. Chicago, IL: University of Chicago Press.

297. "Who Are The GEDs?," (with J.E. Humphries and T. Kautz). Forthcoming in *The GED and the Role of Character in American Life*, edited by J. Heckman, J.E. Humphries and T. Kautz. Chicago, IL: University of Chicago Press.

298. "The Economic and Social Benefits of GED Certification," (with J.E. Humphries and T. Kautz). Forthcoming in *The GED and the Role of Character in American Life*, edited by J. Heckman, J.E. Humphries and T. Kautz. Chicago, IL: University of Chicago Press.

299. "The GED Testing Program Induces Students to Drop Out," (with J.E. Humphries, P. La-Fontaine, and P. Rodrìguez). Forthcoming in *The GED and the Role of Character in American Life*, edited by J. Heckman, J.E. Humphries and T. Kautz.  Chicago, IL: University of Chicago Press.

300. "Going Before the GED," (with T. Kautz and R. Lerman). Forthcoming in *The GED and the Role of Character in American Life*, edited by J. Heckman, J.E. Humphries and T. Kautz. Chicago, IL: University of Chicago Press.

301. "What Should be Done?," (with J.E. Humphries and T. Kautz).  Forthcoming in *The GED and the Role of Character in American Life*, edited by J. Heckman, J.E. Humphries and T. Kautz. Chicago, IL: University of Chicago Press.

## Working Papers, Papers In Progress And Papers Under Review

1. "Internal Adjustment Costs And The Neoclassical Theory of the Firm," (with V. K. Chetty), 1971.

2. "Dynamic Models of Female Labor Supply," unpublished, University of Chicago, March 1977.

3. "Shadow Prices, Market Wages and Labor Supply Revisited: Some Corrections and Computational Simplifications," mimeo (June 1975).

4. "New Evidence on the Assertion that the Government has Shifted the Relative Demand Curve For Labor In Favor of Blacks," (with R. Butler), June 1978.

5. "Three State Search Models," (with T. Coleman), unpublished, April 1981.

6. "The Empirical Content of Alternative Models of Labor Earnings," unpublished, 1978, revised 1982.

7. "A Sequential Model of Schooling," (with S. Cameron), Yale, 1990.

8. "Alternative Approaches To The Evaluation of Social Programs: Econometric and Experimental Methods," Barcelona Lecture, Sixth World Meetings of The Econometric Society, 1990.

9. "The Case for Simple Estimators: Experimental Evidence From the National JTPA Study," unpublished manuscript, University of Chicago, November 1993.

10. "Semiparametric Program Evaluation: Lessons From An Evaluation of a Norwegian Training Program," (with A. Aakvik and E. Vytlacil) unpublished manuscript, University of Chicago, 1999.

11. "Using the EITC to Test Between Two Competing Models of Skill Formation," (with L. Lochner), unpublished manuscript, University of Chicago, 2000.

12. "The GED is a Mixed Signal: The Effect of Cognitive and Noncognitive Skills on Human Capital and Labor Market Outcomes," (with Y. Rubinstein and J.Hsee), June, 2001, Revised in April 2002.

13. "Understanding The Contribution of Legislation, Social Activism, Markets and Choice To The Economic Progress of African Americans in the Twentieth Century," (with Petra Todd), unpublished manuscript, University of Chicago, 2003.

14. "Interpreting the Evidence of Family Influence on Child Development," (with P. Carneiro and F. Cunha), unpublished, 2004.

15. "The Evolution of Inequality, Heterogeneity and Uncertainty in Labor Earnings in the U.S. Economy," (with F. Cunha), NBER Working Paper No. 13526, October, 2007.

16. "The Productivity Argument for Investing in Young Children," (with D. Masterov), Early Childhood Research Collaborative Discussion Paper, August, 2006.

17. "The Option Value of Educational Choices and the Rate of Return to Educational Choices," Cowles Foundation Structural Conference, Yale University. June 13, 2008. Under revision.

18. "Understanding the GED," Albert Rees Memorial Lecture, Society of Labor Economists Annual Meetings, May 9, 2008.

19. "Inference with Imperfect Randomization: The Case of the Perry Preschool Program," (with R. Pinto, A. M. Shaikh, and A. Yavitz). Unpublished manuscript, University of Chicago, Department of Economics, 2009. Under revision, *Econometrica*, 2011.

20. "Towards Greater Understanding of Early-Adult Risky Behaviors: Cognitive Ability, Personality, and Schooling Effects." (with G. Conti, H. Lopes, and R. Pinto). Unpublished manuscript, University of Chicago, Department of Economics, 2009.

21. "Policies to Promote Growth and Economic Efficiency in Mexico," (with J. Arias, O. Azuara, and P. Bernal). NBER Working Paper No. w16554. (2010).

