# Exhibit 150

Gregory L. Curtner (p*ro hac vice*)
Robert J. Wierenga (SBN 183687)
Frederick R. Juckniess (SBN 210454)
Kimberly K. Kefalas (p*ro hac vice*)
Suzanne L. Wahl (p*ro hac vice*)
Jessica A. Sprovtsoff *(pro hac vice)*
SCHIFF HARDIN LLP.
340 S. Main St., Suite 210
Ann Arbor, MI  48104
Telephone:  (734) 222-1500
Facsimile:  (734) 222-1501
Email:  gcurtner@schiffhardin.com
         rwierenga@schiffhardin.com
         rjuckniess@schiffhardin.com
         kkefalas@schiffhardin.com
         swahl@schiffhardin.com
         jsprovtsoff@schiffhardin.com

Rocky N. Unruh (SBN 084049)
SCHIFF HARDIN LLP
One Market, Spear Street Tower, Ste 3200
San Francisco, CA 94105
Telephone:  (415) 901-8700
Facsimile:  (415) 901-8701
Email:  runruh@schiffhardin.com

Attorneys for Defendant
National Collegiate Athletic Association

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| In re NCAA Student-Athlete Name and Likeness Licensing Litigation | Case No. 09-cv-1967-CW <br><br> **DECLARATION OF PAC-12 COMMISSIONER LARRY SCOTT IN SUPPORT OF THE NCAA'S CLASS CERTIFICATION OPPOSITION BRIEF** <br><br> Dept:            Courtroom 2, 4th Floor <br> Judge:          Hon. Claudia Wilken <br> Complaint filed: May 5, 2009 |

**DECLARATION OF PAC-12 COMMISSIONER LARRY SCOTT IN SUPPORT OF THE NCAA'S CLASS CERTIFICATION OPPOSITION BRIEF**
**C**ase No. 09-cv-1967-CW

I, Larry Scott, declare that the following is true:

1. I am the Commissioner of the Pac-12 Conference (the "Pac-12"). I make this declaration of my own personal knowledge and, if called to do so, could testify competently to the facts stated herein under oath.

2. I have worked for the Pac-12 since 2009. During my entire time at the Pac-12, I have served as its Commissioner. I am responsible for overseeing the day-to-day operations of the Pac-12.

3. The Pac-12 is currently comprised of twelve member schools: Arizona State University, Oregon State University, Stanford University, University of Arizona, University of California, Berkeley, University of California, Los Angeles, University of Colorado, University of Oregon, University of Southern California, University of Utah, University of Washington and Washington State University (its "Member Schools").

4. The Pac-12 sponsors championship and NCAA competition in a variety of both men's and women's sports and has won more national championships than any other Division I NCAA Conference.

5. The Pac-12 does not require a conference-wide form to be executed by prospective student athletes regarding student-likeness rights. Each of the Member Schools takes responsibility for dealing with its prospective athletes in accordance with its own policies.

6. The Pac-12 currently has television rights agreements with Fox and ESPN.

7. The Pac-12 entered into its current Fox contract in 2011. Under the terms of the contract, Fox has the right to telecast over forty combined Pac-12 football and men's basketball games each year.

8. The Pac-12 also entered into its current ESPN contract in 2011. Under the terms of the contract, ESPN has the right to telecast over eighty combined Pac-12 games each year, including, football, men's basketball, women's basketball, men's baseball, women's volleyball, and women's softball.

9. In addition, the Pac-12 launched its own national network called the Pac-12 Network in August 2012. The Pac-12 Network telecasts many sporting contests not telecast by Fox or ESPN, including a number of other women's sports and what are traditionally called "Olympic Sports," as well as the Pac-12 championships of all varsity sports not telecast live by ESPN or Fox.

10. Prior to the launch of the Pac-12 Network in August 2012, not every football and men's basketball game was telecast.

11. The net proceeds of the revenue the Pac-12 receives from its television rights contracts are distributed to the Pac-12 Member Schools. Each of the Member Schools, in turn, uses the revenue it receives from the Pac-12 as it deems appropriate, based on its own needs, including, among other things, to fund athletic, academic, and other programs.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on March 14, 2013, in Las Vegas, Nevada.

_____
Larry Scott

Dated: March 14, 2013

**DECLARATION OF PAC-12 COMMISSIONER LARRY SCOTT IN SUPPORT OF THE NCAA'S CLASS CERTIFICATION OPPOSITION BRIEF**
Case No. 09-cv-1967-CW