IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NCAA STUDENT-ATHLETE NAME & LIKENESS LICENSING LITIGATION _____/ | No. C 09-1967 CW<br><br>ORDER DIRECTING DEFENDANT NATIONAL COLLEGIATE ATHLETIC ASSOCIATION TO RE-SUBMIT CHAMBERS COPIES OF DOCUMENTS |

The Court has received courtesy copies of Defendant National Collegiate Athletic Association's brief containing its further opposition to Plaintiffs' motion for class certification and Daubert motions challenging Plaintiffs' class certification experts and the materials that the NCAA is offering in support of that brief. Docket Nos. 677-79, 681, 683, 686-89, 695-97, 699 and 701-02. In the set provided to the Court, many of the documents are unbound and out of order.

The Court directs the NCAA to re-submit two sets of these documents, bound in binders and with each document clearly marked with tabbed dividers. Documents shall not be placed in individual sealed envelopes. One set shall consist of a complete copy of these documents, including those at issue in its pending motion to seal, with no redactions or omissions. This set shall be sent to the chambers of Chief Judge Claudia Wilken. The second set shall contain only those documents at issue in its pending motion to seal. In this set, the NCAA shall highlight the portions of the documents that it seeks to redact, while leaving the text underneath the highlighting legible. This second set shall be sent to the chambers of Magistrate Judge Nathanael Cousins.

The Court reminds the parties that motions to seal associated with the briefing on the pending motion for class certification and related Daubert motions have been referred to Magistrate Judge Cousins for resolution.  See Docket No. 550.  In the future, the parties shall provide Magistrate Judge Cousins with courtesy copies of the documents related to such motions to seal.

IT IS SO ORDERED.

Dated: 3/22/2013

CLAUDIA WILKEN
United States District Judge