Gregory L. Curtner (*pro hac vice*)
Robert J. Wierenga (SBN 183687)
Frederick R. Juckniess (SBN 210454)
Kimberly K. Kefalas (*pro hac vice*)
Suzanne L. Wahl (*pro hac vice*)
Jessica A. Sprovtsoff *(pro hac vice)*
SCHIFF HARDIN LLP.
350 S. Main St., Suite 210
Ann Arbor, MI 48104
Telephone: (734) 222-1500
Facsimile: (734) 222-1501
Email: gcurtner@schiffhardin.com
rwierenga@schiffhardin.com
rjuckniess@schiffhardin.com
kkefalas@schiffhardin.com
swahl@schiffhardin.com
jsprovtsoff@schiffhardin.com

Rocky N. Unruh (SBN 084049)
SCHIFF HARDIN LLP
One Market, Spear Street Tower, Ste 3200
San Francisco, CA 94105
Telephone: (415) 901-8700
Facsimile: (415) 901-8701
Email: runruh@schiffhardin.com

Attorneys for Defendant
National Collegiate Athletic Association

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| In re NCAA Student-Athlete Name and Likeness Licensing Litigation | Case No. 09-cv-1967-CW<br><br>**DECLARATION OF ROBERT J. WIERENGA IN SUPPORT OF NCAA SUR-REPLY TO MOTION FOR CLASS CERTIFICATION**<br><br>Dept: Courtroom 2, 4th Floor<br>Judge: Hon. Claudia Wilken<br>Complaint filed: May 5, 2009 |

I, Robert J. Wierenga, declare that the following is true:

1. I am an attorney admitted to practice before this Court and a partner in the firm of Schiff Hardin, LLP, counsel of record for Defendant National Collegiate Athletic Association ("NCAA") in this action. I make this declaration of my own personal knowledge and, if called to do so, could testify competently to the facts stated herein under oath.

2. I previously submitted a Declaration In Support of Opposition to Class Certification on March 14, 2013 that presented exhibits for the Court's review, Dkt. 679. This declaration continues the numbering of exhibits started in the March 14, 2013 Declaration.

3. Attached as Exhibit 161 is a true and correct copy of the Expert Sur-Reply Report of Daniel L. Rubinfeld Regarding Class Certification, dated May 30, 2013.

4. Attached as Exhibit 162 is a true and correct copy of the Reply Declaration of Lauren J. Stiroh, Ph.D. and Dirk van Leeuwen, dated May 30, 2013.

5. Attached as Exhibit 163 is a true and correct copy of the second volume of the Deposition of Roger Noll, dated May 22, 2013.

6. Attached as Exhibit 164 is a true and correct copy of the third volume of the Deposition of Larry Gerbrandt, dated May 9, 2013.

7. Attached as Exhibit 165 is a true and correct copy of the Deposition of Daniel Rascher, dated May 21, 2013.

8. Attached as Exhibit 166 is a true and correct copy of the Deposition of Robert McCormick dated May 14, 2013.

9. Attached as Exhibit 167 is a true and correct copy of an excerpt of the Deposition of Edward O'Bannon, dated November 1, 2011.

10. Attached as Exhibit 168 is a true and correct copy of an excerpt of the Deposition of Tate George, dated March 9, 2012.

11. Attached as Exhibit 169 is a true and correct reproduction of the webpage "Player Bio: Pat Maynor - Stanford University's Official Athletic Site," *available at*

http://www.gostanford.com/sports/m-footbl/mtt/maynor_pat00.html and last accessed on May 28, 2013.

12. Attached as Exhibit 170 is a true and correct reproduction of the webpage "Andrew Luck Bio - Stanford University's Official Athletic Site," *available at* http://www.gostanford.com/sports/m-footbl/mtt/luck_andrew00.html and last accessed on May 28, 2013.

13. Attached as Exhibit 171 is a true and correct reproduction of the webpage "Mid-Major Basketball Transfer List: May Edition - Mid-Major Madness," *available at* http://www.midmajormadness.com/2013/4/5/4187912/mid-major-basketball-transfer-list-april-edition and last accessed on May 27, 2013.

14. Attached as Exhibit 172 is a true and correct reproduction of the webpage "2013 Football Top Junior College Recruits," *available at* http://247sports.com/Season/2013-Football/RecruitRankings?InstitutionGroup=JuniorCollege and last accessed on May 27, 2013.

15. Attached as Exhibit 173 is a true and correct reproduction of the webpage "2013 Transfer List: Updated Edition -- Nearly 425 players – CBSSports.com," *available at* http://www.cbssports.com/collegebasketball/blog/eye-on-college-basketball/22007798/transfer-list-first-edition and last accessed on May 27, 2013.

16. Attached as Exhibit 174 is a true and correct reproduction of the webpage "2012-2013 College Football Transfer List | CollegeFootballSaturday," *available at* http://www.collegefootballsaturday.com/?p=5282 and last accessed on May 27, 2013.

17. Attached as Exhibit 175 is a true and correct copy of an article titled "The Economics of Licensing an Athlete's Image" by Roger Noll, which was previously marked as deposition exhibit 974.

18. Attached as Exhibit 176 is a true and correct copy of an excerpt of the Deposition of Tyrone Prothro, dated November 9, 2011.

19. Attached as Exhibit 177 is a true and correct reproduction of an article titled "A Better Look at Sports Budgets," *available at*

http://www.insidehighered.com/print/news/2006/06/23/ncaa?width=775&height=500&ifra and last accessed on May 29, 2013.

20. Attached as Exhibit 178 is a true and correct reproduction of an article titled "Intercollegiate Athletics Survey Opens September 13," *available at* http://www.nacubo.org/Business_and_Policy_Areas/Athletics_and_Auxiliaries/Athletics_and_Auxiliaries_News/Intercollegiate_Athletics_Survey_Open.html#.UaYX8xxJXa4.email and last accessed on May 29, 2013.

21. Attached as Exhibit 179 is a true and correct copy of an excerpt of the Deposition of Greg Shaheen, dated June 25, 2012.

22. Attached as Exhibit 180 is a true and correct copy of the Expert Reply Report of Dr. Lauren J. Stiroh, Ph.D., dated May 30, 2013.

23. Attached as Exhibit 181 is a true and correct copy of an excerpt of second volume of the Deposition of Larry Gerbrandt, dated February 12, 2013.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on May 30, 2013, in Ann Arbor, Michigan.

Respectfully submitted,

SCHIFF HARDIN LLP

By: *__/s/ Robert J. Wierenga__*

Robert J. Wierenga (SBN183687)
Attorneys for Defendant NCAA
350 S. Main St., Suite 210
Ann Arbor, MI 48104

Dated: May 30, 2013