Michael P. Lehmann (Cal. Bar No. 77152)
Arthur N. Bailey, Jr. (Cal. Bar No. 248460)
HAUSFELD LLP
44 Montgomery St., 34th Floor
San Francisco, CA 94104
Tel: (415) 633-1908
Fax: (415) 358-4980
E-mail:mlehmann@hausfeldllp.com
abailey@hausfeldllp.com

Michael D. Hausfeld (*pro hac vice*)
Hilary K. Scherrer (Cal. Bar No. 209451)
Sathya S. Gosselin (Cal. Bar No. 269171)
HAUSFELD LLP
1700 K Street, NW, Suite 650
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202) 540-7201
E-mail: mhausfeld@hausfeldllp.com
hscherrer@hausfeldllp.com
sgosselin@hausfeldllp.com

*Plaintiffs' Interim Co-Lead Class Counsel*
*with Principal Responsibility for the Antitrust Claims*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| **IN RE NCAA STUDENT-ATHLETE NAME & LIKENESS LICENSING LITIGATION** | Case No. 4:09-cv-1967 CW |
| **This Document Relates to:**<br><br>**ANTITRUST PLAINTIFFS' ACTIONS** | **SECOND SUPPLEMENTAL DECLARATION OF SATHYA S. GOSSELIN IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**<br><br>Date: June 20, 2013<br>Time: 2:00 p.m.<br>Judge: Honorable Claudia Wilken<br>Courtroom: 2, 4th Floor |

I, Sathya S. Gosselin, declare that the following is true:

I am an attorney admitted to practice law in the State of California and am an associate with the law firm of Hausfeld LLP, interim co-lead class counsel with principal responsibility for the antitrust claims. I make this declaration of my own personal knowledge and, if called to do so, could testify competently as to the facts provided herein under oath.

1. Attached as SSGD Exhibit 1 is a true and correct copy of a print-out of the web page located at http://www.fresnostatenews.com/2012/08/president-john-d-welty-announces-retirement/ (last accessed June 4, 2013).

2. Attached as SSGD Exhibit 2 is a true and correct copy of the transcript of the May 20, 2013 deposition of John D. Welty.

3. Attached as SSGD Exhibit 3 is a true and correct copy of excerpts from Erin E. Buzuvis, *Sidelined: Title IX Retaliation Cases And Women's Leadership In College Athletics*, 17 DUKE J. OF GENDER POLICY 1 (2010).

4. Attached as SSGD Exhibit 4 is a true and correct copy of excerpts of the transcript of the May 29, 2013 deposition of James Delany, save for the redaction of his home address.

5. Attached as SSGD Exhibit 5 is a true and correct copy of a May 1, 2013 ESPN.com article entitled "Delany talks committee, Ed O'Bannon case" by Adam Rittenberg, downloaded from http://espn.go.com/blog/bigten/print?id=76016 (last accessed June 4, 2013).

6. Attached as SSGD Exhibit 6 is a true and correct copy of BIGTEN 000027.

7. Attached as SSGD Exhibit 7 is a true and correct copy of BIGTEN 000032.

8. Attached as SSGD Exhibit 8 is a true and correct copy of a May 15, 2013 USA Today article entitled "Boosted by network, Big Ten reigns supreme in cash" by Steve Berkowitz, downloaded from http://www.usatoday.com/story/sports/college/2013/05/15/big-ten-record-revenue/2164593/ (last accessed June 4, 2013).

9. Attached as SSGD Exhibit 9 is a true and correct copy of the transcript of the May 30, 2013 deposition of Jonathan LeCrone.

10. Attached as SSGD Exhibit 10 is a true and correct copy of the transcript of the May 30, 2013 deposition of Mark Lewis.

11. Attached as SSGD Exhibit 11 is a true and correct copy of a May 15, 2012 AnnArbor.com article entitled "USA Today: Michigan athletic department spent $111.8 million in 2011, had total revenue of $122.7 million" by Nick Baumgardner, downloaded from http://www.annarbor.com/sports/michigan-athletic-department-spent-1118-million-in-2011-had-a-total-revenue-of-1227-million/ (last accessed June 4, 2013).

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on June 5, 2013 at Washington, DC.

Sathya S. Gosselin
HAUSFELD LLP

Dated: June 5, 2013

**CERTIFICATE OF SERVICE**

I hereby certify that on June 6, 2013, I electronically filed the foregoing document via the Court's CM/ECF system, which will send an email notice to all registered parties.

*/s/ Hilary Scherrer*

Hilary K. Scherrer