UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE NCAA STUDENT-ATHLETE NAME AND LIKENESS LICENSING LITIGATION | Case No. 09-cv-01967 CW (NC)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART ADMINISTRATIVE MOTION TO SEAL**<br><br>Re: Dkt. No. 801 |

Antitrust Plaintiffs move to file under seal portions of their supplemental brief for Class Certification and Exhibits 2, 6, 7, 9, and 10 to the Second Supplemental Declaration of Sathya S. Gosselin. Under Civil Local Rule 79-5(d), the party designating material as confidential has seven days to support or oppose a motion to seal by filing a declaration with the Court.

No party has filed a declaration in support of sealing Exhibits 2, 9, or 10 to the Second Supplemental Gosselin Declaration. Accordingly, the Court DENIES the motion to seal these exhibits and the references to them in Antitrust Plaintiffs' supplemental brief.

The Big Ten Conference filed a declaration regarding Exhibits 4, 6, and 7. Dkt. No. 812. The Big Ten Conference states that Exhibits 6 and 7, as produced, do not need to be sealed. The Court, therefore, DENIES the motion to seal Exhibits 6 and 7 and the references to them in Antitrust Plaintiffs' supplemental brief.

The Big Ten also requests that Antitrust Plaintiffs redact the home address of deponent James Delany from Exhibit 4 because it is private information that has no

relevance to the litigation.  The Big Ten Conference has shown good cause under Rule 26(c)(1)(G) to redact Mr. Delany's home address.  *See Foltz v. State Farm Mut. Auto. Ins. Co.,* 331 F.3d 1122, 1137 (9th Cir. 2003) (ordering the names, addresses, phone numbers, and social security numbers of third parties redacted from public filing of insurance records).  The Court GRANTS the request even though Exhibit 4 was not identified in Antitrust Plaintiffs' motion.

Antitrust Plaintiffs must re-file the supplemental brief and Second Supplemental Gosselin Declaration, redacted as ordered, within four days.  Civil L. R. 79-5(e).

Any party may object to this order within fourteen days.  Fed. R. Civ. P. 72(a).

IT IS SO ORDERED.

Date: June 17, 2013

Nathanael M. Cousins
United States Magistrate Judge