# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE NCAA STUDENT-ATHLETE NAME AND LIKENESS LICENSING LITIGATION | Case No. 09-cv-01967 CW (NC) <br><br> **ORDER DENYING ADMINISTRATIVE MOTION TO SEAL** <br><br> Re: Dkt. No. 791 |

EA and CLC move to file under seal Exhibits A, D, and F of the Declaration of James Slaughter submitted in support of their surreply brief opposing class certification. Under Civil Local Rule 79-5(d), the party designating material as confidential has seven days to support or oppose a motion to seal by filing a declaration with the Court. EA states that it notified all parties whose confidential information is contained within its supporting exhibits on May 30, 2013. Dkt. No. 791 at 1.

No party has filed a declaration in support of sealing Exhibits A, D, or F to the Slaughter declaration in support of EA's and CLC's surreply. Accordingly, the Court DENIES the motion. EA and CLC have four days to file these exhibits in the public record. Civil L. R. 79-5(e).

Any party may object to this order within fourteen days. Fed. R. Civ. P. 72(a).

IT IS SO ORDERED.

Date: June 17, 2013

Nathanael M. Cousins
United States Magistrate Judge

Case No. 09-cv-01967 CW (NC)
ORDER RE: MOTION TO SEAL