IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NCAA STUDENT-ATHLETE NAME & LIKENESS LICENSING LITIGATION _____/ | No. C 09-1967 CW<br><br>ORDER GRANTING ANTITRUST PLAINTIFFS LEAVE TO AMEND THEIR COMPLAINT |

The Court grants Plaintiffs permission to file a further amended complaint within two weeks of the date of this Order. The pleading may be amended only the minimum amount necessary to conform Antitrust Plaintiffs' portion of the complaint to their class certification motion and to respond to the potential deficiencies identified by Defendants in the briefing and hearing thereon. In addition, Antitrust Plaintiffs may add a new named Plaintiff who is a current student-athlete. With the amended pleading, Plaintiffs shall file a red-line version showing the specific changes that they have made.

Defendants need not file new answers to the amended pleading unless they would like to respond to specific new allegations made by Antitrust Plaintiffs. Defendants shall not file an additional motion to dismiss or for judgment on the pleadings and shall instead include any arguments they would have made therein in their future motions for summary judgment.

IT IS SO ORDERED.

Dated: July 5, 2013

CLAUDIA WILKEN
United States District Judge