IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NCAA STUDENT-ATHLETE NAME & LIKENESS LICENSING LITIGATION<br><br>_____/ | No. C 09-1967 CW<br><br>ORDER GRANTING IN PART AND DENYING IN PART THE NCAA'S MOTION TO EXPEDITE (Docket No. 841) AND DENYING MOTION FOR CASE MANAGEMENT CONFERENCE (Docket No. 837) |

    On July 30, 2013, Defendant National Collegiate Athletic Association (NCAA) filed three motions: a motion for additional briefing and an evidentiary hearing on Antitrust Plaintiffs' motion for class certification; a motion for leave to file a motion to dismiss the third consolidated amended class action complaint; and a request for a case management conference. On August 2, 2013, the NCAA filed a motion for expedited consideration and briefing of these three motions. In their motion to expedite, the NCAA requests that the date for Antitrust Plaintiffs' responses to the three motions remain due August 13, 2013 but that the NCAA's replies be due August 19, 2013, and that the Court hear the motions on August 22, 2013.

    Antitrust Plaintiffs have filed a response to the motion to expedite. They consent to the expedited briefing schedule and object to the request to change the hearing date from September 5, 2013 to August 22, 2013 due to the unavailability of their counsel.

    The NCAA contends that consideration of its request for a case management conference should take place quickly and the

conference should held as soon as possible because, among other things, an unmanageable inconsistency between several dates currently exists in the case management schedule. The NCAA does not state whether it has tried to work with the other parties to resolve this or any other case management issue that it has identified. In their response, Antitrust Plaintiffs represent that the inconsistency has not been raised with them and that they would be amenable to making adjustments to address such problems. The Court further notes that, at the June 20, 2013 hearing when it granted Defendant Electronic Arts, Inc.'s request for a sixty day extension of the expert report deadline, it directed the parties to discuss between themselves the remaining case management dates. Accordingly, the Court DENIES the NCAA's motion for a case management conference (Docket No. 837) and ORDERS the parties to meet and confer regarding the case management schedule and file a joint status statement due by August 19, 2013.

The Court grants in part and denies in part the NCAA's motion to change time regarding its other two motions. The NCAA's reply briefs on the motion for additional briefing and motion for leave are due by August 19, 2013. The Court vacates the September 5, 2013 hearing and will resolve these motions on the papers.

IT IS SO ORDERED.

Dated: 8/8/2013

CLAUDIA WILKEN
United States District Judge

2