KEKER & VAN NEST LLP
ROBERT A. VAN NEST, #84065
rvannest@kvn.com
R. JAMES SLAUGHTER, #192813
rslaughter@kvn.com
ASIM M. BHANSALI, #194925
abhansali@kvn.com
R. ADAM LAURIDSEN, #243780
alauridsen@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415-391-5400
Facsimile:    415-397-7188

Attorneys for Defendant
ELECTRONIC ARTS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| IN RE NCAA STUDENT-ATHLETE NAME & LIKENESS LICENSING LITIGATION, | Case No. CV-09-1967-CW (NC) |
|---|---|
| | **STIPULATION AND ORDER** |
| | Judge:              Hon. Claudia Wilken |
| | Date Comp. Filed:     May 5, 2009 |

1  Counsel for the Antitrust Plaintiffs, the Right of Publicity Plaintiffs, Defendant Electronic
2  Arts Inc. ("EA"), and Defendant Collegiate License Company ("CLC") (collectively "Settling
3  Parties") hereby notify the Court that they have reached a settlement of all claims asserted by all
4  Plaintiffs in this matter against EA and CLC.  This settlement does not affect Plaintiffs' claims
5  against Defendant National Collegiate Athletic Association.  The terms of the settlement are
6  confidential until presented to the Court for approval.
7  The Settling Parties are in the process of preparing the documents necessary to present to
8  the Court for preliminary approval of the settlement.  So that they may focus on preparing those
9  papers, the settling parties stipulate and jointly request that the Court stay all litigation and vacate
10 all deadlines as to EA and CLC.  The Settling Parties will submit preliminary approval papers as
11 soon as practicable.

Dated:  September 26, 2013                           KEKER & VAN NEST LLP

                                                     */s/ R. James Slaughter*
                                                 By:    ROBERT A. VAN NEST
                                                        R. JAMES SLAUGHTER
                                                        ASIM M. BHANSALI

                                                     Attorneys for Defendant
                                                     ELECTRONIC ARTS INC.

Dated:  September 26, 2013                           KILPATRICK TOWNSEND LLP

                                                     */s/ R. Charles Henn, Jr.*
                                                 By:    R. CHARLES HENN, JR.
                                                        PETER M. BOYLE

                                                     Attorneys for Defendant
                                                     COLLEGIATE LICENSING COMPANY

1
STIPULATION AND [PROPOSED] ORDER
Case No. CV-09-1967-CW (NC)

782728.01

| | | |
|---|---|---|
| 1 | Dated: September 26, 2013 | HAGENS BERMAN SOBOL SHAPIRO LLP |

*/s/Robert B. Carey*
By:    Steve W. Berman
       Robert B. Carey

Plaintiffs' Interim Co-Lead Counsel with Principal Responsibility for the Right of Publicity Claims

Dated: September 26, 2013           HAUSFELD LLP

*/s/ Michael P. Lehmann*
By:    MICHAEL D. HAUSFELD
       MICHAEL P. LEHMANN

Plaintiffs' Interim Co-Lead Counsel with Principal Responsibility for the Antitrust Claims

**ORDER**

PURSUANT TO THE PARTIES' STIPULATION, and for good cause shown, the Court hereby vacates all deadlines with respect to EA and CLC.

IT IS SO ORDERED.

Dated: 10/1/2013

Hon. Claudia Wilken
UNITED STATES DISTRICT JUDGE