# Exhibit 2

# MICROECONOMICS

## FIFTH EDITION

## Robert S. Pindyck
## Daniel L. Rubinfeld

does not, the supply of noncartel producers must not be price elastic. Most international commodity cartels have failed because few world markets meet both conditions.

## EXAMPLE 12.5    The Cartelization of Intercollegiate Athletics

Many people think of intercollegiate athletics as an extracurricular activity for college students and a diversion for fans. They assume that universities support athletics because it not only gives amateur athletes a chance to develop their skills and play football or basketball before large audiences but also provides entertainment and promotes school spirit and alumni support. Although it does these things, intercollegiate athletics is also a big—and an extremely profitable—industry.

Like any industry, intercollegiate athletics has firms and consumers. The "firms" are the universities that support and finance teams. The inputs to production are the coaches, student athletes, and capital in the form of stadiums and playing fields. The consumers, many of whom are current or former college students, are the fans who buy tickets to games and the TV and radio networks that pay to broadcast them. There are many firms and consumers, which suggests that the industry is competitive. But the persistently high level of profits in this industry is inconsistent with competition—a large state university can regularly earn more than $6 million a year in profits from football games alone.[15] This profitability is the result of monopoly power, obtained via cartelization.

The cartel organization is the National Collegiate Athletic Association (NCAA). The NCAA restricts competition in a number of important activities. To reduce bargaining power by student athletes, the NCAA creates and enforces rules regarding eligibility and terms of compensation. To reduce competition by universities, it limits the number of games that can be played each season and the number of teams that can participate in each division. And to limit price competition, the NCAA has, until 1984, been the sole negotiator for all football television contracts, thereby monopolizing one of the main sources of industry revenues.[16]

Has the NCAA been a successful cartel? Like most cartels, its members have occasionally broken its rules and regulations. But until 1984, it had increased the monopoly power of this industry well above what it would have been otherwise. In 1984, however, the Supreme Court ruled that the NCAA's monopolization of football television contracts was illegal and that individual universities could negotiate their own contracts. The ensuing competition led to a drop in contract fees. As a result, more college football is shown on television but, because of the lower fees, the revenues to the schools have dropped somewhat. But although the Supreme Court's ruling reduced the NCAA's monopoly power, it did not eliminate it. Thanks to the cartel, intercollegiate athletics remains very profitable.

---

[15] See "In Big-Time College Athletics, the Real Score Is in Dollars," *New York Times*, March 1, 1987.

[16] See James V. Koch, "The Intercollegiate Athletics Industry," in Walter Adams, *The Structure of American Industry*, 7th ed. (New York: Macmillan, 1986). Koch provides a detailed and informative discussion of the nature of this industry and the behavior of the NCAA cartel.