IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE NCAA STUDENT-ATHLETE NAME & LIKENESS LICENSING LITIGATION

_____/

No. C 09-1967 CW

ORDER ADJUSTING BRIEFING SCHEDULE

Antitrust Plaintiffs' opening summary judgment brief was previously due today.  However, in order to ensure that the parties have the benefit of this Court's class certification order before they file their dispositive motions, the deadline for Antitrust Plaintiffs to submit their opening summary judgment brief is CONTINUED to seven days after the order is filed.  The remainder of the briefing schedule may be adjusted by stipulation.

   IT IS SO ORDERED.

Dated: 11/7/2013

CLAUDIA WILKEN
United States District Judge