1   Michael P. Lehmann (Cal. Bar No. 77152)
    Arthur N. Bailey, Jr. (Cal. Bar No. 248460)
2   HAUSFELD LLP
    44 Montgomery St., 34th Floor
3   San Francisco, CA 94104
    Tel:  (415) 633-1908
4   Fax:  (415) 358-4980
    E-mail:mlehmann@hausfeldllp.com
5           abailey@hausfeldllp.com

6
    Michael D. Hausfeld (*pro hac vice*)
7   Hilary K. Scherrer (Cal. Bar No. 209451)
    Sathya S. Gosselin (Cal. Bar No. 269171)
8   HAUSFELD LLP
    1700 K Street, NW, Suite 650
9   Washington, DC 20006
    Tel:  (202) 540-7200
10  Fax:  (202) 540-7201
    E-mail:mhausfeld@hausfeldllp.com
11          hscherrer@hausfeldllp.com
12          sgosselin@hausfeldllp.com

13  *Plaintiffs' Interim Co-Lead Class Counsel*
    *with Principal Responsibility for the Antitrust Claims*
14

15              **UNITED STATES DISTRICT COURT**
              **NORTHERN DISTRICT OF CALIFORNIA**
16                   **OAKLAND DIVISION**

17

18  | **IN RE NCAA STUDENT-ATHLETE NAME & LIKENESS LICENSING LITIGATION** | Case No. 4:09-cv-1967 CW (NC) |
    |---|---|

19                                          | | **DECLARATION OF SATHYA S.** |

20                                          
    | **This Document Relates to:** | **GOSSELIN IN SUPPORT OF ANTITRUST PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL MATERIALS DESIGATED AS CONFIDENTIAL** |
21  | | |
    | **ANTITRUST PLAINTIFFS' ACTIONS** | |
22  | | |

23                                          Judge:        Honorable Claudia Wilken
                                            Dept:         2, 4th Floor
24                                          Complaint filed: May 5, 2009

25

26

27

28

─────────────────────────────────────────────
    DECLARATION OF SSG ISO MOT. TO FILE UNDER SEAL; Case No. 4:09-cv-1967 CW (NC)

1    I, Sathya S. Gosselin, declare that the following is true:

2    I am an attorney admitted to practice law in the State of California and am an associate

3  with the law firm of Hausfeld LLP, Interim Co-Lead Class Counsel with Principal

4  Responsibility for the Antitrust Claims.  I make this declaration of my own personal

5  knowledge and, if called to do so, could testify competently as to the facts provided herein

6  under oath.

7    1.  On November 15, 2013, the Antitrust Plaintiffs filed their motion for summary

8  judgment.

9    2.  The Memorandum of Points and Authorities in Support of Motion by Antitrust

10  Plaintiffs for Summary Judgment directly references or quotes from documents that have been

11  designated as confidential or highly confidential under the controlling protective order by

12  defendants or non-parties.

13    3.  The accompanying Declaration of Hilary K. Scherrer includes several exhibits

14  containing quoted or paraphrased material designated confidential or highly confidential

15  under the protective order by defendants or non-parties to this litigation.  Included in the

16  materials so designated are:

17

18    a.  Ex. 7 (Expert Reply Report on Liability Issues of Roger G. Noll, November 5, 2013)

19

20    b.  Ex. 12 (Expert Report on Liability of Roger G. Noll, September 25, 2013)

21    c.  Ex. 19 (Expert Report of Hal Poret in Response to Rubinfeld Merits Report and Field Research Survey, November 5, 2013)

22    4.  The accompanying Declaration of Hilary K. Scherrer also includes several exhibits

23  designated in their entirety as highly confidential under the protective order by defendants or

24

25  non-parties to this litigation. Included in the materials so designated are:

26

27    a.  Ex. 1 (excerpts from the Expert Report of Daniel L. Rubinfeld Regarding Merits, September 25, 2013)

28
DECLARATION OF SSG ISO MOT. TO FILE UNDER SEAL; Case No. 4:09-cv-1967 CW (NC)

b. Ex. 2 (excerpts from the Expert Rebuttal Report of Daniel L. Rubinfeld Regarding Merits, November 5, 2013)

c. Ex. 22 (excerpts from the Expert Rebuttal Report of Neal H. Pilson, November 5, 2013)

d. Ex. 24 (excerpts from the Broadcast and Properties Rights Agreement, CUSA_NCAA00162321 – 2352)

5. The accompanying Declaration of Hilary K. Scherrer also includes one exhibit temporarily designated in its entirety as confidential by operation of the protective order because the deposition transcript was circulated within the last 21 days. Plaintiffs include this exhibit within its Administrative Motion out of an abundance of caution. Included within the materials so designated is:

a. Ex. 20 (excerpts from the Deposition Transcript of Hal Poret, November 11, 2013)

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on Nov. 15, 2013 at Washington, DC.

Sathya S. Gosselin
HAUSFELD LLP

## CERTIFICATE OF SERVICE

I hereby certify that on Nov. 15, 2013, I electronically filed the foregoing document via the Court's CM/ECF system, which will send an email notice to all registered parties. Additionally, I hereby certify that on Nov. 15, 2013, I electronically mailed the foregoing document to counsel for Conference USA, the National Basketball Association, and the National Football League Players Association.

/s/ Sathya S. Gosselin

Sathya S. Gosselin

DECLARATION OF SSG ISO MOT. TO FILE UNDER SEAL; Case No. 4:09-cv-1967 CW (NC)