| | |
|---|---|
| MICHAEL D. HAUSFELD (*pro hac vice*) <br> mhausfeld@hausfeldllp.com <br> HILARY K. SCHERRER (SBN 209451) <br> hscherrer@hausfeldllp.com <br> SATHYA S. GOSSELIN (SBN 269171) <br> sgosselin@hausfeldllp.com <br> HAUSFELD LLP <br> 1700 K Street, NW, Suite 650 <br> Washington, D.C.  20006 <br> Telephone:      (202) 540-7200 <br> Facsimile:       (202) 540-7201 <br><br> BRUCE J. WECKER (SBN 78530) <br> bwecker@hausfeldllp.com <br> MICHAEL P. LEHMANN (SBN 77152) <br> mlehmann@hausfeldllp.com <br> ARTHUR N. BAILEY, JR. (SBN 248460) <br> abailey@hausfeldllp.com <br> HAUSFELD LP <br> 44 Montgomery Street, Suite 3400 <br> San Francisco, California  94104 <br> Telephone:      (415) 633-1908 <br> Facsimile:       (415) 358-4980 <br><br> Plaintiffs' Interim Co-Lead Class Counsel with Principal Responsibility for the Antitrust Claims | GLENN D. POMERANTZ (SBN 112503) <br> glenn.pomerantz@mto.com <br> KELLY M. KLAUS (SBN 161091) <br> kelly.klaus@mto.com <br> ROHIT K. SINGLA (SBN 213057) <br> rohit.singla@mto.com <br> CAROLYN HOECKER LUEDTKE (SBN 207976) <br> carolyn.luedtke@mto.com <br> MUNGER, TOLLES & OLSON LLP <br> 560 Mission Street, Twenty-Seventh Floor <br> San Francisco, California 94105-2907 <br> Telephone:      (415) 512-4000 <br> Facsimile:       (415) 512-4077 <br><br> GREGORY L. CURTNER (*Pro Hac Vice*) <br> gcurtner@schiffhardin.com <br> ROBERT J. WIERENGA (SBN 183687) <br> rwierenga@schiffhardin.com <br> SCHIFF HARDIN LLP <br> 350 Main St., Suite 210 <br> Ann Arbor, MI  48104 <br> Telephone:      (734) 222-1500 <br> Facsimile:       (734) 222-1501 <br><br> Attorneys for Defendant <br> National Collegiate Athletic Association |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re NCAA Student-Athlete Name and Likeness Licensing Litigation | Case No. 09-cv-1967-CW <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING WITHDRAWAL OF TATE GEORGE AS CLASS REPRESENTATIVE** <br><br> Dept:               Courtroom 2, 4th Floor <br> Judge:            Hon. Claudia Wilken <br> Complaint filed:  May 5, 2009 |

WHEREAS, Antitrust Plaintiff Tate George has prosecuted this litigation for nearly three years, including responding to written discovery and sitting for a full-day deposition on March 9, 2012;

WHEREAS, on September 30, 2013, in the United States District Court for the District of New Jersey, a jury found Mr. George guilty of four counts of wire fraud, and he now awaits sentencing;

WHEREAS, Mr. George's conviction makes it impracticable to serve as a named plaintiff and class representative in this litigation;

WHEREAS, Mr. George seeks voluntary dismissal without prejudice of his individual claims under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and seeks to withdraw as a named plaintiff and class representative in this litigation—while reserving all rights as an absent class member and without prejudice to any participation award the Court may approve in this litigation;

NOW THEREFORE, all parties to this action, by and through their attorneys, hereby stipulate and agree that Mr. George may voluntarily dismiss his individual claims without prejudice (and without award of costs or attorney fees) under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and withdraw as a named plaintiff and class representative in this litigation, while reserving all rights as an absent class member and without prejudice to any participation award the Court may approve in this litigation—PROVIDED HOWEVER that (a) Mr. George's withdrawal does not prevent any party from using his deposition testimony or discovery responses for any purpose in this litigation as if he remained a named plaintiff in this matter, subject to the Federal Rules of Evidence and the protective order, and (b) nothing in this stipulation precludes any defendant from offering Mr. George's conviction into evidence if permitted by this Court under the Federal Rules of Evidence; likewise, nothing in this stipulation

precludes the Antitrust Plaintiffs from challenging any attempt to offer Mr. George's conviction into evidence. This stipulation does not effect a dismissal of any other claims in this litigation.

IT IS SO STIPULATED.

Respectfully submitted,

HAUSFELD LLP


By: */s/ Michael D. Hausfeld*

*Plaintiffs' Interim Co-Lead Class Counsel with Principal Responsibility for Antitrust Claims*
1700 K St. NW, Suite 650
Washington, DC 20006

Dated: November 22, 2013


MUNGER, TOLLES & OLSON LLP


By: */s/ Glenn Pomerantz*
Glenn D. Pomerantz
Attorneys for Defendant NCAA
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907

Dated: November 22, 2013


KEKER & VAN NEST LLP


By: */s/ R. James Slaughter*
R. James Slaughter (SBN192813)
Attorney for Defendant EA
633 Battery Street
San Francisco, CA 94111

Dated:  November 22, 2013

KILPATRICK TOWNSEND & STOCKTON LLP

By:   */s/ R. Charles Henn Jr.*
      R. Charles Henn Jr. (*pro hac vice*)
      Attorney for Defendant CLC
      Suite 2800, 1100 Peachtree Street
      Atlanta, GA, 30309-4528

Dated:  November 22, 2013

HAGENS BERMAN SOBOL SHAPIRO LLP

By:   */s/ Leonard W. Aragon*
      Leonard W. Aragon (*pro hac vice*)
      Plaintiffs' Interim Co-Lead Class Counsel with
      Principal Responsibility for Right of Publicity Claims
      11 West Jefferson
      Suite 1000
      Phoenix, AZ 85003

Dated:  November 22, 2013

**[PROPOSED] ORDER**

Pursuant to the stipulation of counsel, IT IS SO ORDERED.

Dated:_____     _____
                                         The Honorable Claudia Wilken
                                         Chief District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on November 22, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification to the e-mail addresses registered.

By: <u>/s/ Sathya Gosselin</u>
Sathya S. Gosselin
HAUSFELD LLP

Plaintiffs' Interim Co-Lead Class Counsel
with Principal Responsibility for the Antitrust Claims