GLENN D. POMERANTZ (State Bar No. 112503)
glenn.pomerantz@mto.com
KELLY M. KLAUS (State Bar No. 161091)
kelly.klaus@mto.com
CAROLYN HOECKER LUEDTKE (State Bar No. 207976)
carolyn.luedtke@mto.com
ROHIT K. SINGLA (State Bar No. 213057)
rohit.singla@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:    (415) 512-4000
Facsimile:    (415) 512-4077

GREGORY L. CURTNER (*Pro Hac Vice*)
gcurtner@schiffhardin.com
ROBERT J. WIERENGA (State Bar No. 183687)
rwierenga@schiffhardin.com
KIMBERLY K. KEFALAS (*Pro Hac Vice*)
kkefalas@schiffhardin.com
SCHIFF HARDIN LLP
350 Main St., Suite 210
Ann Arbor, MI  48104
Telephone:    (734) 222-1500
Facsimile:    (734) 222-1501

Attorneys for Defendant
National Collegiate Athletic Association

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| IN RE NCAA STUDENT-ATHLETE NAME AND LIKENESS LICENSING LITIGATION | Case No. 09-CV-1967-CW<br><br>**NOTICE OF MOTION AND MOTION BY NCAA FOR SUMMARY JUDGMENT**<br><br>Judge:    Hon. Claudia Wilken<br>Courtroom:    2, 4th Floor<br>Hearing:    February 20, 2014 at 2:00 PM |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT on February 20, 2014, at 2:00 p.m., in Courtroom 2 of the above-captioned Court, located at 1301 Clay Street, Oakland, California, Defendant National Collegiate Athletic Association ("NCAA") will, and hereby does, move the Court, pursuant to Federal Rule of Civil Procedure 56, for an Order granting summary judgment in favor of the NCAA.  The NCAA's Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Carolyn Hoecker Luedtke and all exhibits attached thereto, the pleadings and other documents on file in this case, and any additional materials, evidence and argument of counsel that may be presented to the Court at or prior to the submission of this Motion.

## STATEMENT OF ISSUES TO BE DECIDED

Whether the Antitrust Plaintiffs' ("APs'") claims based on alleged restrictions of purported name, image and likeness ("NIL") rights in the live broadcasts of college men's basketball and football games are barred by the First Amendment, and whether the NCAA therefore is entitled to partial summary judgment regarding such claims.

Whether APs' request for injunctive relief regarding purported restrictions on licensing NIL in connection with college-themed videogames is moot, and whether the NCAA therefore is entitled to partial summary judgment on claims requesting such injunctive relief.

Whether the claims of the named APs are barred in whole or in part, and whether the NCAA is entitled to partial summary judgment on such claims, because:

- APs who are former student-athletes ("SAs") have no claim for injunctive relief, because there is no evidence that the NCAA restricts their participation in any market for licensing their NIL rights post-eligibility.
- The damages claims of APs who are former SAs are barred by the applicable statute of limitations.
- All or almost all of the named APs' claims based on live broadcast fail, even independent of the First Amendment bar, because the law of their state of domicile at the time of their intercollegiate athletic ability either expressly barred or

otherwise does not permit the assertion of NIL rights in live broadcasts of sports events.

In addition to the foregoing, the NCAA's Memorandum of Points and Authorities also opposes APs' affirmative motion for summary judgment. The NCAA's arguments there also present the question whether the NCAA is entitled to summary judgment on all antitrust claims because the Court should conclude, based on the type of review directed by the Supreme Court for restraints integral to defining a joint venture's unique product, that the NCAA amateurism rules are procompetitive.

Respectfully submitted,

DATED:  December 12, 2013      MUNGER, TOLLES & OLSON LLP


By: ___*/s/ Kelly M. Klaus*___
Kelly M. Klaus
Attorneys for Defendant
National Collegiate Athletic Association