22. "Intergenerational Long Term Effects of Preschool: Structural Estimates from a Discrete Dynamic Programming Model," (with L. Raut). Unpublished manuscript, University of Chicago, Department of Economics, 2010. Under revision, *Journal of Econometrics*.

23. "Bayesian Dedicated Factor Analysis: A Framework For Understanding the Social and Economic Determinants of Adult Health and Wages," (with G. Conti, S. Frühwirth-Schnatter, and R. Piatek). Under revision, *Journal of Econometrics*. (2012).

24. "Matching on Proxy Variables," (with S. Schennach and B. Williams). Unpublished manuscript, University of Chicago, Department of Economics, 2011.

25. "The Effects of Educational Choices on Labor Market, Health, and Social Outcomes," (with J.E. Humphries, S. Urzua, and G. Veramendi). Unpublished manuscript, University of Chicago, Department of Economics, 2011. Under revision, *Journal of Political Economy*. (2012).

26. "The Generalized Roy Model and the Cost-Benefit Analysis of Social Programs," (with P. Eisenhauer and E. Vytlacil). Under revision, *Journal of Political Economy*, (2012).

March 5, 2013

27. "Causal Analysis After Haavelmo: Definitions and a Unified Analysis of Identification," Under revision, *Econometric Theory* (2012).

28. "The Long-Term Health Effects of Early Childhood Interventions," (with G. Conti, F. Campbell, S. Moon, and R. Pinto). Under review, *Economic Journal*.

March 5, 2013

## Expert Testimony Over Past Four Years

Testimony of James J. Heckman in the matter of Philip Morris Norway AS vs. The State, represented by the Ministry of Health and Care Services regarding visual display bans of tobacco products, in the Oslo, Norway City Court, June 8, 2012.

Deposition of James J. Heckman in City of St. Louis, et al. v. American Tobacco Company, et al in Missouri Circuit Court, September 2, 2010.

**Legal Documents**

Second Consolidated Amended Class Action Complaint, *NCAA Student-Athlete Name & Likeness Licensing Litigation,* United States District Court, Northern District of California, Oakland Division Case No. C 09-01967 CW, May 16, 2011.

**Expert Reports**

Expert Report on Class Certification of Roger G. Noll, *NCAA Student-Athlete Name and Likeness Licensing Litigation*, United States District Court, Northern District of California, Oakland Division Case No. C 09-01967 CW, August 31, 2012.

Corrections and Amendments to Expert Report on Class Certification of Roger G. Noll, *NCAA Student-Athlete Name and Likeness Licensing Litigation*, United States District Court, Northern District of California, Oakland Division Case No. C 09-01967 CW, November 21, 2012.

**Depositions**

Roger G. Noll, February 27, 2013

**Declarations**

Stan L. Albrecht, March 12, 2013
James E. Delany, March 14, 2013
Todd Petr, March 10, 2013
John Welty, March 12, 2013

**Journals Articles, Books, Reports, and Other Reference Works:**

Ashenfelter, Orley, and James J. Heckman. "Measuring the Effect of an Antidiscrimination Program." In *Evaluating the Labor-Market Effects of Social Programs*, eds. O. Ashenfelter and J. Baum. Princeton, N.J.: Industrial Relations Section, Dept. of Economics, Princeton University, 1976.

Caudill, Steven B., and James E. Long. "Do Former Athletes Make Better Managers? Evidence from a Partially Adaptive Grouped-Data Regression Model." *Empirical Economics* 39(1) (August 2010).

Cunha, Flavio, and James J. Heckman. "Formulating, Identifying and Estimating the Technology of Cognitive and Noncognitive Skill Formation." *Journal of Human Resources* 43(4) (Fall 2008).

Cunha, Flavio, and James J. Heckman. "Identifying and Estimating the Distributions of Ex Post and Ex Ante Returns to Schooling." *Labour Economics* 14(6) (December 2007).

Cunha, Flavio, and James J. Heckman. "The Technology of Skill Formation." *American Economic Review* 97(2) (May 2007).

Cunha, Flavio, James J. Heckman, and Susanne M. Schennach. "Estimating the Technology of Cognitive and Noncognitive Skill Formation." *Econometrica* 78(3) (May 2001).

Dumond, Michael J., Allen K. Lynch, and Jennifer Platania. "An Economic Model of the College Football Recruiting Process." *Journal of Sports Economics* 9 (February 2008).

Eilat, Yair, Jonathan Orszag, and Robert Willig. "An Econometric Analysis of the Matching Between Football Student-Athletes and Colleges." http://fs.ncaa.org/Docs/DI_MC_BOD/DI_BOD/2009/April/04B.pdf, visited 9/27/2012.

Ekeland, Ivar, James J. Heckman, and Lars Nesheim.  "Identification and Estimation of Hedonic Models."  *Journal of Political Economy* 112(1) *(*February 2004): S60-109.

Ewing, Bradley T..  "The Labor Market Effects of High School Athletic Participation: Evidence from Wage and Fringe Benefit Differentials."  *Journal of Sports Economics* 8(3) *(*June 2007).

Fulks, Daniel L.  "Revenues & Expenses, 2004-2011, NCAA® Division I Intercollegiate Athletics Programs Report."  http://www.ncaapublications.com/productdownloads/D12011REVEXP.pdf, visited 10/17/2012.

Fox, Jeremy T.  "Identification in Matching Games."  *Quantitative Economics* 1(2) (November 2010).

Fox, Jeremy T., and Chenyu Yang.  "Unobserved Heterogeneity in Matching Games."  NBER Working Paper No, 18168, June 2012.

Haskell, Devon.  "Essays on Sports Participation, Development, and Educational Outcomes." Dissertation, University of Chicago, June 2012.

Heckman, James J..  "Estimates of a Human Capital Production Function Embedded in a Life-Cycle Model of a Labor Supply."  In *Household Production and Consumption,* ed. N.E. Terleckyj.  New York: National Bureau of Economic Research, 1976.

Heckman, James J..  "A Life-Cycle Model of Earnings, Learning, and Consumption."  *Journal of Political Economy* 84(4) (August 1976).

Heckman, James J., John E. Humphries, Sergio Urzua, and Gregory Veramendi.  "The Effects of Educational Choice on Labor Market, Health and Social Outcomes."  Human Capital and Economic Opportunity: Global Working Group working Paper No. 2011-002, October 2011, under revision at the *Journal of Political Economy.*

Heckman, James J., Jora Stixrud, and Sergio Urzua.  "The Effects of Cognitive and Noncognitive Abilities on Labor Market Outcomes and Social Behavior."  *Journal of Labor Economics* 24(3) (July 2006).

Heckman, James J., Lance J. Lochner, and Christopher Taber.  "Explaining Rising Wage Inequality: Explorations with a Dynamic General Equilibrium Model of Labor Earnings with Heterogeneous Agents."  *Review of Economic Dynamics* 1(1) (January 1998).

Heckman, James J., Lance J. Lochner, and Christopher Taber.  "Human Capital Formation and General Equilibrium Treatment Effects: A Study of Tax and Tuition Policy."  *Fiscal Studies* 20(1) (June 1999).

Heckman, James J., Lance J. Lochner, and Petra E. Todd.  "Earnings Functions, Rates of Return and Treatment Effects: The Mincer Equation and Beyond."  In *Handbook of the Economics of Education*, eds. E. Hanushek and F. Welch.  Amsterdam: Elsevier, 2006.

Heckman, James J., Ricardo Cossa, and Lance J. Lochner.  "Learning-by-Doing Versus on-the-Job Training: Using Variation Induces by the EITC to Distinguish between Models of Skill Formation."  In *Designing Inclusion: Tools to Raise Low-End Pay and Employment in Private Enterprise*, ed. E.S. Phelps.  Cambridge: Cambridge University Press, 2003.

Heckman, James J., Rosa L. Matzkin, and Lars Nesheim.  "Nonparametric Identification and Estimation of Nonadditive Hedonic Models."  *Econometrica* 78(5) (September 2010): 1569-1591.

Henderson, Daniel J., Alexandre Olbrecht, and Soloman W. Polacheck.  "Do Former College Athletes Earn More at Work?  A Nonparametric Assessment."  *The Journal of Human Resources* XLI(3) (Summer 2006).

Kniesner, Thomas J., and John D. Leeth.  "Simulating Hedonic Labor Market Models:  Computational Issues and Policy Implications."  *International Economic Review* 29(4) (November 1988).

Long, James E., and Steven B. Caudill.  "The Impact of Participation in Intercollegiate Athletics on Income and Graduation."  *The Review of Economics and Statistics* 73(3) (August 1991).

NCAA Research.  "Estimated Probability of Competing in Athletics Beyond the High School Interscholastic Level."  Updated September 17, 2012. http://www.ncaa.org/wps/wcm/connect/public/ncaa/pdfs/2012/estimated+probability+of+competing+in+athletics+beyond+the+high+school+interscholastic+level, visited 9/27/2012.

Shulman, James L. and William G. Bowen.  *The Game of Life, College Sports and Educational Values*. Princeton University Press, 2001.

Stevenson, Betsey.  "Beyond the Classroom:  Using Title IX to measure the Return to High School Sports."  *The Review of Economics and Statistics* 92(2) (May 2010).

Videon, Tami.  "Who Plays and Who Benefits: Gender, Interscholastic Athletics, and Academic Outcomes."  *Sociological Perspectives* 45(4) (Winter 2002).