# EXHIBIT 29

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| **In re NCAA Student-Athlete Name and Likeness Licensing Antitrust Litigation** | Case No. 09-cv-1967-CW |

**EXPERT REPORT OF DANIEL L. RUBINFELD
REGARDING MERITS**

September 25, 2013

HIGHLY CONFIDENTIAL –COUNSEL ONLY: SUBJECT TO PROTECTIVE ORDER

I.     Introduction ................................................................................................. 3

   I.A.    Qualifications ................................................................................... 3

   I.B.    Assignment ...................................................................................... 3

II.    Summary of Opinions .................................................................................. 3

III.   APs' Allegations and the But-For World ..................................................... 7

   III.A.   APs and Putative Class Definitions ................................................ 7

   III.B.   NCAA Conduct Challenged by APs ............................................... 9

IV.    Antitrust Framework for Evaluating the Competitive Effects of the NCAA's

Conduct ................................................................................................................. 13

   IV.A.   The NCAA as a Joint Venture ...................................................... 13

   IV.B.   Antitrust Analysis of Collaborative or Joint Ventures ................. 16

V.     Procompetitive Benefits: General ............................................................. 20

VI.    Procompetitive Benefit: Amateurism ........................................................ 20

   VI.A.   Amateur College Athletics is a Differentiated Product................. 20

   VI.B.   Amateur College Athletics is a Highly Successful Product.......... 25

   VI.C.   The NCAA Contributes to the Popularity of Amateur College Athletics ..... 30

   VI.D.   Amateurism is an Important Driver of the Popularity of Amateur College

   Athletics ………………………………………………………………………..33

      VI.D.1.   Amateur College Football and Basketball are More Popular than Minor

      League Football and Basketball............................................................. 33

      VI.D.2.   Consumer Surveys Suggest That Consumers Value Amateurism............. 38

VII.   Procompetitive Benefit: Competitive Balance....................................... 40

      VII.A.1.   Competitive Balance is an Important Component of Fan Interest in

      Athletics…................................................................................................ 42

      VII.A.2.   Large Differences in Player Compensation Would Likely Reduce

      Competitive Balance.............................................................................. 45

VIII.  Procompetitive Benefit: Integration Between Athletics and Education ............... 47

IX.    Procompetitive Benefit: Viability of Other Intercollegiate Sports ....................... 58

X.     Procompetitive Benefit: The NCAA Increases Output and Benefits Student-Athletes

       ……………………………………………………………………………..65

HIGHLY CONFIDENTIAL–COUNSEL ONLY: SUBJECT TO PROTECTIVE ORDER Page 2

# I.   INTRODUCTION

## I.A.   Qualifications

1. I am the Robert L. Bridges Professor of Law and Professor of Economics Emeritus at the University of California, Berkeley and Professor of Law at New York University. Previously I submitted two reports in this matter analyzing economic issues relevant to class certification.[1]   I incorporate those reports here by reference.   My qualifications are detailed in the Rubinfeld Class Report.  A current CV appears as Attachment A to this report and a current list of deposition and trial testimony appears as Attachment B.  I am currently being compensated for my work in this case at the hourly rate of $1,200.  I have no financial interest in the outcome of this matter.

## I.B.   Assignment

2. I have been asked by counsel for the defendant National Collegiate Athletic Association ("NCAA") to analyze the procompetitive benefits that may result from the conduct challenged by plaintiffs.  A list of materials considered in forming the opinions in this report is attached as Attachment C.

3. The opinions I present in this report are based on the information available to me as of the date of my report and my analysis to date.  I reserve the right to revise and expand these opinions based on further discovery, new information, and/or opinions offered by plaintiffs' experts.  I understand, for example, that discovery of the new named plaintiffs is ongoing and that plaintiffs' experts will be submitting opening reports on the same day that this report is submitted.[2]  I also reserve the right to rely on the prior reports that I have submitted in this case, to the extent they remain relevant at the time of trial.

## II.   SUMMARY OF OPINIONS

4. The NCAA is a non-profit unincorporated association through which over 1,000 member schools and nearly 100 member conferences organize and facilitate intercollegiate athletics programs for over 430,000 student-athletes.   The NCAA

---

[1]   Expert Report of Daniel L. Rubinfeld Regarding Class Certification, March 14, 2013 ("Rubinfeld Class Report"); Expert Sur-Reply Report of Daniel L. Rubinfeld Regarding Class Certification, May 30, 2013 ("Rubinfeld Class Sur-Reply Report").

[2]   Order Resolving Miscellaneous Motions, *In Re NCAA Student-Athlete Name & Likeness Licensing Litigation*, September 10, 2013, pp. 7-8.

promulgates and enforces rules of play, eligibility, recruiting, scholarship, sportsmanship, and amateurism, and administers 89 national championships across 23 sports in three different divisions, including the popular Division I men's basketball championship. The programs of the NCAA are much broader than Football Bowl Subdivision ("FBS") football or Division I basketball and encompass many other sports and athletics activities.

5. An assessment of the competitive effects of the conduct challenged by plaintiffs should utilize an appropriate economic framework for evaluating collaborative or joint ventures that considers both the procompetitive benefits that the challenged conduct may create as well as any anticompetitive harm. Joint ventures can potentially achieve a wide range of benefits, including economies of scale and/or scope, pooling of risk, and more generally, making available a product or service that the participants in the joint venture could not produce individually. Collaborative or joint ventures like the NCAA differ importantly in this way from, say, a price-fixing cartel, where the collaboration between competitors does not have a potentially efficiency-enhancing purpose, but rather involves naked restraints on price and output. Price-fixing causes anticompetitive harm because it directly or indirectly lowers the output of goods or services that consumers demand.

6. Like other sports leagues, the NCAA is a joint venture with a clear efficiency-enhancing benefit. It brings together a product – amateur intercollegiate athletic competitions – that individual schools or teams cannot produce themselves. A goal of the NCAA is to increase the output of college athletics broadly, in terms of the number of sports played, the number of participating student-athletes, and the number of schools competing in each sport (which in turn increases the number of competitions or games and the number of broadcasts of those games). The NCAA cannot be viewed simply in terms of FBS football and Division I men's basketball, which together represent only a small fraction of the student-athletes and sports covered by the NCAA.

7. Schools use the revenues generated by football and men's basketball to reinvest in those programs and to support other collegiate sports and athletic activities. The vast majority of NCAA revenues flow from its sponsorship of NCAA championships,

including the Division I men's basketball tournament.  These revenues are distributed through a number of funds, directly by the NCAA to schools or indirectly through conference distribution mechanisms, as part of the NCAA's effort to redistribute revenues to benefit all NCAA members.

8.   The amateurism and student-athlete eligibility rules ("the amateurism rules") being challenged by the antitrust plaintiffs ("APs") have several procompetitive benefits.

- Amateurism rules enable the NCAA to create a differentiated product – amateur college athletics – that has substantial consumer demand and competes effectively in the marketplace with the NFL, NBA, and other professional sports.  FBS football and Division I basketball are highly successful products and the Division I men's basketball championship (also commonly known as "March Madness") is one of the most popular sporting events in the United States.  That amateurism is an important driver of this popularity is supported by a comparison to minor league professional sports and with surveys of consumer attitudes towards sporting events.

- Amateurism rules help maintain competitive balance.  Competitive balance is an important aspect of successful sports leagues, including the NCAA.  Part of the attraction of sports competition for fans (consumers) is the uncertain nature of the outcome.   Almost all team sports leagues use various mechanisms in an attempt to achieve a level of competitive balance, which in part depends on the financial viability of participating teams, and on providing a level of parity in athlete recruiting.  Competitive balance is one source of the success of NCAA athletics as an entertainment product – most notably the Division I men's basketball championship and the considerable consumer interest that "Cinderella" opportunities create.  The NCAA's amateurism rules contribute to competitive balance.  Unlike professional sports leagues which use draft systems (combined with other methods) to help achieve competitive balance, a draft system would not be feasible for college athletics because it would deprive student-athletes of their individual choices as to where to get a college education.  But-for the amateurism rules, where schools could bid for prospective students using lucrative financial rewards, high-revenue colleges

and universities would have an even greater ability to stockpile the best athletes, and low-revenue schools would have a more difficult time competing and otherwise supporting the needs of their programs.   Competitive balance would surely be diminished.

- Amateurism rules facilitate the integration of NCAA athletics as part of the overall school educational mission.   Colleges and universities do not simply maximize profits; rather, they seek to achieve a wide range of educational objectives in and out of the classroom.   Athletics and academics are complements; academic opportunities benefit student-athletes, while both the opportunity to participate in collegiate athletics (including, but not limited to men's football and basketball) and the presence of athletics on campus help to create a rich and diverse student body and have the potential to help student-athletes learn important leadership and other life skills.   The link between education and academics is an important part of the product that the NCAA is attempting to foster.   Professionalizing student athletics would risk reducing the athletics-academics link and the corresponding benefits.

- The NCAA's amateurism rules increase the viability of sports other than FBS Football and Division I Basketball.   The NCAA seeks to foster a wide range of intercollegiate athletic programs, including many that may not be financially self-sufficient.   Indeed, the NCAA's rules provide financial and other incentives to create and maintain these other athletic programs.   The existence of these other sports increases scholarship opportunities for other athletes, improves the diversity and richness of the overall educational experience, and provides benefits to consumers (fans) of these sports.

- Most importantly, amateurism helps to increase the output of football, men's basketball, and other NCAA sports on several dimensions.

    o By increasing the financial viability of football and men's basketball for lower revenue schools, amateurism likely increases the number of football and men's basketball programs, and as a result increases the number of games, of games broadcasts, and, importantly, of opportunities and athletic scholarships available for football and men's

basketball players. In a world where universities are using substantial financial incentives to compete for recruits, the competitiveness and viability of marginal programs would be threatened.

○ Similarly, amateurism increases the viability of sports other than football and men's basketball. Amateurism has made possible a number of collegiate programs that have other sports, in the process increasing the number of games and the number of opportunities and scholarships available for other men's and women's sports.

### III.   APs' ALLEGATIONS AND THE BUT-FOR WORLD

### III.A.  APs and Putative Class Definitions

9. The named antitrust plaintiffs include 21 current and former student-athletes. At the time I filed my Class Report, there were 16 named antitrust plaintiffs: 11 former NCAA Division I men's basketball ("D-I basketball") players and five former NCAA Football Bowl Subdivision ("FBS") football players.[3] Since the submission of reports on issues related to class certification, the APs have filed a revised complaint (the Third Consolidated Amended Complaint or "TCAC") which has, among other changes, included additional named plaintiffs and altered the definition of the damages and injunctive classes.[4] As detailed in Exhibit 1, in the TCAC APs have added five current FBS football players[5] as named plaintiffs.[6] None of the current student-athletes added as named plaintiffs are basketball players.

---

[3]   Notice of Motion and Motion by Antitrust Plaintiffs for Class Certification and Memorandum of Points and Authorities in Support Thereof, August 31, 2012 ("Class Certification Motion"), fn. 1. These 16 named plaintiffs included plaintiffs raising claims in the Second Consolidated Amended Class Action Complaint, and the consolidated Robertson and Russell actions. (Second Consolidated Amended Class Action Complaint, *In Re NCAA Student-Athlete Name & Likeness Licensing Litigation*, May 16, 2011 ("SCAC"); Class Action Complaint, *William F. Russell v. National Collegiate Athletic Association, et al.,* October 5, 2011, ("Russell Complaint"); Class Action Complaint, *Oscar P. Robertson, Tate George, and Ray Ellis v. National Collegiate Athletic Association, et al.*, January 2011, ("Robertson Complaint")).

[4]   Third Consolidated Amended Class Action Complaint, *In Re NCAA Student-Athlete Name & Likeness Licensing Litigation*, July 18, 2013. On July 19, 2013, plaintiffs filed a corrected version of the TCAC.

[5]   TCAC, pp. 71-76. Antitrust Plaintiffs added a sixth current student-athlete, Victor Keise (a wide receiver at the University of Minnesota), but he voluntarily dismissed his claims on July 30, 2013. (Order Resolving Miscellaneous Motions, *In Re NCAA Student-Athlete Name & Likeness Licensing Litigation*, September 10, 2013, pp. 7-8).

[6]   SCAC, pp. 3, 15-49 and TCAC, pp. 2-3, 71-76.

10. According to the TCAC, APs seek to certify two classes, which they identify as the "Antitrust Damages Class" and the "Declaratory and Injunctive Relief Class."

11. The "Antitrust Damages Class" is comprised of former student-athletes, specifically:

> All *former* student-athletes residing in the United States who competed on an NCAA Division I (formerly known as "University Division" before 1973) college or university men's basketball team or on an NCAA Football Bowl Subdivision (formerly known as Division I-A until 2006) men's football team whose images, likenesses and/or names *have been included or could have been included (by virtue of their appearance in a team roster)* in game footage or in videogames licensed or sold by Defendants, their coconspirators, or their licensees from July 21, 2005 and continuing until a final judgment in this matter. The class excludes current student-athletes. The Class also excludes the officers, directors, and employees of Defendants, the officers, directors, and employees of any NCAA Division I college or university, and the officers, directors, or employees of any NCAA Division I athletic conference.[7]

12. The "Antitrust Declaratory and Injunctive Relief Class" is comprised of current and former student-athletes, specifically:

> All *current and former* student-athletes residing in the United States who compete on, or competed on, an NCAA Division I (formerly known as "University Division" before 1973) college or university men's basketball team or on an NCAA Football Bowl Subdivision (formerly known as Division I-A until 2006) men's football team and whose images, likenesses and/or names *may be, or have been, included or could have been included (by virtue of their appearance in a team roster)* in game footage or in videogames licensed or sold by Defendants, their co-conspirators, or their licensees. The Class excludes the officers, directors, and employees of Defendants, the officers, directors and employees of any NCAA Division I college or university, and the officers, directors, or employees of any NCAA Division I athletic conference.[8]

---

[7] TCAC, p. 7 (emphasis added). This differs from the Damages Class as defined in AP's Class Certification Motion, filed August 31, 2012 which defined class members as student-athletes "… whose images, likenesses and/or names *have been* included in game footage or in videogames…" (i.e., without any reference to team rosters). Notice of Motion and Motion by Antitrust Plaintiffs for Class Certification and Memorandum of Points and Authorities in Support Thereof, August 31, 2012 ("Class Certification Motion"), pp. 1-2. It also differs from the Damages Class as defined in the SCAC.

[8] TCAC, p. 7 (emphasis added). This differs from the Antitrust Declaratory and Injunctive Relief Class definition in the Class Certification Motion which defined class members as student-athletes "…

HIGHLY CONFIDENTIAL–COUNSEL ONLY: SUBJECT TO PROTECTIVE ORDER Page 8

### III.B.   NCAA Conduct Challenged by APs

13. In the TCAC, APs allege that the NCAA and its member institutions, in concert with its alleged co-conspirators, have illegally "fixed the prices" paid to current and former football and men's basketball players for the licensing, use, and sale of their name, image, and likeness at zero, and foreclosed these athletes from the "market" for the licensing, use, and sale of their names, images and likenesses.[9]   The APs assert that "the alleged restraints are effectuated through the NCAA's constitution, bylaws, regulations, rules, interpretations, and policies, both written and unwritten …"[10]

14. The TCAC identifies a number of specific NCAA Division I Manual Bylaws, along with related release forms, which APs allege to be anti-competitive.[11]   Irrespective of the specific rules being challenged, it appears that the APs are fundamentally challenging the NCAA's principle of amateurism.[12]   For example, Bylaw 12.1.2, which the antitrust plaintiffs challenge, defines the "amateur status" of a student-athlete as a participant who does not receive pay or a promise of pay based on his or her athletic skill.[13]

15. The TCAC cites the NCAA website as an illustration of the challenged rules: "Bylaw

---

whose images, likenesses and/or names *may be, or have been,* included or could have been included in game footage or in videogames…" (i.e., without reference to team rosters).  Class Certification Motion, p. 2.  It also differs from Antitrust Declaratory and Injunctive Relief Class as defined in the SCAC.

[9]   TCAC, pp. 6 and 110.

[10]   TCAC, p. 110.

[11]   TCAC, p. 111 and 2012-13 NCAA Division I Manual. The TCAC specifically challenges the following Division I Constitution Articles: 2.8 ("Principle of Rules Compliance"), and 3.2.4.6 ("Student Athlete Statement"); and Division I Bylaws 12.02.2 (Definition of "Individual"); 12.02.3 (Definition of "Pay"); 12.1.2 ("Amateur Status"); 12.1.2.1 ("Prohibited Forms of Pay"); 12.5.1.1.1 (Guidelines on institutional or charitable promotions); 12.5.1.7 (Third-party promotion of highlight films); 12.5.1.8 (Promotion of championships); 12.5.2.1 (Student-athlete's name or picture cannot appear on commercial products); 12.5.2.2 (If a student-athlete's name or picture appears on commercial products, student-athlete or institution must take steps to stop this); 13.2.1 ("Offers and Inducements – General Regulation"); 14.1.3.1 ("Student-Athlete Statement – Content and Purpose"); 14.1.3.2 ("Student-Athlete Statement – Administration"); 16.01 ("Awards, Benefits and Expenses for Enrolled Student-Athletes – General Principles"); 16.02.4 ("Awards, Benefits and Expenses for Enrolled Student-Athletes – Definitions and Applications – Pay"); 18.4.2.1 (Institutional eligibility for championships); 22.2.1.2 (Institutions must ensure that they, and their student-athletes, comply with Association rules); 31.6.4 (NCAA owns the right to broadcast NCAA championships); and 31.6.4.3 (NCAA reserves the right to use all film and photos of championships).  Antitrust plaintiff discussions of the bylaws include reference to other bylaws not specifically indicated in the above list.

[12]   TCAC, pp. 125-127, 196-198.  *See also: In re NCAA Student-Athlete Name & Likeness Licensing Litigation*, Joint Status Statement, August 19, 2013, pp. 7-8.

[13]   2012-13 Division I Manual, pp. 60-61.

HIGHLY CONFIDENTIAL–COUNSEL ONLY: SUBJECT TO PROTECTIVE ORDER Page 9

12 and other legislation are highly nuanced in language and implementation to insure that student-athletes do not receive benefits that could be construed as remuneration for athletics participation, do not trade on their public standing as a student-athlete, and are not exploited by professional or commercial interests that would abridge their status as amateurs in their sport."[14]

16. Under NCAA rules, student-athletes may not be paid for their athletics participation, but may receive financial aid up to their schools' cost of attendance.  Most Division I schools provide athletically-based financial aid.[15]  The NCAA Division I Bylaws specify that "[a] student-athlete shall not be eligible to participate in intercollegiate athletics if he or she receives financial aid that exceeds the value of the cost of attendance ... A student-athlete may receive institutional financial aid based on athletics ability … and educational expenses awarded … up to the value of a full grant-in-aid, plus any other financial aid up to the cost of attendance."[16]  A "full grant-in-aid" is "financial aid that consists of tuition and fees, room and board, and required course-related books."[17]

17. Among the specific NCAA rules that the antitrust plaintiffs challenge in the TCAC are:

  ▪ Bylaws 3.2.4.6, 12.5.1.1.1, 14.1.3.1, and 14.1.3.2, which APs claim require that student-athletes give permission to the NCAA to use the name or picture of a student-athlete to promote NCAA championships or other NCAA events.  In particular, antitrust plaintiffs cite to the "Student-Athlete Statement."[18]

  ▪ Bylaw 12.5.1.1, which prohibits the commercial use of a student-athlete's name, picture, or appearance. Use is permitted only by student organizations and charitable, educational, or non-profit agencies for non-commercial purposes where any money derived from such activities go

---

[14]   TCAC, p. 111.
[15]   The Ivy League schools, among others, do not award athletically-based aid ("The Ivy League," Ivy League Sports, available at <http://www.ivyleaguesports.com/information/psa/index>, accessed September 21, 2013).
[16]   2012-13 Division I Manual, Section 15.1, p. 202.
[17]   2012-13 Division I Manual, Section 15.02.5, p. 201.
[18]   TCAC, pp. 111-117.

HIGHLY CONFIDENTIAL–COUNSEL ONLY: SUBJECT TO PROTECTIVE ORDER Page 10

directly to the organization/agency.  The bylaw requires that the written consent of the student-athlete be obtained in the form of a signed release.[19]

- Bylaw 12.5.1.7, which limits the situations under which third parties may sell and distribute highlight films containing the names and pictures of enrolled student-athletes.[20]

- Bylaws 12.5.2.1 and 12.5.2.2, which prohibit student-athletes from accepting remuneration for the use of their name or picture for commercial purposes.[21]

- Bylaws 2.8.1, 3.2.1.2, 14.01.3, 18.4.2.1, and 22.2.1.2, which require that member institutions comply with NCAA rules and regulations.[22]

- Bylaws 12.02.3 and 12.02.4, which define "pay" and "professional athlete."[23]

18. The APs allege that these challenged rules restrain competition as an agreement among the NCAA's members "not to compete for student-athletes on the basis of compensation in any form, promised, current, or deferred."[24]  The APs seek an injunction against the challenged rules, and additionally seek damages for members of the Damages Class.[25]  In the but-for world – with the challenged rules removed – the NCAA's conferences and member schools would be allowed to compete for student-athletes by offering substantial financial payments.  According to the TCAC:

> For example, schools, in order to compete with each other, could offer players a portion of the revenue that the schools in turn receive via the NCAA and other sources for commercial exploitation of those players' images.[26]

19. The economic effects of the APs' challenge to amateurism that I analyze in the

---

[19]  TCAC, pp. 117-119.
[20]  TCAC, pp. 119-120.
[21]  TCAC, p. 120.  Bylaw 12.5.2.2 also stipulates that student-athletes (or their institutions) are responsible for taking action to stop the commercial use of their name or picture which commenced without their knowledge.
[22]  TCAC, pp. 120-121.
[23]  TCAC, p. 121.  The TCAC cites to bylaws 12.02.2 and 12.02.3 for the definitions of "pay" and "professional athlete."  However, in the 2012-13 Division I Manual, these appear as bylaws 12.02.3 and 12.02.4 (2012-13 Division I Manual, p. 59).
[24]  TCAC, p. 6.
[25]  TCAC, pp. 196-198.
[26]  TCAC, p. 124.

HIGHLY CONFIDENTIAL–COUNSEL ONLY: SUBJECT TO PROTECTIVE ORDER

remainder of this report are substantially the same whether APs propose to permit student-athletes to be paid while in school, or whether they would only allow deferred compensation to student-athletes once they leave school (e.g., by putting compensation in a trust that could only be accessed after a student-athlete leaves school). Immediate compensation and deferred compensation are both inconsistent with the letter and spirit of current NCAA rules,[27] and for these purposes have the same economic effects. More importantly, payments to student-athletes based on athletic performance or participation would fundamentally alter the amateur nature of collegiate sports.

20. While the APs' class definitions are limited to student-athletes that may have appeared in (broadcast) game footage and video games, and it appears that they intend to limit their damages claim to "group licensing" revenue flowing from these products,[28] the conduct they challenge has broader effects well beyond these sources of revenue. The NCAA's amateurism rules restrict compensation for athletic participation more generally, and as plaintiffs themselves appear to concede, in a world but-for this conduct, schools would be free to pay student-athletes compensation of other types as well.[29] This would include pay-for-play arrangements, and commercialization of their name, image, and likeness of any type (including action figures, trading cards, apparel, etc.).[30]

21. As I discussed in my Class Reply Report, group licensing opportunities cannot be analyzed in isolation from other opportunities for individual licensing and other forms of compensation.[31] Individualized opportunities would, by their very nature, result in

---

[27]   2012-13 Division I Manual, pp. 60-61.

[28]   See, e.g., TCAC, pp. 121-122, 197.

[29]   See, e.g., Antitrust Plaintiffs' Consolidated Opposition to [Defendants' Motions], August 12, 2013, p. 9 and note 3. ("'[J]erseys and bobble heads and all of that are out' with respect to damages claims...[Note 3:] Of course, the prohibitory injunction Plaintiffs ultimately seek—a Court order forbidding the continued enforcement of the bylaws and rules identified by Plaintiffs (and the underlying conspiratorial agreement), which preclude student-athletes from sharing in the revenue generated from the licensing of their name, image, and likeness—will likely impact products such as jerseys and trading cards."). *See also*: TCAC, ¶¶ 9, 356, 360.

[30]   *See* TCAC, ¶¶ 391-395, and APs' detailed description of "Revenue Streams Relating to the Commercial Exploitation of Images of Former Student Athletes," TCAC, ¶¶ 439-486. *See also*: TCAC, ¶ 9. The APs characterize the "group licensing market" as a submarket of the "collegiate licensing market" (TCAC, ¶¶ 391-395).

[31]   Rubinfeld Class Sur-Reply Report, ¶¶ 27-33.

different compensation for different student-athletes based in substantial part on differences in their performance on the field. This is in direct conflict with APs' compensation structure for Damages Class members, which appears to envision that class members would participate in a group license for game broadcasts and videogames that shared revenue equally among all players on a given team roster.[32]

22. It is possible, however, that APs may only be challenging as anticompetitive the restrictions on student-athletes being paid for their name, image, and likeness. (This is an example of the uncertainty in APs' theories that have made it difficult to respond in this report.) They do claim that they are not challenging as anticompetitive the NCAA's general requirement that students remain amateurs and not receive salaries or payments for their participation in college athletics. That said, it appears that the but-for world APs construct would be one in which the NCAA cannot practically restrict payment types beyond those based on the use of name, image or likeness,[33] and that schools would effectively be able to pay student-athletes for playing collegiate sports. There is nothing in APs' complaint or economic theories that I have seen that would limit schools' payments in the APs' but-for world.

## IV. ANTITRUST FRAMEWORK FOR EVALUATING THE COMPETITIVE EFFECTS OF THE NCAA'S CONDUCT

### IV.A. The NCAA as a Joint Venture

23. The NCAA is a non-profit unincorporated association through which over 1,000 member schools and nearly 100 member conferences organize and facilitate intercollegiate athletics.[34] As described in the NCAA Constitution, a fundamental purpose of the NCAA is "[t]o initiate, stimulate and improve intercollegiate athletics

---

[32] *See, e.g.,* Reply Brief Of Antitrust Plaintiffs In Support Of Motion For Class Certification, April 25, 2013, pp. 1, 4-5, 16-17.

[33] As I described in the Rubinfeld Class Report, the values of student-athletes' name and likeness are directly derived from the value of the student-athletes' participation in athletics. It is not clear how the value of performance can be separated from the value of name and likeness, and evidence from professional sports indicates that they customarily are not. (*See* Rubinfeld Class Report, ¶¶ 94-95, 114-116.)

[34] "Finances," *NCAA.org*, available at <http://www.ncaa.org/wps/wcm/connect/public/NCAA/Finances/index.html>, accessed March 12, 2013; "About the NCAA," *NCAA.org*, available at <http://www.ncaa.org/wps/wcm/connect/public/ncaa/about+the+ncaa/membership+new>, accessed August 24, 2012.

programs for student-athletes and to promote and develop educational leadership, physical fitness, athletic excellence and athletics participation as a recreational pursuit."[35]  The NCAA promulgates and enforces rules of play, eligibility, recruiting, scholarship, sportsmanship, and amateurism.[36]

24. According to Dr. Mark Emmert, the current President of the NCAA, the NCAA is a group that "was brought together to provide support for intercollegiate athletics to safeguard the well-being of student-athletes, to provide for fair competition in the context of what I have – and others have often described as a collegiate model of athletics…"[37]

25. In addition to the role described above, the NCAA administers national championships including the Division I men's basketball championship.  The NCAA does not sponsor a championship in Division I Football Bowl Subdivision football.[38] Since 2005, the NCAA has also operated the pre- and post-season basketball National Invitational Tournament ("NIT").[39]

26. The operations of the NCAA are much broader than just FBS football or Division I basketball – it administers 89 national championships in 23 sports across all

---

[35]   2012-13 Division I Constitution, Article 1.2 (a).

[36]   *See, e.g.,* 2012-13 Division I Constitution, Article 1.2.  According to the Supreme Court, "Since its inception in 1905, the NCAA has played an important role in the regulation of amateur collegiate sports.  It has adopted and promulgated playing rules, standards of amateurism, standards for academic eligibility, regulations concerning recruitment of athletes, and rules governing the size of athletic squads and coaching staffs." (*National Collegiate Athletic Association v. Board of Regents of the University of Oklahoma and University of Georgia Athletic Association*, Supreme Court of the United States, Decided June 27, 1984, ("Board of Regents"), p. 3) .

[37]   Deposition of Dr. Mark Emmert (March 6, 2012) (hereinafter "Emmert Deposition (March 6, 2012)"), p. 57.

[38]   "About the NCAA," *NCAA.org*, available at <http://www.ncaa.org/wps/wcm/connect/public/ncaa/about+the+ncaa/membership+new>, accessed August 30, 2013; "Championships List," *NCAA.org*, available at <http://www.ncaa.org/wps/wcm/connect/public/ncaa/championships/championships+list>, accessed August 30, 2013; For the past 15 years, FBS football championships have been organized and administered by the 11 FBS conferences and the University of Notre Dame through the Bowl Championship Series ("BCS") games. ("Championships: Postseason Football," NCAA.org, November 20, 2012, available at <http://www.ncaa.org/wps/wcm/connect/public/ncaa/championships/postseason+football/overview>, accessed March 13, 2013.)

[39]   "Basketball Resources: National Invitation Tournament (NIT)," *NCAA.org*, available at <http://www.ncaa.org/wps/wcm/connect/public/ncaa/resources/basketball+resources/basketball+resources+national+invitation+tournament+%28nit%29>, accessed August 30, 2013.

Divisions, and oversees other varsity sports.[40]  In 2009-2010, over 430,000 student-athletes participated in NCAA sports; of these, 167,089 student-athletes participated in D-I sports, and only 5,182 participated in D-I basketball and 14,319 participated in FBS football.[41]

27. The NCAA is divided into three Divisions.  According to the NCAA's website, in 2009-10, Division I included 340 member schools.  Among the schools which sponsor football, Division I is further divided into 120 FBS schools and 122 Football Championship Subdivision ("FCS") schools.[42,43]  Division II consisted of 290 member schools and 93,510 student-athletes.[44]  A major distinction between the three divisions is that Division II provides less athletically-based financial aid than Division I, and Division III provides none.

28. In totality, the NCAA plays an important role in creating the current value of college athletics, a role which could not be handled solely by the conferences themselves. The Supreme Court recognized this role in the *Board of Regents* case:

> What the NCAA and its member institutions market in this case
> is competition itself — contests between competing institutions.
> Of course, this would be completely ineffective if there were no

---

[40]  "About the NCAA," NCAA.org, available at <http://www.ncaa.org/wps/wcm/connect/public/ncaa/about+the+ncaa/membership+new>,  accessed September 18, 2013. According to the NCAA Division I Constitution: "[t]he constitution, bylaws and other legislation of this Association, unless otherwise specified therein, shall apply to all team sports recognized by the member institution as varsity intercollegiate sports…"  (Constitution Article 3.2.4.5).  The article lists a number of conditions which must be met.  Other NCAA Division I varsity sports for 2012-13 include women's equestrian, women's rugby, and women's sand volleyball.  2012-13 Division I Manual, Bylaw 17.02.12.1.

[41]  "About the NCAA," *NCAA.org*, available at <http://www.ncaa.org/wps/wcm/connect/public/ncaa/about+the+ncaa/membership+new>,  accessed September 18, 2013.

[42]  "About the NCAA," *NCAA.org*, available at <http://www.ncaa.org/wps/wcm/connect/public/ncaa/about+the+ncaa/membership+new>,  accessed September 18, 2013.  The FBS was formerly known as Division I-A, and the FCS was formerly known as Division I-AA.

[43]  There have been some changes and realignments of teams since 2009-10.  *See*: Exhibit 2, which updates Exhibit 2 from the Rubinfeld Class Report.  *See also*: 1981-82 - 2011-12 NCAA Sports Sponsorship and Participation Rates Report, pp. 134-135, 144, available at <http://www.ncaapublications.com/DownloadPublication.aspx?download=PR2013.pdf>,  accessed September 25, 2013.

[44]  "About the NCAA," *NCAA.org*, available at <http://www.ncaa.org/wps/wcm/connect/public/ncaa/about+the+ncaa/membership+new>,  accessed September 18, 2013.  These figures represent membership in 2009-2010.

HIGHLY CONFIDENTIAL–COUNSEL ONLY: SUBJECT TO PROTECTIVE ORDER

rules on which the competitors agreed to create and define the competition to be marketed.[45]

**IV.B.   Antitrust Analysis of Collaborative or Joint Ventures**

29. An assessment of the competitive effects of the conduct challenged by APs should utilize an appropriate economic framework for evaluating collaborative or joint ventures that considers both the procompetitive benefits that the challenged conduct may create as well as any anticompetitive harm.  This broad framework is spelled out in the Antitrust Guidelines for Collaborations Among Competitors co-authored by the Antitrust Division of the Department of Justice and the Federal Trade Commission (commonly referred to as the "Joint Venture Guidelines" and referred to in this report as the "Guidelines").[46]  The Guidelines build on existing case law, relevant economics, and when appropriate other guidelines.[47]  The Guidelines encompass both horizontal and vertical business practices.[48]

30. Specifically, the Joint Venture Guidelines describe the appropriate framework as follows:

> The Agencies' analysis begins with an examination of the nature of the relevant agreement. As part of this examination, the Agencies ask about the business purpose of the agreement and examine whether the agreement, if already in operation, has caused anticompetitive harm. ... If investigation indicates anticompetitive harm, the Agencies examine whether the relevant agreement is reasonably necessary to achieve procompetitive benefits that likely would offset anticompetitive harms.[49]

---

[45]   *National Collegiate Athletic Association v. Board of Regents of the University of Oklahoma and University of Georgia Athletic Association*, Supreme Court of the United States, Decided June 27, 1984, ("Board of Regents"), p. 9.

[46]   "Antitrust Guidelines for Collaborations Among Competitors," Federal Trade Commission and the U.S. Department of Justice, April 2000, available at <http://www.ftc.gov/os/2000/04/ftcdojguidelines.pdf>, accessed May 20, 2013.  *See also:* "Joint Venture Guidelines," Department of Justice, April 2000, available at <http://www.justice.gov/atr/public/guidelines/jointindex.html>, accessed September 25, 2013.

[47]   I served as Deputy Assistant Attorney General for Economics when these Guidelines were developed, and I played an active role in that process.

[48]   Within the collaborations covered by the Guidelines is the special case of a horizontal agreement to fix prices and/or restrict output.  As described later in this report, the conduct at issue here is not consistent with a price fixing cartel.

[49]   "Antitrust Guidelines for Collaborations Among Competitors," Federal Trade Commission and the U.S. Department of Justice, April 2000, available at <http://www.ftc.gov/os/2000/04/ftcdojguidelines.pdf>, accessed May 20, 2013, p. 4.

Importantly, the purpose of competition policy towards joint ventures is not to analyze retrospectively whether the agreement (or the relevant aspect of the agreement) was constructed to maximize consumer welfare or to achieve the intended purpose with the absolute least degree of restriction. Joint ventures are widely recognized as having potential procompetitive benefits. Competition policy should encourage these procompetitive collaborations and the innovation, efficiency, and other benefits that flow from them. As such, joint ventures should be given relatively wide latitude in the way in which they achieve these benefits. Retrospective second-guessing of such agreements would risk chilling the incentives to achieve such competitive benefits.

31. It is useful to think conceptually about the evaluation of the alleged procompetitive justifications for the NCAA's joint venture as involving several steps: determine (1) whether the NCAA's rules have a procompetitive objective, (2) whether the rules in fact contribute to that objective, and (3) whether the rules generate any anticompetitive effects that are not reasonably necessary to achieve that objective. This is the appropriate economic framework for analyzing the competitive effects of collaborative or joint ventures where the integration has the potential for efficiency-enhancing benefits.

32. Collaborative or joint ventures can potentially achieve a wide range of benefits, including economies of scale and/or scope, pooling of risk, and more generally, making available a product or service that the participants in the joint venture could not produce individually. Joint ventures differ importantly in this way from, say, a price-fixing cartel, where the collaboration between competitors does not have a potentially efficiency enhancing purpose but rather involves naked restraints on price and output.[50] Such price-fixing cartels are ordinarily deemed per se illegal, while joint ventures with a potentially efficiency enhancing purpose are analyzed under the

---

[50] In my textbook *Microeconomics,* I define a cartel to be a "market in which some or all firms explicitly collude: They coordinate prices and output levels to maximize joint profits." Robert S. Pindyck and Daniel L. Rubinfeld, *Microeconomics*, 8th Edition, 2012, Chapter 12. See Greg Werden, Antitrust Analysis of Joint Ventures: An Overview, 66 *Antitrust Law Journa*l, 1998, 701, 712-15 for a discussion of the distinction between joint ventures and cartels. As discussed more below, APs appear to generally agree that the NCAA's conduct should be evaluated using a rule of reason framework

rule of reason.[51]

33. While the APs characterize the conduct at issue as a "conspiracy to fix prices" or a "group boycott," this is not the appropriate economic framework in which to view the conduct. The NCAA is clearly a collaborative venture with an efficiency enhancing purpose. Indeed, sports leagues like the NCAA are a common type of joint venture. The core product produced by the leagues – athletics competition – cannot be produced by the teams on their own, but only through collaboration in a league or other comparable organization. The NCAA, NFL, NBA, MLB, and NHL are all examples of such sports leagues.

34. The rule-of-reason joint venture framework is a standard economic approach for evaluating the competitive effects of sports leagues and it is appropriate for evaluating the NCAA's conduct at issue here.[52] I understand that this is generally the framework that the courts – including the Supreme Court in *Board of Regents* – have applied when analyzing allegations of anticompetitive conduct by the NCAA and that, using this framework, these courts have deemed the NCAA's amateurism rules to be procompetitive.[53] I understand further that the Court in this matter has ruled that the

---

[51] "Antitrust Guidelines for Collaborations Among Competitors," Federal Trade Commission and the U.S. Department of Justice, April 2000, available at <http://www.ftc.gov/os/2000/04/ftcdojguidelines.pdf>, accessed May 20, 2013, pp. 3-4.

[52] For a broad discussion of its applicability to sports, see Flynn, Michael A., and Richard J. Gilbert, "The Analysis of Professional Sports Leagues as Joint Ventures," *The Economic Journal,* Vol. 111.469, February 2001, pp. 27-46. For a more specific discussion in the context of the NCAA, see Rascher, Daniel and Andrew Schwarz "'Amateurism' in Big-Time College Sports," *Antitrust*, Spring 2000, pp. 51-56; McKenzie, Richard B. and Thomas E. Sullivan, "Does the NCAA Exploit College Athletes? An economics and legal reinterpretation," *The Antitrust Bulletin*, Summer 1987, pp. 373-399; McKenzie , Richard B., and Gordon Tullock, *The New World of Economics*, Sixth Edition, 2012, Chapter 20, pp. 325-338; Szymanski, Stefan, "The Economic Design of Sporting Contests," *Journal of Economic Literature*, Vol. XLI (December 2003), pp. 1137-1187.

[53] *National Collegiate Athletic Association v. Board of Regents of the University of Oklahoma and University of Georgia Athletic Association*, Supreme Court of The United States, Decided June 27, 1984, ("*Board of Regents*"), p. 9 ("[I]t would be inappropriate to apply a per se rule to this case. … [W]hat is critical is that this case involves an industry in which horizontal restraints on competition are essential if the product is to be available at all. … In order to preserve the character and quality of the "product," athletes must not be paid, must be required to attend class, and the like. … [T]he NCAA plays a vital role in enabling college football to preserve its character, and as a result enables a product to be marketed which might otherwise be unavailable." (*Board of Regents*, p. 6); *See also: Joseph Agnew, et al. v. National Collegiate Athletic Association*, United States Court of Appeals for the Seventh Circuit, No. 11-3006, June 18, 2012, (hereinafter, "*Agnew*"), pp. 25-26, 31.

NCAA's conduct should be evaluated under a rule of reason approach.[54]

35. Unlike the NFL or the NBA, the NCAA is much more than just a single sports league. As discussed above, the purpose of the collaboration is not just to facilitate competition in one sport (as it is with the professional leagues), but to promote intercollegiate athletics, including championships across 16 men's, 17 women's, and 3 coed sports in Division I alone,[55] while maintaining the important link between athletics and education.  As discussed in more detail below, a goal of the NCAA is to increase the output of college athletics broadly, in terms of the number of sports played, the number of participating student-athletes, and the number of schools competing in each sport.  The NCAA cannot be viewed simply in terms of FBS football and Division I men's basketball, which together represent only a small fraction of the student-athletes and sports covered by the NCAA.

36. Moreover, the NCAA is a not-for-profit institution, in contrast to the for-profit professional sports leagues.  The NCAA's purpose is to facilitate intercollegiate athletics as part of the overall academic experience.  This can be seen, for example, in the variety of ways in which the NCAA (and conferences and schools) use the money generated by men's football and basketball.  The money is re-invested in football and basketball programs in ways that benefit student-athletes – such as grants-in-aid, coaching, and improved training facilities.  The money is also used to provide athletic scholarships and additional support for sports that do not generate the revenue that football and men's basketball do.[56]  The money also goes to support student-athletes more broadly, through association-wide spending for medical insurance, health and safety programs, operation of the NCAA recruiting eligibility center, and research on

---

[54] Order on NCAA's and CLC's Motions to Dismiss, *Edward O'Bannon, on behalf of himself and all others similarly situated v. National Collegiate Athletic Association and Collegiate Licensing Company*, and *Craig Newsome, on behalf of himself and all others similarly situated v. National Collegiate Athletic Association and Collegiate Licensing Company*, No. C09-1967 CW, February 8, 2010, pp. 9-10,

[55] 2012-13 Division I Manual, Article 18.3.

[56] Interview with Jim Isch, September 20, 2013.  Mr. Isch is Chief Operating Officer at the NCAA.  Mr. Isch described the NCAA's distribution of NCAA revenues directly to schools and indirectly through conferences through a number of NCAA Funds, which I discuss in more detail below.

HIGHLY CONFIDENTIAL–COUNSEL ONLY: SUBJECT TO PROTECTIVE ORDER

issues relevant to student-athletes, such as on drug use.[57]

37.  In the rest of this report, I evaluate the potential procompetitive benefits from the NCAA's challenged conduct.  I reserve the right to evaluate any of APs' claims as to potential anticompetitive effects.

## V.   PROCOMPETITIVE BENEFITS: GENERAL

38. In what follows I describe five different categories of procompetitive benefits that may result from the challenged conduct, i.e., restrictions on student-athletes being paid, including licensing revenue for their name, image, and likeness:

- Amateurism
- Competitive balance
- Integration between athletics and education
- Viability of sports other than football and basketball
- Enhanced output of football, men's basketball, and other sports

39. In what follows I describe and evaluate in more detail the procompetitive benefits from each category.  As the subsequent discussion makes clear, the NCAA's rules are designed to, and in fact do, contribute to these procompetitive objectives which are at the core of the goals of the NCAA.

## VI.   PROCOMPETITIVE BENEFIT: AMATEURISM

## VI.A.  Amateur College Athletics is a Differentiated Product

40. The clearest and most fundamental procompetitive benefit of the NCAA's amateurism rules is the creation of new and differentiated products that are highly successful and that would not exist but-for those rules: amateur college athletics, including amateur college football and college basketball, but also including dozens of other amateur sports.

41. Indeed, this desire to create a product differentiated from professional athletics is a "Basic Purpose" of the organization.  The NCAA Constitution lays out a number of

---

[57]   NCAA and Subsidiaries, Consolidated Financial Statements as of and for the Years Ended August 31, 2012 and 2011, Supplementary Information as of and for the Year Ended August 31, 2012, and Independent Auditors' Report, pp. 3, 9; Interview with Jim Isch, September 20, 2013.

core principles which underlie its model of intercollegiate athletics.[58]   The "Fundamental Policy" and "Basic Purpose" establishes that:

> "The competitive athletics programs of member institutions are designed to be a vital part of the educational system.  A basic purpose of this Association is to maintain intercollegiate athletics as an integral part of the educational program and the athlete as an integral part of the student body and, by so doing, retain a clear line of demarcation between intercollegiate athletics and professional sports."[59]

42. A core component of the NCAA's effort to differentiate its product is the NCAA's approach to amateurism, as established in its Principle of Amateurism:

> "Student-athletes shall be amateurs in an intercollegiate sport, and their participation should be motivated primarily by education and by the physical, mental and social benefits to be derived.  Student participation in intercollegiate athletics is an avocation, and student-athletes should be protected from exploitation by professional and commercial enterprises."[60]

43. This fundamental purpose was reaffirmed in the Supreme Court opinion in *Board of Regents*:

> [T]he NCAA seeks to market a particular brand of football — college football. The identification of this "product" with an academic tradition differentiates college football from and makes it more popular than professional sports to which it might otherwise be comparable, such as, for example, minor league baseball.  In order to preserve the character and quality of the "product," athletes must not be paid, must be required to attend class, and the like.  And the integrity of the "product" cannot be preserved except by mutual agreement; if an institution adopted such restrictions unilaterally, its effectiveness as a competitor on the playing field might soon be destroyed.  Thus, the NCAA plays a vital role in enabling college football to preserve its

---

[58]   Among the set of other core principles include: the "Principle of Student-Athlete Well-Being," (Constitution Article 2.2) which includes the provision that "student-athlete's activities are conducted as an integral part of the student-athlete's educational experience;" (Constitution Article 2.2.1) the "Principle of Sportsmanship and Ethical Conduct;" (Constitution Article 2.4) the "Principle of Competitive Equity;" (Constitution Article 2.10) and the "Principle of Amateurism." (Constitution Article 2.9)

[59]   2012-13 Division I Manual, Constitution Article 1.3.

[60]   2012-13 Division I Manual, Constitution Article 2.9.

HIGHLY CONFIDENTIAL–COUNSEL ONLY: SUBJECT TO PROTECTIVE ORDER Page 21

character, and as a result enables a product to be marketed which might otherwise be unavailable.[61]

44. The Supreme Court also noted the key role that amateurism plays in the provision of college sports:

> The NCAA plays a critical role in the maintenance of a revered tradition of amateurism in college sports. There can be no question but that it needs ample latitude to play that role, or that the preservation of the student-athlete in higher education adds richness and diversity to intercollegiate athletics and is entirely consistent with the goals of the Sherman Act.[62]

45. The importance of amateurism to the core product being produced by the NCAA is consistently supported by testimony from NCAA, conference, and school officials.

- Dr. Emmert testified that "the single most important principle is that [college athletes] are students who are participating in their sport as an avocation; that they are not employees of the institution; that they are not professional athletes; but that they are amateur athletes participating in college sport[s], representing their institution…"[63] He also stated that the NCAA rules and policies of the NCAA and its member institutions need to reflect that principle.[64]

- Wallace Renfro, former Vice-President and Chief Policy Advisor at the NCAA, testified: "[t]he collegiate model is a way in which American higher education differentiates the participation in athletics by its students from other models, most prominently from a professional model. The collegiate model is characterized by two very distinct pieces. One is that those who are participants are students, and that intercollegiate athletic conduct is embedded in the values of higher education itself right."[65]

- In a 1996 editorial, James Delaney, Commissioner of The Big Ten

---

[61] *National Collegiate Athletic Association v. Board of Regents of the University of Oklahoma and University of Georgia Athletic Association*, Supreme Court of the United States, Decided June 27, 1984, ("Board of Regents"), p. 6.
[62] Board of Regents, p. 10.
[63] Emmert Deposition (March 6, 2012), pp. 14-15.
[64] Emmert Deposition (March 6, 2012), pp. 12-13.
[65] Deposition of Wallace Renfro, Former Vice President and Chief Policy Advisor for the NCAA, June 26, 2012 (hereinafter "Renfro Deposition (June 26, 2012)"), p. 27. Mr. Renfro, now retired, was with the NCAA for about 40 years.

HIGHLY CONFIDENTIAL–COUNSEL ONLY: SUBJECT TO PROTECTIVE ORDER

Conference, affirmed the importance of amateurism in intercollegiate athletics and stated that, in contrast to professional sports leagues, the NCAA "is a unique system that has fostered social and educational good by supporting a broad array of opportunities for thousands of young men and women."[66]

- Christine Plonsky, Executive Senior Associate Athletic Director for Men and Women's External Services, and Director of Women's Athletics at the University of Texas, forcefully expressed a similar view.  She testified: "We are not [a] pay-for-play, paid-for-participation organization… It's the main difference between college sports and professional sports.  We're in a university educational environment, our students are part of campuses.…"[67] Later she testified: "And pay-for-play, in my opinion, will never happen and shouldn't happen, because it will absolutely skew the meaningful core values that the NCAA's strategic plan and our strategic plan for our own athletics program espoused."[68]

- Timothy White, Chancellor of California State University declared: "Paying student-athletes would destroy the collegiate model of college athletics which would be a serious mistake for students, universities and colleges and the communities they serve.  The American collegiate athletic model is grounded in the principle of amateurism … paying student-athletes, or even promising to pay student-athletes after graduation … is entirely contrary to the model that serves America best."[69]

46. Recently, the NCAA reaffirmed the importance of amateurism as distinct from a model of professional athletics.  In June 2008, the NCAA Division I Board of Directors established the NCAA Task Force on Commercial Activity in Division I Intercollegiate Athletics, and appointed task force members made up of school

---

[66] James E. Delany, "Guest Editorial –Pay-for-Play Philosophy is the Wrong Approach," *The NCAA News-Comment*, June 3, 1996.  Mr. Delany testified in deposition that his views have not changed much since that article.  (Deposition of James E. Delaney (May 29, 2013), p. 15)

[67] Deposition of Christine Plonsky (December 10, 2012) (hereinafter "Plonksy Deposition (December 10, 2012"), pp. 133-134.

[68] Plonsky Deposition (December 10, 2012), pp. 136-138.

[69] Declaration of Timothy P. White (Chancellor, California State University), March 13, 2013 (hereinafter "White Declaration (CSU)"), p. 2.

presidents, conference commissioners, and school athletics directors.[70]  The task force was charged with:

> updat[ing] and clarif[ying] rules for the uses of student-athlete likenesses, images and names and an expanded charge to address the more general issue of proper engagement in commercial activity in the presentation and broadcast of intercollegiate athletics contests …, [and] to present the differences between college and professional sports that might influence how and to what degree limits should be established that demarcate the two approaches to sports presentation.[71]

47. In its Final Report, the Task Force on Commercial Activity determined:

> …commercial activity cannot abridge the principle of amateurism as applied to student-athletes … In the briefest of terms, there are also two conditions for the maintenance of amateurism as understood in the American collegiate model of athletics: (1) Student-athletes cannot financially benefit from their participation in intercollegiate athletics beyond grants-in-aid and other forms of approved support allowed by NCAA regulations to promote student-athlete wellbeing, and (2) their motivation to play college sports should come primarily from the educational and physical benefits of participation.[72]

48. Indeed, the testimony of Robert Tallent, one of the named plaintiffs in this case, is consistent with these stated principles.  Mr. Tallent testified that he does not believe that student-athletes should be paid for play while eligible, or that they should receive promises of payment in the future.[73]  He likewise stated that he does not think student-athletes should receive payment for game broadcasts while they are eligible.[74] Furthermore, he believes that the grant-in-aid scholarship he got and that his players

---

[70]   Final Report of the NCAA Task Force on Commercial Activity in Division I Intercollegiate Athletics, Supplement No. 6, DI Amateurism Cabinet 9/09, pp. 2, 13-14.  *See also*: Renfro Deposition (June 26, 2012), pp. 167-168.

[71]   Final Report of the NCAA Task Force on Commercial Activity in Division I Intercollegiate Athletics, Supplement No. 6, DI Amateurism Cabinet 9/09, p. 7.

[72]   Final Report of the NCAA Task Force on Commercial Activity in Division I Intercollegiate Athletics, Supplement No. 6, DI Amateurism Cabinet 9/09, pp. 1-2.

[73]   Deposition of Robert Tallent (December 1, 2011) (hereinafter "Tallent Deposition (December 1, 2011)", pp. 50-52.  *See also:* pp. 83-84.

[74]   Tallent Deposition (December 1, 2011), pp. 51-52. Mr. Tallent testified that he believed former student-athletes deserved some remuneration for game footage and game recordings that were made while the student-athlete was in school but are rebroadcast or resold after the student-athlete's eligibility has expired. (pp. 50-53)

got while he was a coach was fair.[75]

49. While the NCAA rules regarding amateurism and financial aid have evolved to some extent, the NCAA and its members have maintained over time that participation in college sports is an avocation, limiting the influence of financial gain as a motivation for athlete participation.[76]  Moreover, such changes have generally applied to all student-athletes, and not simply to athletes participating in particular sports.[77]  This stands in stark contrast to the but-for world put forth by APs.

50. Dr. Emmert acknowledged that there have been definitional changes to NCAA rules related to the value and scope of the grant-in-aid, but that the "core principle of amateurism has [remained immutable]," and that "it has always been that this is about supporting student-athletes as students, not as professional athletes."[78]

**VI.B.   Amateur College Athletics is a Highly Successful Product**

51. Any economic analysis of the competitive effects of the challenged conduct should start with the reality that amateur college football and basketball are popular products[79] that compete successfully with professional athletics and other entertainment options.  To permanently alter a fundamental characteristic of a product that is in high demand from consumers, as APs propose to do here, creates the risk of substantial consumer harm.  An evaluation of these risks is critical to understanding the overall competitive effects of the challenged conduct (and therefore of the

---

[75] Tallent Deposition (December 1, 2011), pp. 79-80.

[76] *See, e.g.*, 2012-13 Division I Manual, Constitution Article 2.9 ("Student-athletes shall be amateurs in an intercollegiate sport, and their participation should be motivated primarily by education and by the physical, mental and social benefits to be derived.  Student participation in intercollegiate athletics is an avocation, and student-athletes should be protected from exploitation by professional and commercial enterprises"). *See also*: 1967 NCAA Manual (NCAAPROD00000001), Constitution Article 3.1 ("Principle of Amateurism and Student Participation.  An amateur student-athlete is one who engages in athletics for the physical, mental, social and educational benefits he derives therefrom, and to whom athletics is an avocation"); Constitution Article 3.4 ("Principles Governing Financial Aid"); Constitution Article 3.1, O.I. 13 (restrictions on "the promise of pay"); and Constitution Article 3.1, O.I. 21 (prohibitions on remuneration for the use of a student-athlete's picture or name for commercial purposes).

[77] *See, e.g.,* Expert Report of Class Certification of Roger G. Noll ("Noll Class Report"), August 31, 2012, Exhibit 1A-1C.

[78] Emmert Deposition (March 6, 2012), pp. 109-110.  *See also*: Renfro Deposition (June 26, 2012), p. 40; Deposition of David Knopp, May 24, 2012 (hereinafter "Knopp Deposition (May 24, 2012)"), pp. 272-273.

[79] It should be noted that amateur college athletics are not commercial products as typically defined in an antitrust case.  For instance, a key feature of amateur college athletics is the integration of academics and athletics.

HIGHLY CONFIDENTIAL–COUNSEL ONLY: SUBJECT TO PROTECTIVE ORDER

removal of that conduct). In the rest of this section, I describe the widespread evidence of the considerable demand for amateur college men's football and basketball.

52. It is clear that NCAA men's basketball and football are extremely popular, as plaintiffs' experts Professor Roger Noll and Professor Daniel Rascher appear to agree.[80] Evidence points to a large and increasing demand for college basketball and football games. The evidence further indicates that despite a lower level of talent and skill, NCAA D-I men's basketball and football compete successfully for fan interest against professional leagues.

53. Attendance at D-I college basketball and football games has grown steadily over the last decade. With respect to men's college varsity basketball games, attendance has increased about 20 percent since 1993, and about 16 percent since 2001.[81] Similarly, attendance at football games has increased by about 20 percent since 2001.[82]

54. Total attendance at NCAA men's basketball and football games is substantially higher than total attendance at professional league games. Exhibits 3A and 3B show that in 2009-2010, total D-I men's basketball attendance was 19% higher than total NBA attendance, and total attendance at FBS college football games was 100% higher than total attendance at NFL games. Moreover, in some cases, college football games have higher average attendance than the average attendance at NFL games for teams from the same state. For example, Ohio State's average game attendance in 2012 was 105,330, versus an average attendance of 61,188 at Cincinnati Bengals' games; and the average game attendance at University of Michigan games was 112,252, versus 63,769 for the Detroit Lions.[83] Stadium capacities at Ohio State and at the University

---

[80] Noll Class Report, Exhibit 7; Declaration of Daniel A. Rascher in Support of Motion by Antitrust Plaintiffs for Class Certification ("Rascher Declaration"), April 24, 2013, ¶ 74.

[81] NCAA Men's Basketball Attendance Statistics, "Division I Summary," available at <http://www.ncaa.org/wps/wcm/connect/public/ncaa/resources/stats/m+basketball/attendance/index.html>, accessed September 12, 2013. This includes regular and postseason game attendance.

[82] NCAA Men's Football Attendance Statistics, available at <http://www.ncaa.org/wps/wcm/connect/public/ncaa/resources/stats/football/attendance/index.html>, accessed September 9, 2013. This includes regular season and bowl game attendance.

[83] "2012 National College Football Attendance," *NCAA.org*, available at <http://fs.ncaa.org/Docs/stats/football_records/Attendance/2012.pdf>, accessed September 20, 2013; "NFL Attendance – 2012," *ESPN.com*, available at <http://espn.go.com/nfl/attendance/_/year/2012>, accessed September 13, 2013.

of Michigan exceed the capacities of the Bengals' Paul Brown stadium, and the Lions' Ford Field by more than 50 percent, respectively.[84]

55. While attendance is constrained by stadium capacity, television viewership is not.[85] The size of television audiences and the resulting value of NCAA media contracts, have increased dramatically over the last several decades. Payments under NCAA contracts covering the broadcast of the "March Madness" tournament and other NCAA championships have grown more than three times the rate of inflation from 2002-3 to 2012-13.[86]

56. The popularity of amateur college athletics is also demonstrated by the rise of numerous broadcast networks dedicated almost exclusivity to broadcasting college sports. ESPNU, an affiliate of ESPN, is perhaps the most prominent and established example.[87] Launched in March 2005, ESPNU aimed to "give the college sports fan more of what they want on a 24/7 basis."[88] Subscribership to ESPNU increased by a factor of 12 between 2005 and 2012, reaching 85 million subscribers only eight years after its launch (see Exhibit 4).[89] Recent years have also seen the rise of cable channels dedicated to single conferences or schools. The Big Ten Network, founded in 2007 as one of the first of these channels, was an immediate success, becoming the

---

[84] Ohio State's stadium has a capacity of 102,329, compared to the 65,515 capacity of the Paul Brown Stadium; the University of Michigan Stadium has capacity of 109,901, compared with the 65,000 capacity of Ford Field. *See:* Tim May, "Ohio State football: Additional 2,500 seats proposed for stadium," *The Columbus Dispatch*, May 31, 2013, available at <http://buckeyextra.dispatch.com/content/stories/2013/05/31/additional-2500-seats-proposed-for-stadium.html>; "Paul Brown Stadium: Facts and Stats," *Bengals.com*, available at <http://www.bengals.com/stadium/facts.html>, accessed September 9, 2013; "Ford Field Facts & History," *DetroitLions.com*, available at <http://www.detroitlions.com/ford-field/facts-history.html>, accessed September 9, 2013.

[85] Rascher Declaration, ¶ 38.

[86] "2001 NCAA-ESPN Agreement" (NCAAPROD00293070-121, at 084); "2011 NCAA-ESPN Agreement" (NCAAPROD00300324-434, at 366); "Consumer Price Index," Federal Reserve of Minneapolis, available at <http://www.minneapolisfed.org/community_education/teacher/calc/hist1913.cfm>, accessed September 6, 2013.

[87] Another example is Fox's "Fox College Sports" network ("Fox College Sports," *FoxFlash.com*, available at <http://www.foxflash.com/div.php/main/page?aID=11z2z1z1>, accessed September 18, 2013).

[88] Mel Bracht "ESPN plans college sports television Network to launch ESPNU March 2005," *NewsOK.com*, September 8, 2004, available at <http://newsok.com/espn-plans-college-sports-televisionbrnetwork-to-launch-espnu-march-2005/article/2865344/?page=1>, accessed September 18, 2013.

[89] Economics of Basic Cable Networks, *SNL Kagan*, 2011, pp. 273-274.

first network in cable or satellite television history to reach 30 million subscribers within its first 30 days on air.[90]  It was quickly followed by the Longhorn Network (University of Texas) in August 2011[91] and the Pac-12 Network in August 2012.[92]  Brigham Young University also has its own channel, BYUtv.[93]  The SEC and ACC also are planning to launch their own conference television networks within the next few years.[94]

57. Several of these college-focused sports networks also make games available on-line both through live-streaming and post-game streaming of full games or highlights, creating another important outlet for college sports fans to view games.[95]

58. The popularity of amateur college athletics is also clear from numerous surveys on the subject.  Results reported in ESPN Sports Poll Annual Presentations demonstrate the popularity of college football and basketball.[96]  According to poll estimates, more

---

[90]  *See:* "FAQ," *Big Ten Network*, available at <http://btn.com/btn-faq/>, accessed September 18, 2013; "About Us," *Big Ten Network*, available at <http://btn.com/about/>, accessed September 18, 2013.

[91]  Will Alsdorf, "Longhorn Network launch date announced," *The Daily Texan*, June 15, 2011, available at <http://www.dailytexanonline.com/blogs/the-update/2011/06/15/longhorn-network-launch-date-announced>, accessed September 18, 2013.

[92]  Jeffrey Martin, "Pac-12 Conference networks come with big money at stake," *USA Today*, August 10, 2012, available at <http://usatoday30.usatoday.com/sports/college/story/2012-08-10/new-pac-12-networks-bold-approach-to-tv-media/56925808/1>, accessed September 18, 2013.

[93]  While not exclusively a sports network, BYUtv has made athletics a central part of its programming, broadcasting BYU athletics teams and the West Coast Conference Basketball Tournament ("Overview," BYUtv, available at <http://www.byutv.org/about>, accessed September 19, 2013; "How to Find BYUtv," BYU, available at <http://byucougars.com/athletics/how-find-byutv>, accessed September 19, 2013; Ryan Teeples, "BYU sports is for BYUtv, not the other way around," *Deseret News*, June 19, 2013, available at <http://www.deseretnews.com/article/865581885/Ryan-Teeples-BYU-sports-is-for-BYUtv-not-the-other-way-around.html?pg=all>, accessed September 19, 2013; "BYUtv to Televise Eight Games From 2012 Zappos.com WCC Basketball Championships," *WCCSports.com*, February 24, 2012, available at <http://www.wccsports.com/sports/m-baskbl/spec-rel/022412aac.html>, accessed September 24, 2013.)

[94]  Jeremy Fowler, "ACC Network still in early stages but there are a few hurdles to clear,", CBS Sports, June 5, 2013, available at <http://www.cbssports.com/collegefootball/writer/jeremy-fowler/22356703/acc-network-still-in-early-stageswhats-next>, accessed September 18, 2013.

[95]  *See, e.g.,* "TV Schedule & Shows," *Big Ten Network*, available at <http://btn.com/shows/>, accessed September 19, 2013; "Pac-12 Now," *Pac-12 Enterprises*, available at <https://itunes.apple.com/us/app/pac-12-now/id550252401?mt=8>, accessed September 19, 2013.

[96]  ESPN began polling in 1994 in collaboration with Chilton Research Services, which has since become part of TNS Intersearch.  The complete title of the ESPN Sports Poll is "The ESPN Sports Poll, A Service of TNS Intersearch."  The ESPN Sports Poll is "considered the industry standard for measuring fan interest and activity." (*See:* "ESPN and TNS Intersearch Partner to Provide the Next Generation ESPN Sports Poll," *BW Sports Wire*, November 16, 2000, available at http://www.thefreelibrary.com/ESPN+And+TNS+Intersearch+Partner+to+Provide+the+Next+Generation+ESPN...-a066997063, accessed September 25, 2013).  The polls survey random samples of between 22,000 and 24,000 people annually aged 12 years old or older by telephone.  The polls claim

than half of the U.S. population 12 years old or older identified themselves as college football "fans," and almost half identified themselves as college basketball fans.[97]  As shown in the table below, college football has a fan base that is higher than the NBA's fan base, and is not far behind the NFL.  The fan base for college basketball is almost as high as that of the NBA.  These conclusions generally hold for each of the years covered by these surveys.

**Fan Bases for College Versus Professional Basketball and Football**

| Year | NFL | College Football | NBA | College Basketball |
|------|-----|------------------|-----|--------------------|
| 1995 | 69% | 58% |     | 52% |
| 1996 | 71% | 61% |     | 55% |
| 1997 | 70% | 58% |     | 52% |
| 1998 | 68% | 56% |     | 49% |
| 1999 | 66% | 54% |     | 48% |
| 2000 | 69% | 57% | 54% | 49% |
| 2001 | 67% | 56% | 52% | 48% |
| 2002 | 67% | 56% | 51% | 47% |
| 2003 | 67% | 57% | 51% | 48% |
| 2004 | 69% | 57% | 51% | 48% |

Sources: ESPN Sports Poll, Annual Presentations, various.

59. The fan bases for college football and college basketball have consistently ranked above professional sports such as professional hockey, NASCAR, professional tennis, boxing, and professional golf.[98]

60. Moreover, there is a unique connection between amateur college sports teams and fans that is distinct from professional teams.  Sports journalist and author John Bacon describes these unique features in the context of college football, "… College teams

---

to be an "Accurate Representative and Random Sample of U.S. population Ages 12+."  *See e.g.,* ESPN Sports Poll Annual Presentation, July 20, 2005, p. 3.

[97]  ESPN Sports Poll Annual Presentation, various years.

[98]  The ESPN Sports Poll Annual Presentation dated July 20, 2001, presents the fan base percentage for 1995 through 1999, but does not provide additional information on all surveyed sports over those years.  The Annual Presentations dated July 20, 2005, August 10, 2004, and September 10, 2003 provide fan base percentages for 20 different sports; Annual Presentations dated July 31, 2002 and July 20, 2001 provide information for 16 and 14 sports respectively.

play on college campuses, where students actually go to school.  The students feel as connected to these campuses as they do to their homes. … That also goes for the jocks … [In contrast,] NFL players make millions and live in gated communities. You're not likely to meet them…"   Mr. Bacon also points out that "[p]ro teams choose their players, but college players choose their teams—which leads to another major difference: universities, because they started long before their football teams, represent a particular set of values, priorities and strengths that stamp the teams that wear their name."[99]

### VI.C.   The NCAA Contributes to the Popularity of Amateur College Athletics

61. In addition to its rules that seek to preserve the amateur aspect of college athletics, the NCAA contributes to the popularity of college athletics through its sponsorships of championships and tournaments, especially the D-I "March Madness" basketball tournament.

62. As noted above, the NCAA sponsors championships in 23 sports.  These championships bring together schools from different conferences representing large and small schools, and traditional powers with traditionally weaker teams.  This helps to expand awareness of colleges and teams beyond the reach of a school or conference for both potential student-athletes and consumers.  It also provides opportunities for traditionally weaker teams to compete at the highest level against traditionally strong teams.

63. The NCAA's D-I March Madness basketball tournament is especially popular.[100] According to a 1997 study of NCAA Division I basketball commissioned by the NCAA and conducted by the Taylor Research and Consulting Group (the "Taylor Study"), the Final Four is in the same league as other top championship events.[101]

---

[99] Sports blog featuring a question-and-answer with sports journalist and author, John Bacon.  (John Bacon, "The John Bacon Q&A: College Football at a Crossroads," MGoBlog, September 5, 2013, available at <http://mgoblog.com/content/john-bacon-qa-college-football-crossroads>, accessed September 10, 2013.)

[100] In trying to explain the popularity of March Madness to an international audience, *The Economist* compared it to the "atmosphere surrounding the World Cup." (S.A.P., "They're all a little mad," The Economist, March 18, 2013, available at <http://www.economist.com/blogs/johnson/2013/03/college-basketball>, accessed August 28, 2013.)

[101] *The National Collegiate Athletic Association College Basketball Research Study, Final Report*, Prepared by Taylor Research & Consulting Group, Inc., May 1998, ("Taylor Study").  A principle

The Taylor Study found that, in terms of "prestige," NCAA sponsors expressed that "the [NCAA tournament] Final Four ranks in the same class as the Super Bowl, the Masters golf tournament and the World Series."[102]  Paid attendance at the tournament has grown more than five-fold since 1970, partly owing to an expansion of the number of participating teams from 25 in 1970 to 68 in 2012.[103]  The number of tournament games broadcast has also increased.  Prior to 2011, only select games were broadcast, with CBS switching coverage in the middle of games at its discretion.  Beginning in 2011, after the NCAA signed a new agreement with Turner/CBS, all tournament games have been nationally televised.[104]

64. The opportunity to watch "Cinderella" teams participate is a particularly appealing aspect of the tournament.  For example, Virginia Commonwealth University, a member of the Atlantic 10 Conference, and a team that is not a traditional powerhouse, reached the Final Four in the 2011 men's basketball tournament, defeating five teams from different conferences, including traditionally strong teams from major conferences including Kansas (from the Big 12) and Georgetown (from the Big East).[105]  Likewise, Butler University, then a member of the Horizon League[106] and a school with only 4,200 students, reached the National Championship Game in back-to-back years in 2010 and 2011, defeating their bracket's top-seeded

---

objective was to "[a]ssess the state of the game of college basketball when it comes to: degrees of fan interest and intensity; game attendance; television viewership; [and] licensed product ownership."  The first phase of the study consisted of 10 focus groups conducted in five cities across the U.S.  The second phase was a nationwide telephone survey of a random sample of 2,352 consumers aged 9-55.  Additional in-depth targeted interviews were also conducted, as were finding from ESPN polls.  Taylor Study, especially pp. 1-2.

[102] Taylor Study, p. 62.  "Prestige" as described in the Taylor Study is a combination of athletes at their best and broad national interest.

[103] NCAA Tournament Statistics, p. 33, available at <http://fs.ncaa.org/Docs/stats/m_final4/2013/3Tourn.pdf>, accessed September 6, 2013.

[104] O'Toole, Thomas, "NCAA reaches 14-year deal with CBS/Turner for men's basketball tournament, which expands to 68 teams for now," *USA Today*, April 22, 2010, available at <http://content.usatoday.com/communities/campusrivalry/post/2010/04/ncaa-reaches-14-year-deal-with-cbsturner/1#.UkDmRIakoZB>, accessed September 24, 2013; "New TV Deal Changes How Fans Watch NCAA Tournament," *WFAN/AP*, March 15, 2011, available at <http://newyork.cbslocal.com/2011/03/15/new-tv-deal-changes-how-fans-watch-ncaa-tournament/>, accessed September 24, 2013.

[105] "VCU schedule/results," *NCAA.org*, available at <http://fs.ncaa.org/Docs/stats/m_basketball_champs_records/2011/d1/html/vcu.htm>,          accessed September 17, 2013.

[106] "Horizon League Stats Central: Men's Basketball," 2009-10 and 2010-11, *HorizonLeague.org*, available at <http://www.horizonleague.org/stats/mens-basketball/>, accessed September 24, 2013.

teams both years.[107]  The chance for small schools to compete and win is an important part of the popularity and success of men's college basketball.

65. Indeed, it is relatively common for low-ranked teams to advance beyond the first round.  From 1985 to 2012, 62 teams seeded between 10 and 16 have made it to the "Sweet 16",[108] (i.e., have been among the last 25% of teams standing) including at least one in all but three years during that time.[109]  Furthermore, at least one 12 seed has made it past the first round in all but three years from 1985-2012,[110] and 12 seeds have reached the "Sweet 16" a total of 19 times -- as many times as 7 seeds, and more often than 8 and 9 seeds combined.[111]  Over this period there have been 197 "upsets," which implies an average of about 7 upsets per year.[112]

66. The large number of teams combined with the real chance for upsets helps to make the basketball tournament especially popular, as seen in the growth in attendance, and as recognized by tournament sponsors.  Evidence suggests that, in fact, the basketball

---

[107] "The Greatest Story in College Basketball History," *ButlerSports.com*, available at <http://www.butlersports.com/final-4-recap>, accessed September 24, 2013.

[108] Since 1985, the NCAA tournament has been organized as four regional brackets of 16 teams each. (The winner of each conference automatically qualifies, and the others are selected by an NCAA selection committee, and can require winning a "play-in" game.)  Within each bracket, the teams are ranked ("seeded") from 1 to 16 by the NCAA selection committee, with the lowest seed, "1," generally regarded as the best team.  In the first round, the 16th seed in a bracket plays the 1st seed, the 15th seed plays the 2nd seed and so on.  After the first round, 32 teams remain; and after the second round, 16 teams remain, commonly known as the "Sweet 16." Across-region competition begins with the Final Four (NCAA Division I Men's Basketball Championship Principles and Procedures for Establishing the Bracket, 2012, pp. 1-5, available at <http://www.ncaa.com/content/di-principles-and-procedures-selection/>, accessed September 21, 2013; Amy Farnum, "Ushering in the Madness," *NCAA.com*, January 13, 2013, available at <http://www.ncaa.com/news/basketball-men/marchmadness75/2013-01-28/ushering-madness>, accessed September 21, 2013; NCAA Tournament Statistics, pp. 16-18, 37-38, available at <http://fs.ncaa.org/Docs/stats/m_final4/2013/3Tourn.pdf>, accessed September 6, 2013; "Men's Basketball Championship Bracket," 2013, available at <http://i.turner.ncaa.com/dr/ncaa/ncaa/release/sites/default/files/external/printable-bracket/2013/bracket-ncaa.pdf>, accessed September 21, 2013).

[109] Keith Lipscomb, "68 NCAA tournament bracket facts," *ESPN.com*, March 17, 2013, available at http://espn.go.com/mens-college-basketball/story/_/page/tcmen13trends/2013-men-ncaa-tournament-bracket-trends-consider-making-picks-field-68, accessed September 21, 2013.

[110] Keith Lipscomb, "68 NCAA tournament bracket facts," *ESPN.com*, March 17, 2013, available at http://espn.go.com/mens-college-basketball/story/_/page/tcmen13trends/2013-men-ncaa-tournament-bracket-trends-consider-making-picks-field-68, accessed September 21, 2013.

[111] Keith Lipscomb, "68 NCAA tournament bracket facts," *ESPN.com*, March 17, 2013, available at <http://espn.go.com/mens-college-basketball/story/_/page/tcmen13trends/2013-men-ncaa-tournament-bracket-trends-consider-making-picks-field-68>, accessed September 21, 2013.

[112] NCAA Tournament Statistics, pp. 17-18, available at <http://fs.ncaa.org/Docs/stats/m_final4/2013/3Tourn.pdf>, accessed September 6, 2013.  An "upset," as defined in the NCAA Tournament Statistics book, occurs when a team defeats another team that is seeded at least five spots lower.

tournament is more popular than the regular season games. According to estimates from the ESPN Sports Poll Annual Presentations, the share of the U.S. population that identifies itself as a fan of college basketball peaks around the time of the NCAA-sponsored "March Madness" basketball tournament. Survey respondents indicated tournament "excitement" and interest in the participating schools among the "very important" reasons in 2005 for watching the basketball tournament, as reported by the ESPN Sports Poll survey dated July 20, 2005.[113] These responses were also indicated as "very important" for prior years.[114]

67. As seen in the table below, results from The Taylor Study show that March Madness ("national tournament") games have substantially more interest than regular season games or even "conference playoff" games.

### NCAA Men's Basketball Game Interest

| Game Type | Game Attendees | Non-Attendees |
|---|---|---|
| Regular Season | 40% | 18% |
| Traditional Rivalries | 51% | 28% |
| Games Between Local Teams | 53% | 32% |
| "Conference Playoffs" | 54% | 29% |
| **National Tournament Games** | **65%** | **37%** |

Note: Responses shown are for respondents who indicated that they are very interested in men's basketball.
Source: *The National Collegiate Athletic Association College Basketball Research Study, Final Report,* Prepared by Taylor Research & Consulting Group, Inc., May 1998, p. 47.

## VI.D.  Amateurism is an Important Driver of the Popularity of Amateur College Athletics

### VI.D.1.    Amateur College Football and Basketball are More Popular than Minor League Football and Basketball

68. While the quality of the athletes is certainly one factor that affects consumer demand for college sports, if this were the primary driver, one would expect minor league

---

[113]  The survey asked: "How important are the following in your decision to watch this year's NCAA Division I Men's and/or Women's Basketball Tournament?" among sports fans 12 years old or older who watched or planned to watch any of the men's or women's tournament. ESPN Sports Poll Annual Presentation, July 20, 2005, p. 37. Other reasons indicated include liking basketball generally, and liking NCAA college basketball.

[114]  ESPN Sports Poll Annual Presentation, August 10, 2004, p. 64; ESPN Sports Poll Annual Presentation, September 10, 2003, p. 62; ESPN Sports Poll Annual Presentation, July 31, 2002, p. 60.

HIGHLY CONFIDENTIAL–COUNSEL ONLY: SUBJECT TO PROTECTIVE ORDER Page 33

professional sports – where the quality and experience of players is generally higher than their college counterparts – to be more popular than college sports.  In fact, the popularity of amateur college football and men's basketball greatly exceeds that of minor league football and basketball.

69. The NBA's minor league is the Development League ("NBA D-League").  Created in 2005, the D-League is a professional basketball league serving as a developmental league for NBA prospects.[115]  Salaries in the NBA D-League range from $12,000-$24,000, well below the top grant-in-aid values at NCAA institutions.[116,117]  There has been substantial movement between the D-League and the NBA.  A recent news article noted that 81 players drafted in 2010-2012 had previous played in the D-League.[118]  In addition, in the 2011-2012 season, for example, the NBA D-League had 60 players called up to NBA teams,[119] and "27 percent of players in the NBA at the conclusion of the 2011-12 season boasted NBA D-League experience,"[120] including NBA star Jeremy Lin.[121]  The quality of players in thus relatively high.

70. Evidence suggests, not surprisingly, that the overall quality of NBA D-League players is higher than typical D-I collegiate players.  Most D-I college players do not go on to play professional basketball after leaving college.  Only a select few are drafted either into the NBA itself or into the NBA D-League.[122]  Comprehensive statistics on the background of D-League players are not available, but an examination of a sample of

---

[115]  "NBA D-League FAQ," *NBA.com*, available at
<http://www.nba.com/dleague/santacruz/dleague_faqs.html>, accessed June 19, 2013.

[116]  Yannis Koutroupis, "NBA D-League offers guys a chance to be seen," *USA Today*, February 26, 2013, available at <http://www.usatoday.com/story/sports/nba/2013/02/26/nba-development-league/1943171/>, accessed August 27, 2013.

[117]  At the most expensive Division I institutions, grant-in-aid values for the 2012-2013 year exceeded $55,000.  (*See, e.g.,* The National Center for Education Statistics, available at <http://nces.ed.gov/collegenavigator/>, accessed August 26, 2013).

[118]  Yannis Koutroupis, "NBA D-League offers guys a chance to be seen," *USA Today*, February 26, 2013, available at <http://www.usatoday.com/story/sports/nba/2013/02/26/nba-development-league/1943171/>, accessed August 27, 2013.

[119]  "NBA D-League 101," *NBA.com*, available at
<http://www.nba.com/dleague/news/nbadleague_101.html>, accessed August 27, 2013.

[120]  "NBA D-League 101," *NBA.com*, available at
<http://www.nba.com/dleague/news/nbadleague_101.html>, accessed August 27, 2013.

[121]  "NBA D-League FAQ," *NBA.com*, available at
<http://www.nba.com/dleague/santacruz/dleague_faqs.html>, accessed June 19, 2013.

[122]  *See, e.g.,* "Probability of Going Pro," NCAA.org, available at, <http://ncaa.org/wps/wcm/connect/public/ncaa/resources/research/probability+of+going+pro>, accessed September 20, 2013.

team rosters demonstrates that nearly all players were among the more successful D-I basketball players.[123]

71.  Virtually all players on the 2013-14 rosters of D-League Western Division teams had distinguished college careers.  For example, seven out of ten players on the 2013-14 roster of players for the Bakersfield Jam, were selected to their all conference teams during their college careers.[124]  The other three players also had distinguished college basketball careers.

72. In spite of the relatively high level of player quality present in the NBA D-League (levels generally greater than NCAA Division I), evidence shows limited popularity and popularity growth compared with Division I men's basketball.  In the 2011-12 season, the 16 D-League teams had an average per game attendance of about 2,600, compared to an average per game attendance of about 5,000 at Division I men's basketball games.[125]  Furthermore, as shown on Exhibit 3A, in the 2009-2010 season overall attendance for the D-League was well below that of both the NBA and the NCAA.

73. The NBA D-League has far more limited television exposure with only 12 games of

---

[123]   Website links in support for this can be found in Attachment C, the List of Materials Considered.

[124]   Also known as "all-conference" teams, conference *first*, *second* and *third* teams typically are chosen by conference coaches, and reflect the coaches' evaluations as to the best players in the conference in a given season (*See, e.g.*, Pac-12 2012-13 Handbook, p. 117; SEC 2009-10 Manual, pp. 56, 72; WAC 2010-11 Code Book, pp. 32-33).

[125]   "D-League draws 1 million fans for first time," *NBA.com*, April 6, 2010, available at http://www.nba.com/2010/news/04/06/dleague.attendance.ap/index.html, Accessed August 29, 2013; John Lombardo, "D-League tips off with strengthened affiliations," Sports Business Journal, November 19, 2012, available at <http://www.sportsbusinessdaily.com/Journal/Issues/2012/11/19/Leagues-and-Governing-Bodies/NBA-D-League.aspx>, accessed August 27, 2013; NCAA Men's Basketball Attendance Statistics, "Division I Summary," available at <http://www.ncaa.org/wps/wcm/connect/public/ncaa/resources/stats/m+basketball/attendance/index.html>, accessed September 12, 2013.  Total attendance for the 16 D-League teams in the 2011-12 was 1,055,239, or 65,952 per team.  In 2012, Division I Men's basketball had regular season total attendance of over 25 million, or per team attendance of about 75,000.  Teams in the NBA D-League play a 50 game season, while the average Division I Men's basketball team played 30 games in 2012 (John Lombardo, "D-League tips off with strengthened affiliations," Sports Business Journal, November 19, 2012, available at <http://www.sportsbusinessdaily.com/Journal/Issues/2012/11/19/Leagues-and-Governing-Bodies/NBA-D-League.aspx>, accessed August 27, 2013; NCAA Men's Basketball Attendance Statistics, "Division I Summary," *NCAA*.org, available at <http://www.ncaa.org/wps/wcm/connect/public/ncaa/resources/stats/m+basketball/attendance/index.html>, accessed September 12, 2013; "NBA D-League FAQ," *NBA.com*, available at http://www.nba.com/dleague/santacruz/dleague_faqs.html, Accessed June 19, 2013).

the 2012-13 regular season being broadcast through an agreement with CBS Sports Network and an additional 30 games broadcast on NBA TV (a network owned by the NBA).[126]  In combination, only 42 of the 400 regular-season NBA D-League games are nationally broadcast on television.  In contrast, nearly all regular-season college basketball games for major conferences are broadcast,[127] and all conference tournament games and March Madness games are broadcast.  Subsequent broadcasting contracts suggest that demand for broadcasts of D-League games is low. For example, in 2011, Google agreed to pay a fee "in the low six figures," to stream about 350 of the league's 400 games live on YouTube in 2012.[128]

74. Professional football leagues that feed players into the NFL display similar patterns. The Arena Football League ("AFL"), founded in 1987, and the United Football League ("UFL") founded in 2009, both feature high quality players.[129]  For example, NFL stars such as Kurt Warner played in the AFL from 1995-1997, and went on to lead the St. Louis Rams to a Super Bowl in 1999 being named NFL and Super Bowl

---

[126]  "CBS Sports Network Announces Programming Schedule in First Year of NBA D-League Coverage," *NBA.com*, available at <http://www.nba.com/dleague/news/cbs_sports_network_nba_development_league_schedule_2012_11_14.html>, accessed September 9, 2013; "CBS Sports Network Joins NBA Development League's TV Roster," *Multichannel.com*, August 30, 2012, available at <http://www.multichannel.com/networks/cbs-sports-network-joins-nba-development-leagues-tv-roster/126323>, accessed September 9, 2013; Mike Reynolds, "NBA TV Scores Multiyear Distribution Deal With Direct TV," *multichannel.com*, April 16, 2009, available at <http://www.multichannel.com/satellite/nba-tv-scores-multiyear-distribution-deal-directv/127221>, accessed September 9, 2013.

[127]  For example, the Pac-12 has finalized plans that "guarantees that every Pac-12 home game will be televised" for the 2012-13 season ("Pac-12 Networks to televise 150 men's basketball games, adds Hall of Famer Bill Walton to on-air talent roster," *Pac-12.com*, August 29, 2012, available at <http://pac-12.com/article/2012/08/29/pac-12-networks-televise-150-mens-basketball-games-adds-hall-famer-bill-walton>, accessed September 18, 2013). The ACC also has television deals in place which ensure that all 149 ACC men's basketball games are broadcast ("ACC Releases 2013-14 Men's Basketball Conference-Games Schedule, Highlighted by 83 National Telecasts," *TheACC.com*, August 22, 2013, available at <http://www.theacc.com/#!/news-detail/ACC-Conference-Games-Schedule_08-22-13_obk6i1>, accessed September 18, 2013).

[128]  John Ourand and John Lombardo, "Google To Pay Rights Fee In Low Six Figures To Stream NBA D-League Games This Year," *Sports Business Journal*, November 20, 2012, available at <http://www.sportsbusinessdaily.com/Daily/Issues/2012/11/20/Media/DLeague.aspx>, accessed August 27, 2013.

[129]  Mike Brown, "Caution is new league's strength," *Tulsa World*, September 27, 2009, available at <http://www.tulsaworld.com/article.aspx/Caution_is_new_leagues_strength/20090927_223_b1_howcan164403>, accessed August 28, 2013; Pete Prisco, "NFL could find new UFL to be a nice development," *CBS Sports*, March 30, 2009, available at <http://www.cbssports.com/nfl/story/11569904>, accessed August 29, 2013.

MVP.[130]  The AFL currently has 16 former NFL draft picks on rosters[131] and 42 AFL players were on NFL training camp rosters in 2013.[132]

75. The UFL was "made up of players who were cut in NFL training camps, veterans who want to get back to the NFL and free agents"[133] and after the 2010 season, at least 25 UFL players signed contracts with NFL teams.[134]  In addition, the UFL had high quality coaches such as Jim Haslett, Jim Fassel, and Dennis Green.[135]

76. Despite the talent and quality of product the two leagues provide, neither league has come close to achieving the same levels of popularity as that of FBS football.  During the most recent FBS football season, the average attendance was over 45,000 per game.[136]  In the most recent Arena football season, average per game attendance was 8,196.[137]  The UFL managed average attendance of 15,230 per game in 2010 before interest declined, and the league folded partway through the 2012 season.[138]  Furthermore, as shown in Exhibit 3B, in 2012, overall attendance for the AFL was well below that of both the NFL and the NCAA's FBS games.

77. To sum up, there is compelling evidence that NCAA football and basketball are popular, and that their popularity is at the level of the highest quality professional

---

[130]  "Warner, 2-time MVP, hangs up jersey," *ESPN.com*, January 29, 2010, available at <http://sports.espn.go.com/nfl/news/story?id=4870096>, accessed August 28, 2013.

[131]  "AFL Stars Among Former NFL Draftees," *ArenaFootball.com*, April 25, 2013, available at <http://www.arenafootball.com/sports/a-footbl/spec-rel/042513aai.html>, accessed August 28, 2013.

[132]  "Former AFL Players Vying For NFL Roster pots," *ArenaFootball.com*, August 22, 2013, available at <http://www.arenafootball.com/sports/a-footbl/spec-rel/082213aaa.html>, accessed August 28, 2013.

[133]  "Destroyers and UFL back for another go," *wavy.com*, July 27, 2012, available at <http://www.wavy.com/sports/destroyers-and-ufl-back-for-another-go>, accessed August 29, 2013.

[134]  Rob Brown, "25 UFL Players Sign NFL Futures Contracts," *AlternativeLeagueAccess.com*, January 14, 2011, available at <http://alternativeleagueaccess.com/25-ufl-players-sign-nfl-futures-contracts/>, accessed August 29, 2013.

[135]  Pete Prisco, "NFL could find new UFL to be a nice development," *CBS Sports*, March 30, 2009, available at <http://www.cbssports.com/nfl/story/11569904>, accessed August 29, 2013.

[136]  NCAA Men's Football Attendance Statistics, available at <http://www.ncaa.org/wps/wcm/connect/public/ncaa/resources/stats/football/attendance/index.html>, accessed August 21, 2013.

[137]  "AFL Arena Football History – Year By Year – 2013," *ArenaFan.com*, available at <http://www.arenafan.com/history/?page=yearly&histleague=1&fpage=attendance&year=2013>, accessed August 27, 2013.

[138]  "UFL second season attendance way up," *Examiner.com*, November 29, 2010, available at <http://www.examiner.com/article/ufl-second-season-attendance-way-up>, accessed August 27, 2013; Tom Fleming, "The demise of the United Football League could be seen from the 50-yard line," *Examiner.com*, October 21, 2012, available at <http://www.examiner.com/article/the-demise-of-the-united-football-league-could-be-seen-from-the-50-yard-line>, accessed August 28, 2013.

football and basketball leagues.  The evidence also supports a conclusion that there is more to the popularity of college sports than just the relative quality of participating athletes.  As described by one commentator, "… College football is selling romance, not prowess.  If ability were the only appeal, we'd move NFL games to Saturday and watch those games instead."[139]   As I describe in the section that follows, evidence suggests that this popularity is at least in significant part related to the fact that these are amateur collegiate programs.

### VI.D.2. Consumer Surveys Suggest That Consumers Value Amateurism

78. Evidence suggests that consumers value amateurism principles and the resulting differentiation with professional sports.  Wallace Renfro, former Vice-President and Chief Policy Advisor at the NCAA, testified "… based on my observation over a lengthy career, I think that turning intercollegiate athletics into second or third-rate professional sports would – would diminish the interest."[140]

79. Surveys show that consumers generally favor the amateur nature of college sports.

- Mondello *et al*. provide evidence that the public is generally opposed to paying student-athletes.[141]   Based on telephone interviews from a random sample of 420 households conducted in the fourth quarter of 2009, the authors found that about 70 percent of respondents believed that student-athletes should not be paid.[142]

- A 2007 "Seton Hall Sports Poll" found that 78 percent of respondents thought college athletes should not be paid a salary.[143]

- Similarly, in a 2013 Marist National Poll, 72 percent of college sports fans

---

[139]   John Bacon, "The John Bacon Q&A: College Football at a Crossroads," MGoBlog, September 5, 2013, available at <http://mgoblog.com/content/john-bacon-qa-college-football-crossroads>, accessed September 10, 2013.

[140]   Renfro Deposition (June 26, 2012), pp. 81-82.

[141]   Mondello, Michael, Alex R. Piquero, Nicole Leeper Piquero, Marc Gertz, and Jake Bratton, "Public perceptions on paying student athletes," *Sports in Society: Cultures, Commerce, Media, politics*, 2013, 16:1, 106-119.

[142]   Mondello, et al., p. 112.  The survey asked respondents whether they thought college athletes should be financially compensated (yes/no).  It appears that the authors' made a distinction between compensation as part of financial aid and as something in addition.  Mondello, et al., p. 111 and 113.

[143]   Seton Hall Sports Poll, conducted by the Sharkey Institute between March 26-28, 2007.  The poll surveyed 514 people by random telephone calling.

HIGHLY CONFIDENTIAL–COUNSEL ONLY: SUBJECT TO PROTECTIVE ORDER Page 38

reported that college athletes should only receive a scholarship.[144]  Moreover, 95 percent of respondents agreed with the proposition that "college sports is amateur sports and student-athletes should be required to attend class and focus on their studies."[145]

- A poll commissioned by Baylor University in September 2011 reveals that among college graduates, 82 percent felt that student-athletes should not be paid.[146]

- Finally, a Gallup Poll of 1,024 adults conducted in 2001 found that "three out of four Americans would oppose paying athletes anything in addition to the scholarships most of them currently receive, while only 21% would favor this."[147]

80. The 1997 Taylor Study (discussed above) defined six factors as drivers of fan interest and intensity of interest: character, competition, community, camaraderie, catharsis, and connection.[148]  With regard to the "character" factor, according to the study, "[t]he college game is perceived by basketball fans as being significantly stronger than the NBA when it comes to the *character* aspect of the sport … The motives of players, the team orientation of the game (as opposed to a *player* orientation), and the purity of the game are included in character, along with the general character of the players."[149]  The survey asked respondents if they agreed with several characterizations of basketball, comparing college men's basketball with the NBA. The table below clearly demonstrates that the public perception of college basketball is different from its perception of professional basketball.

---

[144]  Marist National Poll, Marist College Institute for Public Opinion, conducted between March 4-7, 2013. The poll surveyed 1,233 randomly selected adults by telephone.

[145]  Only 5% agreed with a view that "college sports have become a business and student athletes should not have to go to class but be allowed to focus on training and competing."  (Marist National Poll)

[146]  "Conference Realignment Poll," September 2011, available at <http://www.baylor.edu/survey/>, accessed August 30, 2013.  The poll surveyed 1,500 college graduates within the Big 12 Conference states.

[147]  "March Madness in Minneapolis Makes Many Hoops Fans Merry," Mark Gillespie, Gallup News Service, March 30, 2001, available at <http://www.gallup.com/poll/1852/March-Madness-Minneapolis-Makes-Many-Hoops-Fans-Merry.aspx>, accessed September 25, 2013.

[148]  Taylor Study, p. 12.

[149]  Taylor Study, p. 13.

### Taylor Study of College Basketball
### Percent of Survey Respondents Who Agree

|  | Men's College | NBA |
|---|---|---|
| "Admirable" | 82% | 83% |
| "Players play for love of game" | 80% | 62% |
| "Wholesome" | 78% | 65% |
| "Pure" | 67% | 56% |
| "Good role models" | 66% | 59% |
|  |  |  |
| "Gambling is primary interest" | 27% | 36% |
| "Little respect for coaches" | 21% | 35% |
| "Focus on individuals" | 52% | 73% |
| "Too much special treatment" | 43% | 66% |
| "Too much showboating" | 43% | 66% |

Source: *The National Collegiate Athletic Association College Basketball Research Study, Final Report*, Prepared by Taylor Research & Consulting Group, Inc., May 1998, p. 14.

81. The value the unique NCAA intercollegiate sports product can also been seen by looking at the behavior and views of licensees. The increasing values of television and broadcast contracts discussed above demonstrates that broadcasters themselves recognize this value.

82. The Taylor Study also explored views of NCAA corporate sponsors. The study reports that NCAA corporate partners cited notions of "passion" and "purity" as factors that differentiate NCAA basketball.[150] Of particular note are the study's conclusions surrounding the importance of amateurism: "in the minds of most of the sponsors, licensees, and network representatives we interviewed, these realities [the allure of large professional salaries] have not yet tainted the NCAA game. Essential to the passion and purity of NCAA basketball is the belief that *these kids aren't in it for the money, but for love of the game.*"[151]

## VII.   PROCOMPETITIVE BENEFIT: COMPETITIVE BALANCE

83. The NCAA's amateurism rules also have several other benefits. Amateurism rules

---

[150]   Taylor Study, pp. 62-65.
[151]   Taylor Study, pp. 63-65, (emphasis in original).

help promote competitive balance between and among NCAA teams.[152]   While competitive balance is usually thought of in terms of the distribution of wins and losses, a broader view of competitive balance includes a balance of opportunity to participate in and compete at the highest level, both within a given sport and across multiple sports.

84. The NCAA has established the Principle of Competitive Equity as one of its core principles.  As stated in the NCAA Constitution:

> The structure and programs of the Association and the activities of its members shall promote opportunity for equity in competition to assure that individual student-athletes and institutions will not be prevented unfairly from achieving the benefits inherent in participation in intercollegiate athletics[153]

85. The NCAA faces unique challenges in its efforts to promote competitive balance, which include, but are not limited to: the large numbers of schools of different sizes and available resources, and with different attitudes towards athletics; the fact that these schools sponsor many sports in addition to men's basketball and football (and are subject to Title IX constraints); and that student-athletes must be able to choose which school to attend.[154]  Professor Noll has acknowledged several of these factors as "features working against balance."[155]

86. The NCAA has created a structure – the separation of teams into divisions[156] – and established rules in an effort to achieve these objectives.  Moreover, teams have the opportunity to choose the division they wish to compete in, subject to fulfilling the particular division's rules.  For example, Division I rules require schools to sponsor

---

[152]   The NCAA has used the term "competitive equity" in its Constitution, and has recently adopted the phrase "commitment to fair competition" in its 2013-14 Division I Manual.  *See:* Division I Constitution Article 2.10, and Bylaw 20.9.1.3 (adopted January 19, 2013), in the 2013-14 NCAA Division I Manual.

[153]   2012-2013 Division I Manual, Constitution Article 2.10.

[154]   NCAA member schools – even those within the same division – may differ substantially in the emphasis that they place on a particular sport or in athletics in general.  This view was expressed by Dr. Emmert, who testified that "some universities over an extended period of time have chosen for a variety of reasons to focus time, energy, and motivation on – on specific sports.  Football in the South has a very long tradition, and it is – and it is widely successful.  They work very, very hard on it.  It is less so in the Ivy leagues." (Emmert Deposition, March 6, 2012, pp. 140-141.)

[155]   Noll Class Report, pp. 90-91.

[156]   Emmert Deposition (March 6, 2012), p. 17.  Dr. Emmert also testified about the existence of subdivisions like FCS and FBS in football, "recognizing their financial circumstances and to maintain competitive balance."  (Emmert Deposition (March 6, 2012), pp. 52-54.)

sports in addition to football and men's basketball. Sponsoring more sports increases the opportunities for a school to achieve competitive success.

87. Amateurism rules help to prevent teams with more resources from having a recruiting advantage. Under current NCAA rules, the grant-in-aid is a standardized package that is common across schools. As I explained in the Rubinfeld Class Report, and as I explain in more detail below, it is basic economics that providing substantial and widely varying payments to prospective recruits would create strong incentives for recruits to move to high revenue schools.[157]

### VII.A.1.   Competitive Balance is an Important Component of Fan Interest in Athletics

88. There is agreement among economists that competitive balance is an important aspect of a successful sports league.[158] Part of the attraction of sports contests for the fan (consumer) is the uncertain nature of the outcome. Spectators' interest in a game or a tournament would be diminished if outcomes were predictable.

89. The success of NCAA college football and basketball I described earlier in the report is consistent with a view that the NCAA is achieving sufficient competitive balance.

90. Almost all sports leagues use various mechanisms in an attempt to achieve an appropriate level of competitive balance and maintain the financial viability of teams. The NFL, NBA, MLB and NHL use a combination of revenue-sharing, a salary cap, and/or player drafts to achieve a competitive balance.[159] Though the details differ

---

[157] Rubinfeld Class Report, §XI; Rubinfeld Class Reply Report, ¶¶ 62-64.

[158] *See*: Chapter 3 in Szymanski, Stefan and Stephen F. Ross, *Fans of the World, Unite! A (Capitalist) Manifesto for Sports Consumers*, Stanford Economics and Finance, Stanford University Press, Stanford, CA, 2008; Szymanski, Stefan, "The Economic Design of Sporting Contests," *Journal of Economic Literature*, Vol. XLI (December 2003), pp. 1137-1187; Chapter 7 in Quirk, James and Rodney D. Fort, *Pay Dirt; The Business of Professional Team Sports*, Princeton University press, Princeton, NJ, 1997; Peach, Jim, "College athletics, universities, and the NCAA," *The Social Sciences Journal*, 44 (2007), pp. 11-22.

[159] *See:* Charlie Zegers, "Revenue Sharing and North America's Major Pro Sports Leagues," available at <http://basketball.about.com/od/nba-vs-nbapa/ss/Revenue-Sharing-And-North-Americas-Major-Pro-Sports-Leagues.htm>, accessed September 21, 2013; John Lombardo, "Inside NBA's revenue sharing," January 23, 2012, available at <http://www.sportsbusinessdaily.com/Journal/Issues/2012/01/23/Leagues-and-Governing-Bodies/NBA-revenue.aspx>, accessed September 21, 2013; "NFL Salary Cap FAQ," available at <http://nflsalarycapguru.com/>, accessed May 22, 2013; "Appendix: Differences between 2011 and 2005 CBAs," available at <http://www.cbafaq.com/salarycap.htm#appendix>, accessed September 21, 2013; Jamie Fitzpatrick, "The NHL Salary Cap Explained," available at <http://proicehockey.about.com/od/nhlfreeagents/a/2013_nhl_salary_cap.htm>, accessed August 27,

across the leagues, in general, revenues earned from league and team sources are distributed to teams according to revenue-sharing rules that shift revenues from higher revenue-generating teams to lower revenue-generating teams.  In addition, teams in the NFL, NBA and NHL are subject to a salary cap, which places restrictions on the maximum (and minimum) total amount each team must use for player salaries.

91. Major League Baseball also has revenue sharing rules, but in lieu of a salary cap, the league uses a so-called "luxury tax," where teams who exceed a certain salary threshold (that is the same for all teams), are subject to the "tax."  The tax rate, based only on the amount spent on salaries in excess of the threshold, is an increasing function of the number of consecutive seasons the team exceeded the threshold.[160]

92. All of these professional leagues employ some type of draft in which less successful teams are given better access to the best new players entering the league. For example, in a reverse-order draft, which is used by the NFL and MLB, the order in which teams select (draft) new players in a season is the inverse ordering of how teams performed in the prior season.[161]  Along similar lines, the NBA and NHL drafts are designed to give poor-performing teams from the previous season a higher probability than well-performing teams of getting an earlier draft pick.[162]

---

2013; "NFL draft 2010 first-round selection order," *USA Today*, February 26, 2010, available at <http://usatoday30.usatoday.com/sports/football/nfl/2010-nfl-draft-order.htm>, accessed September 24, 2013; "When is the 2013 MLB Draft and Everything Else You Need to Know," *Baseball America*, May 13, 2013, available at <http://www.baseballamerica.com/draft/when-is-the-2013-mlb-draft-and-everything-else-you-need-to-know/>, accessed September 24, 2013; "2013 Scotiabank NHL Draft Lottery to be held Monday," *NHL.com*, April 24, 2013, available at <http://www.nhl.com/ice/news.htm?id=667446>, accessed September 24, 2013; "2013 NBA Draft Lottery," InsideHoops.com, May 21, 2013, available at <http://www.insidehoops.com/nba_draft_lottery.shtml>, accessed September 9, 2013.

[160]  See, e.g., Charlie Zegers, "Revenue Sharing and North America's Major Pro Sports Leagues," available at <http://basketball.about.com/od/nba-vs-nbapa/ss/Revenue-Sharing-And-North-Americas-Major-Pro-Sports-Leagues.htm>, accessed September 21, 2013; Luis Delgado, "Explaining the Luxury Tax in Major League Baseball," February 5, 2013, available at <http://www.sportingcharts.com/articles/mlb/explaining-the-luxury-tax-in-major-league-baseball.aspx>, accessed August 27, 2013.

[161]  "NFL draft 2010 first-round selection order," *USA Today*, February 26, 2010, available at <http://usatoday30.usatoday.com/sports/football/nfl/2010-nfl-draft-order.htm>, accessed September 24, 2013; "When is the 2013 MLB Draft and Everything Else You Need to Know," *Baseball America*, May 13, 2013, available at <http://www.baseballamerica.com/draft/when-is-the-2013-mlb-draft-and-everything-else-you-need-to-know/>, accessed September 24, 2013.

[162]  "2013 NBA Draft Lottery," *InsideHoops.com*, May 21, 2013, available at <http://www.insidehoops.com/nba_draft_lottery.shtml>, accessed September 9, 2013; "2013

HIGHLY CONFIDENTIAL–COUNSEL ONLY: SUBJECT TO PROTECTIVE ORDER Page 43

93. While some have criticized these rules as not doing enough to maintain competitive balance,[163] the fact that all major professional sports leagues in the U.S. are making efforts on this dimension is evidence of the importance of competitive balance in providing a product that consumers demand.[164]  High-revenue NBA and NFL teams would be less likely to agree to these revenue sharing and other arrangements if they were not important to the overall success of the product they were selling.

94. There is greater diversity across FBS football and D-I men's basketball schools compared with professional league teams such as the NFL or the NBA.  For example, the NFL includes only 32 teams, and the NBA includes only 30 teams.[165]  In contrast, the NCAA membership includes at least 120 FBS teams and over 300 D-I basketball teams.  Moreover, the schools that field these teams vary widely in the size of their athletics programs and athletic budgets.[166]

95. Competitive balance is an important driver of the demand for NCAA athletics.  For example, an important source of the March Madness tournament's popularity is the opportunity to see generally weaker schools compete with traditional powers, with the real possibility of upsets.   As Dr. Emmert testified, "I think one of the inherent attractions that we all have to NCAA's championships is, in fact, the opportunity for schools and universities of great diversity to be able to compete and – and, in many

---

Scotiabank NHL Draft Lottery to be held Monday," *NHL.com*, April 24, 2013, available at <http://www.nhl.com/ice/news.htm?id=667446>, accessed September 24, 2013

[163]  *See, e.g.,* Szymanski, Stefan, "The Economic Design of Sporting Contests," *Journal of Economic Literature*, Vol. XLI (December 2003), pp. 1137-1187.

[164]  *See*: Rascher, Daniel A, "Do Fans Want Close Contests? A Test of the Uncertainty of outcome hypothesis in the National Basketball Association," *International Journal of Sport Finance*, 2007, 2, pp.130-141.  In this study, Dr. Rascher avers that if the outcome of a sports contest is nearly certain, "demand may begin to decline," and also points out that (professional) leagues have instituted rules aimed at increasing or maintaining competitive balance. (at pp. 130 and 132).  See also: Rascher, Daniel, "A Test of the Optimal Positive Production Network Externality in Major League Baseball," in E. Gustafson and L. Hadley, eds., Sports Economics: Current Research, 1999. Praeger Press.

[165]  "NFL Football Teams," *ESPN.com*, 2013, available at <http://espn.go.com/nfl/teams>, accessed March 13, 2013 and "NBA Basketball Teams," *ESPN.com*, 2013, available at <http://espn.go.com/nba/teams>, accessed March 13, 2013.

[166]  "Revenues & Expenses, 2004-2011 NCAA Division I Intercollegiate Athletics Programs Report" ("NCAA 2004-2011 Revenues & Expenses Report"), Prepared by Dr. Daniel Fulks, April 2012, Table 3.15, available at <http://www.ncaapublications.com/productdownloads/D12011REVEXP.pdf>, accessed September 25, 2013; *See, e.g.,* Tables 3.20, 3.21, 4.20, 4.21, and 5.20. The 2004-11 NCAA Revenue & Expenses Report only provides the data broken out by minimums and maximums with deciles, but does not identify the school.

cases, compete successfully."[167]   The Taylor Study quoted a sponsor saying "the underdog concept in this sport is unlike any other.  Princeton can beat North Carolina on any given night.  That's a real appeal."[168]   A Sports Illustrated column explained that "[u]psets are the essence of the NCAA tournament."[169]

96. As I explain below, APs' but-for world removes rules the NCAA uses to promote competitive balance and changes student-athletes' incentives in ways that would likely lead to less competitive balance.

### VII.A.2.   Large Differences in Player Compensation Would Likely Reduce Competitive Balance

97. In APs' but-for world, where schools would be free to pay student-athletes, these financial offers would be an additional, potent recruiting tool that high-revenue schools could use to attract and retain the best student-athletes.  While high-revenue schools may have recruiting advantages in the current world (with better training facilities, coaches, etc.), the ability to pay players would clearly change the recruiting landscape even more in the favor of these schools.[170]

98. This view is consistent with statements by Professor Noll.  For example, Professor Noll argues that under the current system student-athletes have a strong financial incentive to attend colleges close to home due to NCAA restrictions on transportation costs in financial aid packages.[171]   In a world in which student-athletes are earning substantial licensing royalties, such transportation cost concerns would no longer be significant for many student-athletes and hometown schools would lose out more often to the national powerhouses.  Similarly, Professor Noll argues that substantial compensation would reduce the incentive of student-athletes to leave school early.[172]   Strong programs losing their top players to the NBA, NFL, or other professional opportunities can be one source of year-to-year variation in competitive success.

---

[167]   Emmert Deposition (March 6, 2012), pp. 138-139.
[168]   Taylor Study, p. 65.
[169]   Pete Thamel, "March Madness 2013: Five high-reward NCAA tournament upset picks," *Sports Illustrated*, March 18, 2013, available at <http://sportsillustrated.cnn.com/-college-basketball-mens-tournament/news/20130318/ncaa-tournament-upsets/>, accessed August 28, 2013.
[170]   *See, e.g.,* Rubinfeld Class Report, section XI.B; Rubinfeld Class Sur-Reply Report, section VII.
[171]   Noll Report, pp. 31-32 and Noll Deposition pp. 441-442.  *See also*: Roger G. Noll, "The Antitrust Economics of NCAA Restrictions on Athletic Scholarships," p. 48.
[172]   Noll Report, pp. 60-63.

Under APs' but-for world, this source of variation would be reduced.

99. This is further supported by the testimony of NCAA and school officials. As Dr. Emmert testified, "I think it would be generally agreed to … by most observers that if you were to allow universities to provide student-athletes after they leave their institution with a payment of a hundred thousand dollars a year, and that was agreed to during the recruitment process and widely known during the recruitment process, that a university that was providing that level of reimbursement might have a competitive advantage over an institution that didn't."[173]

100. Patrick Harker, President of the University of Delaware, echoed this sentiment. He testified that in a world where student-athletes could get paid, "student-athletes would likely gravitate toward schools that would 'pay' them the most amount of money, without regard to whether they would be able to play or what the best educational opportunity might be for that particular student," which are criteria commonly used in the current world.[174] President Harker believes that "[s]chools that could afford to offer more money could 'stockpile' better players."[175] This would be especially harmful to "mid-major" schools.[176]

101. Unlike the professional leagues, the NCAA cannot realistically look to a draft as a way to allocate new players to facilitate competitive balance.[177] Student-athletes are both students and athletes and are choosing a university for academic, athletic, and other reasons. As discussed above, the student-athletes currently pick the schools rather than the schools picking the student-athletes. A draft would take the important choice of where to get a college education out of the student-athletes' hands and put it in the hands of the school with the next pick.

102. As the highest-revenue programs would be able to attract even better student-

---

[173] Emmert Deposition (March 6, 2012), pp. 48-49. *See also*: Deposition of Robert Daniel Beebe (January 8, 2013) pp. 258-263. Mr. Beebe is former Commissioner of the Big Twelve Conference, and had been Commissioner of the Ohio Valley Conference, and been Director of Enforcement at the NCAA.

[174] Declaration of Patrick Harker, (March 13, 2013) (hereinafter "Harker Declaration (University of Delaware)"), p. 4. *See also*: Declaration of John Welty (March 12, 2013) (hereinafter "Welty Declaration (Fresno State)"), p. 6. Mr. Welty is the President of California State University at Fresno; Declaration of Christine Plonsky and D. DeLoss Dodds, March 13, 2013 (hereinafter "Plonsky and Dodds Declaration (UT)"), p. 6. Mr. Dodds is the Athletic Director of The University of Texas.

[175] Harker Declaration (University of Delaware), p. 4.

[176] Harker Declaration (University of Delaware), pp. 4-6.

[177] Interview with David Berst, Vice-President for Division I, September 24, 2013.

athletes, the revenues from these programs would grow even more, allowing them to attract even better student-athletes.  The cycle would continue until the talent is highly concentrated in a smaller set of schools.  At some point high-revenue teams would face diminishing marginal returns from recruiting better players[178] – but this cycle would adversely impact the level of competitive balance within the sports at issue.

## VIII.  PROCOMPETITIVE BENEFIT: INTEGRATION BETWEEN ATHLETICS AND EDUCATION

103.    An important part of the mission of the NCAA and its individual members is the integration of education and athletics.  NCAA rules help to integrate student-athletes into the student body so that education remains an important component of the student-athlete's collegiate experience.  In economic terms, athletics and academics are complements; academic opportunities benefit student-athletes, while both the opportunity to participate in collegiate athletics (including, but not limited to men's football and basketball) and the presence of athletics on campus helps to create a rich and diverse student body and can help student-athletes learn important life skills like teamwork and leadership.[179]  For instance, the Coalition on Intercollegiate Athletics (COIA), an alliance of faculty senates from FBS schools whose mission is to "provide a national faculty voice on intercollegiate sports issues,"[180] explains that:

> The unique value of intercollegiate athletics lies in its potential to enhance the educational experience of student-athletes through engagement in sports.  In the best of worlds, participation in

---

[178]  *See, e.g.,* Rascher Deposition, p. 222. ("[L]arger market teams or higher revenue potential teams essentially go out and get better players, to a certain point, and then you have that balance where there – there's a diminishing marginal return to getting additional quality players  So you – that's where you end up with a level of balance.  It's not parity.  It's just a level of balance of some sort.")

[179]  I also understand that courts have found that some arrangements among higher education institutions which might ordinarily be deemed per se illegal are more appropriately assessed under a full rule of reason analysis, in light of the beneficial nature and multi-faceted goals of such institutions.  *See, e.g., U.S. v. Brown University in Providence in State of R.I., et al.,* United States Court of Appeals, Third Circuit, Decided September 17, 1993, 5 F.3d 658 (1993). ("The nature of higher education, and the asserted procompetitive and pro-consumer features of the [challenged conduct], convince us that a full rule of reason analysis is in order here.  It may be that institutions of higher education 'require that a particular practice, which could properly be viewed as a violation of the Sherman Act in another context, be treated differently.'" p. 17, internal cites omitted)

[180]  "Welcome,"  The  Coalition  on  Intercollegiate  Athletics,  2013,  available  at <http://blogs.comm.psu.edu/thecoia/>, accessed August 13, 2013.

HIGHLY CONFIDENTIAL–COUNSEL ONLY: SUBJECT TO PROTECTIVE ORDER Page 47

> college athletics plays an important role in the personal development of student-athletes, provides a community framework for other students, and develops strong institutional loyalty among students, alumni, faculty, and broader communities. When in concert with the educational mission of the institution, intercollegiate athletics clearly adds value to the educational experience of our student-athletes and to the institution as a whole.[181]

104.   Colleges and universities do not simply maximize profits; rather, they have more complicated educational objectives that include a diverse range of student classroom and non-classroom activities. Athletics has the potential to increase the quality of the educational product that the school is providing both for the student-athlete and for the broader student body. Professionalizing student athletics would risk reducing the athletics-academics link and the corresponding benefits. Evidence of both the views and actions of the NCAA, schools and conferences demonstrates that the link between education and academics is an important part of the product that the NCAA is attempting to foster.

105.   The NCAA Presidential Task Force on the Future of Division I Intercollegiate Athletics, comprised of nearly 50 presidents and chancellors at Division I institutions,[182] explains that:

> Intercollegiate athletics — embedding sports participation within the educational environment of colleges and universities — is a unique aspect of the American experience. In and of itself, participation in athletics enhances the educational experience of those who play sports, extracting from the competition characteristics that serve society through well-prepared citizenship — teamwork and commitment, self-discipline and

---

[181]   "Framing the Future: Reforming Intercollegiate Athletics," The Coalition on Intercollegiate Athletics, Adopted 15 June, 2007, available at <http://blogs.comm.psu.edu/thecoia/wp-content/uploads/FTF-White-Paper2.pdf>, accessed August 13, 2013, p. 6.

[182]   The Task Force was formed in January 2005 to address issues in four areas: (1) fiscal responsibility, (2) implications of academic values and standards, (3) presidential leadership, and (4) student-athlete well-being. ("The Second-Century Imperatives: Presidential Leadership — Institutional Accountability," A Report From The Presidential Task Force On The Future Of Division I Intercollegiate Athletics, available at <http://www.ncaapublications.com/productdownloads/PTF092.pdf>, pp. 4, 8, 58-61).

HIGHLY CONFIDENTIAL–COUNSEL ONLY: SUBJECT TO PROTECTIVE ORDER Page 48

self-sacrifice, learning how to both lead and follow, and the expectation of excellence as a goal.[183]

106.  Numerous university officials have emphasized the link between athletics and education as being a fundamental component of the collegiate athletic model:

- David Berst, Vice-President for NCAA Division I, testified that the "… collegiate model embraces the notion that students – student-athletes are students, are making academic progress, and they are participating within a system that – that is set up to provide, in Division I, an elite and often national and sometimes even entertainment environment while at the same time requiring academic pursuit."[184]

- According to Wake Forest President Nathan Hatch, "The 'business' of Wake Forest is, first and foremost, providing exceptional educational opportunities for its students and educating the whole person: mind, body, and spirit. Intercollegiate athletics is a part of our educational mission."[185]

- Christine Plonsky and DeLoss Dodds, Athletic Directors at the University of Texas, Austin ("UT"), stated that, "UT operates a full and robust athletics program as a part of its educational mission, and the athletics department's revenues are used to operate that program for the educational benefit of student-athletes."[186]

- According to Horizon League Commissioner Jonathan LeCrone, "Athletics adds value to earning a college degree.  Student-athletes learn the value of leadership, competition, education, and service.  In turn, the athletic programs support the educational mission of the university."[187]

107.  In addition, several named plaintiffs testified to the value they received from the opportunity to combine athletic participation with education.

---

[183]  "The Second-Century Imperatives: Presidential Leadership — Institutional Accountability," A Report From The Presidential Task Force On The Future Of Division I Intercollegiate Athletics, available at <http://www.ncaapublications.com/productdownloads/PTF092.pdf>, p. 8, see also p. 7.

[184]  Berst Deposition (May 25, 2012), pp. 33-34.  *See also*: Renfro Deposition (June 26, 2012), p. 30: "The collegiate model, in fact, doesn't differ from amateurism …"

[185]  Declaration of Nathan O. Hatch (President, Wake Forest) (hereinafter "(Hatch Declaration (Wake Forest)"), March 14, 2013, ¶ 3.  See also, e.g., Welty Declaration (Fresno State), March 12, 2013, ¶ 3.

[186]  Plonsky and Dodds Declaration (UT), March 13, 2013, ¶ 19.

[187]  Declaration of Jonathan LeCrone (Horizon League), March 12, 2013, ¶ 15.

- Harry Flournoy (Texas Western Basketball, 1962-1966) wrote, "I discovered that my education coupled with my athletics were developing more than your intellect and basketball skills; I discovered that this experience was going to develop my character. Interacting with students of different ethnic, racial, and social backgrounds helped me to be successful in today's diverse social environment."[188]

- Tate George (University of Connecticut Basketball, 1986-1990) testified that receiving a degree was a "great thing for me," and he has given speeches on the value of education.[189]  He also stated that his "ability to play basketball enabled [him] to get a fine education at a fine school."[190]  He agreed that the "athletic scholarship has been a good thing for allowing people from limited means to get educated."[191]

- Kerwin Ray Ellis (Ohio State Football, 1977-1980) agrees that "opportunities that student-athletes get at schools like Ohio State and Michigan, when they are big-time football players or basketball players, include the opportunity to get a fine education."[192]

- Danny Wimprine (University of Memphis Football, 2001-2004) agrees that he "got a good education in exchange for playing football at Memphis" and that attending Memphis has been good for his career.[193]

- Damien Rhodes (Syracuse Football, 2002-2005) testified that he received a good education from Syracuse, did not graduate with any debt because of his scholarship, and believes Syracuse held up its "end of the bargain."[194]  He also acknowledged that, while at Syracuse, he received medical treatment, strength and conditioning training, academic tutoring, and nutritional counseling all for

---

[188] Deposition of Harry Flournoy, November 8, 2011, Exhibit 84, p. 3
[189] Deposition of Tate George (hereinafter "George Deposition (March 9, 2012)"), March 9, 2012, pp. 42-43.
[190] George Deposition (March 9, 2012), p. 43.
[191] George Deposition (March 9, 2012), p. 43.
[192] Deposition of Kerwin Ray Ellis, November 3, 2011, p. 215.
[193] Deposition of Danny Wimprine, December 2, 2011, pp. 47-48.
[194] Deposition of Damien Rhodes (hereinafter "Rhodes Deposition (November 15, 2011)"), pp. 30-31, 33.

free.[195]

- Patrick Maynor (Stanford University Football, 2004-2008) agrees that he received a very good education from Stanford because of his scholarship.[196]

108.    The NCAA has conducted a number of studies and surveys with the goal of better supporting student-athletes and promoting greater integration of athletics with education.[197]  Results from one such study document high levels of student-athlete satisfaction with their collegiate experience.[198]  The 2010 NCAA GOALS Study surveyed nearly 20,000 student-athletes, including 363 D-I men's basketball players and 799 FBS football players.  The study found that the majority of Division I student-athletes surveyed reported a high academic self-identity (an average score of 5 or higher on 6-point scale).[199]  It also found that the great majority of Division I student-athletes surveyed agreed or strongly agreed with the statements "I see myself as part of the campus community" and "I have a sense of belonging to this campus."[200]  Overall, more than 80% of student-athletes surveyed reported being "satisfied" or "completely satisfied" with their overall collegiate experience.[201]

109.    Through its distribution of revenues it earns from broadcasting and sponsorships of championships, the NCAA contributes to the athletic and educational opportunities enjoyed by student-athletes.  The NCAA's Grants-in-Aid Fund ties a portion of NCAA revenue distributed to schools directly to the number of scholarships the

---

[195] Rhodes Deposition (November 15, 2011), pp. 42-44.

[196] Deposition of Patrick Maynor, November 14, 2011, p. 272.

[197] See, e.g., "NCAA Research," available at <http://ncaa.org/wps/wcm/connect/public/NCAA/Resources/Research/>, accessed August 27, 2013.

[198] "Framing the Future: Reforming Intercollegiate Athletics," The Coalition on Intercollegiate Athletics, Adopted 15 June, 2007, available at <http://blogs.comm.psu.edu/thecoia/wp-content/uploads/FTF-White-Paper2.pdf>, accessed August 13, 2013, p. 8.

[199] "Division I Results from the NCAA GOALS Study on the Student-Athlete Experience," FARA Annual Meeting and Symposium, November 2011, available at <http://www.ncaa.org/wps/wcm/connect/public/ncaa/pdfs/2011/di_goals_fara_2011>, p. 30.

[200] "Division I Results from the NCAA GOALS Study on the Student-Athlete Experience," FARA Annual Meeting and Symposium, November 2011, available at <http://www.ncaa.org/wps/wcm/connect/public/ncaa/pdfs/2011/di_goals_fara_2011>, p. 32.

[201] "Examining the Student-Athlete Experience Through the NCAA GOALS and SCORE Studies," NCAA Convention, January 13, 2011, available at <http://www.ncaa.org/wps/wcm/connect/5fb7ac004567f21ead40bfc8c7999200/Goals10_score96_final_convention2011_public_version_01_13_11.pdf?MOD=AJPERES&CACHEID=5fb7ac004567f21ead40bfc8c7999200>, p. 32, accessed September 20, 2013.

HIGHLY CONFIDENTIAL–COUNSEL ONLY: SUBJECT TO PROTECTIVE ORDER

institution provides.[202]   In addition, The NCAA's Academic Enhancement Fund enhances academic-support programs at Division I schools.[203]   As noted elsewhere, these funds also help to redistribute NCAA revenues in a way which promotes competitive balance.

110.   NCAA member schools use the proceeds from these funds, along with other resources, to provide student-athletes with substantial benefits.  The primary tangible benefit is the grant-in-aid, which covers the cost of tuition and fees, room and board, and required course-related books.[204]  At some schools the value of the grant-in-aid exceeds $55,000 per year.[205]   Schools also provide student-athletes with other benefits over-and-above the grant-in-aid.  Such benefits include meals at the athletic department's expense, access to training facilities and coaching, tutoring and counseling, and team athletic apparel.[206]  One analysis found that the median FBS men's basketball scholarship recipient receives over $100,000 annually in goods and

---

[202]   The Grants-in-Aid Fund represented about 27% of the NCAA's Division I revenue distribution in 2010-11 and 2011-12. (NCAA Finances: Division I Revenue Distribution, 2011-12, *NCAA.org*, available at <http://www.ncaa.org/wps/wcm/connect/public/ncaa/finances/finances+distributions>,         accessed September 10, 2013.)   The Grants-In-Aid Fund operates by assigning points to the number of grants-in-aid a schools provides (based on full-time equivalencies), in which one point is assigned per grant-in-aid for the first 50, two points each are assigned for the 51st through the 100th grant-in-aid, 10 points each are assigned to the next 50 grants-in-aid, and 20 points each are assigned to grants over 151.  In 2010-11, a point was worth $287.26.  *See*: 2012-13 Division I Grants, Programs and Services: "Show Me the Money," *NCAA.org, p. 13,* available at
<http://www.ncaa.org/wps/wcm/connect/public/ncaa/pdfs/2012/2012+13+association+wide+grants+programs+and+services>, accessed September 9, 2013.

[203]   Common uses for the Academic Enhancement Fund "include tutorial services, equipment, supplies, and additional personnel." (NCAA Finances: Division I Revenue Distribution, 2011-2012, *NCAA*.org, available at
<http://www.ncaa.org/wps/wcm/connect/public/NCAA/Finances/Finances+Distributions?p>,  accessed September 24, 2013.)

[204]   Schools may also offer additional support up to the full cost of school attendance, subject to NCAA bylaws.  As explained above, the NCAA governs the number of grants-in-aid that may be awarded in various sports.  Division I schools can offer a greater number of grants-in-aid than Division II schools, while Division III schools do not offer athletic grants-in-aid (2012-2013 NCAA Division I Manual, Bylaws 15.2 and 15.5; 2012-2013 NCAA Division II Manual, Bylaw 15.5; 2012-2013 NCAA Division III   Manual,   Bylaw   15.4;   "About   the   NCAA,"   *NCAA.org*,   available   at <http://www.ncaa.org/wps/wcm/connect/public/ncaa/about+the+ncaa/membership+new>,         accessed August 24, 2012. ).

[205]   In  2012-2013,  grant-in-aid  values  exceeded  $55,000  at  Northwestern,  USC,  Tulane,  George Washington, Boston College, Bucknell, Colgate, Stanford, Notre Dame, and University of Richmond, among  others.  ("College  Navigator,"  National  Center  for  Education  Statistics,  available  at <http://nces.ed.gov/collegenavigator/>, accessed September 19, 2013).

[206]   Declaration of Lisa Watson in *Jason White, et al., v. NCAA*, September 8, 2006, p. 3.  Ms. Watson was the Compliance Coordinator for Financial Aid at the University of Arizona.  *See also*: Declaration of Doug Elgin, September 8, 2006, in the matter of Jason White, et al., v. NCAA, pp. 3-4.

services, including grant-in-aid value, coaching and training facilities, sports equipment and uniforms, medical expenses and insurance premiums, and other general and academic support.[207]

111.   The NCAA has also instituted or promoted a number of scholarships and grants with the goal of promoting academics and furthering the academic potential of student-athletes.  Examples include Division I Degree-Completion Grants (a variable number of grants to assist D-I student-athletes who have exhausted their eligibility), Postgraduate Scholarships, and Ethnic Minority and Women's Enhancement Scholarships.[208]

112.   According to NCAA financial data, NCAA member schools spent $11.7 billion in athletic expenditures in 2010-2011 (across Division I, II, and III).[209]  A substantial share of this related to categories of expenditures that directly benefit student-athletes.  According to Todd Petr, Managing Director of Research at the NCAA, "[a]t the Division I level, grants-in-aid, benefits, and salaries accounted for more than 51% of total expenses."[210]  Across Division I FBS schools, grants-in-aid accounted for 16% of total expenses, on average.[211]  Other direct benefits to student-athletes, including team travel, equipment and supplies, game expenses, medical expenses and insurance, and recruiting accounted for another 17% on average across FBS schools.[212]  Other expenditures also benefit student-athletes, including coaches' salaries, fundraising,

---

[207] "The value of one year of a Division I men's basketball scholarship," *USA Today*, March 29, 2011, available at http://usatoday30.usatoday.com/sports/college/mensbasketball/2011-value-of-college-scholarship.htm, accessed on September 20, 2013.

[208] "Student-Athlete Benefits," NCAA, available at <http://www.ncaa.org/wps/wcm/connect/public/NCAA/Finances/Finances+Student+Athlete+Benefits>, accessed August 27, 2013.

[209] Declaration of Todd Petr (NCAA) (hereinafter "Petr Declaration (NCAA)"), March 12, 2013, p. 2. These data are based on financial information submitted annually by NCAA member to the NCAA's Financial Reporting System, detailing revenue sources and expenditures related to their athletics programs.

[210] Petr Declaration (NCAA), p. 2.

[211] NCAA 2004-2011 Revenues & Expenses Report, Table 3.15. Grants-in-aid accounted for an average of 26 percent across FCS schools, and 30 percent across non-football schools.  NCAA 2004-2011 Revenues & Expenses Report, Tables 4.15 and 5.15.

[212] NCAA 2004-2011 Revenues & Expenses Report, Table 3.15.  These components accounted for 16% of total expenses across FCS and non-football schools.   NCAA 2004-2011 Revenues & Expenses Report, Tables 4.15 and 5.15.

sports camps, facilities maintenance, and other support.[213]   In addition to spending by institution athletic departments, the NCAA itself spends on direct benefits to student-athletes through association-wide programs, including for example, catastrophic insurance, health and safety programs, and research.[214]   In the year that ended August 31, 2012, the NCAA spent about $115 million on these programs.[215]

113.   The NCAA has also been active in providing opportunities for students to attend colleges or universities who might otherwise have been financially constrained from doing so.   For example, the NCAA's Student Assistance Fund is aimed at assisting student-athletes with "special financial needs."[216]

114.   Many organizations, including the NCAA, have expressed a concern that collegiate athletics not become commercialized because it will undermine the fundamental tenants of academics and amateurism, the student-athlete, that the NCAA collaboration is designed to preserve.

115.   One such organization outside the NCAA is The Knight Commission on Intercollegiate Athletics, founded in 1989 by an independent foundation[217] to "ensure that intercollegiate athletics programs operate within the educational mission of their colleges and universities."[218]   Many Commission members are university presidents (or presidents emeritus), and several are former student-athletes.[219]

---

[213] NCAA 2004-2011 Revenues & Expenses Report, Tables 3.15, 4.15 and 5.15.

[214] National Collegiate Athletic Association and Subsidiaries, Consolidated Financial Statements as of and for the Years Ended August 31, 2012 and 2011, Supplementary Information as of and for the Year Ended August 31, 2011, and Independent Auditors' Report, pp. 4 and 9; Interview with Jim Isch, Chief Operating Officer at the NCAA, September 20, 2013.

[215] National Collegiate Athletic Association and Subsidiaries, Consolidated Financial Statements as of and for the Years Ended August 31, 2012 and 2011, Supplementary Information as of and for the Year Ended August 31, 2012, and Independent Auditors' Report, p. 4.   Available at <http://www.ncaa.org/wps/wcm/connect/public/NCAA/Finances/NCAA+consolidated+financial+state ments>. Accessed September 24, 2013.

[216] Division I Revenue Distribution, 2011-2012, available at <http://www.ncaa.org/wps/wcm/connect/public/NCAA/Finances/Finances+Distributions?p>, accessed September 24, 2013.

[217] "About the Foundation—History," Knight Commission on Intercollegiate Athletics, available at <http://www.knightfoundation.org/about/history/>, accessed September 24, 2013; "About the Foundation - Background," Knight Commission on Intercollegiate Athletics, available at <http://www.knightcommission.org/about/about-background>, accessed September 24, 2013.

[218] "Welcome," Knight Commission on Intercollegiate Athletics, June 2010, available at <http://www.knightcommission.org>, accessed August 13, 2013.

[219] "Members and Bios," Knight Commission on Intercollegiate Athletics, available at <http://www.knightcommission.org/about/members-bios>, accessed August 13, 2013.

116.    In a 2010 report, the Commission recognized the tensions that "often surface between the core mission of universities and commercial values."[220]    This is consistent with a January 2006 Knight Commission survey that found that "3 in 5 (61%) Americans say that college sports have become too commercialized."[221]

117.    The Commission's "blueprint for restoring educational values and priorities" stressed the need to "[t]reat[] college athletes as students first and foremost – not as professionals" and "[e]nsur[e] that athletes are students first by limiting intrusions on academic responsibilities and limiting commercial activities."[222]    The Commission's report called for strengthening accountability for intercollegiate athletics in three ways:

1.    Requiring greater transparency, including better measures to compare athletics spending to academic spending.[223]

2.    Rewarding practices that make academic values a priority, such as strengthening eligibility standards for participation in championships and modifying revenue allocation practices to place a greater emphasis on academic achievement.[224]

3.    Treating college athletes as students first and foremost – not as professionals.  Priorities in this area include limiting intrusions on academic responsibilities (such as games scheduled during class times) and limiting commercial activities.[225]

118.    COIA, the alliance of faculty senates, is another organization pushing for less commercialization in collegiate athletics.  A 2007 COIA white paper acknowledges

---

[220]  "Restoring the Balance," Knight Commission on Intercollegiate Athletics, June 2010, available at <http://www.knightcommission.org/images/restoringbalance/KCIA_Report_F.pdf>, accessed August 13, 2013, p. 3.

[221]  "Knight Commission on Intercollegiate Athletics: Public Opinion Poll," January 2006, available at <http://www.knightcommission.org/images/pdfs/pollresults1-20-06.pdf>, accessed August 29, 2013, p. 1.

[222]  "Restoring the Balance," Knight Commission on Intercollegiate Athletics, June 2010, available at <http://www.knightcommission.org/images/restoringbalance/KCIA_Report_F.pdf>, accessed August 13, 2013, pp. 1, 16.

[223]  "Restoring the Balance," Knight Commission on Intercollegiate Athletics, June 2010, available at <http://www.knightcommission.org/images/restoringbalance/KCIA_Report_F.pdf>, accessed August 13, 2013, pp. 1, 11-13.

[224]  "Restoring the Balance," Knight Commission on Intercollegiate Athletics, June 2010, available at <http://www.knightcommission.org/images/restoringbalance/KCIA_Report_F.pdf>, accessed August 13, 2013, pp. 1, 14-15.

[225]  "Restoring the Balance," Knight Commission on Intercollegiate Athletics, June 2010, available at <http://www.knightcommission.org/images/restoringbalance/KCIA_Report_F.pdf>, accessed August 13, 2013, pp. 1, 16-18.

HIGHLY CONFIDENTIAL–COUNSEL ONLY: SUBJECT TO PROTECTIVE ORDER Page 55

that intercollegiate athletics sometimes clash with schools' educational goals and proposes a series of reforms "to ensure that athletics remains fully integrated into the academic mission of our universities."[226]   The COIA report rests on two "Fundamental Principles": that "[i]ntercollegiate athletics must be in alignment with the educational mission of the institution" and that "[c]ollege sports must adhere to the collegiate athletics model," including the principle that "the primary reason for student-athletes to attend a college or university is to receive an education."[227]

119.    The NCAA itself agrees that the unique model of college athletics is threatened by increasing commercialism.  The NCAA Presidential Task Force, for instance, explains that:

> The reconnecting of intercollegiate athletics with higher education has been an ongoing concern for the NCAA for nearly two decades; yet at many institutions, athletics often still appears oriented more toward entertainment, and the educational value of athletics participation and competition plays a secondary role to the win-loss column.  Some critics even perceive university presidents as protectors of the athletics process as opposed to champions of the institution's academic ideals.  The drift of the collegiate model toward the professional approach — in both fact and fiction — has given credence to the concern.  That perception cannot be allowed to perpetuate if intercollegiate athletics is to remain a powerful American higher-education tradition.  The greater the divide between intercollegiate athletics and the academic community, the greater the risk for corruption and over-commercialization, both of which work to destroy the integrity of the collegiate model — and indeed the university itself — and denigrate the principles upon which it was built. Intercollegiate athletics must be fully integrated into the academic mission of universities and colleges.  Academics must come first, and the success of student-athletes, both on and off the field, must be the defining characteristic of college sports.[228]

---

[226]   "Framing the Future: Reforming Intercollegiate Athletics," The Coalition on Intercollegiate Athletics, Adopted 15 June, 2007, available at <http://blogs.comm.psu.edu/thecoia/wp-content/uploads/FTF-White-Paper2.pdf>, accessed August 13, 2013, p. 5.

[227]   "Framing the Future: Reforming Intercollegiate Athletics," The Coalition on Intercollegiate Athletics, Adopted 15 June, 2007, available at <http://blogs.comm.psu.edu/thecoia/wp-content/uploads/FTF-White-Paper2.pdf>, accessed August 13, 2013, p. 6.

[228]   "The Second-Century Imperatives: Presidential Leadership — Institutional Accountability," A Report From The Presidential Task Force On The Future Of Division I Intercollegiate Athletics, available at <http://www.ncaapublications.com/productdownloads/PTF092.pdf>, pp. 32-33.

120.   In contrast to views on enhancing the educational environment by increasing the integration of education and athletics, the AP's but-for world would move things in the opposite direction – increasing the division between student-athletes and non-student-athletes, and between student-athletes in football and men's basketball, and all other student-athletes.

121.   This point of view has been widely acknowledged by university leaders.   For instance, according to Stan Albrecht, the President of Utah State University ("USU"):

> [P]ay-for-play would exacerbate the divide between the financial support a student-athlete receives from USU and the financial support a non-student-athlete receives.  At present, a USU student-athlete receives four to five times the amount of financial support from the University than a non-student-athlete receives. That amount would necessarily increase for football and men's basketball, under the Antitrust Plaintiff's model.  That model would not be feasible financially or consistent with USU's institutional principles.[229]

122.   According to John Welty, the President of Fresno State, pay-for-play would result in a world inconsistent with Fresno State's educational mission:

> [In a world with pay-for play,] [s]tudent-athletes would likely gravitate toward schools that would "pay" them the most amount of money, without regard to whether they would be able to play or what the best educational opportunity is for that particular student.  Schools that could afford to offer more money could "stockpile" better players.  Such "bidding" for the best players and stock-piling of mid-level players would also push college football and men's basketball perilously close to a fully professionalized model.  Fresno State has no interest in operating professional men's basketball and football teams. That is inconsistent with our educational mission.[230]

123.   Many other university presidents and chancellors have echoed this sentiment.   For example, Nathan Hatch, the president of Wake Forest, explained:

---

[229]   Declaration of Stan L. Albrecht (Utah State) (hereinafter "Albrecht Declaration (Utah State)", March 12, 2013, ¶ 13.
[230]   Welty Declaration (Fresno State), ¶¶ 18-19. *See also, e.g.,* Plonsky and Dodds Declaration (UT), ¶¶ 16-19.

HIGHLY CONFIDENTIAL–COUNSEL ONLY: SUBJECT TO PROTECTIVE ORDER

> The "business" of Wake Forest is, first and foremost, providing exceptional educational opportunities for its students and educating the whole person: mind, body, and spirit. Intercollegiate athletics is a part of our educational mission. … Instituting a pay-for-play model, even if the payments are deferred to after graduation, would change the nature of the relationship Wake Forest has with its football and men's basketball student-athletes.  It would, essentially, turn those teams into professional squads.  That would not be acceptable to Wake Forest.[231]

## IX.   PROCOMPETITIVE BENEFIT: VIABILITY OF OTHER INTERCOLLEGIATE SPORTS

124.   As I have explained, the NCAA seeks to foster a wide range of intercollegiate athletic programs, including many sports other than men's basketball and football. The NCAA's amateurism rules help ensure that sports other than football and men's basketball are played at a high level at colleges and universities, with substantial scholarships and financial support.  In this section, I discuss how the NCAA rules and revenue distribution mechanisms help make it possible for schools to offer a variety of sports, even if many or most of those sports generate little if any net revenue.  In its Final Report, the NCAA Task Force on Commercial Activity pointed out that "most college and university athletics programs do not result in revenues that exceed expenses and require institutional subsidies to make up the difference.  For those specific sports programs that have revenues above expenses, the revenues are distributed broadly to fund participation opportunities in sports with little or no revenues."[232]

125.   As explained by the NCAA's Mr. Renfro "[t]here is educational value in the conduct of – of intercollegiate athletics.  That, in fact is the justification for athletics as part of the higher education model.  And so the desire is to maximize the number of individuals, the number of students who can be involved in – in intercollegiate

---

[231]   Hatch Declaration (Wake Forest), ¶¶ 3, 13. *See also, e.g.,* Harker Declaration (University of Delaware), ¶ 17. ("UD's main mission is educational, and UD has no interest in operating a minor league professional sports team in any sport.")

[232]   Final Report of the NCAA Task Force on Commercial Activity in Division I Intercollegiate Athletics, Supplement No. 6, DI Amateurism Cabinet 9/09, p. 8.

HIGHLY CONFIDENTIAL–COUNSEL ONLY: SUBJECT TO PROTECTIVE ORDER Page 58

athletics."[233]  Mr. Renfro pointed out that this is achieved through cross-subsidization among sports that generate more resources, which allows institutions to sponsor a broad range of sports.[234]

126.     *NCAA revenue distribution policies and sport sponsorship rules*. The NCAA's revenue distribution policies and rules on sport sponsorship and financial aid play an important role in helping sustain sports other than men's basketball and football. Without sufficient revenue, it is likely that some schools would be forced to cut or reduce some of these programs.

127.     The NCAA distributes revenue it earns from its championships and from media contracts[235] through various "Funds" which help subsidize athletic programs of low-revenue schools.   The NCAA "Basketball Fund" is the largest single Fund and comprises about 40 percent of NCAA revenue distributions to Division I.[236]   This Fund distributes NCAA revenue to conferences based on the conference performance in the men's basketball tournament over a six-year rolling period.[237]  Conferences are "urged, but not required, to distribute money from the Basketball Fund equally" among member schools.[238]

128.     The NCAA also promotes other sports through Funds which allocate revenue based on the number of sports sponsored and number of grants-in-aid a school

---

[233]  Renfro Deposition (June 26, 2012), pp. 27-28.

[234]  Renfro Deposition (June 26, 2012), p. 28.

[235]  Approximately 81 percent of NCAA revenue comes from media rights (most of which comes from its contract to broadcast the "March Madness" basketball tournament), and about 60 percent of total NCAA revenue is distributed to Division I conferences and teams.  The remaining revenue is used to fund championships and other NCAA programs.  "NCAA Finances: Revenue 2011-2012," *NCAA.org*, available at <http://www.ncaa.org/wps/wcm/connect/public/NCAA/Finances/Revenue>, accessed September 18, 2013; Division I Revenue Distribution, 2011-2012, *NCAA.org*, available at <http://www.ncaa.org/wps/wcm/connect/public/NCAA/Finances/Finances+Distributions?p>, accessed September 18, 2013; "NCAA Finances: It's the Membership's Money," *NCAA.org*, available at <http://www.ncaa.org/wps/wcm/connect/public/NCAA/Finances/>, accessed September 18, 2013.

[236]  Division I Revenue Distribution, 2011-2012, available at <http://www.ncaa.org/wps/wcm/connect/public/NCAA/Finances/Finances+Distributions?p>, accessed September 24, 2013.

[237]  2012-13 Association-Wide Grants, Programs and Services: "Show Me the Money," p. 12, available at <http://www.ncaa.org/wps/wcm/connect/public/ncaa/pdfs/2012/2012+13+association+wide+grants+programs+and+services>, accessed September 9, 2013.

[238]  2009-10 NCAA Membership Report, p. 30.  *See also*: Declaration of Mark Womack (March 11, 2013), p. 6.  Mr. Womack is the Executive Associate Commissioner of the Southeastern Conference.  Mr. Womack stated that "[e]xcept for relatively small participation fees and expense reimbursements, the net revenues [the SEC receives from its broadcast agreements and from other sources, including funds from the NCAA] are divided equally among the schools."

provides.  Two funds in particular, the "Sports Sponsorship Fund" and the "Grant-in-Aid Fund," serve this purpose.

- The NCAA's "Sports Sponsorship Fund" comprises about 13 percent of NCAA revenue distributions to Division I schools and conferences.[239] Through the Fund, a lump sum is paid directly to the schools for each additional sport sponsored over 13 sports.[240]

- The Grant-in-Aid Fund, as I noted above, allocates revenue directly based on the number of athletic scholarships a school offers.  This creates an incentive for schools to offer more grants-in-aid beyond the 85 maximum number allowed for FBS football and the 13 allowed for D-I men's basketball.[241] Combined with rules on minimum support for sports other than basketball and football, which I point out below, the Grant-in-Aid Fund creates an incentive for schools to expand their sports offerings.

129.    General and administrative costs account for only 4% of NCAA expenses; the rest go to conference and school distributions, championships and programs, and association-wide costs including injury insurance and postgraduate scholarships.[242]

130.    While men's football and basketball generate substantial revenues at many Division I schools, revenues generated by the other Division I sports organized by the NCAA are substantially less.  Exhibit 5A shows the median "generated revenues" by

---

[239]    Division I Revenue Distribution, 2011-2012, available at <http://www.ncaa.org/wps/wcm/connect/public/NCAA/Finances/Finances+Distributions?p>,  accessed September 24, 2013.

[240]    *See*: 2012-13 Association-Wide Grants, Programs and Services: "Show Me the Money," p. 13, available at <http://www.ncaa.org/wps/wcm/connect/public/ncaa/pdfs/2012/2012+13+association+wide+grants+pr ograms+and+services>, accessed September 9, 2013.  A sport only qualifies for a payment if it is one in which the NCAA sponsors a championship or is an emerging sport.

[241]    The maximum number of "counters" (student-athletes who receive a grant-in-aid of any amount in a given season) for FBS football and D-I men's basketball is laid out in Bylaws 15.5.5.1 and 15.5.6.1 of the 2012-2013 Division I Manual.

[242]    "Expenses," *NCAA.org*, available at <http://www.ncaa.org/wps/wcm/connect/public/NCAA/Finances/Finances+Expenses>,        accessed September 24, 2013.  Figures are for the 2011-12 season.  3% of expenses go to NCAA limited liability companies ("LLCs"), including LLCs that promote and develop Division I officiating and administer the National Invitational Tournament.  (NCAA Consolidated Financial Statements for the years ended August 31, 2012 and 2011, available at <http://www.ncaa.org/wps/wcm/connect/public/NCAA/Finances/NCAA+consolidated+financial+state ments>, accessed September 23, 2013, pp. 6-7.

HIGHLY CONFIDENTIAL–COUNSEL ONLY: SUBJECT TO PROTECTIVE ORDER Page 60

sport according to the NCAA across Division I FBS schools according to NCAA financial data. Exhibit 5B and 5C show median "generated revenues" for FCS schools and for D-I non-football schools, respectively.

131.   While sports other than football and men's basketball generated much lower revenues, they still have substantial expenses. Many student-athletes receive scholarships. In addition, there are substantial expenditures for coaches, training, travel and other aspects that benefit student-athletes. As shown in Exhibit 5A, across FBS schools, for sports other than football and men's basketball, at least half of the schools generated losses.[243] Positive net revenues from football and men's basketball (at those schools where these are in fact positive) can help to support other sports that are not profitable. Exhibits 5B and 5C show that, similarly, sports other than football and men's basketball generated little revenues – but substantial expenses – at FCS and Division I non-football schools.

132.   The NCAA bylaws require member schools to prepare audited financial statements for their athletic programs on a yearly basis.[244] I have obtained examples from the University of Oregon for year ending June 30, 2012,[245] and from Colorado State University for year ending June 30, 2011.[246] The audited financial reports for both of these schools tell a story similar to that of Exhibits 5A-5C. Any losses from sports require an inflow of funding from other sources, including, for example, revenue from the broader university, and/or revenue from sports which generate positive net revenues.

---

[243] Across all FCS schools, for each sport sponsored at least half of the schools generated a loss or broke even, with the exception of men's basketball. The same was true across non-football schools, where even for men's basketball, at least half of the schools generated a loss. NCAA Revenues & Expenses, 2004-2011, Tables 4.11 and 5.11.

[244] Constitution Article 3.2.4.16 of the 2012-13 NCAA Division I Manual requires that member schools submit financial data "detailing operating revenues, expenses and capital related to its intercollegiate athletics program to the NCAA on an annual basis…" The Article further requires that the submission be verified by an outside auditor.

[245] University of Oregon: NCAA Agreed Upon Procedures Report For the Year Ended June 30, 2012, available at <http://www.goducks.com/fls/500/pages/athlfin/FY2012-NCAA-Agreed-Upon-Procedures.pdf?DB_OEM_ID=500>, accessed September 16, 2013.

[246] Colorado State University: Independent Accountants' Report on Application of Agreed-Upon Procedures Year Ended June 30, 2011, available at <http://www.leg.state.co.us/OSA/coauditor1.nsf//C40D580A79208D2587257A1A005BA527/$file/2084-11+CSU+System+AgreeUponProcedures+June+30+2011.pdf?OpenElement>, accessed September 16, 2013.

133.    In addition to revenue cross-subsidization, the NCAA also has rules which regulate the minimum number of sports a Division I member school must sponsor and which require certain minimum spending on student-athlete scholarships in sports outside of football and basketball.  First, in order to be a member of Division I, a school must sponsor a minimum of 14 sports; and in order to be a member of the FBS subdivision of Division I, a school must sponsor a minimum of 16 sports, including football.[247]  The NCAA has increased the minimum number of sports required for participation in Division I over time, which has had the effect of increasing the number of games and student-athletes.[248]  These rules are inconsistent with the characterization of the NCAA and its member institutions as profit maximizing entities looking to exploit student-athletes.  Rather, the NCAA requires its institutions to sponsor sports other than men's football and basketball that do not necessarily contribute to the bottom line of the athletic department, but do contribute to the overall educational mission of the institution.

134.    Second, the NCAA requires that Division I schools provide at least a certain level of financial aid support to student-athletes playing sports other than football and basketball.[249]

135.    NCAA revenue transfers and rules on sport sponsorship work in tandem with NCAA sponsorship of championships and tournaments.  As I have described, the NCAA sponsors championships in 23 sports across all divisions.  In Division I, the NCAA sponsors a total of 36 men's and women's championships, comprising 16 sports for men, 17 for women, and 3 coed sports.[250]

---

[247]   2012-13 Division I Manual, Figure 20-1.
[248]   For instance, in 1981-1982, schools were required to sponsor a minimum of 6 sports to be a member of Division I. (1981-1982 Division I Manual, Bylaw 10.1.b).
[249]   2012-13 Division I Manual, Figure 20-1.
[250]   2012-13 Division I Manual, Article 18.3.  This excludes BCS football bowls.

**NCAA Championships in Division I Sports**

| Men | Women | Men and Women |
| --- | --- | --- |
| Baseball | Basketball | Fencing |
| Basketball | Bowling | Rifle |
| Cross Country | Cross Country | Skiing |
| Football | Field Hockey | |
| Golf | Golf | |
| Gymnastics | Gymnastics | |
| Ice Hockey | Ice Hockey | |
| Lacrosse | Lacrosse | |
| Soccer | Rowing | |
| Swimming and Diving | Soccer | |
| Tennis | Softball | |
| Indoor Track and Field | Swimming and Diving | |
| Outdoor Track and Field | Tennis | |
| Volleyball | Indoor Track and Field | |
| Water Polo | Outdoor Track and Field | |
| Wrestling | Volleyball | |
| | Water Polo | |

**Note**: Combines "National Collegiate Championships" and "Division I Championships."

**Source:** 2012-13 Division I Manual, p. 317.

136.    In addition, the NCAA takes an active role in monitoring and promoting gender equity in collegiate athletics.  The NCAA's Gender-Equity Report provides sport-by-sport metrics for men's and women's programs at all Division I schools, including revenues, number of athletes, coaches and coaching salary, and recruiting expenses.[251] The NCAA has also increased its sponsorship of women's sports over time.  The number of Division I women's championships has grown from 12 sports in 1981-82 to 20 sports (17 women's and 3 coed) today.[252]  The expansion of women's sports in recent decades has been driven in part by Title IX requirements.[253]  NCAA amateurism rules help to facilitate increased equality in the financial support received by male and female student-athletes.  In the APs' but-for world, without amateurism, these pursuits would be made more difficult.  Several university presidents have expressed that paying male athletes for their participation in sports would seriously

---

[251]  "NCAA    Gender-Equity    Report,"    NCAA,    2004-2010,    available    at <http://www.ncaapublications.com/productdownloads/GEQS10.pdf>, pp. 4-7.

[252]  1981-1982 Division I Manual, Bylaw 5.6; 2012-13 Division I Manual, Article 18.3.

[253]  *See, e.g.,* Maha Atal, "Happy 40th Anniversary Title IX: From Girls' Sports to Women's Wages," Forbes, June 22, 2012, available at <http://www.forbes.com/sites/mahaatal/2012/06/22/happy-40th-anniversary-title-ix-from-girls-sports-to-womens-wages/>, accessed September 23, 2013.

undermine the objectives of Title IX.[254]

137.    A Knight Commission poll from January 2006 found that, among 502 surveyed adults, 75% of Americans believe that colleges should spend more of their athletics budgets to support other men's and women's sports, other than football and men's basketball.[255]

138.    Besides providing benefits to student-athletes, there is consumer demand for these other sports.  Substantial numbers of fans attended the contests of many of these sports.  Home attendance at D-I women's basketball games averaged 1,549 per game in 2012-13.[256]  Many women's volleyball teams, men's hockey, and men's soccer teams had average home attendance of over 1,000 per game.[257]

139.    Moreover, some contests in these other sports had substantial attendance. For example, the men's baseball College World Series had an average attendance of more than 24,000 people per game in 2013.[258]  In men's ice hockey, North Dakota averaged over 11,500 fans per game, and Wisconsin and Minnesota, each averaged almost 10,000 fans per game.[259]

140.    Evidence of the value of other sports to the general public can be seen by examining ESPN broadcast contracts with the NCAA.  The NCAA had a broadcast contract with ESPN running from September 2002 through August 2013 for the broadcast of NCAA championships for 20 men's and women's sports, including some

---

[254]  *See, e.g.,* Hatch Declaration (Wake Forest), ¶ 14; Harker Declaration (University Of Delaware), March 13, 2013, ¶ 19; Declaration of Timothy White (Chancellor, California State University), March 13, 2013, ¶ 7; Welty Declaration (Fresno State), ¶ 22.

[255]  "Knight Commission on Intercollegiate Athletics: Public Opinion Poll," January 2006, available at <http://www.knightcommission.org/images/pdfs/pollresults1-20-06.pdf>, accessed August 29, 2013, p. 8.

[256]  2013 NCAA Women's Basketball Attendance, available at <http://fs.ncaa.org/Docs/stats/w_basketball_RB/reports/Attend/13att.pdf>, accessed September 23, 2013.

[257]  Men's Division I Hockey Attendance: 2012-13," *USCHO*, available at <http://www.uscho.com/stats/attendance/division-i-men/2012-2013/>, accessed September 21, 2013. 2012 NCAA Attendance Records, available at <http://fs.ncaa.org/Docs/stats/w_volleyball_RB/2013/Att.pdf>, accessed September 21, 2013. 2010 NCAA Men's Attendance Records, available at <http://fs.ncaa.org/Docs/stats/m_soccer_RB/2011/attend.pdf>, accessed September 23, 2013.

[258]  "College World Series sets attendance record," *Omaha.com*, June 26, 2013, available at <http://sports.omaha.com/2013/06/26/college-world-series-sets-attendance-record/#.Uj44aIakoZA>, accessed September 21, 2013.

[259]  Men's Division I Hockey Attendance: 2012-13," *USCHO*, available at <http://www.uscho.com/stats/attendance/division-i-men/2012-2013/>, accessed September 21, 2013.

D-II and D-III sports (but not including either the men's basketball tournament or FBS football).[260]  Annual payments under the contract ranged from ████████ in the first year to ███████ in the last.[261]  ESPN renewed the contract, which runs from 2010-11 through 2023-24.[262]  The terms of this contract range from ███████ in the first full year up to ██████ in the last year.[263]

141.   Professor Noll has acknowledged that sports other than football and men's basketball have become increasingly popular, including women's basketball, baseball, and ice hockey (at least regionally).[264]

## X.   PROCOMPETITIVE BENEFIT: THE NCAA INCREASES OUTPUT AND BENEFITS STUDENT-ATHLETES

142.   From an economic perspective, policies that lead to increased availability of goods and services are policies that increase social welfare and directly or indirectly inure to the benefit of consumers.  In essence, policies that increase "output," other things equal, are pro-competitive, whereas output-decreasing policies are, other things equal, anti-competitive.

143.   The NCAA's challenged conduct sustains the NCAA's approach of promoting a broad range of intercollegiate sports at a large number of member schools and thus leads to increased output on several dimensions, including increases in the number of participating schools and teams; increases in the number of participating student-athletes, including those who benefit economically from grants-in-aid; and increases in the number of games and competitions available for the enjoyment of the public to attend or watch on television or other media.

   ▪ The NCAA's revenue sharing rules help support the athletic programs at lower

---

[260]   *Championship Agreement between the NCAA and ESPN*, June 29, 2001, NCAAPROD00293071-121, at 074, 080-081, 083-084, and 105-106. The contract required that ESPN telecast a substantial portion of the women's basketball tournament, several men's College World Series and at least 8 regional tournament baseball games.

[261]   *Championship Agreement between the NCAA and ESPN*, June 29, 2001, NCAAPROD00293071-121, at 083-084.

[262]   *Multi-Media Agreement between ESPN, Inc., ESPN Enterprises, Inc., and the NCAA*, December 15, 2011, NCAAPROD00300324-434.  The contract covers rights to 21 NCAA championships, and requires that ESPN broadcast the entire women's basketball tournament and at least the championship game or tournament for of the other sports. (*See*: contract Exhibit A).

[263]   *Multi-Media Agreement between ESPN, Inc., ESPN Enterprises, Inc., and the NCAA*, December 15, 2011, NCAAPROD00300324-434, at 402-410.

[264]   Noll Deposition (February 27, 2013), pp. 44-47.

revenue schools, and by increasing the viability of these programs helps to increase the number of schools participating in Division I (and therefore the number of games played).  This leads to increases in the numbers of student-athletes who benefit from the opportunities to combine athletics participation with their educational experience.  As shown in Exhibit 6A, for the last 25 years, the number of student-athletes participating in NCAA sports increased almost continuously, nearly doubling by 2011-12.  Participation in Division I also increased steadily.  The number of student-athletes receiving scholarship funds has also increased substantially.   Across Division I sports, the total number of student-athletes receiving a full or partial grant-in-aid grew by almost 20% from 2005 to 2012 (from 79,203 in 2005 to 94,448 in 2012).[265]

- There have been substantial increases in women's sports participation as well (See Exhibit 6B).

- By increasing the number of schools participating, the NCAA helps to increase the total number of student-athletes and the number of scholarships available for men's FBS football and Division I men's basketball student-athletes. As shown in Exhibits 7 and 8, over the last 25 years, both the number of Division I men's basketball participants and the number of FBS football participants has generally increased.  The number of student-athletes receiving scholarship funds for Division I men's basketball has also grown by 14% from 2005 to 2012, from 3,730 in 2005 to 4,245 in 2012.  For FBS football, the number rose 10 percent from 2005 to 2012, from 9,512 in 2005 to 10,466 in 2012.[266]

- As I discussed previously, the NCAA's challenged conduct helps support

---

[265]   "Information Received from Todd Petr.doc"   The total number of scholarships also increased substantially during this period. Many Division I sports are "equivalency" sports, which can offer a maximum scholarship value that they can distribute across some or all participating student-athletes in that sport, where the total value is equal to a certain number of full grant-in-aid "equivalencies" (*See*: NCAA 2012-13 Division I Manual, Article 15.5.3). FBS football and men's basketball are not "equivalency," but rather, are "counter" sports.  Thus, the total number of full scholarships is smaller than the number of student-athletes receiving scholarship funds.

[266]   "Information Received from Todd Petr.doc" The total number of full scholarships granted for D-I men's basketball grew from 3,404 in 2005 to 4,019 in 2012.  For FBS football, the number rose from 8,881 in 2005 to 9550 in 2012.

sports other than men's basketball and football, which increases output of intercollegiate athletics more broadly and thus the number of scholarships that are available for students in other sports.

▪ By sponsoring tournaments and championships, not only does the NCAA contribute to the popularity of college athletics, the NCAA also increases both the number of games and competitions that otherwise might be available, and its challenged conduct helps generate additional revenues which feed back into supporting members' athletics programs.

▪ Revenues generated from athletics also help support the schools as a whole to the extent that they lower the amount that the schools contribute to athletics programs. This permits schools to increase their other educational and academic offerings.

144. *Revenue sharing*. I have described several of the Funds the NCAA has established through which it distributes revenue. Through these means, the NCAA contributes to expanding opportunities for student participation in athletics and school participation in intercollegiate championships. This not only benefits students in Division I, but it also provides benefits for Division II and Division III.[267] All else equal, a substantial loss of net revenue from having to pay men's basketball and football players would reduce the ability of the NCAA to provide financial assistance to low-revenue schools and divisions. This would logically lead to a reduction in the number of sports played, the number of teams fielded, and the number of scholarships offered.

145. The number of football and basketball teams in Division I has increased in recent years. By Professor Rascher's account, there has been a net entry of 65 schools in Division I basketball since 1984 and net entry of 17 schools into FBS football.[268] Exhibit 9 shows that the number of D-I men's basketball teams has grown in the last 25 years from 291 in 1987-88 to 340 in 2011-12. Exhibit 10 shows the rise in the number of Division I football teams over the same period from 105 in 1987-88 to 121

---

[267] Interview with Jim Isch, Chief Operating Officer at the NCAA, September 20, 2013. Mr. Isch explained that of NCAA revenues, which are all almost entirely earned through the Division I basketball tournament, about 4.7 percent go to Division II, and about 3.2 percent got to Division III.

[268] Rascher Declaration ¶ 113 and backup.

HIGHLY CONFIDENTIAL–COUNSEL ONLY: SUBJECT TO PROTECTIVE ORDER Page 67

in 2011-12.[269]  Schools join Division I, in part, to compete at the highest levels.[270]

146.    This, of course, results in an increase in the number of games.  Exhibit 11 shows the increase in the number of men's basketball games played from 4,168 to 5,466 from 1993 to 2013.  Exhibit 12 shows the increase in the number of Division I FBS football games.  There also has been an increase in the number of football bowls.  There were 25 FBS bowl games played in 2001 but this number grew to 35 by 2012.[271,272]

147.    Revenue sharing benefits student-athletes across the entire NCAA in other ways.  For example, the NCAA provides catastrophic health insurance to all student-athletes, sponsors safety programs, and engages in research to benefit all student-athletes.[273]

148.    School net revenue from men's basketball and football would clearly be substantially reduced in APs' but-for world.  While FBS schools with the largest and most popular programs may still have sufficient revenues to support their athletic programs, other schools closer to the margin may have decided to leave FBS or Division I athletics.[274]   They may have decided to drop football or basketball altogether.  For example, According to John Welty, the President of Fresno State, the

---

[269]   Prior to 2006, FBS was known as Division I-A.

[270]   *See, e.g.,* Harker Declaration (University of Delaware),   ¶ 17. *See also, e.g.,* "Appalachian State moving up to FBS," *ESPN.com*, March 27, 2013, available at <http://espn.go.com/college-sports/story/_/id/9105401/appalachian-state-mountaineers-moving-fbs-joining-sun-belt>,   accessed September 23, 2013; Estes, Cary, "Money, pageantry, community driving jump from FCS to FBS," *Sports Illustrated*, September 7, 2012, available at <http://sportsillustrated.cnn.com/2012/football/ncaa/09/07/fbs-newcomers-texas-state/index.html>, accessed September 23, 2013; Zenor, John, "South Alabama Joins FBS Club in Football-Mad State," Associated Press, available at <http://bigstory.ap.org/article/south-alabama-joins-fbs-club-football-mad-state>, accessed September 23, 2013.

[271]   "2001-2002  College  Football  Season  Bowl  Results,"  *CollegeFootballPoll.com*, <http://www.collegefootballpoll.com/2001_archive_bowls.html>, accessed September 9, 2013; "College  Bowls  2012-2013,"  *ESPN.com*,  <http://espn.go.com/college-football/bowls>,  accessed September 9, 2013.

[272]   While the NCAA does not sponsor bowl games, its rules sanction postseason bowl games and determine general eligibility for teams and student-athletes.  *See*: 2012-13 Division I Manual, Articles 18.7.2, 18.7.2.1, 18.7.2.2 and 18.7.4.  *See also:* 2012-13 NCAA Postseason Football Handbook, available at <http://www.ncaa.org/wps/wcm/connect/4c848a804d85fe60a968bd7c2d0d15b8/Postseason+Handbook.pdf?MOD=AJPERES&CACHEID=4c848a804d85fe60a968bd7c2d0d15b8>,  accessed  September 23, 2013.

[273]   Interview with Jim Isch, September 20, 2013.

[274]   *See, e.g.,* Welty Declaration (Fresno State), March 12, 2013, p. 6, and Harker Declaration (University of Delaware), pp. 5-6.

school's athletic department currently relies on a subsidy from the institution which accounts for about 34% of the department's operating budget.[275]   Furthermore, Mr. Welty believes that Fresno State, and other schools, could leave Division I if pay-for-play were allowed.[276]  This would likely harm athletes, universities, and consumers.

149.    As I discussed in the Rubinfeld Class Certification Report, while the top-end of college athletics might have remained profitable under APs' but-for world, many schools may have left Division I athletics, or even dropped their football or basketball programs altogether because of a loss of funds resulting from having to pay a substantial portion of their licensing revenue to student-athletes in just those two men's sports.  This possibility is conceded by Professor Noll as "likely to happen."[277] Again, this means that student-athletes, including football and basketball players would no longer receive scholarships. According to statistics compiled by the NCAA, net generated revenue for most sports other than football and men's basketball is negative.[278]   A loss of a substantial portion of their licensing revenue would substantially reduce the ability of schools to support many of these other sports.

150.    *Other sports*.  I also explained that the NCAA rules increase viability of sports other than men's basketball and football.  From the perspective of the student-athlete, this leads to an increase in the number of opportunities to participate, and in the number of scholarships available to them.  From the perspective of the consumer, it leads to an increase in the number of games available to watch.

151.    This is consistent with the declarations of several university presidents in this case. For instance, Utah State University ("USU") president Stan Albrecht has stated that:

> If pay-for-play became a reality in the way that the Antitrust
> Plaintiffs propose, it is likely that USU would not be able to fund
> the 16 sports that the NCAA requires to qualify for Division I, it
> would not be able to continue to implement its plans for greater
> gender equality in its athletic programs, and the number of

---

[275]   Welty Declaration (Fresno State), p. 3.
[276]   Welty Declaration (Fresno State), p. 6, and Harker Declaration (University of Delaware), pp. 5-6.
[277]   Noll Deposition, pp. 130-131.
[278]   NCAA 2004-2011 Revenues & Expenses Report, Table 3.11.  *See also*: "Albrecht Declaration (Utah State)", pp. 3-4.

HIGHLY CONFIDENTIAL–COUNSEL ONLY: SUBJECT TO PROTECTIVE ORDER Page 69

athletic opportunities for men and women would decrease. USU would not be able to afford to fund summer school programs for its student-athletes or support them with the same amount of academic aid that they currently receive.[279]

152. Wake Forest President Nathan Hatch has stated that Wake Forest may leave D-I or the FBS if schools moved to a pay-for-play model:

> The money that is earned from the high profile sports help fund the entire athletic program at Wake Forest. Wake Forest absolutely depends upon the revenues that Antitrust Plaintiffs' believe would be simply assigned to football and men's basketball players if NCAA rules precluding pay-for-play were eliminated. It is possible that Wake Forest might cease playing Division I or Football Bowl Subdivision sports entirely if pay-for-play became a reality.[280]

153. Similarly, University Delaware ("UD") President Patrick Harker stated that UD might chose to leave D-I if pay-for-play became a reality. Mr. Harker explained further that this would reduce the value and quantity of athletic scholarships awarded to students:

> If UD were to move to Division II in its NCAA sports, the number of grants-in-aid that would be awarded to student-athletes would be roughly half of what are awarded today. If UD were to move to Division III, all athletics grants-in-aid would be eliminated.[281]

154. *Grants-in-Aid.* The NCAA's amateurism rules may also support a greater number of scholarships per team than would exist in APs' but-for world. Lower net revenues after making substantial payments to some student-athletes will alter the economic choices facing athletic programs. One way to address the new budget picture would be to cut expenses in some categories. One way to do this would be a reduction in the number of scholarships awarded (either through the school choosing not to award the maximum number allowed or through a reduction in the maximum number allowed by the NCAA or the conferences).

---

[279] Albrecht Declaration (Utah State), ¶ 12.
[280] Hatch Declaration (Wake Forest), ¶ 12. *See also:* Welty Declaration (Fresno State), ¶¶ 20-21.
[281] Harker Declaration (University of Delaware), ¶ 18.

HIGHLY CONFIDENTIAL–COUNSEL ONLY: SUBJECT TO PROTECTIVE ORDER

Respectfully Submitted,

_____

Daniel L. Rubinfeld
New York, New York
September 25, 2013

## Exhibit 1: Named Antitrust Plaintiffs

| Named Plaintiff | School | Sport | Years Eligible | Position |
|---|---|---|---|---|
| Bill Russell | San Francisco | Basketball | 1953-1956 | Center |
| Oscar Robertson | Cincinnati | Basketball | 1957-1960 | Guard-Forward |
| Harry Flournoy | Texas Western | Basketball | 1963-1966 | Forward |
| David Lattin | Tennessee State & Texas Western | Basketball | 1964-1967 | Center |
| Thad Jaracz | Kentucky | Basketball | 1965-1968 | Center |
| Bob Tallent | Kentucky & George Washington | Basketball | 1966-1967, 1969 | Guard |
| Kerwin Ray Ellis | Ohio State | Football | 1977-1980 | Safety |
| Alex Gilbert | Indiana State | Basketball | 1979-1980 | Forward |
| Tate George | Connecticut | Basketball | 1987-1990 | Guard |
| Eric Riley | Michigan | Basketball | 1989-1993 | Center |
| Ed O'Bannon | UCLA | Basketball | 1991-1995 | Forward |
| Sam Jacobson | Minnesota | Basketball | 1994-1998 | Guard-Forward |
| Danny Wimprine | Memphis | Football | 2001-2004 | Quarterback |
| Damien Rhodes | Syracuse | Football | 2002-2005 | Running Back |
| Tyrone Prothro | Alabama | Football | 2003-2005 | Wide Receiver |
| Patrick Maynor | Stanford | Football | 2004-2008 | Linebacker |
| Jake Fischer | Arizona | Football | 2009-current | Linebacker |
| Jake Smith | Syracuse, Youngstown State, Arizona | Football | 2009-current | Kicker |
| Moses Alipate | Minnesota | Football | 2009-current | Tight End |
| Darius Robinson | Clemson | Football | 2010-current | Cornerback |
| Chase Garnham | Vanderbilt | Football | 2010-current | Linebacker |

**Notes:** (1) "Years Eligible" for basketball plaintiffs are based on later year of a given season. For example, the 1995-96 basketball season is denoted as 1996.

(2) Shaded rows show current student-athletes added in the Third Consolidated Amended Complaint ("TCAC").

(3) Antitrust Plaintiffs added a sixth current student athlete, Victor Keise (a wide receiver at the University of Minnesota), but I understand that he has voluntarily dismissed his claims.  (Order Resolving Miscellaneous Motions, In Re NCAA Student-Athlete Name & Likeness Licensing Litigation, Case No. C 09-01967 CW, September 10, 2013, FN 1.).

**Sources:** TCAC,  July 18, 2013; Second Consolidated Amended Complaint ("SCAC"), May 16, 2011; Oscar P. Robertson, et al., Class Action Complaint, January 26, 2011 ("Robertson complaint"); William F. Russell, et al., Class Action Complaint, October 5, 2011 ("Russell complaint"); named plaintiff depositions; Player Biography Pages, available at:
<http://www.arizonawildcats.com/ViewArticle.dbml?DB_OEM_ID=30700&ATCLID=207985643>,
<http://www.arizonawildcats.com/ViewArticle.dbml?DB_OEM_ID=30700&ATCLID=207985654>,
<http://www.gophersports.com/sports/m-footbl/mtt/moses_alipate_759784.html>,
<http://www.clemsontigers.com/ViewArticle.dbml?DB_OEM_ID=28500&ATCLID=205529467>,
<http://www.vucommodores.com/sports/m-footbl/mtt/chase_garnham_711861.html>,  accessed September 17, 2013.

Highly Confidential - Counsel Only: Subject to Protective Order

## Exhibit 2: Schools and Conferences that Compete in
## FBS Football or Division-I Basketball

| FBS Football Conferences | | | |
|---|---|---|---|
| **American Athletic** | **ACC** | **Big Ten** | **Big 12** |
| Cincinnati | Boston College | Illinois | Baylor |
| Connecticut | Clemson | Indiana | Iowa State |
| Houston | Duke | Iowa | Kansas |
| Louisville | Florida State | Michigan | Kansas State |
| Memphis | Georgia Tech | Michigan State | Oklahoma |
| Rutgers | Maryland | Minnesota | Oklahoma State |
| South Florida | Miami (Fla.) | Nebraska | TCU |
| Southern Methodist | North Carolina | Northwestern | Texas |
| Temple | North Carolina State | Ohio State | Texas Tech |
| UCF | Pittsburgh | Penn State | West Virginia |
| | Syracuse | Purdue | |
| | Virginia | Wisconsin | |
| | Virginia Tech | | |
| | Wake Forest | | |
| **Conference USA** | **FBS Independents** | **Mid American** | **Mountain West** |
| East Carolina | Army | Akron | Air Force |
| Florida Atlantic | Brigham Young | Ball State | Boise State |
| Florida International | Idaho | Bowling Green | Colorado State |
| Louisiana Tech | Navy | Buffalo | Fresno State |
| Marshall | New Mexico State | Central Michigan | Hawaii |
| Middle Tennessee | Notre Dame | Eastern Michigan | Nevada |
| North Texas | Old Dominion | Kent State | New Mexico |
| Rice | | Massachusetts | San Diego State |
| Southern Mississippi | | Miami (Ohio) | San Jose State |
| Texas-El Paso | | Northern Illinois | UNLV |
| Texas-San Antonio | | Ohio | Utah State |
| Tulane | | Toledo | Wyoming |
| Tulsa | | Western Michigan | |
| UAB | | | |
| **Pac-12** | **SEC** | **Sun Belt** | |
| Arizona | Alabama | Arkansas State | |
| Arizona State | Arkansas | Georgia State | |
| California | Auburn | La.-Lafayette | |
| Colorado | Florida | Louisiana-Monroe | |

Highly Confidential - Counsel Only: Subject to Protective Order

| | | | |
|---|---|---|---|
| Oregon | Georgia | South Alabama | |
| Oregon State | Kentucky | Texas State | |
| Southern California | LSU | Troy | |
| Stanford | Mississippi State | Western Kentucky | |
| UCLA | Missouri | | |
| Utah | Ole Miss | | |
| Washington | South Carolina | | |
| Washington State | Tennessee | | |
| | Texas A&M | | |
| | Vanderbilt | | |
| **Division I Men's Basketball Conferences** | | | |
| **American Athletic** | **America East\*** | **ACC** | **Atlantic Sun\*** |
| Cincinnati | Albany | Boston College | E. Tennessee State |
| Connecticut | Binghamton | Clemson | Florida Gulf Coast |
| Houston | Hartford | Duke | Jacksonville |
| Louisville | Lowell | Florida State | Kennesaw State |
| Memphis | Maine | Georgia Tech | Lipscomb |
| Rutgers | Maryland-Baltimore County | Maryland | Mercer |
| South Florida | New Hampshire | Miami (Fla.) | North Florida |
| Southern Methodist | Stony Brook | North Carolina State | Northern Kentucky |
| Temple | Vermont | North Carolina | South Carolina Upstate |
| UCF | | Notre Dame | Stetson |
| | | Pittsburgh | |
| | | Syracuse | |
| | | Virginia | |
| | | Virginia Tech | |
| | | Wake Forest | |
| **Atlantic 10\*** | **Big East\*** | **Big Sky\*** | **Big South\*** |
| Dayton | Butler | Eastern Washington | Campbell |
| Duquesne | Creighton | Idaho State | Charleston Southern |
| Fordham | DePaul | Montana | Coastal Carolina |
| George Mason | Georgetown | Montana State | Gardner-Webb |
| George Washington | Marquette | North Dakota | High Point |
| La Salle | Providence | Northern Arizona | Liberty |
| Massachusetts | Seton Hall | Northern Colorado | Longwood |
| Rhode Island | St. John's | Portland State | NC-Asheville |
| Richmond | Villanova | Sacramento State | Presbyterian |
| Saint Joseph's | Xavier | Southern Utah | Radford |
| Saint Louis | | Weber State | VMI |

Highly Confidential - Counsel Only: Subject to Protective Order

| St. Bonaventure | | | Winthrop |
| Virginia Commonwealth | | | |
| **Big Ten** | **Big 12** | **Big West*** | **Colonial Athletic*** |
| Illinois | Baylor | Cal Poly | College of Charleston |
| Indiana | Iowa State | Cal State Fullerton | Delaware |
| Iowa | Kansas | California Davis | Drexel |
| Michigan State | Kansas State | California Irvine | Hofstra |
| Michigan | Oklahoma | California Riverside | James Madison |
| Minnesota | Oklahoma State | Hawaii | NC-Wilmington |
| Nebraska | TCU | Long Beach State | Northeastern |
| Northwestern | Texas | Northridge | Towson |
| Ohio State | Texas Tech | Santa Barbara | William & Mary |
| Penn State | West Virginia | | |
| Purdue | | | |
| Wisconsin | | | |
| **Conference USA** | **Horizon League*** | **Basketball Independents*** | **Ivy League*** |
| Charlotte | Cleveland State | New Jersey Tech | Brown |
| East Carolina | Detroit | | Columbia |
| Florida Atlantic | Green Bay | | Cornell |
| Florida International | Illinois-Chicago | | Dartmouth |
| Louisiana Tech | Oakland | | Harvard |
| Marshall | Valparaiso | | Pennsylvania |
| Middle Tennessee | Wisconsin-Milwaukee | | Princeton |
| North Texas | Wright State | | Yale |
| Old Dominion | Youngstown State | | |
| Rice | | | |
| Southern Miss | | | |
| Texas-El Paso | | | |
| Texas-San Antonio | | | |
| Tulane | | | |
| Tulsa | | | |
| UAB | | | |
| **MAAC*** | **Mid American** | **MEAC*** | **Missouri Valley*** |
| Canisius | Akron | Bethune-Cookman | Bradley |
| Fairfield | Ball State | Coppin State | Drake |
| Iona | Bowling Green | Delaware State | Evansville |
| Manhattan | Buffalo | Florida A&M | Illinois State |
| Marist | Central Michigan | Hampton | Indiana State |
| Monmouth | Eastern Michigan | Howard | Loyola-Chicago |

Highly Confidential - Counsel Only: Subject to Protective Order

| | | | |
|---|---|---|---|
| Niagara | Kent State | Maryland-Eastern Shore | Missouri State |
| Quinnipiac | Miami (Ohio) | Morgan State | Northern Iowa |
| Rider | Northern Illinois | Norfolk State | Southern Illinois |
| Siena | Ohio | North Carolina A&T | Wichita State |
| St. Peter's | Toledo | North Carolina Central | |
| | Western Michigan | Savannah State | |
| | | South Carolina State | |
| **Mountain West** | **Northeast*** | **Ohio Valley*** | **Pac-12** |
| Air Force | Bryant University | Austin Peay | Arizona State |
| Boise State | Central Connecticut State | Belmont | Arizona |
| Colorado State | Fairleigh Dickinson | Eastern Illinois | California |
| Fresno State | LIU-Brooklyn | Eastern Kentucky | Colorado |
| Nevada | Mount St. Mary's | Jacksonville State | Oregon |
| New Mexico | Robert Morris | Morehead State | Oregon State |
| San Diego State | Sacred Heart | Murray State | Southern California |
| San Jose State | St. Francis (N.Y.) | SIU-Edwardsville | Stanford |
| UNLV | St. Francis (Pa.) | Southeast Missouri State | UCLA |
| Utah State | Wagner | Tennessee State | Utah |
| Wyoming | | Tennessee Tech | Washington |
| | | Tennessee-Martin | Washington State |
| **Patriot League*** | **SEC** | **Southern*** | **Southland*** |
| American | Alabama | Appalachian State | Abilene Christian |
| Army | Arkansas | Chattanooga | Central Arkansas |
| Boston University | Auburn | Davidson | Houston Baptist |
| Bucknell | Florida | Elon | Incarnate Word |
| Colgate | Georgia | Furman | Lamar |
| Holy Cross | Kentucky | Georgia Southern | McNeese State |
| Lafayette | LSU | NC-Greensboro | New Orleans |
| Lehigh | Mississippi State | Samford | Nicholls State |
| Loyola-Maryland | Missouri | The Citadel | Northwestern State |
| Navy | Ole Miss | Western Carolina | Oral Roberts |
| | South Carolina | Wofford | Sam Houston State |
| | Tennessee | | Southeastern Louisiana |
| | Texas A&M | | Stephen F. Austin |
| | Vanderbilt | | Texas A&M-Corpus Christi |
| **Summit League*** | **SWAC*** | **Sun Belt** | **West Coast*** |
| Denver | Alabama A&M | Arkansas State | Brigham Young |
| IPFW | Alabama State | Arkansas-Little Rock | Gonzaga |
| IUPUI | Alcorn State | Georgia State | Loyola Marymount |

Highly Confidential - Counsel Only: Subject to Protective Order

| | | | |
|---|---|---|---|
| Nebraska Omaha | Arkansas-Pine Bluff | Louisiana-Lafayette | Pacific |
| North Dakota State | Grambling | Louisiana-Monroe | Pepperdine |
| South Dakota | Jackson State | South Alabama | Portland |
| South Dakota State | Mississippi Valley State | Texas State-San Marcos | San Diego |
| Western Illinois | Prairie View A&M | Texas-Arlington | San Francisco |
| | Southern | Troy | Santa Clara |
| | Texas Southern | Western Kentucky | St. Mary's |
| **Western Athletic\*** | | | |
| Cal State Bakersfield | | | |
| Chicago State | | | |
| Grand Canyon | | | |
| Idaho | | | |
| New Mexico State | | | |
| Seattle | | | |
| Texas-Pan American | | | |
| UMKC | | | |
| Utah Valley | | | |

**Note:** * Denotes Conferences which compete in Men's Division I Basketball but not FBS football.

**Sources:** "College Football Teams," *CBS Sports* , available at <http://www.cbssports.com/collegefootball/teams>, accessed September 25, 2013; "College Basketball Teams," *CBS Sports* , available at <http://www.cbssports.com/collegebasketball/teams>, accessed September 25, 2013.



**Exhibit 3A: Basketball Attendance by League (2009-10 Season)**

**Notes:**  Figures include regular season home game attendance.  The 2009-10 season is the most recent season in which data were available for all three leagues. Data were available for the 2011-12 season, but the NBA data were incomplete due to the labor lockout shortened season.
**Sources:** "NBA Attendance - 2010," *ESPN.com*, available at <http://espn.go.com/nba/attendance/_/year/2010>, accessed September 18, 2013; NCAA Men's Basketball Attendance Statistics, "Division I Summary," available at <http://www.ncaa.org/wps/wcm/connect/public/ncaa/resources/stats/m+basketball/attendance/index.html>, accessed September 12, 2013; "D-League draws 1 million fans for first time," NBA.com, April 6, 2010, available at <http://www.nba.com/2010/news/04/06/dleague.attendance.ap/index.html>, accessed August 29, 2013.

Highly Confidential - Counsel Only: Subject to Protective Order



**Notes:** Figures include regular season home game attendance. FBS figures have been adjusted to eliminate attendance at a bowl game held on San Diego State's home field which had been included in home attendance figures. The game had an attendance of 35,442.
**Sources:** "NFL Attendance - 2012," *ESPN.com*, available at <http://espn.go.com/nfl/attendance/_/year/2012>, accessed September 18, 2013; NCAA Men's Football Attendance Statistics, available at <http://www.ncaa.org/wps/wcm/connect/public/ncaa/resources/stats/football/attendance/index.html>, accessed September 9, 2013; "AFL Arena Football History – Year By Year – 2012," *ArenaFan.com*, available at <http://www.arenafan.com/history/?page=yearly&histleague=1&fpage=attendance&year=2012>, accessed August 27, 2013.

Highly Confidential - Counsel Only: Subject to Protective Order



**Exhibit 4: ESPNU Subscribership**

**Notes:** ESPNU was launched in 2005. Subscriptions are based on year-end totals.
**Source:** *Economics of Basic Cable Networks*, SNL Kagan, 2011, pp. 273-274.

Highly Confidential - Counsel Only: Subject to Protective Order

**Exhibit 5A: Total "Generated Revenues" & Expenses by Sport
Division I -FBS (Fiscal Year 2011, Median Values)**

| Sport | Men's Programs | | | Women's Programs | | |
|---|---|---|---|---|---|---|
| | Median Generated Revenues | Median Expenses | Median Net Revenue | Median Generated Revenues | Median Expenses | Median Net Revenue |
| Baseball | $360,000 | $1,308,000 | ($639,000) | N/A | N/A | N/A |
| Basketball | $4,948,000 | $4,366,000 | $812,000 | $275,000 | $2,304,000 | ($1,256,000) |
| Crew | N/A | N/A | N/A | $96,000 | $1,181,000 | ($774,000) |
| Equestrian | N/A | N/A | N/A | $186,000 | $1,251,000 | ($844,000) |
| Fencing | $29,000 | $183,000 | ($92,000) | $56,000 | $243,000 | ($86,000) |
| Field Hockey | N/A | N/A | N/A | $70,000 | $840,000 | ($642,000) |
| Football | $16,859,000 | $13,052,000 | $3,451,000 | N/A | N/A | N/A |
| Golf | $101,000 | $420,000 | ($236,000) | $60,000 | $454,000 | ($290,000) |
| Gymnastics | $64,000 | $573,000 | ($321,000) | $68,000 | $935,000 | ($589,000) |
| Ice Hockey | $815,000 | $1,977,000 | ($426,000) | $179,000 | $1,288,000 | ($852,000) |
| Lacrosse | $495,000 | $1,283,000 | ($211,000) | $175,000 | $914,000 | ($628,000) |
| Rifle | $0 | $26,000 | ($26,000) | $10,000 | $44,000 | ($25,000) |
| Skiing | $35,000 | $370,000 | ($281,000) | $31,000 | $324,000 | ($240,000) |
| Soccer | $127,000 | $856,000 | ($498,000) | $74,000 | $1,004,000 | ($579,000) |
| Softball | N/A | N/A | N/A | $73,000 | $888,000 | ($614,000) |
| Swimming | $69,000 | $731,000 | ($557,000) | $58,000 | $813,000 | ($503,000) |
| Tennis | $52,000 | $488,000 | ($307,000) | $31,000 | $529,000 | ($339,000) |
| Track & Field/X-Country | $73,000 | $801,000 | ($512,000) | $67,000 | $993,000 | ($611,000) |
| Volleyball | $161,000 | $685,000 | ($389,000) | $85,000 | $1,017,000 | ($591,000) |
| Water Polo | $153,000 | $575,000 | ($292,000) | $23,000 | $622,000 | ($479,000) |
| Wrestling | $154,000 | $803,000 | ($331,000) | N/A | N/A | N/A |
| Other | $206,000 | $392,000 | ($77,000) | $3,000 | $97,000 | ($76,000) |

**Notes**: The value in each cell down a column represents the median value for that sport among schools that sponsor that sport. Therefore, the median net revenues shown do not equal the difference between the median generated revenues and the median expenses.
"Generated Revenue" includes "[t]hose revenues generated independently by the athletics program, such as ticket sales, concessions, alumni/booster contributions, and NCAA and conference distributions."
**Source**: "Revenues & Expenses, 2004-2011 NCAA Division I Intercollegiate Athletics Programs Report," April 2012, Table 3.11 and p. 106.

Highly Confidential - Counsel Only: Subject to Protective Order

## Exhibit 5B: Total "Generated Revenues" & Expenses by Sport
### Division I -FCS (Fiscal Year 2011, Median Values)

| Sport | Men's Programs | | | Women's Programs | | |
|---|---|---|---|---|---|---|
| | Median Generated Revenues | Median Expenses | Median Net Revenue | Median Generated Revenues | Median Expenses | Median Net Revenue |
| Baseball | $88,000 | $600,000 | ($165,000) | N/A | N/A | N/A |
| Basketball | $434,000 | $1,179,000 | $39,000 | $87,000 | $952,000 | ($185,000) |
| Crew | N/A | N/A | N/A | $53,000 | $416,000 | ($42,000) |
| Equestrian | N/A | N/A | N/A | $34,000 | $183,000 | ($28,000) |
| Fencing | $39,000 | $124,000 | $0 | $47,000 | $114,000 | $0 |
| Field Hockey | N/A | N/A | N/A | $41,000 | $443,000 | ($87,000) |
| Football | $856,000 | $2,760,000 | ($137,000) | N/A | N/A | N/A |
| Golf | $32,000 | $167,000 | ($26,000) | $19,000 | $178,000 | ($39,000) |
| Gymnastics | $46,000 | $162,000 | ($113,000) | $52,000 | $362,000 | ($124,000) |
| Ice Hockey | $489,000 | $1,049,000 | $0 | $40,000 | $608,000 | $0 |
| Lacrosse | $180,000 | $564,000 | ($46,000) | $32,000 | $456,000 | ($10,000) |
| Rifle | $4,000 | $30,000 | ($7,000) | $7,000 | $51,000 | ($10,000) |
| Skiing | $94,000 | $284,000 | ($61,000) | $59,000 | $303,000 | ($23,000) |
| Soccer | $51,000 | $485,000 | ($40,000) | $26,000 | $479,000 | ($121,000) |
| Softball | N/A | N/A | N/A | $24,000 | $492,000 | ($171,000) |
| Swimming | $47,000 | $193,000 | ($39,000) | $27,000 | $374,000 | ($33,000) |
| Tennis | $5,000 | $168,000 | ($26,000) | $6,000 | $228,000 | ($43,000) |
| Track & Field/X-Country | $20,000 | $356,000 | ($60,000) | $15,000 | $479,000 | ($115,000) |
| Volleyball | $28,000 | $143,000 | $0 | $24,000 | $473,000 | ($110,000) |
| Water Polo | $73,000 | $177,000 | ($9,000) | $37,000 | $252,000 | ($9,000) |
| Wrestling | $113,000 | $399,000 | ($61,000) | N/A | N/A | N/A |
| Other | $77,000 | $243,000 | $0 | $61,000 | $171,000 | ($19,000) |

**Notes**: The value in each cell down a column represents the median value for that sport among schools that sponsor that sport. Therefore, the median net revenues shown do not equal the difference between the median generated revenues and the median expenses.

"Generated Revenue" includes "[t]hose revenues generated independently by the athletics program, such as ticket sales, concessions, alumni/booster contributions, and NCAA and conference distributions."

**Source**: "Revenues & Expenses, 2004-2011 NCAA Division I Intercollegiate Athletics Programs Report," April 2012, Table 4.11 and p. 106.

Highly Confidential - Counsel Only: Subject to Protective Order

# Exhibit 5C: Total "Generated Revenues" & Expenses by Sport
## Division I - No Football (Fiscal Year 2011, Median Values)

| Sport | Men's Programs | | | Women's Programs | | |
|---|---|---|---|---|---|---|
| | Median Generated Revenues | Median Expenses | Median Net Revenue | Median Generated Revenues | Median Expenses | Median Net Revenue |
| Baseball | $78,000 | $715,000 | ($9,000) | N/A | N/A | N/A |
| Basketball | $510,000 | $1,737,000 | $0 | $64,000 | $1,170,000 | ($75,000) |
| Crew | N/A | N/A | N/A | $17,000 | $356,000 | $0 |
| Equestrian | N/A | N/A | N/A | $1,000 | $195,000 | ($194,000) |
| Fencing | $1,000 | $66,000 | ($1,000) | $2,000 | $62,000 | $0 |
| Field Hockey | N/A | N/A | N/A | $14,000 | $499,000 | $0 |
| Football | N/A | N/A | N/A | N/A | N/A | N/A |
| Golf | $19,000 | $200,000 | ($8,000) | $12,000 | $217,000 | ($8,000) |
| Gymnastics | $42,000 | $292,000 | ($123,000) | $86,000 | $483,000 | $0 |
| Ice Hockey | $509,000 | $1,916,000 | $0 | $13,000 | $1,446,000 | ($108,000) |
| Lacrosse | $75,000 | $709,000 | $0 | $17,000 | $394,000 | $0 |
| Rifle | $0 | $4,000 | ($4,000) | $0 | $0 | $0 |
| Skiing | $28,000 | $483,000 | ($29,000) | $26,000 | $493,000 | ($37,000) |
| Soccer | $27,000 | $554,000 | ($6,000) | $19,000 | $586,000 | ($4,000) |
| Softball | N/A | N/A | N/A | $19,000 | $505,000 | ($23,000) |
| Swimming | $19,000 | $273,000 | ($2,000) | $16,000 | $306,000 | $0 |
| Tennis | $6,000 | $203,000 | ($7,000) | $4,000 | $257,000 | ($13,000) |
| Track & Field/X-Country | $7,000 | $305,000 | ($9,000) | $7,000 | $367,000 | ($15,000) |
| Volleyball | $66,000 | $350,000 | ($35,000) | $14,000 | $562,000 | ($45,000) |
| Water Polo | $16,000 | $256,000 | ($5,000) | $13,000 | $264,000 | ($2,000) |
| Wrestling | $56,000 | $423,000 | $0 | N/A | N/A | N/A |
| Other | $32,000 | $131,000 | $0 | $27,000 | $138,000 | $0 |

**Notes**: The value in each cell down a column represents the median value for that sport among schools that sponsors that sport. Therefore, the median net revenues shown do not equal the difference between the median generated revenues and the median expenses.

"Generated Revenue" includes "[t]hose revenues generated independently by the athletics program, such as ticket sales, concessions, alumni/booster contributions, and NCAA and conference distributions."

**Source**: "Revenues & Expenses, 2004-2011 NCAA Division I Intercollegiate Athletics Programs Report," April 2012, Table 5.11 and p. 106.

Highly Confidential - Counsel Only: Subject to Protective Order



**Exhibit 6A: NCAA Student-Athlete Participation: All Sports**

**Notes**: Starting in 1995-96, the data include "provisional" NCAA members, who follow NCAA rules and compete in the NCAA but do not have voting privileges (See 1981-82 - 2011-12 NCAA Sports Sponsorship and Participation Rates Report, p. 6). These data exclude "emerging" sports.
**Source**: 1981-82 - 2011-12 NCAA Sports Sponsorship and Participation Rates Report, pp. 74-75.

Highly Confidential - Counsel Only: Subject to Protective Order



**Exhibit 6B: NCAA Student-Athlete Participation: All Women's Sports**

**Notes**: Starting in 1995-96, the data include "provisional" NCAA members, who follow NCAA rules and compete in the NCAA but do not have voting privileges (See 1981-82 - 2011-12 NCAA Sports Sponsorship and Participation Rates Report, p. 6). These data exclude "emerging" sports.
**Source**: 1981-82 - 2011-12 NCAA Sports Sponsorship and Participation Rates Report, pp. 74-75.

Highly Confidential - Counsel Only: Subject to Protective Order



**Exhibit 7: NCAA Student-Athlete Participation: Division I Men's Basketball**

**Notes**: Starting in 1995-96, the data include "provisional" NCAA members, who follow NCAA rules and compete in the NCAA but do not have voting privileges (See 1981-82 - 2011-12 NCAA Sports Sponsorship and Participation Rates Report, p. 6).
**Source**: 1981-82 - 2011-12 NCAA Sports Sponsorship and Participation Rates Report, pp. 134-135

Highly Confidential - Counsel Only: Subject to Protective Order



**Exhibit 8: NCAA Student-Athlete Participation: FBS Football**

**Notes**: Starting in 1995-96, the data include "provisional" NCAA members, who follow NCAA rules and compete in the NCAA but do not have voting privileges (See 1981-82 - 2011-12 NCAA Sports Sponsorship and Participation Rates Report, p. 6). Prior to 2006, FBS was known as Division I-A.
**Source**: 1981-82 - 2011-12 NCAA Sports Sponsorship and Participation Rates Report, p. 144.

Highly Confidential - Counsel Only: Subject to Protective Order



**Exhibit 9: Number of Division I Men's Basketball Teams**

**Notes:** Starting in 1995-96, the data include "provisional" NCAA members,  who follow NCAA rules and compete in the NCAA but do not have voting privileges (See 1981-1982 - 2011-12 NCAA Sports Sponsorship and Participation Rates Report, p. 6).
**Source:** 1981-1982 - 2011-12 NCAA Sports Sponsorship and Participation Rates Report, pp. 134-135.

Highly Confidential - Counsel Only: Subject to Protective Order



**Exhibit 10: Number of FBS Football Teams**

**Notes:** Starting in 1995-96, the data include "provisional" NCAA members,  who follow NCAA rules and compete in the NCAA but do not have voting privileges (See 1981-1982 - 2011-12 NCAA Sports Sponsorship and Participation Rates Report, p. 6). Prior to 2006, FBS was known as Division I-A.
**Source:** 1981-1982 - 2011-12 NCAA Sports Sponsorship and Participation Rates Report, p. 144.

Highly Confidential - Counsel Only: Subject to Protective Order



**Exhibit 11: Number of Division I Men's Basketball Games Played**

**Notes:** Figures include regular and postseason games. Figures represent all Division I "NCAA Men's Varsity Teams" in that year. The NCAA began providing summary statistics for Division I Men's Basketball beginning in 1993.
**Source:** NCAA Men's Basketball Attendance Statistics, "Division I Summary," available at
<http://www.ncaa.org/wps/wcm/connect/public/ncaa/resources/stats/m+basketball/attendance/index.html>, accessed September 12, 2013; Amy Farnum, "Ushering in the Madness," NCAA.com, January 13, 2013, available at <http://www.ncaa.com/news/basketball-men/marchmadness75/2013-01-28/ushering-madness>, accessed September 23, 2013; NCAA Tournament Statistics, pp. 37-38, available at <http://fs.ncaa.org/Docs/stats/m_final4/2013/3Tourn.pdf>, accessed September 6, 2013

Highly Confidential - Counsel Only: Subject to Protective Order



**Exhibit 12: Number of FBS Football Games Played**

**Notes:** Figures include regular season and bowl games. FBS figures have been adjusted to eliminate double counting of a bowl game held on San Diego State's home field. The game was included by the NCAA in both the bowl game and home game categories. Figures prior to 2005 include teams that were in the process of reclassifying to FBS. The NCAA began providing summary statistics for FBS football beginning in 2001. Prior to 2006, FBS was known as Division I-A.
**Source:** NCAA Men's Football Attendance Statistics, available at http://www.ncaa.org/wps/wcm/connect/public/ncaa/resources/stats/football/attendance/index.html, accessed September 9, 2013.

Highly Confidential - Counsel Only: Subject to Protective Order

# Attachment A

September 2013

Curriculum Vitae

## DANIEL L. RUBINFELD

**PRESENT POSITIONS**:

Robert L. Bridges Professor of Law, Professor of Economics, Emeritus
University of California, Berkeley, 788 Simon Tower, Boalt Hall,
Berkeley, California 94720
Phone: (510) 642-1959
Fax: Office (510) 642-3767
e-mail: drubinfeld@law.berkeley.edu

Professor, NYU Law School, Fall Semester, 427 Vanderbilt Hall
40 Washington Square West, New York, NY 10003, Phone: (212) 992 8834
drubinfeld@law.nyu.edu, Fax: (212) 995-4590

**ACADEMIC STUDIES**:        Princeton, Mathematics, B.A., June 1967
M.I.T., Economics, M.S., September 1968
M.I.T., Economics, Ph.D., June 1972

**TEACHING EXPERIENCE**:

Suffolk University, Boston, Massachusetts
   Full-time Economics Instructor, 1968-70
Wellesley College, Wellesley, Massachusetts
   Full-time Economics Instructor, 1970-71
University of Michigan, Ann Arbor, Michigan
   Assistant Professor of Economics, 1972-77
   Associate Professor of Economics and Law, 1977-82
   Professor of Economics and Law, 1982-83
   Research Associate, Institute of Public Policy Studies, 1972-82
University of California, Berkeley, 1983 - present
   Robert L. Bridges Professor of Law and Professor of Economics, 1983-Present
Stanford University
   Visiting Professor of Law, Spring 1989 (Economics and Public Policy)
University of Geneva
   Visiting Professor, May 1991 (Antitrust Law and Economics)
Swiss National Bank, Studienzentrum Gerzensee (one week for each visit)
   Visiting Professor of Law and Economics, Spring 1995-97 (Economics of Private Law), 2002
   (Political Economy of Federalism), 2004, 2007 (Competition Law and Economics), 2009, 2011
   (Competition Law and Economics)
New York University
   Visiting Professor, Professor of Law, Spring 1999, Fall 2000, 2003, 2005-2006, 2008-2012
   (Quantitative Methods in Law, Antitrust Law and Economics)
University of Virginia
   Visiting Professor of Law, January 2004 (Antitrust Law and Economics)

University of Hamburg
>    Visiting Professor of Law, May 1999, 2002 (Quantitative Methods), June, 2008 (Antitrust Law and Economics)

University of Bergen
>    Visiting Professor of Law, August 2006, August 2007, August 2008, August 2010

Catholic University of Portugal, Lisbon
>    Visiting Professor of Law, April 2009, April 2010

Kiev School of Economics
>    Visiting Professor, April 2010


# GOVERNMENT POSITIONS

Economist, Staff of President's Council of Economic Advisers, Summer 1969
Deputy Assistant Attorney General, Antitrust Division, U.S. Department of Justice, June 1997-Dec 1998


# GOVERNMENT CONSULTING

Member, Ann Arbor Rent Control Study Commission, 1973
Consultant, Urban Institute, 1973
Consultant, U.S. Treasury, Program in State and Local Finance, 1984-85
Consultant, National Academy of Sciences, Panel on Taxpayer Compliance, 1985-86
Consultant, U.S. Consumer Product Safety Commission, Safety of All-Terrain Vehicles, 1987-88
Consultant and Lecturer, Federal Judicial Center, 1993-97, Use of Regression Analysis by the Courts
Consultant, World Bank (South Africa Mission), 1995-1997
Consultant, Antitrust Division, 1999, *U.S. v. Microsoft*
Consultant, Competition Directorate, European Union, 2003-2004, Merger Simulation
Lecturer, Federal Trade Commission, June-July, 2003, Antitrust Economics
Consultant, Federal Trade Commission, Antitrust Division, Dept. of Justice, various State Attorneys General


# OTHER POSITIONS HELD:

Research Assistant, William G. Bowen, 1966-67
Research Assistant, Paul A. Samuelson, 1971
Consultant, M.I.T.- Harvard, Joint Center for Urban Studies, Spring and Summer, 1972
Consultant, Urban Institute, 1973
Consultant, National Academy of Sciences, Committee on the Costs of Automobile Emission Control, Summer 1974
Consultant, National Academy of Sciences, Panel on Statistical Assessments as Evidence in the Courts, 1984
Consultant, National Academy of Sciences, Panel on Taxpayer Compliance, 1985-86
Chair, Program in Law and Economics, UC Berkeley, 1986-97, Co-Chair, 2000-
Member, National Academy of Sciences, Working Panel on Field Experimentation in Criminal Justice, 1986-87
Chair, Program in Jurisprudence and Social Policy, U.C. Berkeley, 1987-1990, 1998-1999
Member, Board of Directors, American Law and Economics Association, 1994-1996, 2001-2003
Secretary-Treasurer, American Law and Economics Association, 2003-2004
Vice President, American Law and Economics Association, 2004-2005

President, American Law and Economics Association, 2005-2006
Vice Chair, ABA Section on Antitrust, Committee on Economics, 1997-1999
Member, National Academy of Sciences, NSF Blue Ribbon Commission on Digital Preservation, 2007-2010

**ACTIVITIES AND HONORS**:

Princeton University, 1967, Magna Cum Laude, Phi Beta Kappa
Woodrow Wilson Fellow, 1967
National Science Foundation Fellowship, 1968-69
National Science Foundation Dissertation Fellowship, 1971-72
Winner, National Tax Association, Outstanding Doctoral Dissertation Award, 1972
Research Fellow, National Bureau of Economic Research, Cambridge, Massachusetts, 1975-76
Editorial Board, Public Finance Quarterly, 1980-2003
Editorial Board, Law and Society Review, 1982-1985, 1989-1999
Advisory Panel, NSF, Program in Law and Social Science, 1982-84
Editorial Board, Evaluation Review, 1985-1987
Faculty Advisory Board, U.C. Berkeley, Center for Real Estate and Urban Economics, 1983-97, 2000-
Co-Editor, International Review of Law and Economics, 1987-2003
Lecturer, California Continuing Judicial Studies Program, 1988-1989
Oversight Panel, NSF Program in Law & Social Science, 1988
Board of Directors, LECG, 1995-1997
Board of Directors, Atlas Assets, Inc., 1989-1997, 1999-2008
Member, Correspondent Comm., Interuniversity Consortium for Political & Social Research, 1991-
Editorial Board, Law and Social Inquiry, 1992-1999, 2002-2004
Fellow, Center for Advanced Study in the Behavioral Sciences, 1992-93
Ida Beam Distinguished Lecturer in Law and Economics, University of Iowa, Spring 1995
John Simon Guggenheim Fellowship, 1995
Faculty Advisory Board, UC Berkeley, Burch Ctr. for Tax Policy & Public Finance, 1994-97, 1999-
Elected to American Academy of Arts and Sciences, 2001
Advisory Council, Master Program on Law & Economics, Universidad de Buenos Aires, 2003-
Research Associate, Law School, Australian National University, 2003-
Editorial Board, Journal of Australian Economic Education, 2003-
Editorial Board, The Reviews of Law and Economics, 2004-
Fellow, National Bureau of Economic Research, 2004-
Member, International Academic Council, U. of St. Gallen, Masters in Law & Economics, 2005-
Honorary Doctorate, U. of Basel, November 2008.
Co-Editor, Journal of Legal Analysis, 2008-

**PUBLICATIONS**:

Books

1.  STATISTICAL ANALYSIS OF ECONOMIC AND FINANCIAL DATA, Dynamics Associates, Cambridge, 1971, Revised Edition, 1974.

2.  ECONOMETRIC MODELS AND ECONOMIC FORECASTS (with Robert S. Pindyck), McGraw-Hill, January 1976. Second Edition, 1981, Spanish, Japanese, and Chinese versions available; Third Edition, 1990; Fourth Edition, 1998.

3.   ESSAYS ON THE LAW AND ECONOMICS OF LOCAL GOVERNMENTS (Editor), COUPE Papers on Public Economics, Urban Institute, December 1979.

4.   AMERICAN DOMESTIC PRIORITIES: AN ECONOMIC APPRAISAL (Co-editor with John M. Quigley), University of California Press, 1985.

5.   MICROECONOMICS (with Robert S. Pindyck), MacMillan, 1989, Second Edition, 1992, Italian, Spanish, and Russian editions, Third Edition, 1995, Portuguese edition; Fourth edition, 1998, Japanese, Chinese editions; Fifth Edition, 2000, Uzbek, Indonesian, German, Korean editions, Sixth Edition, 2005, Seventh Edition, 2009, Croatian, French, Taiwanese, and Basque editions, Eighth Edition, 2013.

6.   DID MICROSOFT HARM CONSUMERS: TWO OPPOSING VIEWS (with David S. Evans, Franklin M. Fisher, and Richard L. Schmalensee), AEI-Brookings Joint Center for Regulatory Studies, 2000.

7.   ECONOMETRICS: LEGAL, PRACTICAL, AND TECHNICAL ISSUES (Co-editor with John Harkrider), ABA Antitrust Section, 2005.


Journal Articles

1.   "Credit Ratings and the Market for General Obligation Municipal Bonds," National Tax Journal, March 1973, pp. 17-27.

2.   "The Determination of Equalized Valuation: A Massachusetts Case Study," Public Finance Quarterly, April 1975, pp. 153-161.

3.   "Voting in a Local School Election: A Micro Analysis," Review of Economics and Statistics, February 1977, pp. 30-42.

4.   "Suburban Employment and Zoning: A General Equilibrium Analysis," Journal of Regional Science, March 1978, pp. 33-44.

5.   "Hedonic Housing Prices and the Demand for Clean Air" (with David Harrison, Jr.), Journal of Environmental Economics and Management, March 1978, pp. 81-102, in Joseph Herriges and Cathy Kling, eds., REVEALED PREFERENCE APPROACHES TO ENVIRONMENTAL VALUATION: Volume II, Ashgate Publishing Limited, 2008.

6.   "The Long-Run Effects of a Residential Property Tax and Local Public Services" (with A. Mitchell Polinsky), Journal of Urban Economics, April 1978, pp. 24l-262, reprinted in John M Quigley, ed., THE ECONOMICS OF HOUSING, Edward Elgar, 1997.

7.   "On the Measurement of Benefits in an Urban Context: Some General Equilibrium Issues" (with Paul N. Courant), Journal of Urban Economics, June 1978, pp. 346-356.

8.   "The Air Pollution and Property Value Debate: Some Empirical Evidence" (with David Harrison, Jr.), Review of Economics and Statistics, November 1978, pp. 635-638.

9.   "The Distribution of Benefits from Improvements in Urban Air Quality" (with David Harrison, Jr.), Journal of Environmental Economics and Management, December 1978, pp. 313-332.

10. "Tax Limitation and the Demand for Public Services in Michigan" (with Paul N. Courant and Edward M. Gramlich), <u>National Tax Journal</u>, Supplement, June 1979, pp. 147-157.

11. "Public Employee Market Power and the Level of Government Spending" (with Paul N. Courant and Edward M. Gramlich), <u>American Economic Review</u>, December 1979, pp. 806-817. Reprinted in W. Patrick Beaton (ed.) MUNICIPAL EXPENDITURES REVENUES AND SERVICES (New Brunswick: Rutgers University, 1983), pp. l80-202.

12. "Why Voters Support Tax Limitation Amendments: The Michigan Case" (with Paul N. Courant and Edward M. Gramlich), <u>National Tax Journal</u>, March 1980, pp. l-20. Also in TAX AND EXPENDITURE LIMITATIONS (H. Ladd and N. Tideman, editors), COUPE Papers on Public Economics, Urban Institute, 198l, pp. 37-72.

13. "On the Economics of Voter Turnout in Local School Elections," <u>Public Choice</u>, Fall 1980, pp. 315-331.

14. "Why Voters Turn Out for Tax Limitation Votes" (with Edward M. Gramlich and Deborah Swift), <u>National Tax Journal</u>, March 1981, pp. 115-124.

15. "On the Welfare Effects of Tax Limitation" (with Paul N. Courant), <u>Journal of Public Economics</u>, December 1981, pp. 289-316.

16. "Multiple Regression with a Qualitative Dependent Variable," <u>Journal of Economics and Business</u>, January 1982, pp. 67-78.

17. "Micro Estimates of Public Spending Demand Functions and Tests of the Tiebout and Median Voter Hypotheses" (with Edward M. Gramlich), <u>Journal of Political Economy</u>, June 1982, pp. 536-560.

18. "The Dynamics of the Legal Process" (with Lawrence Blume), <u>Journal of Legal Studies</u>, June 1982, pp. 405-421.

19. "Voting on Public Spending: Differences between Public Employees, Transfer Recipients, and Private Workers" (with Edward M. Gramlich), <u>Journal of Policy Analysis and Management</u>, Summer 1982, pp. 516-533. Reprinted in PROBLEMI DI AMMINISTRAZIONE PUBBLICA, No. 2/1983, pp. 55-88.

20. "Micro-Based Estimates of Demand Functions for Local School Expenditures" (with Theodore C. Bergstrom and Perry Shapiro), <u>Econometrica</u>, November 1982, pp. 1183-1205.

21. "The Distributional Impact of Statewide Property Tax Relief: The Michigan Case" (with Michael Wolkoff), <u>Public Finance Quarterly</u>, April 1983, pp. 131-153.

22. "The Taking of Land: When Should Compensation Be Paid?" (with Lawrence Blume and Perry Shapiro), <u>Quarterly Journal of Economics</u>, February 1984, pp. 71-92.

23. "On Determining the Optimal Magnitude and Length of Liability In Torts," <u>Journal of Legal Studies</u>, August 1984, pp. 551-563.

24. "Budget Reform and the Theory of Federalism" (with John Quigley), <u>American Economic Review</u>, May 1986, pp. 132-137.

25.  "The Efficiency of Comparative Negligence," <u>Journal of Legal Studies</u>, June 1987, pp. 375-394.

26.  "Tax Reform: Implications for the State-Local Public Sector" (with Paul Courant), <u>Journal of Economic Perspectives</u>, Summer, 1987, pp. 87-100. Reprinted in Samuel Baker and Catherine Elliot (eds.) READINGS IN PUBLIC SECTOR ECONOMICS (Lexington, Massachusetts: D.C. Heath and Company, 1990) pp. 585-507.

27.  "Efficient Awards and Standards of Proof in Judicial Proceedings (with David Sappington), <u>Rand Journal</u>, Summer 1987, pp. 308-315.

28.  "Tiebout Bias and the Demand for Local Public Schooling" (with Perry Shapiro and Judith Roberts), <u>Review of Economics and Statistics</u>, August 1987, pp. 426-437.

29.  "The Welfare Implications of Costly Litigation for the Level of Liability" (with A. Mitchell Polinsky), <u>Journal of Legal Studies</u>, January 1988, pp. 151-164, in Alan O. Sykes (ed.) ECONOMICS OF TORT LAW, Elgar, 2007, and in Chris William Sanchirico (ed.), ECONOMICS OF EVIDENCE, PROCEDURE, AND LITIGATION, Elgar, 2007, Chapter 19.

30.  "A Test for Efficiency in the Supply of Public Education" (with Theodore Bergstrom, Perry Shapiro and Judith Roberts), <u>Journal of Public Economics</u>, April 1988, pp. 289-307.

31.  "Robbing Peter to Pay Peter: The Economics of Local Public Residency Requirements" (with Paul N. Courant), <u>Journal of Urban Economics</u>, May 1988, pp. 291-306.

32.  "The Deterrent Effect of Settlements and Trials" (with A. Mitchell Polinsky), <u>International Review of Law and Economics</u>, June 1988, pp. 109-117.

33.  "Micro-Estimation of the Demand for Schooling: Evidence from Michigan and Massachusetts" (with Perry Shapiro), <u>Regional Science and Urban Economics</u>, January 1989, pp. 381-398.

34.  "Unobservables in Consumer Choice: Residential Energy and the Demand for Comfort" (with John Quigley), <u>Review of Economics and Statistics</u>, August 1989, pp. 416-425.

35.  "Economic Analysis of Legal Disputes and their Resolution" (with Robert Cooter), <u>Journal of Economic Literature</u>, September, 1989, pp. 1067-1097. Reprinted in Richard Posner and Francesco Parisi, eds., ECONOMIC FOUNDATIONS OF PRIVATE LAW, Edward Elgar Publishing, 2002, reprinted in Eric B. Rasmusen (ed.), GAME THEORY AND THE LAW, Edward Elgar Publishing, 2008.

36.  "A Note on Optimal Public Enforcement with Settlements and Litigation Costs" (with A.M. Polinsky), <u>Research in Law and Economics</u>, 1989, pp. 1-8.

37.  "Trial Courts: An Economic Perspective" (with Robert D. Cooter), <u>Law and Society Review</u>, 1990, pp. 2501-2514.

38.  "A Model of Optimal Fines for Repeat Offenders" (with A. Mitchell Polinsky), <u>Journal of Public Economics</u>, September, 1991, pp. 291-306. Reprinted in Peder Andersen, Vibeke Jensen and Jorgen Birk Mortensen, eds., GOVERNANCE BY LEGAL AND ECONOMIC MEASURES, Copenhagen, G-E-C Gad Publishers, 1993, pp. 33-52.

39.	"Statistical and Demographic Issues Underlying Voting Rights Cases," Evaluation Review, December, 1991, pp. 659-672.

40.	"Private Guarantees for Municipal Bonds: Evidence from the Aftermarket" (with John M. Quigley), National Tax Journal, December 1991, pp. 29-39.

41.	"Fiscal Federalism in Europe: Lessons from the American Experience" (with Robert P. Inman), European Economic Review, 1992, pp. 654-660.

42.	"Evaluating the Injury Risk Associated with All-Terrain Vehicles: An Application of Bayes' Rule" (with Gregory B. Rodgers), Journal of Risk and Uncertainty, May 1992, pp. 145-158.

43.	"Contingent Fees for Attorneys: An Economic Analysis," (with Suzanne Scotchmer), Rand Journal, Autumn, 1993, pp. 343-356.

44.	"An Economic Model of Legal Discovery" (with Robert Cooter), Journal of Legal Studies, January, 1994, pp. 435-463, reprinted in Chris William Sanchirico (ed.), ECONOMICS OF EVIDENCE, PROCEDURE, AND LITIGATION, Elgar, 2007, Chapter 14..

45.	"The EMU and Fiscal Policy in the New European Community:   An Issue for Economic Federalism" (with Robert Inman), International Review of Law and Economics, June, 1994, pp. 147-161.

46.	"Designing Tax Policy in Federalist Economies: An Overview," (with Robert P. Inman), Journal of Public Economics, 60, 1996, pp. 307-334.

47.	"Antitrust Settlements and Trial Outcomes," (with Jeffrey M. Perloff and Paul Ruud), Review of Economics and Statistics, 1996, pp. 401-409.

48.	"Optimal Awards and Penalties when the Probability of Prevailing Varies Among Plaintiffs," (with A. Mitchell Polinsky), Rand Journal, 27, 1996, pp. 269-280.

49.	"Federalism and Reductions in the Federal Budget," (with John M. Quigley), National Tax Journal, 49, 1996, pp. 289-302.

50.	"Rethinking Federalism," (with Robert P. Inman), Journal of Economic Perspectives, 11 (Fall 1997), pp. 43-64, reprinted in John Kincaid ed., Historical and Theoretical Foundations of Federalism," Sage, 2001.

51.	"Does the English Rule Discourage Low-Probability-of-Prevailing Plaintiffs?" (with A. Mitchell Polinsky), Journal of Legal Studies, June 1998 pp. 519-534.

52.	"Antitrust Enforcement in Dynamic Network Industries," The Antitrust Bulletin, Fall-Winter 1998, pp. 859-882.  (Translated as "Wettbewerb, Innovation und die Durchsetzung des Kartellrechts in dynamischen, vernetzeten Industrien," in GRUR International Gewerblicher Rechtsschutz und Urheberrecht Internationaler Teil, Heft 6, 1999).

53.	"Empirical Methods in Antitrust: Review and Evidence," (with Jonathan B. Baker), American Law and Economics Review, Fall, 1999, pp. 386-435.

54.	"The Primestar Acquisition of the News Corp./MCI Direct Broadcast Satellite Assets," Review of Industrial Organization, Vol. 16, No. 2, March, 2000, pp. 191-209.

55.     "Market Definition with Differentiated Products: The Post-Nabisco Cereal Merger," <u>Antitrust Law Journal</u>, Vol. 68, No. 1, 2000, pp. 163-185.  (Reprinted in GLOBAL COMPETITION POLICY: ECONOMICS ISSUES AND IMPACATS, David S. Evans and A. Jorge Padilla, eds., LECG, 2004; also available in Peking University, International and Comparative Law Review, Vol.5:8, July 2007, pp. 94-111.)

56.     "Structuring Intergovernmental Grants to Local Governments: Lessons from South Africa," <u>Constitutional Political Economy</u>, Vol. 12, 2001, pp. 173-187.

57.     "Can We Decentralize Our Unemployment Policies?  Evidence from the United States" (with Robert Inman), <u>Kyklos</u>, March 2001, Vol. 54, pp. 287-308.

58.     "U.S. v. Microsoft - An Economic Analysis" (with Franklin M. Fisher), <u>The Antitrust Bulletin</u>, Spring 2001, pp. 1-69.

59.     "Vertical Foreclosure in Broadband Access" (with Hal J. Singer) <u>Journal of Industrial Economics</u>, September, 2001, Vol. 49, pp. 299-318.

60.     "Merger Simulation:  A Simplified Approach with New Applications" (with Roy Epstein), <u>Antitrust Law Journal</u>, Volume 69, No. 3, December 2001, pp. 883-919, reprinted in Stefan Vogt, Max Albert, and Dieter Schmidtchen (eds.), THE MORE ECONOMIC APPROACH TO EUROPEAN COMPETITION LAW, (Conferences on the New Political Economy), Tubingen, 2007.

61.     "A Note on Settlements under the Contingent Fee Method of Compensating Lawyers" (with A. Mitchell Polinsky), <u>International Review of Law and Economics</u>, Volume 22, No. 2, September 2002, pp. 217-225.

62.     "Aligning the Interests of Lawyers and Clients" (with A. Mitchell Polinsky), <u>American Law and Economics Review</u>, Volume 5, No. 1, Spring 2003, pp. 165-188.

63.     "Merger Simulation with Brand-Level Margin Data: Extending PCAIDS with Nests" (with Roy Epstein), <u>Advances in Economic Analysis & Policy</u>: Vol. 4: No. 1, Article 2, Berkeley Electronic Press, March 2004.

64.     "Exclusion or Efficient Pricing? The "Big Deal" Bundling of Academic Journals" (with Aaron S. Edlin), <u>Antitrust Law Journal</u>, Volume 72, No. 1, August 2004, pp. 128-159.

65.     "Federalism and the Democratic Transition: Lessons from South Africa" (with Robert P. Inman), <u>American Economic Review</u>, Vol. 95, No. 2, May 2005, pp. 39-43.

66.     "The Bundling of Academic Journals" (with Aaron S. Edlin), <u>American Economic Review</u>, Vol. 95, No. 2, May 2005, pp. 441-446.

67.     "Academic Journal Pricing and the Demand of Libraries" (with Aviv Nevo and Mark McCabe), <u>American Economic Review</u>, Vol. 95, No. 2, May 2005, pp. 447-452.

68.     "A Damage-Revelation Rationale for Coupon Remedies (with A. Mitchell Polinsky), <u>Journal of Law, Economics & Organization</u>, Vol. 23, No. 3, October 2007, pp. 653-661.

69.     "The Deadweight Loss of Coupon Remedies for Price Overcharges" (with A. Mitchell Polinsky),

<u>Journal of Industrial Economics</u>, Vol. LVI, No. 2, June 2008, pp. 402-417.

70.    "Econometric Issues in Antitrust Analysis," <u>Journal of Institutional and Theoretical Economics</u>, Vol. 166(1), 2010, pp. 62-77.

71.    "Understanding UPP" (with Roy J. Epstein), <u>B.E. Journal of Theoretical Economics: Policies and Perspectives</u>," Vol. 10, Issue 1, 2010, Article 21.

72.    "Online Advertising:  Defining Relevant Markets" (with James Ratliff), <u>Journal of Competition Law and Economics</u>, August 7, 2010, pp. 1-34.

73.    "On the Pretrial Use of Economists," <u>The Antitrust Bulletin</u>,  Vol. 55, No. 3, Fall 2010, pp. 679-687.

74.    "Federal Institutions and the Democratic Transition: Learning from South Africa, <u>Journal of Law, Economics, and Institutions</u>,  Vol. 28, Issue 4, October, 2012, pp. 783-817.

75.    "Would the *Per Se* Illegal Treatment of Reverse Payment Settlements Inhibit Generic Drug Investment?" (with Bret M. Dickey), <u>Journal of Competition Law and Economics</u>, Vol.8, No. 3, 2012, pp. 615-625.

76.    "The Use and Threat of Injunctions in the RAND Context," (With James Ratliff), <u>Journal of Competition Law and Economics</u>, January 2013, 1-22.

77.    "Understanding the Democratic Transition in South Africa," (with Robert Inman), <u>American Law and Economics Review</u>, January 2013, 2-23.

<u>Law Review Articles</u>

1.    "The Judicial Pursuit of Local Fiscal Equity" (with Robert Inman), <u>Harvard Law Review</u>, June 1979, pp. 1662-1750.

2.    "Quantitative Analysis in Antitrust Litigation" (with Peter Steiner), <u>Law and Contemporary Problems</u>, Autumn 1983, pp. 69-141.

3.    "Compensation for Takings: An Economic Analysis" (with Lawrence Blume), <u>California Law Review</u>, July, 1984, pp. 569-628.  Also in Austin Jaffe (ed.) RESEARCH IN LAW AND ECONOMICS, Volume 10, 1987, pp. 53-103 as well as Kenneth G. Dau-Schmidt and Thomas S. Ulen (eds.), LAW AND ECONOMICS ANTHOLOGY, 1988, PP. 226-234.

4.    "Econometrics in the Courtroom," <u>Columbia Law Review</u>, Volume 85, June 1985, pp. 1048-1097.

5.    "The Assignment of Temporary Justices in the California Supreme Court" (with Stephen Barnett), <u>Pacific Law Journal</u>, July 1986, pp. 1045-1197.

6.    "Regulatory Takings:  The Case of Mobile Home Rent Control," <u>Chicago Kent Law Review</u>, Vol. 67, No. 3, Fall 1992, pp. 923-929.

7.    "Sanctioning Frivolous Suits: An Economic Analysis" (with A. Mitchell Polinsky), <u>Georgetown Law</u>

<u>Journal</u>, Vol. 82, No. 2, December 1993, pp. 397-435.  (translated as "Liti Temerarie E Sanzioni Giudiziarie:  Un'Analisi Economica", 14 <u>Rivista Critica del Diritto Privato</u> (1996)).

8.       "Reforming the New Discovery Rules" (with Robert Cooter), <u>Georgetown Law Journal</u>, Vol. 84, No. 1, November 1995, pp. 61-89.

9.       "Making Sense of the Antitrust State Action Doctrine:  Balancing Political Participation and Economics Efficiency in Regulatory Federalism" (with Robert Inman), <u>Texas Law Review</u>, Vol. 75, May 1997, pp. 1203-1299.

10.      "On Federalism and Economic Development," <u>Virginia Law Review</u>, Vol. 83, No. 7, October 1997, pp. 1581-1592.

11.      "Open Access to Broadband Networks: A Case Study of the AOL-Time Warner Merger" (with Hal J. Singer), <u>Berkeley Technology Law Journal</u>, Vol. 16, No. 2, Spring 2001, pp. 631-675.

12.      "3M's Bundled Rebates: An Economic Perspective," <u>Chicago Law Review</u>, Vol. 72, 2005, pp. 243-264.

13.      "Antitrust Class Certification:  Towards an Economic Framework" (with Bret M. Dickey), <u>N.Y.U. Annual Survey of American Law</u>, Vol. 66, No. 3, 2011, pp. 459-486.


<u>Articles in Books</u>

1.       "Credit Ratings, Bond Defaults, and Municipal Borrowing Costs:  A New England Study," 1972 PROCEEDINGS OF THE SIXTY-FIFTH ANNUAL CONFERENCE ON TAXATION, National Tax Association, 1972, pp. 331-350.

2.       "Property Taxation, Full Valuation, and the Reform of Educational Finance in Massachusetts," in PROPERTY TAXATION AND THE FINANCE OF EDUCATION, Committee on Taxation, Resources and Economic Development (University of Wisconsin Press), 1974, pp.189-201.

3.       "Property Values and the Benefits of Environmental Improvements:  Theory and Measurement" (with A. Mitchell Polinsky),  in Wingo and Evans, eds., PUBLIC POLICY AND THE QUALITY OF LIFE IN CITIES (Johns Hopkins Press for Resources for the Future), 1977, pp. l54-l80.

4.       "Market Approaches to the Measurement of the Benefits of Air Pollution Abatement," in Ann Friedlaender, ed., APPROACHES TO CONTROLLING AIR POLLUTION (M.I.T. Press), 1978, pp. 240-279.

5.       "Judicial Approaches to Local Public-Sector Equity: An Economic Analysis," in Peter Mieszkowski and Mahlon Straszheim, eds., CURRENT ISSUES IN URBAN ECONOMICS (Johns Hopkins Press), 1979, pp. 542-576.

6.       "The Stimulative Effects of Intergovernmental Grants: Or Why Money Sticks Where it Hits" (with Paul N. Courant and Edward M. Gramlich),  in Peter Miezkowski and William Oakland, eds., FISCAL FEDERALISM AND GRANTS-IN-AID, COUPE Papers on Public Economics, Urban Institute, 1979, pp. 5-21.

7.       "On Super-rationality and the School Voting Process," in Clifford Russell, ed., COLLECTIVE

DECISION-MAKING (Johns Hopkins Press), 1979, pp. 75-82.

8.  "Property Tax Reduction in Michigan" (with Robert Vishny) in H. Brazer and D. Laren, eds., MICHIGAN'S FISCAL AND ECONOMIC STRUCTURE (University of Michigan Press), 1982, pp. 530-560.

9.  "Tax Assignment and Revenue Sharing in the United States," in R. Mathews and C. McLure, eds., TAX ASSIGNMENT IN FEDERAL COUNTRIES, (Australian National Univ. Press), 1983, pp. 205-33.

10. "Residential Choice and the Demand for Public Education:  Estimation Using Survey Data" (with Perry Shapiro and Judith Roberts), in H. Timmermans and R. Golledge, eds., BEHAVIOR MODELLING APPROACHES IN GEOGRAPHY AND PLANNING, (Croom Helm), 1986, pp. 179-197.

11. "Local Public Economics: A Methodological  Review," in A. Auerbach and M. Feldstein, eds., HANDBOOK OF PUBLIC ECONOMICS, Volume II, 1987, pp. 87-161.

12. "Settlements in Private Antitrust Litigation" (with Jeffrey Perloff) in L. White (ed.), PRIVATE ANTITRUST LITIGATION, M.I.T. Press, 1988, pp. 149-184.

13. "A Federalist Fiscal Constitution  for an Imperfect World: Lessons  from the United States," in H. N. Scheiber (ed.) FEDERALISM,  STUDIES IN HISTORY, LAW, AND POLICY, Institute of Governmental Studies, U.C. Berkeley, 1988, pp. 76-92.

14. "Public Choices in Public Higher Education," (with John Quigley) in Charles Clotfelter and Michael Rothschild, eds. THE ECONOMICS OF HIGHER EDUCATION, National Bureau of Economic Research, 1993, pp. 243-283.

15. "European Labor Markets:  The Eastern Dimension" (with Jasminka Sohinger) in W. Dickens, B. Eichengreen, and L. Ulman (eds.) LABOR RESPONSES TO EUROPEAN INTEGRATION, Brookings Institution,  1993, pp. 271-286.

16. "Reference Guide on Multiple  Regression," in Federal Judicial Center, REFERENCE MANUAL ON SCIENTIFIC EVIDENCE, 1994, pp. 415-470, Second Edition,  2000, pp.179-227 (available at http://www.fjc.gov/public/pdf.nsf/lookup/11.mult_reg.pdf/$File/11.mult_reg.pdf), Third Edition, 2011, pp.

17. "California  Fiscal Federalism: A School Finance Perspective," in B. Cain and R. Noll (eds.), CONSTITUTIONAL REFORM IN CALIFORNIA, Institute of Governmental Studies,  UC Berkeley, 1995, pp. 431-453.

18. "The Political  Economy of Federalism," (with Robert Inman), in D. Mueller (ed.), PERSPECTIVES ON PUBLIC CHOICE, Cambridge University Press, New York, 1997, pp. 73-105.

19. "Federalism as a Device for Reducing the Budget of the Central Government,"(with  John M. Quigley),  in FISCAL POLICY: LESSONS FROM ECONOMIC RESEARCH, Alan Auerbach (ed.), M.I.T. Press, 1997.

20. "Guide to Multiple  Regression," in Faigman, Kaye, Saks, and Sanders (ed.), MODERN SCIENTIFIC EVIDENCE: THE LAW AND SCIENCE OF EXPERT TESTIMONY, West Publishing  Co., St.

Paul, Minn., 1997, Vol. 1, pp. 147-183, Second edition, 2000.

21. "Discovery", in THE NEW PALGRAVE DICTIONARY OF ECONOMICS AND THE LAW, Peter Newman (ed.), MacMillian Reference Ltd. 1998, pp. 609-615.

22. "Contingent Fees" (with Suzanne Scotchmer), in THE NEW PALGRAVE DICTIONARY OF ECONOMICS AND THE LAW, Peter Newman (ed.), MacMillian Reference, Ltd., 1998, pp. 415-420.

23. "Federalism," (with Robert Inman), in THE ENCYCLOPEDIA OF LAW AND ECONOMICS, Boudewijn Bouchaert and Gerrit DeGeest, editors, 2000, Volume V, pp. 661-691, available on-line at http://encyclo.findlaw.com.

24. "Subsidiary and the European Union" (with Robert Inman), in THE NEW PALGRAVE DICTIONARY OF ECONOMICS AND LAW, Peter Newman (ed.), MacMillian Reference Ltd., 1998, pp. 545-551.

25. "United States v. Microsoft: An Economic Analysis" (with Franklin M. Fisher), pp. 1-44, and "Misconceptions, Misdirections, and Mistakes," pp. 87-96, in Evans, Fisher, Rubinfeld, and Schmalensee, DID MICROSOFT HARM CONSUMERS? TWO OPPOSING VIEWS, AEI-Brookings Joint Center for Regulatory Studies, 2000. An updated and revised version appears in Antitrust Bulletin, Spring, 2001.

26. "Antitrust Policy," *International Encyclopedia of the Social and Behavioral Sciences,* revised, 2012, www.iesbs.com.

27. "Ensuring Fair and Efficient Access to the Telecommunications 'Bottleneck',"(with Robert Majure), in Claus-Dieter Ehlermann and Louisa Gosling (eds.), THIRD COMPETITION LAW ANNUAL 1998: Regulating Telecommunications (Hart Publishing: Oxford).

28. "Innovation and Antitrust Enforcement" (with John Hoven), in Jerry Ellig, ed., DYNAMIC COMPETITION AND PUBLIC POLICY: TECHNOLOGY, INNOVATION, AND ANTITRUST ISSUES, (New York: Cambridge), 2001, pp. 65-94.

29. "Access Remedies in High Technology Antitrust Cases," in Francois Leveque and Howard Shelanski, eds., MERGER REMEDIES IN AMERICAN AND EUROPEAN COMPETITION LAW, 2003 (Cheltenham, U.K.: Edward Elgar), pp. 137-171.

30. "Maintenance of Monopoly: *U. S. v. Microsoft*," in John E. Kwoka. Jr. and Lawrence J. White, eds., THE ANTITRUST REVOLUTION, 5th Edition, 2008 (New York: Oxford University Press), pp. 530-557.

31. "The Strategic Use of Patents: Implications for Antitrust"(with Robert Maness), in Francois Leveque and Howard Shelanski, eds., ANTITRUST, PATENTS AND COPYRIGHT: EU AND US PERSPECTIVES, 2005 (Cheltenham, U.K.: Edward Elgar), pp. 85-102.

32. "An Empirical Perspective on Legal Process: Should Europe Introduce Private Antitrust Enforcement?" in Peter Nobel and Marina Gets, eds., NEW FRONTIERS OF LAW AND ECONOMICS, 2006 (Zurich, Switz.: Schulthess), pp. 141-148.

33. "Empirical Study of the Civil Justice System" (with Daniel P. Kessler), 2007, in Polinsky and Shavell

(eds.), HANDBOOK OF LAW AND ECONOMICS, Chapter 5, pp, 343-402.

34.    "Quantitative Methods in Antitrust," Chapter 30 in Wayne D. Collins (ed.), ISSUES IN
       COMPETITION LAW AND POLICY, ABA Antitrust Section, 2008.

35.    "On the Foundations of Antitrust Law and Economics," in Robert Pitofsky, ed., WHERE THE
       CHICAGO SCHOOL OVERSHOT THE MARK: EFFECT OF CONSERVATIVE ECONOMIC
       ANALYSIS ON U.S. ANTITRUST), Oxford University Press, 2008, pp. 51-74.

36.    "Evaluating Antitrust Enforcement: Economic Foundations," Chapter 19 in Barry Hawk, ed.,
       INTERNATIONAL ANTITRUST LAW & POLICY, Fordham University School of Law, 2008, pp.
       457-469.

37.    "Settlements in Antitrust Enforcement: A U.S. Economic Perspective," in Claus-Dieter Ehlermann
       and Mel Marquis (eds.), EUROPEAN COMPETITION LAW ANNUAL 2008: ANTITRUST
       SETTLEMENTS UNDER EC COMPETITION LAW, Hart Publishing, Oxford and Portland, 2009,
       pp, 85-92.

38.    "Alternative Economic Designs for Academic Publishing," (with Theodore C. Bergstrom), in
       Rachelle Dreyfuss, Harry First, and Diane Zimmerman, eds., WORKING WITH THE
       BOUNDARIES OF INTELLECTUAL PROPERTY, Oxford University Press, 2010, pp. 137-148.

39.    "Revising the Horizontal Merger Guidelines:  Lessons from the U.S. and the E.U. (with Richard
       Gilbert), in Faure, M. and Zhang, X. (eds.), COMPETITION POLICY AND REGULATION:
       RECENT DEVELOPMENTS IN CHINA, EUROPE AND THE US, Cheltenham, Edward Elgar,
       2011, pp. 262-277.

40.    "Antitrust Damages," Chapter 14, in Einer Elhauge, ed., RESEARCH HANDBOOK ON THE
       ECONOMICS OF ANTITRUST LAW, Edward Elgar, 2012, pp. 377-393.

41.    "Current Issues in Antitrust Analysis," in Josef Drexl, Wolfgang Kerber, and Rupprecht Podszun,
       eds., COMPETITION POLICY AND THE ECONOMIC APPROACH: FOUNDATIONS AND
       LIMITATIONS, UK: Edward Elgar, 2011, pp. 81-93.

42.    "Delta-Northwest: Merger Approval Driven by Consumer Benefits from Airline Network Effects,"
       (with Mark Israel, Bryan Keating, and Robert Willig),  in John Kwoka and Lawrence White, eds.,
       THE ANTITRUST REVOLUTION, forthcoming.


Other

1.     "Urban Land Values:  Theoretical and Empirical Essays," Joint Center of Urban Studies,
       M.I.T./Harvard, September 1972, pp. 1-71.

2.     "What Do Tax Limitation Votes Mean" (with Paul N. Courant and Edward M. Gramlich),  in Law
       Quadrangle Notes, University of Michigan Law School, Spring 1982, pp. 24-28.

3.     Book Review, "Studies in State-Local Public Finance," (Harvey Rosen, ed.), Journal of Economic
       Literature, December 1987, pp. 1882-1883.

4.     Book Review, "America's Ailing Cities:  Fiscal Health and the Design of Urban Policy," (Helen F. Ladd and John Yinger), Journal of Economic Literature, December 1990, pp. 30-32.

5.     Comments on Scotchmer, "Public Goods and the Invisible Hand," in John M. Quigley and Eugene Smolensky (eds.), MODERN PUBLIC FINANCE (Harvard University Press) 1994, pp. 120-125.

6.     "Mergers and Other Competition Policy Issues in Banking," (with George Rozanski), Appendix to "Enhancing the Role of Competition in the Regulation of Banks -- United States," a note submitted to the Directorate for Financial, Fiscal and Enterprise Affairs, Committee on Competition Law and Policy, Organization for Economic Cooperation and Development, February, 1998.

7.     Comment, "Product and Stock Market Responses to Automotive Product Liability Verdicts," by Steven Garber and John Adams, *Brookings Papers on Economic Activity / Microeconomics 1998*, Washington DC: Brookings Institution.

8.     Declaration before the FCC in the Matter of Applications for Consent to the Transfer of Control of Licenses MediaOne Group, Inc., Transferor to AT&T Corp., Transferee (with J. Gregory Sidak), August 23, 1999 (re: broadband internet access).

9.     Affidavit to FCC In re Consolidated Application of EchoStar Communications Corporation, General Motors Corporation, Hughes Electronics Corporation, Transferors, and EchoStar Communications Corporation, Transferee, for Authority to Transfer Control, February 4, 2002 (re: direct broadcast satellite competition and the market for multi-channel video distribution).

10.    *State of New York, et. al. v. Microsoft*, Amicus Brief (with Timothy Bresnahan, Richard J. Gilbert, George Hay, Bruce Owen, and Lawrence J. White), June 2002.

11.    "Subsidiarity, Governance, and EU Economic Policy," (with Robert P. Inman), CESifoForum, Volume 3, No. 4, Winter 2002, pp. 3-11, www.cesifo.de.

12.    Amici Curiae Submission to the U.S. Supreme Court in Support of Petition for Certiorari in *Conwood Co. v. U.S. Tobacco, Co.* concerning the admissibility of statistical evidence (with Stephen Fienberg, Franklin Fisher, and Daniel McFadden), Nov. 20, 2002.

13.    "The State of Antitrust Enforcement - 2004" (co-authored)," ABA Antitrust Section Task Force.

14.    "Effects of Mergers with Differentiated Products (with Roy J. Epstein)," EU Competition Directorate, October 7, 2004, available at http://europa.eu.int/comm/competition/mergers/others/.

15.    "The American Law and Economics Association," in David Clark (ed.) *Encyclopedia of Law and Society,* Sage Publications, 2007.

16.    "Empirical Methods in Antitrust: New Developments in Merger Simulation," in Stefan Vogt, Fmax Albert and Dieter Schmidtchen (eds.), THE MORE ECONOMIC APPROACH TO EUROPEAN COMPETITION LAW, (Conferences on the New Political Economy), Tubingen, 2007, pp. 277-280.

17.    "Sustainable Economics for a Digital Planet: Ensuring Long-term Access to Digital Information (various co-authors), Feb. 2010: Report of the Blue Ribbon Task Force on Digital Preservation and Access.

# Attachment B

Deposition and Trial Experience

**Daniel L. Rubinfeld**

**Moeller, et al . v. Farmers Insurance Company of Washington and Farmers Insurance Exchange**, 2013, Deposition (Superior Court of the State of Washington, County of Pierce)

**In Re: NCAA Student-Athlete Name & Likeness Licensing Litigation**, 2013, Deposition (Federal District Court, Northern District of California, Oakland Division)

**In Re:  Electronic Books Antitrust Litigation**, 2013, Deposition (Federal District Court, Southern District of New York)

**In Re: Titanium Dioxide Antitrust Litigation**, 2013, Deposition (Federal District Court, Northern District of Maryland)

**In Re: AndroGel Antitrust Litigation**, 2012, Deposition (Federal District Court, Northern District of Georgia)

**Martin Marietta v. Vulcan**, 2012, Deposition, Trial Testimony (Court of Chancery, State of Delaware)

**CTS Eventim v. Live Nation**, 2011, Arbitration Testimony (London Court of International Arbitration)

**In Re: TFT-LCD (Flat Panel) Antitrust Litigation**, 2011, Deposition (Federal District Court, Northern District of California)

**Broadcom v. Emulex**, 2011, Deposition (Federal District Court, Central District of California)

**Sunbeam Television Corp. v. Nielsen Media Research, Inc.,** 2010, Deposition (Federal District Court, Southern District of Florida)

**Michael C. Malaney, et al. v. UAL Corporation, United Air Lines, Inc, and Continental Airlines, Inc.**, 2010, Deposition, Hearing (Federal District Court, Northern District of California)

**In Re Static Random Access Memory (SRAM) Antitrust Litigation,** 2010, Deposition (Federal District Court, Northern District of California)

**In Re Apple & AT&TM Antitrust Litigation,** 2010, Deposition (Federal District Court, Northern District of California)

**In the Matter of the Appeal of BP Pipelines (Alaska) Inc.; ConocoPhillips Transportation Alaska, Inc; ExxonMobil Pipeline Company; Koch Alaska Pipeline Company, LLC; and Unocal Pipeline Company as owners, and Alyeska Pipeline Company, LLC, as agent of the pipeline owners, from Alaska Department of Revenue Decision No. 05-56-17 dated April 3, 2006 and Alaska Department of Revenue Notice of Assessment of Oil and Gas Related Property dated March 1, 2006,** 2009, Deposition (State Assessment Review Board of the State of Alaska)

**Baxter Healthcare Corporation, Baxter International Inc., Baxter Healthcare SA, and Deka Products Limited Partnership v. Fresenius Medical Care Holdings, Inc., d/b/a Fresenius Medical Care North America, and Fresenius USA, Inc.,** 2009, Deposition (Federal District Court, Northern District of California)

**State of California v. Abbott Laboratories, Inc., et al.,** 2009, Deposition (Federal District Court, District of Massachusetts)

**Commonwealth of Kentucky v. Alpharma UPSD, Inc., et al.,** 2009, Deposition (Commonwealth of Kentucky, Franklin Circuit Court)

**Cason-Merenda v. Detroit Medical Center, et al.** 2009, Deposition (Federal District Court, Eastern District of Michigan)

**Rambus, Inc. v. Micron, Inc. et al.**, 2009, Deposition (Superior Court of California, County of San Francisco)

**State of Alabama v. Sandoz, Inc.,** 2009, Deposition, Trial Testimony (Circuit Court of Montgomery County, Alabama)

**DRAM Claims Liquidation Trust v. Hynix Semiconductor, Inc., et al.**, 2008, Deposition (Federal District Court, Northern District of California)

**Marcus v. American Express, Inc.**, 2008, Deposition (Federal District Court, Southern District of New York)

**Omnicare, Inc. v. UnitedHealth Group, Inc.,** 2008, Deposition (Federal District Court, Northern District of Illinois)

**In re K-Dur Antitrust Litigation**, 2007, 2008, Depositions (Federal District Court, District of New Jersey)

**ErinMedia, LLC v. Nielsen Media Research, Inc.,** 2007, Deposition (Federal District Court, Middle District of Florida)

**Omax, Inc. v. Flow International, Inc.**, 2007, Deposition (Federal District Court, Western District of Washington)

**Reilly v. MediaNews Group, Inc., et al.**, 2007, Deposition (Federal District Court, Northern District of California)

**Federal Trade Commission v. Warner Chilcott Holdings Co. III, Ltd., State of Colorado et al. v. Warner Chilcott, Barr Industries**, 2007, Deposition (Federal District Court, District of Columbia)

**Columbus Drywall & Insulation, Inc. v. Masco Corp.**, 2007, Deposition (Federal District Court, Northern District of Georgia)

**In Re Linerboard Antitrust Litigation**, 2006, Deposition (Federal District Court, Eastern District of Pennsylvania)

**In Re Tableware Antitrust Litigation**, 2006, Deposition (Federal District Court, Northern District of California), 2007, Trial

**Fresenius Medical Care v. Baxter**, 2006, 2007, Deposition, Trial (Federal District Court, Northern District of California, on two separate occasions)

**Rodriguez et al. v. Kaplan, BAR/BRI**, 2006, Deposition (Federal District Court, Southern District of California)

**MBDA UK Limited v. Raytheon Company**, 2006, Deposition (American Arbitration Association)

**Kaiser Foundation Health Plan, Inc. v. Abbott Laboratories, Inc. and Geneva Pharmaceuticals,** 2006, Deposition, Trial Testimony (Federal District Court, Central District of California)

**Thales Avionics Inc., v. Panasonic Avionics Corp., Matsushita Electric Industrial Co. Ltd.,** 2006, Deposition (Federal District Court, Central District of California)

**Reading International, Inc., Citadel Cinemas, Inc., and Village East Limited Partnership v. Regal Entertainment Group**, 2005, Deposition (Federal District Court, Southern District of New York)

**Lek Pharmaceuticals D.D., et al. v. Glaxosmithkline PLC., et al.**, 2004, 2005, Depositions (Federal District Court, Eastern District of Virginia)

**Bradburn Parent/Teacher Store, Inc. v. 3M (Minnesota Mining and Manufacturing Company)**, 2003, Deposition, Testimony at Class Certification Hearing (Federal District Court, Eastern District of Pennsylvania), 2006 Deposition

**In the matter of:  Certain Coamoxiclav Products, Potassium Clavulanate Products and other Products Derived from Clavulanic Acid**, 2003, Deposition (International Trade Commission)

**Lenscrafters, Inc., v. Fredia Wadley, et al. consolidated with U.S. Vision, Cole Vision, and National Association of Optometrists and Opticians v. Fredia Wadley et al.**, 2002, Deposition (Federal District Court, Middle District of Tennessee)

**Ticketmaster Corporation, et al., v. Tickets.com, Inc.,** 2002, Deposition (Federal District Court, Central District of California)

**In re Cigarette Antitrust Litigation**, 2002, Deposition (Federal District Court, Northern District of Georgia)

**In re Terazosin Hydrochloride Antitrust Litigation**, 2002-2004, Depositions, (Federal District Court, Southern Division of Florida)

**Plaintiffs v. Riso, Inc, RPSI, et al.**, 2001, Deposition (Federal District Court, Northern District of California)

**Yamaha v. Bombardier**, 2001, Deposition, Trial Testimony (International Trade Commission)

**Republic Tobacco, L.P. v. North Atlantic Trading Company, et al.**, 2001, Depositions (Federal District Court, Northern District of Illinois)

**University of Colorado Foundation, Inc. v. American Cyanamid Company**, 2000, Deposition, Trial Testimony (Federal District Court, Eastern District of Colorado)

**In re Polypropylene Carpet Antitrust Litigation**, 1999-2000, Depositions, Testimony at Daubert Hearing (Federal District Court, Northern District of Georgia).

**Bell Atlantic vs. Airtouch**, 1999, Deposition (Federal District Court, Northern District of California)

**PBTC and Neon v. BMC**, 1999, Depositions (State Court, Houston, Texas)

**Moviefone v. PacerCats**, 1997, Arbitration Testimony (American Arbitration Association, New York)

**In re American Honda Motor Co., Inc., Dealership Relations Litigation,** 1997 Deposition (Federal District Court, District of Maryland)

**AMD v. Hyundai**, 1996, Deposition (Federal District Court, Northern District of California)

**In re Brand Name Prescription Drugs Antitrust Litigation**, 1996, Deposition (Federal District Court, Northern District of Illinois)

**Northwest Airlines v. American Airlines**, 1996, Depositions (Federal District Court, District of Minnesota)

**Coors v. Miller Brewing Co.**, 1996, Deposition (Federal District Court)

**Optiva v. Teledyne**, 1996, Deposition (Federal District Court, Western District of Washington)

**State of New York v. Kraft General Foods**, 1996, Depositions, Trial Testimony (Federal District Court, Southern District of New York)

**Lucky Stores Inc., et al. v. Commissioner, Internal Revenue Service**, 1995, Trial Testimony (U.S. Tax Court, Northern District of California)

**Williams v. Kaiser Sand and Gravel, Gonsalves v. Kaiser Sand and Gravel**, 1995, Deposition (Superior Court of California, County of Sonoma)

**Californians for Population Stabilization v. Tata Sons Limited, et al.**, 1994, Deposition, Trial Testimony, (Superior Court of California, County of Santa Clara).

**McGovern v. Bunnell**, 1994, Deposition (Superior Court of California, County of San Francisco)

**DSI v. EIS**, 1994, Deposition, Trial (Federal District Court, Washington)

**Centigram v. VMX, Dytel**, 1994, Deposition (Federal District Court, Northern District of California)

**McAlinn v. HCC, Compex Service, Inc., and Compex Systems, Inc.,** 1993, Deposition (Federal District Court, Northern District of California)

**Dart v. Franchise Tax Board of California**, 1993, Deposition (Attorney General's Office, State of California)

**Anderson, et al. v. Texaco Refining & Marketing Inc., et al.**, 1993, Deposition. Trial Testimony (Superior Court of California, County of San Diego)

Page 4 of 5

**City of Long Beach v. Unocal California Pipeline**, 1992, Hearing before the California Public Utilities Commission, Trial Testimony

**EP Technologies, Inc. v. Cardiorhythm**, 1992, Deposition (Federal District Court, Northern District of California)

**City of Long Beach v. Exxon**, 1992, Deposition, Trial Testimony (Federal District Court, Southern District of California)

**Micro Motion v. Exac**, 1991, Deposition, Trial Testimony (Federal District Court, Northern District of California)

**Apple v. Microsoft**, 1991, Deposition (Federal District Court, Northern District of California)

**ATL v. Acuson**, 1990, Testimony at Arbitration Hearing (Superior Court of California, County of Los Angeles)

**Continental v. American Airlines,** 1989, Deposition (Federal District Court, Southern District of California)

**Prosser and Gordon v. Continental Baking Co.** 1989, Depositions, Trial Testimony (Federal District Court, Northern District of California)

**Modine v. Allen**, 1988, Trial Testimony (Federal District Court, Northern District of California)

**Superior Beverage Company, Inc. v. Owens-Illinois, Inc. et al.**, 1987, Court-appointed Expert Report, Testimony (Federal District Court, Northern District of Illinois)

**United Firefighters of Los Angeles and Los Angeles Police Protection League, et. al., v. City of Los Angeles**, 1986 (Superior Court of California, County of Los Angeles)

**Oahu Gas v. Pacific Resources, Inc.**, 1985, Deposition, Trial Testimony (Federal District Court, District of Hawaii)

**Stripper Well Exemption Litigation**, 1984, Testimony at Dept. of Energy Hearing (Federal District Court, District of Kansas)

**Serrano v. Priest**, 1982, Deposition, Trial Testimony (Superior Court of California, County of Los Angeles)

# Attachment C

| | List of Materials Considered<br>Expert Report of Daniel L. Rubinfeld, Ph.D., Regarding Merits<br>*In re NCAA Student-Athlete Name & Likeness Licensing Litigation* | |
|---|---|---|
| | **Bates Stamp/Title** | **Date** |
| ***Depositions and Exhibits*** | | |
| | ***Collegiate Licensing Company*** | |
| | Battle, Pat (President and Chief Executive Officer) | 19-Jun-12 |
| | Eiler, Derek (Former Senior Vice President and Managing Director) | 29-Jun-12 |
| | Kirkpatrick, David (Vice President of Non-Apparel Marketing) | 14-Nov-12 |
| *30(b)(6)* | Moss, Cory (Senior Vice President and Managing Director, Collegiate Licensing Company) | 16-Aug-12 |
| | | |
| | ***Electronic Arts*** | |
| | Edelstein, Jordan (Vice President of Marketing) | 14-Dec-12 |
| *30(b)(6)* | Harvey, Roy (Former Executive Producer of NCAA Football) | 18-Jan-13 |
| | Linzner, Joel (Executive Vice President of Worldwide Legal and Business Affairs) | 18-Dec-12 |
| | Sitrin, Todd (Vice President of Product and Brand Marketing for EA Sports) | 25-Jan-13 |
| | Strausser, Jeremy (Producer of NCAA Football) | 11-Dec-12 |
| | | |
| | ***National Collegiate Athletic Association*** | |
| | Berst, David (Vice President for Division I) | 25-May-12 |
| | Byers, Walter (Former Executive Director) | 1-Jun-12 |
| | Davis, Peter (Director of Corporate Relationships) | 6-Jun-12 |
| | Emmert, Mark (President) | 6-Mar-12 |
| | Kerrin, Bo (Former Assistant Director for Membership Services) | 12-Dec-12 |
| | Knopp, David (Managing Director in the Championships and Alliances Group) | 24-May-12 |
| | Lennon, Kevin (Vice President of Academic and Membership Affairs) | 20-Dec-12 |
| | Renfro, Wallace (Vice-President and Chief Policy Advisor) | 26-Jun-12 |
| | Shaheen, Greg (Former Senior Vice President) | 25-Jun-12 |
| | Weitekamp, Greg (Director of Championships and Alliances) | 5-Jun-12 |
| | | |
| | ***Plaintiffs*** | |
| | Ellis, Kerwin Ray | 3-Nov-11 |
| | Flournoy, Jr., Harry | 8-Nov-11 |
| | George , Tate | 9-Mar-12 |
| | Gilbert, Alexander | 4-Nov-11 |
| | Jacobson, Sam | 7-Nov-11 |
| | Jaracz, Thad | 30-Nov-11 |
| | Lattin, David | 10-Oct-11 |
| | Maynor, Patrick | 14-Nov-11 |
| | O'Bannon, Jr., Edward Charles | 1-Nov-11 |
| | Prothro, Tyrone | 9-Nov-11 |
| | Rhodes, Damien | 15-Nov-11 |
| | Riley, Eric | 11-Nov-11 |
| | Robertson, Oscar Palmer | 26-Jul-12 |
| | Russell, William F. | 7-Dec-12 |
| | Tallent, Robert | 1-Dec-11 |
| | Wimprine, Danny | 2-Dec-11 |
| | ***Conferences and Schools*** | |
| | Beebe, Robert (Former Commissioner, Big 12 Conference) | 8-Jan-13 |
| | Delany, James E. (Commissioner, Big Ten Conference) | 29-May-13 |
| | Kerrin, Bo (Associate Athletics Director for Compliance, Louisiana State University) | 12-Dec-12 |
| | LeCrone, Jonathan (Commissioner, Horizon League) | 30-May-13 |
| | Plonsky, Christine (Director of Women's Athletics and Executive Senior Associate Assistant Director for Men's and Women's External Services, University of Texas) | 10-Dec-12 |
| *30(b)(6)* | Sankey, Greg (Executive Associate Commissioner, Southeastern Conference) | 20-Dec-12 |
| *30(b)(6)* | Swofford, John (Commissioner, Atlantic Coast Conference) | 15-Jan-13 |
| | Welty, John D. (President, California State University at Fresno) | 20-May-13 |
| *30(b)(6)* | Womack, Mark (Executive Associate Commissioner, Southeastern Conference) | 20-Dec-12 |
| | | |
| | ***Other*** | |
| | Baughman, Dutch (Executive Director, Division IA Athletic Directors Association) | 14-Jan-13 |
| | Vaccaro, John Paul (Owner, Vaccaro Sports Partnerships) | 4-Dec-12 |
| | | |

| List of Materials Considered<br>Expert Report of Daniel L. Rubinfeld, Ph.D., Regarding Merits<br>*In re NCAA Student-Athlete Name & Likeness Licensing Litigation* | |
| --- | --- |
| **Bates Stamp/Title** | **Date** |
| **Expert Materials** | |
| Declaration of Robert E. McCormick in Support of Plaintiffs' Renewed Motion for Class Certification, *Jason White et al. v. NCAA, Case No. CV 06-0999 RGK (MANx)* | 28-Aug-06 |
| Supplemental Declaration of Robert E. McCormick in Support of Plaintiffs' Renewed Motion for Class Certification, *Jason White et al. v. NCAA, Case No. CV 06-0999 RGK (MANx)* | 18-Sep-06 |
| Expert Report of Daniel A. Rascher, *Bernard Paul Parrish, et al. v. National Football League Players Association, et al.,* U.S. District Court, Northern District of California, San Francisco Division, Civil Action No. C07 0943 WHA | 23-May-08 |
| Expert Report of Roger G. Noll *in re Bernard Paul Parrish, et al., v. National Football League Players Association, et al.,* Civil Action No. C 07 0943 WHA | 12-Jun-08 |
| Expert Report and Backup of Larry Gerbrandt | 31-Aug-12 |
| Expert Report on Class Certification and Backup of Roger G. Noll | 31-Aug-12 |
| Corrections and Amendments to Expert Report on Class Certification and Backup of Roger G. Noll | 21-Nov-12 |
| Declaration of Alan J. Cox Regarding Class Certification | 14-Mar-13 |
| Declaration of Lauren J. Stiroh, Ph.D., and Dirk Van Leeuwen | 14-Mar-13 |
| Expert Report and Backup of Daniel L. Rubinfeld Regarding Class Certification | 14-Mar-13 |
| Expert Report of James J. Heckman | 14-Mar-13 |
| Expert Report of Lauren J. Stiroh, Ph.D. | 14-Mar-13 |
| Declaration and Backup of Daniel A. Rascher in Support of Motion by Antitrust Plaintiffs for Class Certification | 24-Apr-13 |
| Rebuttal Report and Backup of Dr. Robert McCormick in Support of Antitrust Plaintiffs' Motion for Class Certification | 25-Apr-13 |
| Reply Report and Backup of Larry Gerbrandt | 25-Apr-13 |
| Reply Report on Class Certification and Backup of Roger G. Noll | 25-Apr-13 |
| Expert Sur-Reply Report and Backup of Daniel L. Rubinfeld Regarding Class Certification | 30-May-13 |
| Reply Report of Lauren J. Stiroh, Ph.D. | 30-May-13 |
| Reply Declaration of Lauren J. Stiroh, Ph.D. and Dirk van Leeuwen | 30-May-13 |
| Amended Declaration of Guy Ben-Ishai, Ph.D., in Support of Opposition to Plaintiffs' Motion for Class Certification | 20-Jun-13 |
| | |
| **Expert Depositions** | |
| Gerbrandt, Larry | 8-Jan-13 |
| Gerbrandt, Larry | 12-Feb-13 |
| Gerbrandt, Larry | 9-May-13 |
| Heckman, James J. | 29-Mar-13 |
| McCormick, Robert | 15-May-13 |
| Noll, Roger G. | 27-Feb-13 |
| Noll, Roger G. | 22-May-13 |
| Rascher, Daniel A. | 21-May-13 |
| Rubinfeld, Daniel L. | 22-Apr-13 |
| Stiroh, Lauren J. | 3-Apr-13 |
| | |
| **Legal** | |
| Order Granting Plaintiffs Samuel Michael Keller's and Edward C. O'Bannon, Jr.'s Joint Motion to Consolidate Actions, Case No. 09-1967 CW | 15-Jan-10 |
| Order on NCAA's and CLC's Motions to Dismiss, Case No. 09-1967 CW | 8-Feb-10 |
| Consolidated Amended Class Action Complaint, *In re NCAA Student-Athlete Name and Likeness Licensing Litigation,* Case No. C 09-01967 CW | 10-Mar-10 |
| Class Action Complaint, *Oscar P. Robertson, Tate George and Ray Ellis v. National Collegiate Athletic Association, et al.* | 26-Jan-11 |
| Second Consolidated Amended Class Action Complaint, *In Re NCAA Student-Athlete Name & Likeness Licensing Litigation* | 16-May-11 |
| NCAA Response and Answer to Second Consolidated Amended Class Action Complaint | 31-May-11 |
| Class Action Complaint, *William F. Russell, et al., v. National Collegiate Athletic Association, et al.* | 5-Oct-11 |
| Motion by Antitrust Plaintiffs for Class Certification and Supporting Materials | 31-Aug-12 |
| Antitrust Plaintiffs' Objections and Responses to Defendant Collegiate Licensing Company's First Set of Interrogatories | 7-Sep-12 |
| Antitrust Plaintiffs' Supplemental Objections and Responses to Defendant Collegiate Licensing Company's First Set of Interrogatories | 24-Sep-12 |
| Antitrust Plaintiffs' Objections and Responses to NCAA's First Set of Interrogatories | 24-Sep-12 |
| Antitrust Plaintiffs' Objections and Amended Responses to Defendant Electronic Arts Inc.'s First Set of Requests for Admissions to Antitrust Plaintiffs | 24-Sep-12 |
| Antitrust Plaintiffs' Supplemental Objections and Responses to Electronic Arts Inc.'s Second Set of Interrogatories to Antitrust Plaintiffs | 26-Sep-12 |
| Antitrust Plaintiffs' Responses and Objections to NCAA's Second Set of Interrogatories | 30-Sep-12 |

**List of Materials Considered**
**Expert Report of Daniel L. Rubinfeld, Ph.D., Regarding Merits**
*In re NCAA Student-Athlete Name & Likeness Licensing Litigation*

| Bates Stamp/Title | Date |
|---|---|
| Antitrust Plaintiffs' Second Supplemental Objections and Responses to Electronic Arts Inc.'s Second Set of Interrogatories to Antitrust Plaintiffs | 2-Oct-12 |
| Antitrust Plaintiffs' Second Supplemental Objections and Responses to Defendant Collegiate Licensing Company's First Set of Interrogatories | 2-Oct-12 |
| Antitrust Plaintiffs' Amended Responses and Objections to NCAA's First Set of Interrogatories | 3-Oct-12 |
| Antitrust Plaintiffs' Supplemental Objections and Responses to Electronic Arts Inc.'s First Set of Interrogatories to Antitrust Plaintiffs | 8-Oct-12 |
| Order on Defendants' Motion to Strike, Case No. C 09-1967 CW | 29-Jan-13 |
| Motion by Antitrust Plaintiffs for Class Certification and Supporting Materials | 7-Mar-13 |
| NCAA's Opposition to Motion for Class Certification and Supporting Materials | 14-Mar-13 |
| Electronic Arts Inc.'s and Collegiate Licensing Company's Opposition to Plaintiffs' Motion for Class Certification | 14-Mar-13 |
| Reply Brief of Antitrust Plaintiffs in Support of Motion for Class Certification and Supporting Materials | 25-Apr-13 |
| NCAA Sur-Reply on Antitrust Plaintiffs' Motion for Class Certification | 30-May-13 |
| Electronic Arts Inc.'s and Collegiate Licensing Company's Sur-Reply to Plaintiffs' Motion for Class Certification | 30-May-13 |
| Supplemental Brief of Antitrust Plaintiffs in Support of Motion for Class Certification | 6-Jun-13 |
| Transcript of Proceedings, Class Certification Hearing, *In Re NCAA Student-Athlete Name & Likeness Licensing Litigation* | 20-Jun-13 |
| Third Consolidated Amended Class Action Complaint, *In Re NCAA Student-Athlete Name & Likeness Licensing Litigation* | 18-Jul-13 |
| Corrected Third Consolidated Amended Class Action Complaint, *In Re NCAA Student-Athlete Name & Likeness Licensing Litigation* | 19-Jul-13 |
| Antitrust Plaintiffs' Consolidated Opposition to Electronic Arts, Inc.'s Motion for Leave to File Motion to Dismiss the Third Amended Complaint; Defendant NCAA's Motion for Additional Briefing and Evidentiary Hearing on Class Certification; Defendant NCAA's Motion for Leave to File a Motion to Dismiss Antitrust Plaintiffs' Third Amended Complaint; and [CLC's] Motion to Strike Portions of Plaintiffs' Third Consolidated Amended Complaint | 12-Aug-13 |
| Defendant NCAA's Reply in Support of Motion for Leave to File a Motion to Dismiss | 19-Aug-13 |
| Defendant NCAA's Reply in Support of Motion for Additional Class Certification Briefing | 19-Aug-13 |
| Joint Status Statement, *In re NCAA Student-Athlete Name & Likeness Licensing Litigation* | 19-Aug-13 |
| Order Resolving Miscellaneous Motions, *In re NCAA Student-Athlete Name & Likeness Licensing Litigation* | 10-Sep-13 |
| Defendant National Collegiate Athletic Association's Motion to Dismiss Third Consolidated Class Action Complaint | 17-Sep-13 |
| Antitrust Plaintiffs' Consolidated Opposition to Defendants' Motion to Dismiss the Third Amended Consolidated Complaint | 24-Sep-13 |
| | |
| ***Laws and Regulations*** | |
| Cal. Civ. Code § 3344(d) | 1995 |
| Federal Register, Vol. 44, No. 239 | 11-Dec-79 |
| Hawaii Statute 482P-7 (b)(2) | |
| | |
| ***Declarations*** | |
| *NCAA Student-Athlete Name & Likeness Licensing Litigation* | |
| Declaration of Jason Masherah (Upper Deck) | 31-Oct-12 |
| Declaration of Keith Gordon (NFL Players Incorporated) | 26-Feb-13 |
| Declaration of Ronald Klempner (NBA Players Association) | 5-Mar-13 |
| Declaration of Mark Womack (Southeastern Conference) in Support of the NCAA's Class Certification Opposition Brief | 11-Mar-13 |
| Declaration of John Welty (California State University, Fresno) in Support of the NCAA's Class Certification Opposition Brief | 12-Mar-13 |
| Declaration of Jonathan B. LeCrone (Horizon League) in Support of the NCAA's Class Certification Opposition Brief | 12-Mar-13 |
| Declaration of Stan Albrecht (Utah State University) in Support of the NCAA's Class Certification Opposition Brief | 12-Mar-13 |
| Declaration of Todd Petr (NCAA) in Support of the NCAA's Class Certification Opposition Brief | 12-Mar-13 |
| Declaration of Larry Scott (Pac-12 Conference) in Support of the NCAA's Class Certification Opposition Brief | 13-Mar-13 |
| Declaration of Michael S. Drucker (Collegiate Licensing Company) in Support of Electronic Arts' and Collegiate Licensing Company's Opposition to Plaintiffs' Motion for Class Certification | 13-Mar-13 |
| Declaration of Patrick Harker (University of Delaware) in Support of the NCAA's Class Certification Opposition Brief | 13-Mar-13 |
| Declaration of Christine Plonsky and DeLoss Dodds (University of Texas, Austin) in Support of the NCAA's Class Certification Opposition Brief | 13-Mar-13 |
| Declaration of Timothy P. White (California State University) in Support of the NCAA's Class Certification Opposition Brief | 13-Mar-13 |
| Declaration of Victoria L. Donovan (T3Media) in Support of the NCAA's Class Certification Opposition Brief | 13-Mar-13 |
| Declaration of Bob Bowlsby (Big 12 Conference) in Support of the NCAA's Class Certification Opposition Brief | 14-Mar-13 |
| Declaration of James E. Delany (Big Ten Conference) in Support of the NCAA's Class Certification Opposition Brief | 14-Mar-13 |
| Declaration of Kevin Lennon (NCAA) in Support of the NCAA's Class Certification Opposition Brief | 14-Mar-13 |
| Declaration of Mark Lewis (NCAA) in Support of the NCAA's Class Certification Opposition Brief | 14-Mar-13 |

| List of Materials Considered<br>Expert Report of Daniel L. Rubinfeld, Ph.D., Regarding Merits<br>*In re NCAA Student-Athlete Name & Likeness Licensing Litigation* | |
|---|---|
| **Bates Stamp/Title** | **Date** |
| Declaration of Nathan O. Hatch (Wake Forest University) of the NCAA's Class Certification Opposition Brief | 14-Mar-13 |
| | |
| ***NCAA I-A Walk-On Football Players Litigation*** | |
| Declaration of Gary Gray in Support of the NCAA's Opposition to Plaintiff's Motion for Class Certification | 25-May-05 |
| Declaration of Judith Sweet in Support of the NCAA's Opposition to Plaintiff's Motion for Class Certification | 25-May-05 |
| Declaration of Randy Ross in Support of the NCAA's Opposition to Plaintiff's Motion for Class Certification | 25-May-05 |
| Declaration of Morgan Burke in Support of the NCAA's Opposition to Plaintiff's Motion for Class Certification | 25-May-05 |
| Declaration of Gary Gray in Support of the NCAA's Opposition to Plaintiff's Second Motion for Class Certification | 6-Feb-06 |
| Declaration of Tim Selgo | 7-Feb-06 |
| Declaration of Mark Murphy | 8-Feb-06 |
| Declaration of Sonny Lubick | 8-Feb-06 |
| Declaration of Judith Sweet in Support of the NCAA's Opposition to Plaintiff's Second Motion for Class Certification | 9-Feb-06 |
| Declaration of Craig Angelos | 10-Feb-06 |
| Declaration of Craig Thompson | 10-Feb-06 |
| Declaration of Don James | 10-Feb-06 |
| Declaration of Edward C. Driscoll, Jr. | 10-Feb-06 |
| Declaration of George Rush | 10-Feb-06 |
| Declaration of H. Wright Waters | 10-Feb-06 |
| Declaration of Tyrone Willingham | 10-Feb-06 |
| Declaration of William Tarlton Turner | 10-Feb-06 |
| Declaration of Morgan Burke in Support of the NCAA's Opposition to Plaintiff's Motion for Class Certification | 10-Feb-06 |
| Declaration of Professor Janusz A. Ordover in Support of the NCAA's Opposition to Plaintiffs' Second Motion for Class Certification | 10-Feb-06 |
| Declaration of Randy Ross in Support of the NCAA's Opposition to Plaintiff's Motion for Class Certification | 13-Feb-06 |
| | |
| ***Jason White, et al., v. NCAA*** | |
| Declaration of Tom Yeager | 7-Sep-06 |
| Declaration of Keith Martin | 8-Sep-06 |
| Declaration of Lynn Holzman | 8-Sep-06 |
| Declaration of Bob Toledo | 8-Sep-06 |
| Declaration of Derek Van Der Merwe | 8-Sep-06 |
| Declaration of Daniel Guerrero | 8-Sep-06 |
| Declaration of Doug Elgin | 8-Sep-06 |
| Declaration of Lisa Watson | 8-Sep-06 |
| Declaration of Ted Leland | 8-Sep-06 |
| Declaration of Farschad Farzan in Support of Defendant NCAA's Opposition to Plaintiff's Renewed Motion for Class Certification | 11-Sep-06 |
| Declaration of Marvin Carmichael | 11-Sep-06 |
| Declaration of Warde Manuel | 11-Sep-06 |
| Declaration of Bill Hogan | 11-Sep-06 |
| Declaration of Michael Katz | 11-Sep-06 |
| Declaration of Larry Teis | 11-Sep-06 |
| Declaration of Professor Janusz A. Ordover in Support of Defendant NCAA's Opposition to Plaintiffs' Renewed Motion for Class Certification | 11-Sep-06 |
| Declaration of Janusz A. Ordover in Support of Motion to Decertify Class | 6-Sep-07 |
| Declaration of Farschad Farzan | 14-Sep-07 |
| Declaration of Brenda Maiggard | 8-Oct-07 |
| Declaration of Debbie Van Saun | 9-Oct-07 |
| Declaration of Melody Reifel Werner | 9-Oct-07 |
| Declaration of Peter Wong | 10-Oct-07 |
| Declaration of Eric Toliver | 11-Oct-07 |
| Declaration of Paola Caoile | 11-Oct-07 |
| Declaration of Sandy Ross | 11-Oct-07 |
| Declaration of Jerry Hausman | 12-Oct-07 |
| Declaration of Norm Bedford | 12-Oct-07 |
| Declaration of Roberta Johnson | 12-Oct-07 |
| Declaration of Christina E. Ruff | 15-Oct-07 |
| Declaration of Cynthia Van Pelt | 15-Oct-07 |

| List of Materials Considered<br>Expert Report of Daniel L. Rubinfeld, Ph.D., Regarding Merits<br>*In re NCAA Student-Athlete Name & Likeness Licensing Litigation* | |
|---|---|
| **Bates Stamp/Title** | **Date** |
| Declaration of Raul H. Lerma | 15-Oct-07 |
| Declaration of Christi Gibbs | 16-Oct-07 |
| Declaration of Joshua Matthew Snyder | 16-Oct-07 |
| Declaration of Richard J. Franchak | 16-Oct-07 |
| Declaration of Stephen Corder | 16-Oct-07 |
| Declaration of Cindy Burnette | 17-Oct-07 |
| Declaration of Pam Herriford | 17-Oct-07 |
| Declaration of Cari S. Wickliffe | 18-Oct-07 |
| Declaration of Jeremy Rosner | 18-Oct-07 |
| Declaration of Joel McMullen in Support of Motion to Decertify Class | 18-Oct-07 |
| Declaration of Kathy Arnold | 18-Oct-07 |
| Declaration of Amy Folan | 19-Oct-07 |
| Declaration of Cindy B. Deffenbaugh | 19-Oct-07 |
| Declaration of Daniel W. McCarth | 19-Oct-07 |
| Declaration of Janet Oberle | 19-Oct-07 |
| Declaration of Jean Berger | 19-Oct-07 |
| Declaration of Sandy Calhoun | 19-Oct-07 |
| Declaration of Lynn Holzman | 20-Oct-07 |
| Declaration of Thomas J. Kane | 20-Oct-07 |
| Declaration of Amy Keating in Support of NCAA's Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment | 22-Oct-07 |
| | |
| ***Other Legal Documents*** | |
| *National Collegiate Athletic Association v. Board of Regents of the University of Oklahoma and University of Georgia Athletic Association,* Supreme Court of The United States | 27-Jun-84 |
| *Baltimore Orioles, v. Major League Baseball Players Association,* 805 F. 2d 663, Court of Appeals, 7th Circuit (1986) | 1986 |
| *U.S. v. Brown University in Providence in State of R.I., et al.,* United States Court of Appeals, Third Circuit, Decided September 17, 1993, 5 F.3d 658 (1993) | 17-Sep-93 |
| *United States of America v. American Society of Composers, Authors and Publishers,* Second Amended Final Judgment, Civ. Action No. 41-1395 | 11-Jun-01 |
| *Agnew v. National Collegiate Athletic Association,* 2011 U.S. Dist. LEXIS 98744 (S.D. Ind. 2011) | 1-Sep-11 |
| *Joseph Agnew, et al. v. National Collegiate Athletic Association,* United States Court of Appeals for the Seventh Circuit, No. 11-3006 | 18-Jun-12 |
| Order Denying Class Certification, *in re NCAA I-A Walk-On Football Players Litigation,* Case No. C04-1254C | 3-May-06 |
| Second Amended Complaint for Violation of Section 1 of the Sherman Act, 15 USC § 1, *Jason White, et al., v. National Collegiate Athletic Association,* Case No. CV 06-0999 RGK (MANx) | 8-Sep-06 |
| Defendant's Motion to Dismiss Plaintiffs' Amended Complaint, *Jason White, et al., v. National Collegiate Athletic Association,* Case No. CV 06-0999 RGK (MANx) | 20-Sep-06 |
| Plaintiffs' Motion for Class Certification, *Jason White, et al., v. National Collegiate Athletic Association,* Case No. CV 06-0999-RGK (MANx) | 19-Oct-06 |
| Order Granting in Part and Denying in Part Plaintiffs' Motion for Class Certification, *Bernard Paul Parrish, et al, v. National Football League Players Association,* No. C 07-00943 WHA | 29-Apr-08 |
| Expert Report of Daniel A. Rascher, in *the Matter of Bernard Paul Parrish, et al., v. National Football League Players Association, et al.* | 23-May-08 |
| Expert Report of Roger G. Noll, *in the Matter of Bernard Paul Parrish, et al., v. National Football League Players Association, et al.* | 12-Jun-08 |
| Expert Reply Report of Daniel A. Rascher, in *the Matter of Bernard Paul Parrish, et al., v. National Football League Players Association, et al.* | 26-Jun-08 |
| Order Denying Defendants' Motion for Summary Judgment, *Bernard Paul Parrish, et al, v. National Football League Players Association,* No. C 07-00943 WHA | 6-Aug-08 |
| Testimony of Roger Noll in *Bernard Paul Parrish Herbert Anthothy Adderley, Walter Roberts III vs. National Football League Players Association and National Football League Players Incorporated D/B/A Players Inc.,* United States District Court, Northern District of California, No. C 07-0943 WHA | 4-Nov-08 |
| Transcript of Proceedings, *Bernard Paul Parrish, et al., v. National Football League Players Association, et al.,* Case No. C 07-0943 WHA, volume 10 | 4-Nov-08 |
| Transcript of Proceedings, *Bernard Paul Parrish, et al., v. National Football League Players Association, et al.,* Case No. C 07-0943 WHA, volume 11 | 5-Nov-08 |
| Order Granting Motion for Final Approval of the Settlement Agreement and Proposed Plan of Distribution, *Herbert Anthony Adderley v. National Football League Players Association,* No. C 07-00943 WHA Class Action | 23-Dec-09 |

| List of Materials Considered | |
|---|---|
| **Expert Report of Daniel L. Rubinfeld, Ph.D., Regarding Merits** | |
| ***In re NCAA Student-Athlete Name & Likeness Licensing Litigation*** | |
| **Bates Stamp/Title** | **Date** |
| *Rock v. National Collegiate Athletic Association*, Order Granting Defendant's Motion to Dismiss | 1-Mar-13 |
| *Rock v. National Collegiate Athletic Association*, Order Denying Motion to Dismiss | 16-Aug-13 |
| | |
| ***Interviews*** | |
| Interview with Doug Elgin (Commissioner, Missouri Valley Conference) and Jack Watkins (Associate Commissioner, Missouri Valley Conference) | 8-Oct-12 |
| Interview with Victoria Donovan (Vice President and General Counsel, T3Media) and Emily Cooper (Outside Counsel, T3Media) | 29-Oct-12 |
| Interview with Herb Carter (Chief Financial Officer and Associate Commissioner, Sun Belt Conference) and Scott Connors (Assistant Commissioner, Sun Belt Conference) | 14-Nov-12 |
| Interview with Mark Womack (Executive Associate Commissioner, Southeastern Conference) | 26-Feb-13 |
| Interview with John Welty (President, California State University, Fresno) | 5-Mar-13 |
| Interview with Patrick Harker (President, University of Delaware) | 6-Mar-13 |
| Interview with Jon LeCrone (Commissioner, Horizon League), Beth Opell (Director of Finance, Horizon League), and Christine Halstead (Assistant Director of Championships and Compliance, Horizon League) | 7-Mar-13 |
| Interview with Jim Delany (Commissioner, Big Ten Conference) | 11-Mar-13 |
| Interview with Stan Albrecht (President, Utah State University) | 11-Mar-13 |
| Interview with Jim Isch (Chief Operating Officer, National Collegiate Athletic Association) | 20-Sep-13 |
| Interview with Todd Petr (Managing Director of Research, National Collegiate Athletic Association) | 20-Sep-13 |
| Interview with David Berst (Vice President of Division I, National Collegiate Athletic Association) | 24-Sep-13 |
| | |
| ***Bates Documents*** | |
| AP001796-804 | |
| AP001938-941 | |
| ATEN000073-090 | |
| ATEN000092-107 | |
| BIG_12_NCAA_00000386-387 | |
| BIG_12_NCAA_00000792-910 | |
| BTN013-037 | |
| CAL000447-452 | |
| CAL000475-482 | |
| CLC0160523-71452 | |
| CLC0161102-121 | |
| CUSA_NCAA00000493-520 | |
| CUSA_NCAA00000565-601 | |
| CUSA_NCAA00000765-797 | |
| CUSA_NCAA00000821-835 | |
| CUSA_NCAA00000861-886 | |
| CUSA_NCAA00032915-928 | |
| CUSA_NCAA00162321-352 | |
| CUSA_NCAA00166337-343 | |
| EA0032594-613 | |
| FLORIDA000236-246 | |
| FLORIDA000247-251 | |
| FLORIDA000252-330 | |
| FLORIDA000344-434 | |
| FSU000001-036 | |
| GEORGIA000246-250 | |
| GEORGIA000256 | |
| GTECH 000155-160 | |
| GTECH 000898-949 | |
| HORIZON000008-017 | |
| HWJ 000146-179 | |
| HWJ 000181-186 | |
| HWJ 000191-199 | |
| IMG00000021-104 | |
| IVY000001-018 | |
| IVY000130-135 | |
| LSU 000220-224 | |

| List of Materials Considered<br>Expert Report of Daniel L. Rubinfeld, Ph.D., Regarding Merits<br>*In re NCAA Student-Athlete Name & Likeness Licensing Litigation* | |
|---|---|
| **Bates Stamp/Title** | **Date** |
| LSU 000226-296 | |
| MEAC000004-011 | |
| MEAC000026-039 | |
| MEAC000065-071 | |
| MEAC000111-135 | |
| MICHIGAN000201-211 | |
| MVC000004-018 | |
| MVC000020-081 | |
| NBCU 00017-033 | |
| NBCU 00078-115 | |
| NBCU 00119-167 | |
| NBCU 00176-185 | |
| NBCU 00199-207 | |
| NBCU 00221 | |
| NBCU 00225-251 | |
| NCAA178061-143 | |
| NCAA178263-318 | |
| NCAAPROD00000001-053 | |
| NCAAPROD00000054-112 | |
| NCAAPROD00000113-186 | |
| NCAAPROD00000187-267 | |
| NCAAPROD00000268-351 | |
| NCAAPROD00000352-457 | |
| NCAAPROD00000458-568 | |
| NCAAPROD00000569-697 | |
| NCAAPROD00000698-851 | |
| NCAAPROD00000852-981 | |
| NCAAPROD00000982-1124 | |
| NCAAPROD00001125-459 | |
| NCAAPROD00001460-632 | |
| NCAAPROD00001633-817 | |
| NCAAPROD00001818-898 | |
| NCAAPROD00002020-227 | |
| NCAAPROD00002228-444 | |
| NCAAPROD00002445-665 | |
| NCAAPROD00002666-3081 | |
| NCAAPROD00003082-502 | |
| NCAAPROD00003503-995 | |
| NCAAPROD00003996-482 | |
| NCAAPROD00004483-974 | |
| NCAAPROD00004975-5500 | |
| NCAAPROD00005501-6026 | |
| NCAAPROD00006027-621 | |
| NCAAPROD00006622-7118 | |
| NCAAPROD00007119-621 | |
| NCAAPROD00007622-8135 | |
| NCAAPROD00008136-629 | |
| NCAAPROD00008630-9115 | |
| NCAAPROD00009116-579 | |
| NCAAPROD00009580-10075 | |
| NCAAPROD00010076-578 | |
| NCAAPROD00010632-876 | |
| NCAAPROD00010877-1205 | |
| NCAAPROD00011206-504 | |
| NCAAPROD00011505-803 | |
| NCAAPROD00011804-2233 | |
| NCAAPROD00013760-4234 | |
| NCAAPROD00014235-673 | |
| NCAAPROD00014674-5183 | |

| List of Materials Considered<br>Expert Report of Daniel L. Rubinfeld, Ph.D., Regarding Merits<br>*In re NCAA Student-Athlete Name & Likeness Licensing Litigation* | |
|---|---|
| **Bates Stamp/Title** | **Date** |
| NCAAPROD00015184-636 | |
| NCAAPROD00015637-6067 | |
| NCAAPROD00085035-038 | |
| NCAAPROD00114456 (ESPN Sports Poll Annual Presentation, September 10, 2003) | |
| NCAAPROD00116392 (ESPN Sports Poll Annual Presentation, August 10, 2004) | |
| NCAAPROD00178652 (ESPN Sports Poll Annual Presentation, July 31, 2002) | |
| NCAAPROD00181209-245 | |
| NCAAPROD00188140 (ESPN Sports Poll Annual Presentation, July 20, 2005) | |
| NCAAPROD00195033 | |
| NCAAPROD00198887-905 | |
| NCAAPROD00198925-966 | |
| NCAAPROD00223433-442 | |
| NCAAPROD00245187-188 | |
| NCAAPROD00292350-362 | |
| NCAAPROD00292600-604 | |
| NCAAPROD00292647-734 | |
| NCAAPROD00292761-773 | |
| NCAAPROD00293070-121 | |
| NCAAPROD00293387-449 | |
| NCAAPROD00295334-396 | |
| NCAAPROD00296077-081 | |
| NCAAPROD00300324-434 | |
| NCAAPROD00305524-565 | |
| NCAAPROD00305663-669 | |
| NCAAPROD00342782-783 | |
| NCAAPROD00342862-870 | |
| NCAAPROD00344462-474 | |
| NCAAPROD00390031-057 | |
| NCAAPROD00428802-812 | |
| NCAAPROD00508165 | |
| NCAAPROD00511029 | |
| NCAAPROD00511038 | |
| NCAAPROD00511042 | |
| NCAAPROD00511043 | |
| NCAAPROD00511044 | |
| NCAAPROD00511045 | |
| NCAAPROD00511046 | |
| NCAAPROD00511047 | |
| NCAAPROD00511050 | |
| NCAAPROD00512587 | |
| NCAAPROD00517250 | |
| NCAAPROD00517260 | |
| NCAAPROD00519065 | |
| NCAAPROD00540868 | |
| NCAAPROD00540869 | |
| NCAAPROD00540871 | |
| NCAAPROD00540872 | |
| NCAAPROD00540874 | |
| NCAAPROD00540875 | |
| NCAAPROD00584201 | |
| NCAAPROD00602238-285 | |
| NCAAPROD00602378-539 | |
| NEBRASKA000001-006 | |
| NEBRASKA000008-013 | |
| NEBRASKA000015-020 | |
| NEBRASKA000022-026 | |
| NEBRASKA000028-072 | |
| NEBRASKA000074-112 | |
| NEBRASKA000115-124 | |

| List of Materials Considered<br>Expert Report of Daniel L. Rubinfeld, Ph.D., Regarding Merits<br>*In re NCAA Student-Athlete Name & Likeness Licensing Litigation* | |
|---|---|
| **Bates Stamp/Title** | *Date* |
| NEBRASKA000126-130 | |
| NEBRASKA000132-147 | |
| NEBRASKA000149-156 | |
| NEBRASKA000163-166 | |
| NEBRASKA000168-175 | |
| NEBRASKA000177-179 | |
| NEBRASKA000181-184 | |
| NEBRASKA000220-308 | |
| NEBRASKA000311-316 | |
| NEBRASKA000318-324 | |
| NEBRASKA000326-333 | |
| NEBRASKA000335 | |
| NEBRASKA000337-341 | |
| NEBRASKA000343 | |
| OHIO000001-151 | |
| OVC000001-069 | |
| PATRIOT 000002-025 | |
| PATRIOT 000027-048 | |
| PATRIOT 000053-061 | |
| PATRIOT 000063-075 | |
| PATRIOT 000077-083 | |
| PATRIOT 000086-104 | |
| PRINCETON000008-027 | |
| RAY000001-137 | |
| SDSU000001-013 | |
| SOCON 0058 | |
| SOCON 0062-083 | |
| SOCON 0085-103 | |
| SOCON 0109-126 | |
| SUMMIT 000002-021 | |
| SUMMIT 000028-049 | |
| SUNBELT000076-100 | |
| SWAC 000001-008 | |
| TEM 0432-718 | |
| TEXAS000017-207 | |
| TEXAS000210-258 | |
| TEXAS000277-386 | |
| TEXAS000439-454 | |
| TEXAS000465-472 | |
| UNC 000005-130 | |
| USF000001-010 | |
| WAC000001-024 | |
| WAC000052-099 | |
| WAC000266-296 | |
| WASHSTATE 001393-483 | |
| WASHSTATE 004470-511 | |
| WASHSTATE 004532-563 | |
| WASHSTATE 004567-618 | |
| WASHSTATE 004619-658 | |
| WASHSTATE 004664-711 | |
| WASHSTATE 006396-398 | |
| WKENT 000392-417 | |
| | |
| *Materials Received from the NCAA* | |
| ESPN Chilton Sports Poll, 1998 Year End Tables | |
| ESPN Chilton Sports Poll, Quarterly Tables: Second Quarter 1998 | |
| ESPN Chilton Sports Poll, Quarterly Tables: Third Quarter 1998 | |
| ESPN Chilton Sports Poll, Tables: Fourth Quarter 1997 | |
| ESPN Sports Poll, A Product of TNS Intersearch, Annual Presentation, July 20, 2001 | |

| List of Materials Considered | |
| --- | --- |
| **Expert Report of Daniel L. Rubinfeld, Ph.D., Regarding Merits** | |
| ***In re NCAA Student-Athlete Name & Likeness Licensing Litigation*** | |
| **Bates Stamp/Title** | **Date** |
| Information Received from Todd Petr.doc | |
| National Collegiate Athletic Association Basketball Research, Prepared by Taylor Research & Consulting Group, Inc., August 1998 | |
| National Collegiate Athletic Association College Basketball Research Study, Final Report, Prepared by Taylor Research & Consulting Group, Inc., May 1998 | |
| | |
| ***Academic Texts and Articles*** | |
| Baird, Douglas, Robert Gertner and Randall Picker, *Game Theory and the Law,* Harvard University Press, 1998 | |
| Bamberger, Gustavo E. and Dennis W. Carlton, "Antitrust and Higher Education: MIT Financial Aid (1993)," *The Antitrust Revolution,* 4th Edition, Oxford University Press, 2004, pp. 188-210 | |
| Bowles, Samuel, *Microeconomics: Behavior, Institutions, and Evolution,* Princeton University Press, 2004 | |
| Brown, Robert W., "Research Note: Estimates of College Football Player Rents," *Journal of Sports Economics,* Vol. 12, 2011, pp. 200-212 | |
| Brown, Robert W. and R. Todd Jewell, "Measuring Marginal Revenue Product in College Athletics: Updated Estimates," *Economics of College Sports,* edited by John Fizel and Rodney Fort, Praeger, 2004, pp. 153-162 | |
| Brown, Robert W., "An Estimate of the Rent Generated by a Premium College Football Player," *Economic Inquiry,* Vol. 31, 1993, pp. 671-684 | |
| Brown, Robert W., "Measuring the Cartel Rents in the College Basketball Player Recruitment Market," *Applied Economics,* Vol. 26, 1994, pp. 27-34 | |
| Carlton, Dennis W., Gustavo E. Bamberger and Roy J. Epstein, "Antitrust and Higher Education: Was There a Conspiracy to Restrict Financial Aid?," *The RAND Journal of Economics,* Vol. 26, No. 1, Spring 1995, pp. 131-147 | |
| Coase, Ronald H., "The Problem of Social Cost," *Journal of Law and Economics,* Vol. 3, October 1960, pp. 1-44 | |
| Cooter, Robert and Thomas Ulen, *Law and Economics,* 5th Edition, Pearson, 2008 | |
| Cooter, Robert, "The Cost of Coase," *Journal of Legal Studies,* Vol. XI, 1982 | |
| Daly, George and William J. Moore, "Externalities, Property Rights and the Allocation of Resources in Major League Baseball," *Economic Inquiry,* Vol. XIX, January 1981 | |
| Flynn, Michael A. and Richard J. Gilbert, "The Analysis of Professional Sports Leagues as Joint Ventures," *The Economic Journal,* Vol. 111.469, February 2001, pp. 27-46 | |
| Gose, Ben, "Princeton Plans Major Increase in Aid for Middle- and Low-Income Students," *Chronicle of Higher Education,* January 30, 1998 | |
| Hall, Stephen, Stefan Szymanski and Andrew S. Zimbalist, "Testing Causality Between Team Performance and Payroll: The Cases of Major League Baseball and English Soccer," *Journal of Sports Economics,* Vol. 3, No. 2, May 2002, pp. 149-168 | |
| Hoffman, Elizabeth and Matthew L. Spitzer, "The Coase Theorem: Some Experimental Tests," *Journal of Law and Economics,* Vol. 25, No. 1, April 1982 | |
| Hoxby, Caroline M., "Benevolent Colluders? The Effects of Antitrust Action on College Financial Aid and Tuition," NBER Working Paper 7754, June 2000 | |
| Kahn, Lawrence M., "Markets: Cartel Behavior and Amateurism in College Sports," *Journal of Economic Perspectives,* Vol. 21, 2007, pp. 209-226 | |
| Lane, Erin, Juan Nagel and Janet S. Netz, "Alternative Approaches to Measuring MRP: Are All Men's College Basketball Players Exploited?," *Journal of Sports Economics,* published online, August 12, 2012 | |
| Litan, Robert E., Peter M. Orszag and Jonathan M. Orszag, "The Empirical Effects of Collegiate Athletics: An Interim Report," Sebago Associates , August 2003 | |
| Maxcy, Joel G., "Rethinking Restrictions on Player Mobility in Major League Baseball," *Contemporary Economic Policy,* Vol. 20, No. 2, April 2002 | |
| McKenzie, Richard B. and E. Thomas Sullivan, "Does the NCAA Exploit College Athletes? An economics and legal reinterpretation," *The Antitrust Bulletin,* Summer 1987, pp. 373-399 | |
| McKenzie, Richard B. and Gordon Tullock, *The New World of Economics,* Sixth Edition, 2012, pp. 325-338 | |
| Mondello, Michael, Alex R. Piquero, Nicole Leeper Piquero, Mac Gertz and Jake Bratton, "Public perceptions on paying student athletes," *Sports in Society: Cultures, Commerce, Media,* 16:1, pp. 106-119 | |
| Muthoo, Abhinay, *Bargaining Theory with Applications,* Cambridge University Press, 1999 | |
| Noll, Roger G., "The Economics of Licensing an Athlete's Image," 1:30pm Panel (2010) | |
| Noll, Roger G., "The Antitrust Economics of NCAA Restrictions on Athletic Scholarships" | |
| Peach, Jim, "College athletics, universities, and the NCAA," The Social Sciences Journal, Vol. 44, 2007, pp. 11-22 | |
| Pindyck, Robert S. and Daniel L. Rubinfeld, *Microeconomics,* Eighth Edition, Pearson, 2012 | |
| Quirk, James and Rodney D. Fort, *Pay Dirt: The Business of Professional Team Sports,* Princeton University Press, Princeton, NJ, 1997, Chapter 7 | |
| Rascher, Daniel A., "A Test of the Optimal Positive Production Network Externality in Major League Baseball," in E. Gustafson and L. Hadley, eds., *Sports Economics: Current Research,* 1999, Praeger Press | |

| List of Materials Considered<br>Expert Report of Daniel L. Rubinfeld, Ph.D., Regarding Merits<br>*In re NCAA Student-Athlete Name & Likeness Licensing Litigation* | |
|---|---|
| **Bates Stamp/Title** | **Date** |
| Rascher, Daniel A., "Do Fans Want Close Contests? A Test of the Uncertainty of outcome hypothesis in the National Basketball Association," *International Journal of Sport Finance,* Vol. 2, No. 3, 2007, pp.130-141 | |
| Rascher, Daniel A. and Andrew D. Schwarz, "'Amateurism' in Big-Time College Sports," *Antitrust,* Spring 2000, pp. 51-56 | |
| Ross, Stephen F. and Stefan Szymanski, *Fans of the World, Unite! A (Capitalist) Manifesto for Sports Consumers,* Stanford Economics and Finance, Stanford University Press, Stanford, CA, 2008 | |
| Rottenberg, Simon, "The Baseball Players' Labor Market," *The Journal of Political Economy,* Vol. 64, No. 3, 1956, pp. 242-258 | |
| Rubinfeld, Daniel L., "Antitrust Damages," *Research Handbook on the Economics of Antitrust Law,* Edited by Einer Elhauge, Edward Elgar Publishing, 2012 | |
| Szymanski, Stefan and Stefan Késenne, "Competitive Balance and Gate Revenue Sharing in Team Sports," Journal of Industrial Economics, Volume 52, No. 1, February 2004, pp. 165-177 | |
| Szymanski, Stefan, "Income Inequality, Competitive Balance and the Attractive of Team Sports: Some Evidence and a Natural Experiment from English Soccer," *The Economic Journal,* Vol. 111, February 2001, pp. F69-F84 | |
| Szymanski, Stefan, "The Economic Design of Sporting Contests," *Journal of Economic Literature,* Vol. XLI, December 2003, pp. 1137-1187 | |
| Szymanski, Stefan, "Tilting the Playing Field: Why a Sports League Planner Would Choose Less, Not More, Competitive Balance," Tanaka Business School Discussion Papers: TBS/DP05/35, October 2004 | |
| Werden, Gregory J., "Antitrust Analysis of Joint Ventures: An Overview," *Antitrust Law Journal,* Vol. 66, No. 3, 1998, pp. 701-735 | |
| Yair Eilat, Bryan Keating, Jonathan Orszag, and Robert Willig, "An Econometric Analysis of the Matching Between Football Student-Athletes and Colleges," Supplement No. 4B, Division I Board of Directors Meeting | |
| Zimbalist, Andrew and Allen Sack, "Thoughts on Amateurism, the O'Bannon Case and the Viability of College Sport," The Drake Group, 2013, available at http://thedrakegroup.org/2013/04/10/drake-group-report-obannon-amateurism-and-the-viability-of-college-sport, accessed August 15, 2013 | |
| | |
| ***Public Documents (Available on Institutions' Websites)*** | |
| ASCAP, "Articles of Association of the American Society of Composers, Authors and Publishers" | |
| BCS, "Bowl Championship Series 2012-2013 Media Guide" | |
| Big 12 Conference, "2012-13 Handbook" | |
| Big Sky Conference, "2010-2011 Constitution of the Big Sky Conference" | |
| Big Ten Conference, "Form 990 for the Year Ending June 30, 2008" | |
| Big West Conference, "2012-13 Manual" | |
| Colonial Athletic Association, "2011-2012 Handbook and Bylaws" | |
| Electronic Arts, "Form 10-K, Filed May 28, 2010 for the Year-Ending March 31, 2010" | |
| Federal Trade Commission and the U.S. Department of Justice, "Antitrust Guidelines for Collaboration Among Competitors," April 2000, available at http://www.ftc.gov/os/2000/04/ftcdojguidelines.pdf, accessed September 24, 2013 | |
| Knight Commission on Intercollegiate Athletics, "Knight Commission on Intercollegiate Athletics: Public Opinion Poll," December 2005, available at http://www.knightcommission.org/images/pdfs/polldecember2005.pdf, accessed August 29, 2013 | |
| Knight Commission on Intercollegiate Athletics, "Restoring the Balance," June 2010, available at http://knightcommission.org/images/restoringbalance/KCIA_Report_F.pdf, accessed August 13, 2013 | |
| Major League Baseball Players Association, "MLB 2007-2011 Basic Agreement" | |
| Major League Baseball Players Association, "MLB 2012-2016 Basic Agreement" | |
| Major League Soccer Players Union, "2012 MLS Player Salaries" | |
| Marist College Institute for Public Opinion, "Marist Poll: Many Fans Think College Sports Programs Break NCAA Rules…Education Should be a Priority, Say Most," March 26, 2013 | |
| Mid-American Conference, "2002-03 Constitution of the Mid-American Conference" | |
| Missouri Valley Conference, "Bylaws of the Missouri Valley Conference," August 2006 | |
| Missouri Valley Conference, "Form 990 for the Year Ending June 30, 2010" | |
| Mountain West Conference, "Mountain West Conference Handbook 2010-2011" | |
| National Basketball Association, "2005 Collective Bargaining Agreement," December 16, 2009 | |
| National Collegiate Athletic Association and Subsidiaries, "Consolidated Financial Statements as of and for the Years Ended August 31, 2011 and 2010, Supplementary Information as of and for the Year Ended August 31, 2011, and Independent Auditors Report" | |
| National Collegiate Athletic Association Division I Intercollegiate Athletics Programs Report, "Revenues and Expenses," 2004-2010 | |
| National Collegiate Athletic Association Division II Intercollegiate Athletics Programs Report, "Revenues and Expenses," 2004-2009 | |

| List of Materials Considered<br>Expert Report of Daniel L. Rubinfeld, Ph.D., Regarding Merits<br>*In re NCAA Student-Athlete Name & Likeness Licensing Litigation* | |
|---|---|
| **Bates Stamp/Title** | **Date** |
| National Collegiate Athletic Association Division III Intercollegiate Athletics Programs Report, "Revenues and Expenses," 2004-2009 | |
| National Collegiate Athletic Association Eligibility Center, "2012-13 Guide for the College-Bound Student-Athlete: Your Path to the Student-Athlete Experience" | |
| National Collegiate Athletic Association Football, "Added and Discontinued Programs," 2010 | |
| National Collegiate Athletic Association Research, College Board of Midwestern Regional Forum, "The Student-Athlete: Recruitment, College Choice and Predictors of Academic Success" | |
| National Collegiate Athletic Association, "1981-82 - 2011-12 NCAA Sports Sponsorship and Participation Rates Report," available at http://www.ncaapublications.com/DownloadPublication.aspx?download=PR2013.pdf, accessed September 25, 2013 | |
| National Collegiate Athletic Association, "2005-06 NCAA Division I Manual" | |
| National Collegiate Athletic Association, "2006-07 NCAA Division I Manual" | |
| National Collegiate Athletic Association, "2009-10 NCAA Membership Report" | |
| National Collegiate Athletic Association, "2012-13 NCAA Division I Manual" | |
| National Collegiate Athletic Association, "2012-13 NCAA Division II Manual" | |
| National Collegiate Athletic Association, "2012-13 NCAA Division III Manual" | |
| National Collegiate Athletic Association, "2013-14 NCAA Division I Manual" | |
| National Collegiate Athletic Association, "Division I Men's Basketball Championship, Principles and Procedures for Establishing the Bracket" | |
| National Collegiate Athletic Association, "Final Report of the NCAA Task Force on Commercial Activity in Division I Intercollegiate Athletics," Supplement No. 6, DI Amateurism Cabinet 9/09, January 9, 2009 | |
| National Collegiate Athletic Association, "Form 11-3a, Student-Athlete Statement - NCAA Division I, Academic Year" | |
| National Collegiate Athletic Association, "Form 12-3c, Student-Athlete Statement - NCAA Division III, Academic Year 2012-13" | |
| National Collegiate Athletic Association, "Form 900 for the Year Ending August 31, 2009" | |
| National Collegiate Athletic Association, "NCAA Gender-Equity Report," 2004-2010, available at http://www.ncaapublications.com/productdownloads/GEQS10.pdf, accessed August 29, 2013 | |
| National Collegiate Athletic Association, "Total Revenue Distribution by Conference," 2010-2011 | |
| National Collegiate Athletic Association, Presidential Task Force On The Future Of Division I Intercollegiate Athletics, "The Second-Century Imperatives: Presidential Leadership — Institutional Accountability," available at http://www.ncaapublications.com/productdownloads/PTF092.pdf, accessed September 6, 2013 | |
| National Collegiate Athletic Association, Presidential Task Force, Division I Amateurism Cabinet, "Final Report of the NCAA Task Force on Commercial Activity in Division I Intercollegiate Athletics," Supplement No. 6 Addendum | |
| National Football League Alumni Services, Inc., "Group Licensing Agreement" | |
| National Football League Players Association, "NFL Collective Bargaining Agreement," 2006-2012 | |
| National Football League Players Association, "NFL Collective Bargaining Agreement," 2011-2020 | |
| National Football League, "Constitution and Bylaws of the National Football League," Effective February 1, 1970 (2006 Rev.) | |
| National Hockey League Players Association, "NHL Collective Bargaining Agreement Summary of Terms" | |
| Northeast Conference, "2009-10 Northeast Conference Policy Manual" | |
| Ohio Valley Athletic Conference, "OVAC By-Laws and Regulations," Revised 2012 | |
| Pac-12 Conference, "2012-13 Pac-12 Handbook" | |
| Pacific-10 Conference, "Form 990 for the Year Ending June 30, 2008" | |
| Patriot League, "2011-12 Patriot League Policy and Procedures Manual" | |
| Patriot League, "2012-13 Patriot League Policy and Procedures Manual" | |
| Sharkey Institute, "Seton Hall Sports Poll," conducted between March 26-28, 2007 | |
| SNL Kagan, "Economics of Basic Cable Networks," 2011 Edition | |
| Southeastern Conference, "2009-2010 SEC Manual and Commissioner's Regulations" | |
| Southwestern Athletic Conference, "2008-2009 SWAC Constitution, Bylaws and Sports Regulations" | |
| Sun Belt Conference, "Form 990 for the Year Ending June 30, 2008" | |
| The Ivy League, "Ivy Manual 2011-2012" | |
| Union of European Football Association, "The European Club Licensing Benchmarking Report Financial Year 2011" | |
| United States Department of Education Office for Civil Rights, "A Policy Interpretation: Title IX and Intercollegiate Athletics (Federal Register, Vol. 44, No. 239)," March 14, 2005, available at http://www2.ed.gov/about/offices/list/ocr/docs/t9interp.html, accessed March 8, 2013 | |
| United States Department of Justice and the Federal Trade Commission, "Horizontal Merger Guidelines," August 19, 2010 | |
| Western Athletic Conference, "WAC 2010-11 Code Book" | |
| | |
| | |

| List of Materials Considered | |
|---|---|
| **Expert Report of Daniel L. Rubinfeld, Ph.D., Regarding Merits** | |
| ***In re NCAA Student-Athlete Name & Likeness Licensing Litigation*** | |
| **Bates Stamp/Title** | **Date** |
| ***News, Press and Websites*** | |
| "2001-2002 College Football Season Bowl Results," *CollegeFootballPoll.org,* 2013, available at http://www.collegefootballpoll.com/2001_archive_bowls.html, accessed September 9, 2013 | 2013 |
| "2010 NCAA Men's Attendance Records," *National Collegiate Athletic Association,* 2013, available at http://fs.ncaa.org/Docs/stats/m_soccer_RB/2011/attend.pdf, accessed September 23, 2013 | 2013 |
| "2011-12 NHL Salaries by Team," *USA TODAY ,* 2012, available at http://content.usatoday.com/sportsdata/hockey/nhl/salaries/team/2011, accessed March 1, 2013 | 2012 |
| "2012 MLB Top 25 Player Salaries," *USA TODAY,* 2012, available at http://content.usatoday.com/sportsdata/baseball/mlb/salaries/player/top-25, accessed February 27, 2013 | 2012 |
| "2012 NCAA National Field Hockey Attendance Report," *National Collegiate Athletic Association,* 2013, available at http://fs.ncaa.org/Docs/stats/w_field_hockey/reports/2012fhattend.pdf, accessed September 23, 2013 | 2013 |
| "2012 NCAA Women's Volleyball Attendance," *National Collegiate Athletic Association,* 2013, available at http://fs.ncaa.org/Docs/stats/w_volleyball_RB/2013/Att.pdf, accessed September 21, 2013 | 2013 |
| "2012-13 Association-Wide Grants, Programs and Services: Show Me the Money," *National Collegiate Athletic Association,* 2012, available at http://www.ncaa.org/wps/wcm/connect/public/ncaa/pdfs/2012/2012+13+association+wide+grants+programs+and+services, accessed September 9, 2013 | 2012 |
| "2012-13 FBS Bowl Schedule," *National Collegiate Athletic Association,* January 8, 2013, available at http://www.ncaa.com/news/football/article/2012-07-11/2012-13-fbs-bowl-schedule, accessed March 13, 2013 | 8-Jan-13 |
| "2012-13 Men's Basketball Schedule," *University of South Alabama,* 2013, available at http://usajaguars.com/schedule.aspx?path=mbball, accessed March 13, 2013 | 2013 |
| "2012-13 NCAA Postseason Football Handbook," *National Collegiate Athletic Association,* 2013, available at http://www.ncaa.org/wps/wcm/connect/4c848a804d85fe60a968bd7c2d0d15b8/Postseason+Handbook.pdf?MOD=AJPERES&CACHEID=4c848a804d85fe60a968bd7c2d0d15b8, accessed September 23, 2013 | 2013 |
| "2012-2013 College Football Bowl Game Schedule," *CollegeFootballPoll.com,* 2012, available at http://www.collegefootballpoll.com/bowl_games_bowl_schedule.html, accessed February 18, 2013 | 2012 |
| "2013 Football Schedule," *University of South Alabama,* 2013, available at http://usajaguars.com/schedule.aspx?path=football, accessed March 13, 2013 | 2013 |
| "2013 NBA Draft Lottery," *InsideHoops.com,* May 21, 2013, available at http://www.insidehoops.com/nba_draft_lottery.shtml, accessed September 9, 2013 | 2013 |
| "2013 NCAA Men's Final Four Records," *National Collegiate Athletic Association,* 2013, available at http://fs.ncaa.org/Docs/stats/m_final4/2013/3Tourn.pdf, accessed September 6, 2013 | 2013 |
| "2013 NCAA Women's Basketball Attendance," *National Collegiate Athletic Association,* 2013, available at http://fs.ncaa.org/Docs/stats/w_basketball_RB/reports/Attend/13att.pdf, accessed September 23, 2013 | 2013 |
| "About CLC," *Collegiate Licensing Company ,* 2013, available at: http://www.clc.com/About-CLC.aspx, accessed March 8, 2013 | 2013 |
| "About Pac-12 Enterprises," *Pacific-12 Enterprises,* n.d., available at: http://pac-12.com/AboutPac-12Enterprises/AboutPac-12Enterprises.aspx, accessed August 24, 2012 | n.d. |
| "About the Foundation - Background," Knight Commission on Intercollegiate Athletics, 2012, available at http://www.knightcommission.org/about/about-background, accessed September 24, 2013 | 2012 |
| "About the NCAA: History," *National Collegiate Athletic Association,* 2013, available at: http://www.ncaa.org/wps/wcm/connect/public/ncaa/about+the+ncaa/history?, accessed August 24, 2012 | 2013 |
| "About the NCAA: Membership," *National Collegiate Athletic Association,* 2013, available at: http://www.ncaa.org/wps/wcm/connect/public/ncaa/about+the+ncaa/membership+new?, accessed August 24, 2012 | 2013 |
| "About the NCAA: National Office," *National Collegiate Athletic Association,* 2013, available at: http://www.ncaa.org/wps/wcm/connect/public/ncaa/about+the+ncaa/national+office+new?, accessed August 24, 2012 | 2013 |
| "About Us," *Big Ten Network,* 2013, available at: http://btn.com/about/, accessed March 4, 2013 | 2013 |
| "ACC Releases 2013-14 Men's Basketball Conference-Games Schedule, Highlighted by 83 National Telecasts," *TheACC.com,* August 22, 2013, available at http://www.theacc.com/#!/news-detail/ACC-Conference-Games-Schedule_0822-13_obk6i1, accessed September 18, 2013 | 22-Aug-13 |
| "AFL Arena Football History – Year By Year – 2013," *ArenaFan.com,* n.d., available at http://www.arenafan.com/history/?page=yearly&histleague=1&fpage=attendance&year=2013, accessed August 27, 2013 | n.d. |
| "AFL Stars Among Former NFL Draftees," *arenafootball.com,* April 25, 2013, available at http://www.arenafootball.com/sports/a-footbl/spec-rel/042513aai.html, accessed August 28, 2013 | 25-Apr-13 |
| "Alabama Bowl History," *CollegeFootballPolls.com,* n.d., available at: http://www.collegefootballpoll.com/bowl_history_alabama.html, accessed March 11, 2013 | n.d. |
| "Andy Brown Profile," *Stanford University's Official Athletic Site,* 2013, available at: http://www.gostanford.com/sports/m-baskbl/mtt/brown_andy00.html, accessed September 9, 2013 | 2013 |

| List of Materials Considered<br>Expert Report of Daniel L. Rubinfeld, Ph.D., Regarding Merits<br>*In re NCAA Student-Athlete Name & Likeness Licensing Litigation* | |
|---|---|
| **Bates Stamp/Title** | **Date** |
| "Appalachian State Moving Up to FBS," *ESPN.com,* March 27, 2013, available at http://espn.go.com/college-sports/story/_/id/9105401/appalachian-state-mountaineers-moving-fbs-joining-sun-belt, accessed September 15, 2013 | 27-Mar-13 |
| "Arizona Cardinals Salaries," *Fox Sports.com,* 2013, available at http://msn.foxsports.com/nfl/team/arizonacardinals/salary/67066?q=arizona-cardinals, accessed March 14, 2013 | 2013 |
| "Atlanta Falcons Salaries," *Fox Sports.com,* 2013, available at http://msn.foxsports.com/nfl/team/atlantafalcons/salary/67038?q=atlanta-falcons, accessed March 14, 2013 | 2013 |
| "Average Salary for Major Leaguers on the Rise," *MLB.com,* December 5, 2011, available at http://mlb.mlb.com/news/article.jsp?ymd=20111205&content_id=26096930&vkey=news_mlb&c_id=mlb, accessed May 24, 2013 | 5-Dec-11 |
| "Baltimore Ravens Salaries," *Fox Sports.com,* 2013, available at http://msn.foxsports.com/nfl/team/baltimoreravens/salary/67065?q=baltimore-ravens, accessed March 14, 2013 | 2013 |
| "Basketball Resources: National Invitation Tournament (NIT)," *National Collegiate Athletic Association,* 2013, available at http://www.ncaa.org/wps/wcm/connect/public/ncaa/resources/basketball+resources/basketball+resources+national+invitation+tournament+%28nit%29, accessed August 30, 2013 | 2013 |
| "BCS Background," *Bowl Championship Series,* January 16, 2012, available at http://www.bcsfootball.org/news/story?id=4809699, accessed February 18, 2013 | 16-Jan-12 |
| "Becoming Eligible: Amateurism," *National Collegiate Athletic Association,* 2013, available at http://www.ncaa.org/wps/wcm/connect/public/ncaa/eligibility/becoming+eligible/amateurism, accessed August 24, 2012 | 2013 |
| "Bill Walsh College Football," *GameFAQs,* 2013, available at http://www.gamefaqs.com/segacd/922256-billwalsh-college-football/data, accessed March 12, 2013 | 2013 |
| "Bill Walsh College Football: Review," *Allgame.com,* 2010, available at http://www.allgame.com/game.php?id=12020, accessed March 12, 2013 | 2010 |
| "Bonds Will Be Individually Licensed," *ESPN.com,* November 17, 2003, available at http://sports.espn.go.com/mlb/news/story?id=1661883, accessed May 28, 2013 | 17-Nov-03 |
| "Buffalo Bills Salaries," *Fox Sports.com* , 2013, available at: http://msn.foxsports.com/nfl/team/buffalobills/salary/67039?q=buffalo-bills, accessed March 14, 2013 | 2013 |
| "BYUtv to Televise Eight Games From 2012 Zappos.com WCC Basketball Championships," WCCwccSsports.com, February 24, 2012, available at http://www.wccsports.com/sports/m-baskbl/spec-rel/022412aac.html, accessed September 24, 2013 | 24-Feb-12 |
| "Carolina Panthers Salaries," Fox Sports.com, 2013, available at http://msn.foxsports.com/nfl/team/carolinapanthers/salary/67063?q=carolina-panthers, accessed March 14, 2013 | 2013 |
| "CBS Sports Network Announces Programming Schedule in First Year of NBA D-League Coverage," *NBA.com,* November 14, 2012, available at http://www.nba.com/dleague/news/cbs_sports_network_nba_development_league_schedule_2012_11_14.html, accessed September 9, 2013 | 14-Nov-12 |
| "CBS Sports Network Joins NBA Development League's TV Roster," *multichannel.com,* August 30, 2012, available at http://www.multichannel.com/networks/cbs-sports-network-joins-nba-development-leagues-tv-roster/126323, accessed September 9, 2013 | 30-Aug-12 |
| "Championships List," *National Collegiate Athletic Association,* 2013, available at http://www.ncaa.org/wps/wcm/connect/public/ncaa/championships/championships+list, accessed August 30, 2013 | 2013 |
| "Championships," *National Collegiate Athletic Association,* February 13, 2013, available at http://www.ncaa.org/wps/wcm/connect/public/NCAA/Finances/Championships?, accessed March 7, 2013 | 13-Feb-13 |
| "Championships: Finances," *National Collegiate Athletic Association,* May 29, 2012, available at www.ncaa.org/wps/wcm/connect/public/ncaa/championships/finances/overview, accessed October 15, 2012 | 29-May-12 |
| "Championships: Postseason Football," *National Collegiate Athletic Association,* November 20, 2012, available at http://www.ncaa.org/wps/wcm/connect/public/ncaa/championships/postseason+football/overview, accessed March 13, 2013 | 20-Nov-12 |
| "Chicago Bears Salaries," *Fox Sports.com,* 2013, available at http://msn.foxsports.com/nfl/team/chicagobears/salary/67040?q=chicago-bears, accessed March 14, 2013 | 2013 |
| "Cincinnati Bengals Salaries," *Fox Sports.com,* 2013, available at http://msn.foxsports.com/nfl/team/cincinnatibengals/salary/67041?q=cincinnati-bengals, accessed March 14, 2013 | 2013 |
| "CLC History," *The Collegiate Licensing Company,* August 24, 2012, available at: http://www.clc.com/clcweb/publishing.nsf/Content/history.html, accessed March 14, 2013 | 24-Aug-12 |
| "Cleveland Browns Salaries," *Fox Sports.com,* 2013, available at http://msn.foxsports.com/nfl/team/clevelandbrowns/salary/67042?q=cleveland-browns, accessed March 14, 2013 | 2013 |
| "Clients: Institutions," *The Collegiate Licensing Company,* August 24, 2012, available at: http://www.clc.com/clcweb/publishing.nsf/Content/institutions.html, accessed March 14, 2013 | 24-Aug-12 |

| List of Materials Considered<br>Expert Report of Daniel L. Rubinfeld, Ph.D., Regarding Merits<br>*In re NCAA Student-Athlete Name & Likeness Licensing Litigation* | |
|---|---|
| **Bates Stamp/Title** | **Date** |
| "College Basketball Teams," *CBS Sports,* 2013, available at http://www.cbssports.com/collegebasketball/teams, accessed September 25, 2013 | 2013 |
| "College Bowls 2012-2013," *ESPN.com,* 2013, available at  http://espn.go.com/college-football/bowls, accessed September 9, 2013 | 2013 |
| "College Football Teams," *CBS Sports,* 2013, available at http://www.cbssports.com/collegefootball/teams, accessed September 25, 2013 | 2013 |
| "College football countdown | No. 119: Texas-San Antonio," *USA TODAY,* August 26, 2013, available at http://www.usatoday.com/story/sports/ncaaf/cusa/2013/05/13/texas-at-san-antonio-utsa-college-football-countdown-2013-preview-larry-coker/2156359/, accessed September 24, 2013 | 2013 |
| "College Navigator," *The National Center for Education Statistics,* 2013, available at http://nces.ed.gov/collegenavigator, accessed August 26, 2013 | 2013 |
| "College Sports," *ESPN.com,* 2013, available at http://espn.go.com/college-sports/, accessed September 6, 2013 | 2013 |
| "College World Series sets attendance record," *Omaha.com,* June 26, 2013, available at http://sports.omaha.com/2013/06/26/college-world-series-sets-attendance-record/#.Uj44aIakoZA, accessed September 21, 2013 | 26-Jun-13 |
| "Colorado State University: Independent Accountants' Report on Application of Agreed-Upon Procedures Year Ended June 30, 2011," State of Colorado, available at http://www.leg.state.co.us/OSA/coauditor1.nsf//C40D580A79208D2587257A1A005BA527/$file/2084-11+CSU+System+AgreeUponProcedures+June+30+2011.pdf?OpenElement, accessed September 16, 2013 | 30-Jun-11 |
| "Conference Realignment Poll," *Baylor.edu,* September 2011, available at http://www.baylor.edu/survey/, accessed August 30, 2013 | Sep-11 |
| "Consumer Price Index," *Federal Reserve Bank of Minneapolis,* 2013, available at http://www.minneapolisfed.org/community_education/teacher/calc/hist1913.cfm, accessed September 6, 2013 | 2013 |
| "Dallas Cowboys Salaries," *Fox Sports.com,* 2013, available at http://msn.foxsports.com/nfl/team/dallascowboys/salary/67043?q=dallas-cowboys, accessed March 14, 2013 | 2013 |
| "Damien Rhodes Profile," *Scout.com,* 2013, available at http://recruiting.scout.com/a.z?s=73&p=8&c=1&nid=4900, accessed March 11, 2013 | 2013 |
| "Denver Broncos Salaries," *Fox Sports.com,* 2013, available at http://msn.foxsports.com/nfl/team/denverbroncos/salary/67044?q=denver-broncos, accessed March 14, 2013 | 2013 |
| "Deshaun Watson Rivals Player Profile," *Rivals.com,* n.d., available at http://rivals.yahoo.com/ncaa/football/recruiting/player-Deshaun-Watson-119269, accessed May 29, 2013 | n.d. |
| "Destroyers and UFL back for another go," *wavy.com,* July 27, 2012, available at http://www.wavy.com/sports/destroyers-and-ufl-back-for-another-go, accessed August 29, 2013 | 27-Jul-12 |
| "Detroit Lions Salaries," *Fox Sports.com,* 2013, available at http://msn.foxsports.com/nfl/team/detroitlions/salary/67045?q=detroit-lions, accessed March 14, 2013 | 2013 |
| "Distributions," *National Collegiate Athletic Association,* February 13, 2013, available at http://www.ncaa.org/wps/wcm/connect/public/ncaa/finances/finances+distributions, accessed September 10, 2013 | 13-Feb-13 |
| "Division I Results from the NCAA GOALS Study on the Student-Athlete Experience," *FARA Annual Meeting and Symposium,* November 2011, available at http://www.ncaa.org/wps/wcm/connect/public/ncaa/pdfs/2011/di_goals_fara_2011, accessed September 6, 2013 | Nov-11 |
| "Division I Streamlines Rulebook: 2013 NCAA Convention," *National Collegiate Athletic Association,* January 19, 2013, available at http://www.ncaa.org/wps/wcm/connect/public/ncaa/resources/latest+news/2013/january/division+i+streamlines+rulebook, accessed March 8, 2013 | 19-Jan-13 |
| "D-League draws 1 million fans for first time," *NBA.com,* April 6, 2010, available at http://www.nba.com/2010/news/04/06/dleague.attendance.ap/index.html, accessed August 29, 2013 | 6-Apr-10 |
| "ESPN and TNS Intersearch Partner to Provide the Next Generation ESPN Sports Poll," *The Free Library,* November 16, 2000, available at http://www.thefreelibrary.com/ESPN+And+TNS+Intersearch+Partner+to+Provide+the+Next+Generation+ESPN...-a066997063, accessed September 6, 2013 | 16-Nov-00 |
| "ESPN, SEC Agreement 2009-2024," *SEC Digital Network,* September 2, 2010, available at http://www.secdigitalnetwork.com/NEWS/tabid/473/Article/132060/unprecedented-espn-agreement.aspx, accessed November 15, 2012 | 2-Sep-10 |
| "Event/Championship Licensing: NCAA/Bowl/Conference Licensing," *The Collegiate Licensing Company ,* August 24, 2012, available at http://www.clc.com/clcweb/publishing.nsf/Content/championship+licensing.htm, accessed March 12, 2013 | 24-Aug-12 |
| "Examining the Student-Athlete Experience Through the NCAA GOALS and SCORE Studies," *NCAA Convention,* January 13, 2011, available at http://www.ncaa.org/wps/wcm/connect/public/NCAA/Resources/Research/Student-Athlete+Experience+Research, accessed September 6, 2013 | 13-Jan-11 |
| "F.A.Q.," *Big Ten Network,* 2013, available at http://btn.com/btn-faq/, accessed September 18, 2013 | 2013 |

HIGHLY CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER

| List of Materials Considered<br>Expert Report of Daniel L. Rubinfeld, Ph.D., Regarding Merits<br>*In re NCAA Student-Athlete Name & Likeness Licensing Litigation* | |
|---|---|
| **Bates Stamp/Title** | **Date** |
| "F.A.Q.," *U.S. Athletic Trust,* 2013, available at http://usathletictrust.org/about-us/f-a-q/, accessed August 26, 2013 | 2013 |
| "FCS Name No Longer Letter Perfect," *Fox Sports.com,* August 27, 2012, available at http://msn.foxsports.com/collegefootball/story/football-championship-subdivision-schools-debate-name-change-082712, accessed March 12, 2013 | 27-Aug-12 |
| "Finances," *National Collegiate Athletic Association,* 2013, available at: http://www.ncaa.org/wps/wcm/connect/public/NCAA/Finances/index.html, accessed March 12, 2013 | 2013 |
| "Finances: Expenses," *National Collegiate Athletic Association,* 2013, available at: http://www.ncaa.org/wps/wcm/connect/public/NCAA/Finances/Finances+Expenses, accessed September 24, 2013 | 2013 |
| "Finances: Revenue," *National Collegiate Athletic Association,* 2013, available at: http://www.ncaa.org/wps/wcm/connect/public/NCAA/Finances/Revenue, accessed September 24, 2013 | 2013 |
| "Football - All Divisions," *National Collegiate Athletic Association,* 2013, available at http://web1.ncaa.org/onlineDir/exec2/sponsorship?sortOrder=1&division=All&sport=MFB, accessed September 24, 2013 | 2013 |
| "Ford Field Facts & History," *DetroitLions.com,* 2013, available at http://www.detroitlions.com/ford-field/facts-history.html, accessed September 9, 2013 | 2013 |
| "Former AFL Players Vying for NFL Roster Spots," *arenafootball.com,* August 22, 2013, available at http://www.arenafootball.com/sports/a-footbl/spec-rel/082213aaa.html, accessed August 28, 2013 | 22-Aug-13 |
| "Fox College Sports," *foxflash.com,* n.d., available at http://www.foxflash.com/div.php/main/page?aID=11z2z1z1, accessed September 18, 2013 | n.d. |
| "Framing the Future: Reforming Intercollegiate Athletics," *The Coalition on Intercollegiate Athletics,* Adopted 15 June, 2007, available at http://blogs.comm.psu.edu/thecoia/wp-content/uploads/FTF-White-Paper2.pdf, accessed August 13, 2013 | 15-Jun-07 |
| "Giants Get Record $377,003 Bonus Pay for World Series," *KQED,* November 26, 2012, available at http://blogs.kqed.org/newsfix/2012/11/26/giants-world-series-share-a-record-377003/, accessed May 28, 2013 | 26-Nov-12 |
| "Green Bay Packers Salaries," *Fox Sports.com,* 2013, available at http://msn.foxsports.com/nfl/team/green-baypackers/salary/67046?q=green-bay-packers, accessed March 14, 2013 | 2013 |
| "Health And Safety," *National Collegiate Athletic Association,* 2013, available at http://www.ncaa.org/wps/wcm/connect/public/ncaa/health+and+safety/index.html, accessed May 28, 2013 | 2013 |
| "Highest Football Club Wages," *Soccerlens.com,* 2013, available at http://soccerlens.com/highest-football-club-wages/69045/, accessed May 28, 2013 | 2013 |
| "Horizon League Stats Central: Men's Basketball," 2009-10 and 2010-11, *HorizonLeague.org,* available at http://www.horizonleague.org/stats/mens-basketball/, accessed September 24, 2013 | n.d. |
| "Houston Texans Salaries," *Fox Sports.com,* 2013, available at http://msn.foxsports.com/nfl/team/houstontexans/salary/67071?q=houston-texans, accessed March 14, 2013 | 2013 |
| "How to Find BYUtv," *BYU,* 2013, available at http://byucougars.com/athletics/how-find-byutv, accessed September 19, 2013 | 2013 |
| "Indianapolis Colts Salaries," *Fox Sports.com,* 2013, available at http://msn.foxsports.com/nfl/team/indianapoliscolts/salary/67048?q=indianapolis-colts, accessed March 14, 2013 | 2013 |
| "Introduction of NCAA On Demand Puts the Best Moments in College Athletics in the Hands of Fans," *T3 Media,* March 7, 2007, available at http://www.t3media.com/news-post/introduction-of-ncaa-on-demand/, accessed October 2, 2012 | 7-Mar-07 |
| "Jacksonville Jaguars Salaries," *Fox Sports.com,* 2013, available at: http://msn.foxsports.com/nfl/team/jacksonville-jaguars/salary/67064?q=jacksonville-jaguars, accessed March 14, 2013 | 2013 |
| "Joint Venture Guidelines," *Department of Justice,* April 2000, available at http://www.justice.gov/atr/public/guidelines/jointindex.html, accessed September 25, 2013 | Apr-00 |
| "Kansas City Chiefs Salaries," *Fox Sports.com,* 2013, available at http://msn.foxsports.com/nfl/team/kansas-citychiefs/salary/67049?q=kansas-city-chiefs, accessed March 14, 2013 | 2013 |
| "Landry Fields Bio Page," *NBA.com,* 2013, available at http://www.nba.us/playerfile/landry_fields/bio.html, accessed March 7, 2013 | 2013 |
| "Latest Best of NY: Madison Square Garden Guide," CBS New York, October 19, 2010, available at http://newyork.cbslocal.com/guide/madison-square-garden-guide/, accessed September 9, 2013 | 19-Oct-10 |
| "Mack Brown Discusses Network," *ESPN.com,* October 22, 2012, available at http://espn.go.com/collegefootball/story/_/id/8538420/mack-brown-texas-longhorns-coach-discusses-longhorn-network-commitments, accessed March 5, 2013 | 22-Oct-12 |
| "Major League Baseball Players Association: Frequently Asked Questions," *Major League Baseball,* 2012, available at http://mlb.mlb.com/pa/info/faq.jsp, November 7, 2012 | 2012 |
| "Major League Baseball Players Association: Licensing - The Players Choice Group Licensing Program," *Major League Baseball,* 2012, available at http://mlb.mlb.com/pa/info/licensing.jsp, November 7, 2012 | 2012 |
| "McFarlane NCAA College Football Sports Picks Action Figures & Toys," *ToyWiz.com,* n.d., available at http://www.toywiz.com/collegesports.html, August 29, 2013 | n.d. |

| | |
|---|---|
| **List of Materials Considered** | |
| **Expert Report of Daniel L. Rubinfeld, Ph.D., Regarding Merits** | |
| ***In re NCAA Student-Athlete Name & Likeness Licensing Litigation*** | |

| Bates Stamp/Title | Date |
|---|---|
| "Members and Bios," *Knight Commission on Intercollegiate Athletics,* 2012, available at http://www.knightcommission.org/about/members-bios, accessed August 13, 2013 | 2012 |
| "Men's Basketball - All Divisions," *National Collegiate Athletic Association,* 2013, available at http://web1.ncaa.org/onlineDir/exec2/sponsorship?sortOrder=1&division=All&sport=MBB, accessed September 24, 2013 | 2013 |
| "Men's Basketball Championship Bracket," 2013, available at http://i.turner.ncaa.com/dr/ncaa/ncaa/release/sites/default/files/external/printable-bracket/2013/bracket-ncaa.pdf, accessed September 21, 2013 | 2013 |
| "Men's Division I Hockey Attendance: 2012-13," *USCHO,* 2013, available at http://www.uscho.com/stats/attendance/division-i-men/2012-2013, September 21, 2013 | 2013 |
| "Miami Dolphins Salaries," *Fox Sports.com,* 2013, available at http://msn.foxsports.com/nfl/team/miamidolphins/salary/67052?q=miami-dolphins, accessed March 14, 2013 | 2013 |
| "Michael Jordan to Appear on Video Game Cover," *CNBC,* June 2, 2010, available at http://www.cnbc.com/id/37471683/Michael_Jordan_To_Appear_On_Video_Game_Cover, accessed May 28, 2013 | 2-Jun-10 |
| "Minimum Annual Salary Scale," *NBA.com,* August 4, 2005, available at http://www.nba.com/news/cba_minimumsalary_050804.html, accessed May 28, 2013 | 4-Aug-05 |
| "Minnesota Vikings Salaries," *Fox Sports.com,* 2013, available at http://msn.foxsports.com/nfl/team/minnesotavikings/salary/67053?q=minnesota-vikings, accessed March 14, 2013 | 2013 |
| "NBA D-League 101," *NBA.com,* 2013, available at http://www.nba.com/dleague/news/nbadleague_101.html, accessed August 27, 2013 | 2013 |
| "NBA D-League FAQ," *NBA.com,* 2013, available at http://www.nba.com/dleague/santacruz/dleague_faqs.html, accessed June 19, 2013 | 2013 |
| "NBA Teams," *ESPN.com,* 2013, available at: http://espn.go.com/nba/teams, accessed March 4, 2013 | 2013 |
| "NCAA Championships: Broadcasting and Marketing," *National Collegiate Athletic Association,* 2013, available at http://www.ncaa.org/wps/wcm/connect/public/ncaa/championships/broadcasting+and+marketing, August 24, 2012 | 2013 |
| "NCAA Division I Men's Basketball Championship Principles and Procedures for Establishing the Bracket," 2012, available at http://www.ncaa.com/content/di-principles-and-procedures-selection/, accessed September 21, 2013 | 2012 |
| "NCAA Finances: Championships," *National Collegiate Athletic Association,* 2013, available at http://www.ncaa.org/wps/wcm/connect/public/NCAA/Finances/Championships?, accessed October 24, 2012 | 2013 |
| "NCAA Finances: Division I Revenue Distribution," *National Collegiate Athletic Association,* 2013, available at http://www.ncaa.org/wps/wcm/connect/public/NCAA/Finances/Finances+Distributions?, accessed October 24, 2012 | 2013 |
| "NCAA Finances: It's the Membership's Money," *National Collegiate Athletic Association,* 2013, available at http://www.ncaa.org/wps/wcm/connect/public/NCAA/Finances/, accessed September 18, 2013 | 2013 |
| "NCAA Finances: Revenue," *National Collegiate Athletic Association,* 2013, available at http://www.ncaa.org/wps/wcm/connect/public/NCAA/Finances/Revenue, accessed November 29, 2012 | 2013 |
| "NCAA Finances: Student-Athlete Benefits," *National Collegiate Athletic Association,* 2013, available at http://www.ncaa.org/wps/wcm/connect/public/ncaa/finances/finances+student+athlete+benefits, accessed October 24, 2012 | 2013 |
| "NCAA Football 13," *EA Sports,* n.d., available at http://www.easports.com/ncaa-football, accessed November 29, 2012 | n.d. |
| "NCAA Football Preview - Georgia State Panthers," *Fox News,* August 23, 2013, available at http://www.foxnews.com/sports/2013/08/23/ncaa-football-preview-georgia-state-panthers/, accessed September 24, 2013 | 23-Aug-13 |
| "NCAA Men's Basketball Attendance: Division I Summary," *National Collegiate Athletic Association,* 2013, available at http://www.ncaa.org/wps/wcm/connect/public/ncaa/resources/stats/m+basketball/attendance/index.html, accessed August 29, 2013 | 2013 |
| "NCAA Men's Football Attendance Statistics," *National Collegiate Athletic Association,* 2013, available at http://www.ncaa.org/wps/wcm/connect/public/ncaa/resources/stats/football/attendance/index.html, accessed August 21, 2013 | 2013 |
| "NCAA Research," *National Collegiate Athletic Association,* May 9, 2012, available at http://www.ncaa.org/wps/wcm/connect/public/ncaa/resources/research/research+home, accessed August 24, 2012 | 9-May-12 |
| "NCAA Sports Sponsorship: Basketball," *National Collegiate Athletic Association,* 2006, available at http://web1.ncaa.org/onlineDir/exec2/sponsorship?sortOrder=1&division=All&sport=MBB, accessed March 13, 2013 | 2006 |
| "NCAA Sports Sponsorship: Football," *National Collegiate Athletic Association,* 2006, available at http://web1.ncaa.org/onlineDir/exec2/sponsorship?sortOrder=1&division=All&sport=MFB, accessed March 13, 2013 | 2006 |
| "NCAA Tournament Statistics," *NCAA.org,* 2013, available at http://fs.ncaa.org/Docs/stats/m_final4/2013/3Tourn.pdf, accessed September 6, 2013 | 2013 |
| "NCAA Trademarks," *National Collegiate Athletic Association,* 2013, available at http://www.ncaa.org/wps/wcm/connect/public/ncaa/resources/research/research+home, accessed August 24, 2012 | 2013 |
| "New TV Deal Changes How Fans Watch NCAA Tournament," *WFAN/AP ,* March 15, 2011, available at http://newyork.cbslocal.com/2011/03/15/new-tv-deal-changes-how-fans-watch-ncaa-tournament/, accessed September 24, 2013 | 15-Mar-11 |

| | |
|---|---|
| **List of Materials Considered** | |
| **Expert Report of Daniel L. Rubinfeld, Ph.D., Regarding Merits** | |
| ***In re NCAA Student-Athlete Name & Likeness Licensing Litigation*** | |

| Bates Stamp/Title | Date |
|---|---|
| "New England Patriots Salaries," *Fox Sports.com,* 2013, available at http://msn.foxsports.com/nfl/team/newengland-patriots/salary/67054?q=new-england-patriots, accessed March 14, 2013 | 2013 |
| "New Orleans Saints Salaries," *Fox Sports.com,* 2013, available at http://msn.foxsports.com/nfl/team/neworleans-saints/salary/67055?q=new-orleans-saints, accessed March 14, 2013 | 2013 |
| "New York Giants Salaries," *Fox Sports.com,* 2013, available at http://msn.foxsports.com/nfl/team/new-yorkgiants/salary/67056?q=new-york-giants, accessed March 14, 2013 | 2013 |
| "New York Jets Salaries," *Fox Sports.com,* 2013, available at http://msn.foxsports.com/nfl/team/new-yorkjets/salary/67057?q=new-york-jets, accessed March 14, 2013 | 2013 |
| "NFL Attendance – 2012," *ESPN.com,* 2013, available at http://espn.go.com/nfl/attendance/_/year/2012, accessed September 13, 2013 | 2013 |
| "NFL Media Rights Deals For '07 Season," *Sports Business Journal,* September 6, 2007, available at http://www.sportsbusinessdaily.com/Daily/Issues/2007/09/Issue-238/NFL-Season-Preview, accessed November 13, 2012 | 6-Sep-07 |
| "NFL Salary Cap FAQ," *NFL Salary Cap Guru,* September 19, 2012, available at http://nflsalarycapguru.wordpress.com/, accessed May 30, 2013 | 19-Sep-12 |
| "NFL Teams," *ESPN.com,* 2013, available at http://espn.go.com/nfl/teams, accessed March 4, 2013 | 2013 |
| "Oakland Raiders Salaries," *Fox Sports.com,* 2013, available at http://msn.foxsports.com/nfl/team/oaklandraiders/salary/67050?q=oakland-raiders, accessed March 14, 2013 | 2013 |
| "Overview," *BYUtv,* 2013, available at http://www.byutv.org/about, accessed September 19, 2013 | 2013 |
| "Pac-10 announces ESPN/Fox TV deal," *ESPN.com,* May 4, 2011, available at http://sports.espn.go.com/ncf/news/story?id=6471380, accessed September 18, 2013 | 4-May-11 |
| "Pac-12 Networks to televise 150 men's basketball games, adds Hall of Famer Bill Walton to on-air talent roster," *Pac-12.com,* August 29, 2012, available at http://pac-12.com/article/2012/08/29/pac-12-networks-televise-150-mens-basketball-games-adds-hall-famer-bill-walton, accessed September 18, 2013 | 29-Aug-12 |
| "Pac-12 Now," Pac-12 Enterprises, 2013, available at https://itunes.apple.com/us/app/pac-12-now/id550252401?mt=8, accessed September 19, 2013 | 2013 |
| "Patriot League Presidents Endorse Change in Football Athletic Aid Policy," *Patriot League,* February 13, 2012, available at: http://www.patriotleague.org/sports/m-footbl/spec-rel/021312aac.html, accessed November 29, 2012 | 13-Feb-12 |
| "Patriot League: League Governance," *Patriot League,* 2013, available at http://www.patriotleague.org/ot/league_governance/league_governance-index.html, accessed March 13, 2013 | 2013 |
| "Paul Brown Stadium: Facts and Stats," *Bengals.com,* 2013, available at http://www.bengals.com/stadium/facts.html, accessed September 9, 2013 | 2013 |
| "Philadelphia Eagles Salaries," *Fox Sports.com,* 2013, available at http://msn.foxsports.com/nfl/team/philadelphia-eagles/salary/67058?q=philadelphia-eagles, accessed March 14, 2013 | 2013 |
| "Pioneer Football League: About the PFL," *Pioneer Football League,* 2013, available at http://www.pioneer-football.org/pfl/default/, accessed March 12, 2013 | 2013 |
| "Pittsburgh Steelers Salaries," *Fox Sports.com,* 2013, available at http://msn.foxsports.com/nfl/team/pittsburghsteelers/salary/67067?q=pittsburgh-steelers, accessed March 14, 2013 | 2013 |
| "Player Membership Registration," *Retired Players Association,* 2011, available at http://www.nflretiredplayersassociation.org/player-memberships.asp, accessed February 27, 2013 | 2011 |
| "Postseason Football," *National Collegiate Athletic Association,* 2013, available at http://www.ncaa.org/wps/wcm/connect/public/NCAA/Championships/Postseason+Football, accessed August 30, 2013 | 2013 |
| "Probability of Going Pro," *National Collegiate Athletic Association,* September 17, 2012, available at http://ncaa.org/wps/wcm/connect/public/ncaa/resources/research/probability+of+going+pro, accessed September 20, 2013 | 17-Sep-12 |
| "Prospective Student-Athlete Information," *The Ivy League,* 2012, available at http://www.ivyleaguesports.com/information/psa/index, accessed November 29, 2012 | 2012 |
| "Research," *National Collegiate Athletic Association,* n.d., available at http://ncaa.org/wps/wcm/connect/public/NCAA/Resources/Research, accessed August 27, 2013 | n.d. |
| "Revenues & Expenses, 2004-2011 NCAA Division I Intercollegiate Athletics Programs Report" ("NCAA 2004-2011 Revenues & Expenses Report"), Prepared by Dr. Daniel Fulks, April 2012," Table 3.15. Available at http://www.ncaa.org/wps/wcm/connect/public/ncaa/resources/latest+news/2012/october/ncaa+report+reveals+consistent+financial+allocation+among+di+schools, accessed September 4, 2013 | Apr-12 |
| "Rivals.com Prospect Database: About Football Ratings," *Rivals.com,* n.d., available at http://www.rivals.com/aboutrankings.asp?Sport=1, accessed May 28, 2013 | n.d. |
| "San Diego Chargers Salaries," *Fox Sports.com,* 2013, available at http://msn.foxsports.com/nfl/team/san-diegochargers/salary/67068?q=san-diego-chargers, accessed March 14, 2013 | 2013 |
| "San Francisco 49ers Salaries," *Fox Sports.com* , 2013, available at http://msn.foxsports.com/nfl/team/sanfrancisco-49ers/salary/67059?q=san-francisco-49ers, accessed March 14, 2013 | 2013 |

| List of Materials Considered<br>Expert Report of Daniel L. Rubinfeld, Ph.D., Regarding Merits<br>*In re NCAA Student-Athlete Name & Likeness Licensing Litigation* | |
| --- | --- |
| *Bates Stamp/Title* | *Date* |
| "Seattle Seahawks Salaries," *Fox Sports.com,* 2013, available at http://msn.foxsports.com/nfl/team/seattleseahawks/salary/67060?q=seattle-seahawks, accessed March 14, 2013 | 2013 |
| "St. Louis Rams Salaries," *Fox Sports.com,* 2013, available at http://msn.foxsports.com/nfl/team/st.-louisrams/salary/67051?q=st.-louis-rams, accessed March 14, 2013 | 2013 |
| "Stanford Bowl History," *CollegeFootballPoll.com,* n.d., available at http://www.collegefootballpoll.com/bowl_history_stanford.html, accessed March 11, 2013 | n.d. |
| "Syracuse Bowl History," *CollegeFootballPoll.com,* n.d., available at http://www.collegefootballpoll.com/bowl_history_syracuse.html, accessed March 11, 2013 | n.d. |
| "Tampa Bay Buccaneers Salaries," *Fox Sports.com,* 2013, available at http://msn.foxsports.com/nfl/team/tampabay-buccaneers/salary/67061?q=tampa-bay-buccaneers, accessed March 14, 2013 | 2013 |
| "Tavita Pritchard Added to Men's Basketball Roster," *Stanford University's Official Athletic Site,* January 27, 2010, available at http://www.gostanford.com/sports/m-baskbl/spec-rel/012710aaa.html, accessed March 7, 2013 | 1/27/10 |
| "Tavita Pritchard, Stanford Basketball," *Cardinal Update,* 2013, available at http://cardinalupdate.com/stanfordbasketball/roster_player/tavita-pritchard, accessed March 7, 2013 | 2013 |
| "Television: MVC on TV," *Missouri Valley Conference,* 2012, available at http://www.mvcsports.com/television/default/, accessed October 5, 2012 | 2012 |
| "Tennessee Titans Salaries," *Fox Sports.com,* 2013, available at http://msn.foxsports.com/nfl/team/tennesseetitans/salary/67047?q=tennessee-titans, accessed March 14, 2013 | 2013 |
| "The 10 Highest Paid Soccer Players in the World," *Business Insider,* April 22, 2013, available at http://www.businessinsider.com/highest-paid-soccer-players-2013-4?op=1, accessed May 29, 2013 | 22-Apr-13 |
| "The Greatest Story in College Basketball History," *ButlerSports.com,* n.d., available at http://www.butlersports.com/final-4-recap, accessed September 24, 2013 | n.d. |
| "The Ivy League," *Ivy League Sports.com* , 2013, available at http://www.ivyleaguesports.com/information/psa/index, accessed September 21, 2013 | 2013 |
| "The John Bacon Q&A: College Football at a Crossroads," *MGoBlog.com* , 2013, available at http://mgoblog.com/content/john-bacon-qa-college-football-crossroads, accessed September 9, 2013 | 2013 |
| "The Value of One Year of a Division I Men's Basketball Scholarship," *USA TODAY,* March 29, 2011, available at http://usatoday30.usatoday.com/sports/college/mensbasketball/2011-value-of-college-scholarship.htm, accessed March 8, 2013 | 29-Mar-11 |
| "Trends in Graduation-Success Rates and Federal Graduation Rates at NCAA Division I Institutions," *NCAA.org,* October 2012, available at http://www.ncaa.org/wps/wcm/connect/public/ncaa/pdfs/2012/2012+gsr+and+fed+trends, accessed August 27, 2013 | 2012 |
| "TV Schedule & Shows," *Big Ten Network,* 2013, available at http://btn.com/shows/, accessed September 19, 2013 | 2013 |
| "Tyrone Prothro Profile," *Scout.com,* 2013, available at http://alabama.scout.com/a.z?s=14&p=8&c=1&nid=326041, accessed March 11, 2013 | 2013 |
| "UFL second season attendance way up," *Examiner.com,* November 29, 2010, available at http://www.examiner.com/article/ufl-second-season-attendance-way-up, accessed August 27, 2013 | 29-Nov-10 |
| "University of Oregon: NCAA Agreed Upon Procedures Report For the Year Ended June 30, 2012," University of Oregon, December 14, 2012, available at http://www.goducks.com/fls/500/pages/athlfin/FY2012-NCAA-Agreed-Upon-Procedures.pdf?DB_OEM_ID=500, accessed September 16, 2013 | 14-Dec-12 |
| "USA TODAY \| Sports \| MLB \| Salaries \| 2012 San Francisco Giants," *USA Today,* 2013, available at http://www.usatoday.com/sports/mlb/salaries/2012/giants/player/all/, accessed May 24, 2013 | 2013 |
| "USA TODAY Sports' College Athletics Finances," *USA TODAY,* May 16, 2012, available at http://usatoday30.usatoday.com/sports/college/story/2012-05-14/ncaa-college-athletics-financesdatabase/54955804/1, accessed September 13, 2012 | 16-May-12 |
| "VCU schedule/results," *National Collegiate Athletic Association,* n.d., available at http://fs.ncaa.org/Docs/stats/m_basketball_champs_records/2011/d1/html/vcu.htm, accessed September 17, 2013 | n.d. |
| "Warner, 2-time MVP, hangs up jersey," *ESPN.com,* January 29, 2010, available at http://sports.espn.go.com/nfl/news/story?id=4870096, accessed August 28, 2013 | 29-Jan-10 |
| "Washington Redskins Salaries," *Fox Sports.com,* 2013, available at http://msn.foxsports.com/nfl/team/washington-redskins/salary/67062?q=washington-redskins, accessed March 14, 2013 | 2013 |
| "Welcome," *The Coalition on Intercollegiate Athletics,* 2013, available at http://blogs.comm.psu.edu/thecoia/, accessed August 13, 2013 | 2013 |
| Alsdorf, Will, "Longhorn Network launch date announced," *The Daily Texan,* June 15, 2011, available at http://www.dailytexanonline.com/blogs/the-update/2011/06/15/longhorn-network-launch-date-announced, accessed September 18, 2013 | 15-Jun-11 |

| **List of Materials Considered** | |
| :-- | :-- |
| **Expert Report of Daniel L. Rubinfeld, Ph.D., Regarding Merits** | |
| ***In re NCAA Student-Athlete Name & Likeness Licensing Litigation*** | |
| *Bates Stamp/Title* | *Date* |
| Associated Press, "Average Salary Hits Record $3.2M" *ESPN.com,* December 7, 2012, available at http://www.espn.go.com/mlb/story/_/id/8724285/mlb-average-salary-38-percent-32-million, accessed February 27, 2013 | 7-Dec-12 |
| Atal, Maha, "Happy 40th Anniversary Title IX: From Girls' Sports to Women's Wages," *Forbes,* June 22, 2012, available at http://www.forbes.com/sites/mahaatal/2012/06/22/happy-40th-anniversary-title-ix-from-girls-to-womens-wages, accessed September 23, 2013 | 22-Jun-12 |
| Barnhouse, Wendell, "TCU, West Virginia Officially Join Big 12," *Big12Sports.com,* July 1, 2012, available at http://www.big12sports.com/ViewArticle.dbml?DB_OEM_ID=10410&ATCLID=205499646, accessed March 12, 2013 | 1-Jul-12 |
| Becker, Michael, "Professional Lacrosse Is Hardly Glamorous," *The Daily Orange,* April 21, 2004, available at http://dailyorange.com/2004/04/professional-lacrosse-is-hardly-glamorous/, accessed March 1, 2013 | 21-Apr-04 |
| Belson, Ken, "Players Preparing for Chance the Checks Will Stop," *The New York Times,* February 5, 2011 | 5-Feb-11 |
| Bracht, Mel, "ESPN plans college sports television Network to launch ESPNU March 2005," *newsok.com,* September 8, 2004, available at http://newsok.com/espn-plans-college-sports-televisionbrnetwork-to-launch-espnu-march-2005/article/2865344/?page=1, accessed September 18, 2013 | 8-Sep-04 |
| Brennan, Eamonn, "Is the D-League a Viable Alternative?" *ESPN.com,* May 6, 2011, available at http://m.espn.go.com/ncb/story?storyId=6490719&wjb=&pg=1, accessed October 9, 2012 | 6-May-11 |
| Brown, Mike, "Caution is new league's strength," *Tulsa World,* September 27, 2009, available at http://www.tulsaworld.com/article.aspx/Caution_is_new_leagues_strength/20090927_223_b1_howcan164403, Accessed August 28, 2013 | 27-Sep-09 |
| Brown, Rob, "25 UFL Players Sign NFL Futures Contracts," *alleagueaccess.com ,* January 14, 2011, available at http://alternativeleagueaccess.com/25-ufl-players-sign-nfl-futures-contracts/, accessed August 29, 2013 | 14-Jan-11 |
| Delany, James E., "Guest Editorial – Pay-for-Play Philosophy is the Wrong Approach," *The NCAA News-Comment,* June 3, 1996 | 3-Jun-96 |
| Delgado, Luis, "Explaining the Luxury Tax in Major League Baseball," *SportingCharts.com,* February 5, 2013, available at http://www.sportingcharts.com/articles/mlb/explaining-the-luxury-tax-in-major-league-baseball.aspx , accessed September 6, 2013 | 5-Feb-13 |
| Dinich, Heather, "Playoff Plan to Run Through 2025," *ESPN.com,* June 27, 2012, available at http://espn.go.com/college-football/story/_/id/8099187/ncaa-presidents-approve-four-team-college-footballplayoff-beginning-2014, accessed February 18, 2013 | 27-Jun-12 |
| Dosh, Kristi, "Conference Moves: Revenues Up, Costs Up," *ESPN.com,* June 18, 2012, available at http://espn.go.com/blog/ncfnation/post/_/id/62146/conference-moves-revenues-up-costs-up, accessed March 10, 2013 | 18-Jun-12 |
| Estes, Cary, "Money, Pageantry, Community Driving Jump from FCS to FBS," *SI.com,* September 7, 2012, available at http://sportsillustrated.cnn.com/2012/football/ncaa/09/07/fbs-newcomers-texas-state/index.html, accessed September 15, 2013 | 7-Sep-12 |
| Farnum, Amy, "Ushering in the Madness," *National Collegiate Athletic Association,* January 13, 2013, available at http://www.ncaa.com/news/basketball-men/marchmadness75/2013-01-28/ushering-madness, accessed September 21, 2013 | 13-Jan-13 |
| Fitzpatrick, Jamie, "The NHL Salary Cap Explained," *About.com,* n.d., available at http://proicehockey.about.com/od/nhlfreeagents/a/2013_nhl_salary_cap.htm, accessed September 6, 2013 | n.d. |
| Fleming, Tom, "The demise of the United Football League could be seen from the 50-yard line," *Examiner.com,* October 21, 2012, available at http://www.examiner.com/article/the-demise-of-the-united-football-league-could-be-seen-from-the-50-yard-line, accessed August 28, 2013 | 21-Oct-12 |
| Fowler, Jeremy, "ACC Network still in early stages but there are a few hurdles to clear," *CBS Sports,* June 5, 2013, available at http://www.cbssports.com/collegefootball/writer/jeremy-fowler/22356703/acc-network-still-in-early-stageswhats-next, accessed September 18, 2013 | 5-Jun-13 |
| Gillespie, Mark, "March Madness in Minneapolis Makes Many Hoops Fans Merry," *Gallup News Service,* March 30, 2001, available at http://www.gallup.com/poll/1852/March-Madness-Minneapolis-Makes-Many-Hoops-Fans-Merry.aspx, accessed September 6, 2013 | 30-Mar-01 |
| Gilmore, Dave, "Another March Madness with No College Hoops Game in Sight," *Baltimore Sun,* March 15, 2012, available at http://www.baltimoresun.com/entertainment/bthesite/game-cache/bal-another-march-madnesskicks-off-with-no-colleg e-hoops-game-in-sight-20120315,0,5730117.story, accessed March 7, 2012 | 15-Mar-12 |
| Goldman, Tom, "Almost-NBA Players Take Home Paltry Salaries," *NPR.org,* February 7, 2007, available at http://www.npr.org/templates/story/story.php?storyId=7239948, accessed September 6, 2013 | 7-Feb-07 |
| Gotthelf, Josh, "Outlook Dims for NBA Deal," *Sports Business Journal,* October 5, 1998, available at http://www.sportsbusinessdaily.com/Journal/Issues/1998/10/19981005/No-Topic-Name/Outlook-Dims-For-NBADeal.Aspx, accessed November 12, 2012 | 5-Oct-98 |
| Greer, Jeff, "Northeastern Discontinues Football," *US News and World Report,* November 24, 2009 | 24-Nov-09 |

| List of Materials Considered | |
|---|---|
| **Expert Report of Daniel L. Rubinfeld, Ph.D., Regarding Merits** | |
| *In re NCAA Student-Athlete Name & Likeness Licensing Litigation* | |
| **Bates Stamp/Title** | **Date** |
| Klause, Chris, "Athletic Scholarships: Head Count Versus Equivalency," *National Collegiate Scouting Association,* September 22, 2009, available at http://www.ncsasports.org/blog/2009/09/22/athletic-scholarships-head-count-versusequivalency/, accessed November 29, 2012 | 22-Sep-09 |
| Koremenos, Brett, "Anatomy of an Upset: Florida Gulf Coast's Run to the Sweet 16," *Grantland,* March 25, 2013, available at http://www.grantland.com/blog/the-triangle/post/_/id/55700/anatomy-of-an-upset-florida-gulf-coasts-run-to-the-sweet-16, accessed August 29, 2013 | 25-Mar-13 |
| Koutroupis, Yannis, "NBA D-League offers guys a chance to be seen," *USA TODAY,* February 26, 2013, available at http://www.usatoday.com/story/sports/nba/2013/02/26/nba-development-league/1943171/, accessed August 27, 2013 | 26-Feb-13 |
| Lipscomb, Keith, "68 NCAA tournament bracket facts," *ESPN.com,* March 17, 2013, available at http://espn.go.com/mens-college-basketball/story/_/page/tcmen13trends/2013-men-ncaa-tournament-bracket-trends-consider-making-picks-field-68, accessed September 21, 2013 | 17-Mar-13 |
| Lombardo, John, "D-League tips off with strengthened affiliations," *Sports Business Journal,* November 19, 2012, available at http://www.sportsbusinessdaily.com/Journal/Issues/2012/11/19/Leagues-and-Governing-Bodies/NBA-D-League.aspx, accessed August 27, 2013 | 19-Nov-12 |
| Lombardo, John, "Inside NBA's Revenue Sharing," *Sports Business Journal,* January 23, 2012, available at http://www.sportsbusinessdaily.com/Journal/Issues/2012/01/23/Leagues-and-Governing-Bodies/NBA-revenue.aspx, accessed August 27, 2013 | 23-Jan-12 |
| Marcus, Steven, "End of Hofstra Football Program Shocks Players," *Newsday,* September 19, 2012 | 19-Sep-12 |
| Martin, Jeffrey, "Pac-12 Conference networks come with big money at stake," *USA Today,* August 10, 2012, available at http://usatoday30.usatoday.com/sports/college/story/2012-08-10/new-pac-12-networks-bold-approach-to-tv-media/56925808/1, accessed September 18, 2013 | 10-Aug-12 |
| May, Tim, "Ohio State football: Additional 2,500 seats proposed for stadium," The Columbus Dispatch, May 31, 2013, available at http://buckeyextra.dispatch.com/content/stories/2013/05/31/additional-2500-seats-proposed-for-stadium.html, accessed September 9, 2013 | 31-May-13 |
| McKnight, Michael, "For Many Underclassmen, NFL Draft Is a Humbling Experience," *Sports Illustrated,* April 27, 2011, available at http://sportsillustrated.cnn.com/2011/writers/the_bonus/04/27/undrafted.players/index.html, accessed March 8, 2013 | 27-Apr-11 |
| Murschel, Matt and Parsons, Brant, "ACC, Orange Bowl Reach New 12-Year Deal," *College Gridiron 365,* November 15, 2012, available at http://www.orlandosentinel.com/sports/blogs/college-gridiron-365/os-fbc-acc-orange-bowlreach-new-12year-deal-2012 1115,0,2689079.post, accessed February 14, 2013 | 15-Nov-12 |
| O'Toole, Thomas, "NCAA reaches 14-year deal with CBS/Turner for men's basketball tournament, which expands to 68 teams for now," USA TODAY, April 22, 2010, available at http://content.usatoday.com/communities/campusrivalry/post/2010/04/ncaa-reaches-14-year-deal-with-cbsturner/1#.UkDmRIakoZB, accessed September 24, 2013 | 22-Apr-10 |
| Ourand, John and John Lombardo, "Google To Pay Rights Fee In Low Six Figures To Stream NBA D-League Games This Year," *Sports Business Journal,* November 20, 2012, available at http://www.sportsbusinessdaily.com/Daily/Issues/2012/11/20/Media/DLeague.aspx, accessed August 27, 2013 | 20-Nov-12 |
| Prisco, Pete, "NFL could find new UFL to be a nice development," *CBS Sports,* March 30, 2009, available at http://www.cbssports.com/nfl/story/11569904, accessed August 29, 2013 | 30-Mar-09 |
| Reynolds, Mike, "NBA TV Scores Multiyear Distribution Deal With Direct TV," *multichannel.com,* April 16, 2009, available at http://www.multichannel.com/satellite/nba-tv-scores-multiyear-distribution-deal-directv/127221, accessed September 9, 2013 | 16-Apr-09 |
| S.A.P. "They're all a little mad," *The Economist,* March 18, 2013, available at http://www.economist.com/blogs/johnson/2013/03/college-basketball, accessed August 27, 2013 | 18-Mar-13 |
| Sandomir, Richard, "Pro Basketball; NBA Players Have a $20 Million War Chest Available," *The New York Times,* November 5, 1998 | 5-Nov-98 |
| Staples, Andy, "How television changed college football – and how it will again," *Sports Illustrated,* August 6, 2012, available at http://sportsillustrated.cnn.com/2012/writers/andy_staples/08/05/tv-college-football/index.html, accessed September 18, 2013 | 6-Aug-12 |
| Talintyre, Dan, "Florida Gulf Coast Stuns San Diego State in Historic Upset," *Bleacher Report,* March 24, 2013, available at http://bleacherreport.com/articles/1579923-florida-gulf-coast-stuns-san-diego-state-in-shocking-upset, accessed August 29, 2013 | 24-Mar-13 |
| Teeples, Ryan, "BYU sports is for BYUtv, not the other way around," *Deseret News,* June 19, 2013, available at http://www.deseretnews.com/article/865581885/Ryan-Teeples-BYU-sports-is-for-BYUtv-not-the-other-way-around.html?pg=all, accessed September 19, 2013 | 19-Jun-13 |

HIGHLY CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER

| List of Materials Considered<br>Expert Report of Daniel L. Rubinfeld, Ph.D., Regarding Merits<br>*In re NCAA Student-Athlete Name & Likeness Licensing Litigation* | |
|---|---|
| **Bates Stamp/Title** | **Date** |
| Thamel, Pete, "March Madness 2013: Five high-reward NCAA tournament upset picks," *Sports Illustrated,* March 18, 2013, available at http://sportsillustrated.cnn.com/-college-basketball-mens-tournament/news/20130318/ncaa-tournament-upsets/, accessed August 28, 2013 | 18-Mar-13 |
| Weiner, Jay and Berkowitz, Steve, "USA TODAY Analysis Finds $120K Value in Men's Basketball Scholarship," *USA TODAY,* Mar. 30, 2011, available at http://usatoday30.usatoday.com/sports/college/mensbasketball/2011-03-29-scholarship-worthfinal-four_N.htm, accessed March 13, 2013 | 30-Mar-11 |
| Weiss, Brett Alan, "Bill Walsh College Football: Synopsis," *Allgame.com,* 2010, available at http://www.allgame.com/game.php?id=12149&tab=review, accessed March 12, 2013 | 2010 |
| Williams, Pete, "Pure Revenue Sharing Across the Board," *Sports Business Journal,* March 29, 1999, available at http://www.sportsbusinessdaily.com/Journal/Issues/1999/03/19990329/No-Topic-Name/Pure-Revenue-Sharing-Across-The-Board.aspx?hl=MLB%20Properties%20Inc&sc=0, accessed November 9, 2012 | 29-Mar-99 |
| Witzer, Richard, "EA Sports to Drop College Basketball Franchise," *Examiner.com,* March 7, 2010, available at www.examiner.com/article/ea-sports-to-drop-college-basketball-franchise, accessed March 4, 2013 | 7-Mar-10 |
| Wolverton, Brad, "Faculty Leaders Endorse New Division for Richest NCAA Programs," *The Chronicle of Higher Education,* September 11, 2013, available at http://chronicle.com/blogs/players/faculty-leaders-endorse-new-division-for-wealthiest ncaa-programs/33627, accessed September 12, 2013 | 11-Sep-13 |
| Zegers, Charlie, "Revenue Sharing and North America's Major Pro Sports Leagues," *About.com,* n.d., available at http://basketball.about.com/od/nba-vs-nbapa/ss/Revenue-Sharing-And-North-Americas-Major-Pro-Sports-Leagues.htm, accessed September 6, 2013 | n.d. |
| Zenor, John, "South Alabama Joins FBS Club in Football - Mad State," *Associated Press,* July 27, 2013, available at http://bigstory.ap.org/article/south-alabama-joins-fbs-club-football-mad-state, accessed September 15, 2013 | 27-Jul-13 |
| Zinser, Lynn, "ESPN Outbids Fox Sports and Wins BCS Rights," *The New York Times,* November 18, 2008 | 18-Nov-08 |
| ***NBA D-League Supporting Websites*** | |
| "#12 Taylor Griffin," *Santa Cruz Warriors 2012-13 Media Guide,* 2012, available at http://www.gs-warriors.com/creative/books/santacruzmediaguide/SantaCruz_MediaGuide.html, accessed September 10, 2013 | 2012 |
| "#13 Stefhon Hannon," *Santa Cruz Warriors 2012-13 Media Guide,* 2012, available at http://www.gs-warriors.com/creative/books/santacruzmediaguide/SantaCruz_MediaGuide.html, accessed September 10, 2013 | 2012 |
| "#14 Daniel Nwaelele," *Santa Cruz Warriors 2012-13 Media Guide,* 2012, available at http://www.gs-warriors.com/creative/books/santacruzmediaguide/SantaCruz_MediaGuide.html, accessed September 10, 2013 | 2012 |
| "#15 Travis Leslie," *Santa Cruz Warriors 2012-13 Media Guide,* 2012, available at http://www.gs-warriors.com/creative/books/santacruzmediaguide/SantaCruz_MediaGuide.html, accessed September 10, 2013 | 2012 |
| "#23 Maurice Baker," *Santa Cruz Warriors 2012-13 Media Guide,* 2012, available at http://www.gs-warriors.com/creative/books/santacruzmediaguide/SantaCruz_MediaGuide.html, accessed September 10, 2013 | 2012 |
| "#24 Lance Goulbourne," *Santa Cruz Warriors 2012-13 Media Guide,* 2012, available at http://www.gs-warriors.com/creative/books/santacruzmediaguide/SantaCruz_MediaGuide.html, accessed September 10, 2013 | 2012 |
| "#9 Cameron Jones," *Santa Cruz Warriors 2012-13 Media Guide,* 2012, available at http://www.gs-warriors.com/creative/books/santacruzmediaguide/SantaCruz_MediaGuide.html, accessed September 10, 2013 | 2012 |
| "2007-2008 Big Ten Men's Basketball Release," *CBS Sports,* March 17, 2008, p. 3, available at http://grfx.cstv.com/photos/schools/big10/sports/m-baskbl/auto_pdf/MBBPostseason.pdf, accessed September 9, 2013 | 17-Mar-08 |
| "2011-12 Men's Basketball Annual Award Winners Announced," *Big South Network,* February 27, 2012, available at http://www.bigsouthsports.com/entries/2011-12-mens-basketball-annual-award-winners-announced-205387595, accessed September 17, 2013 | 27-Feb-12 |
| "Bakersfield Acquires Koch," *NBA.com,* February 2, 2011, available at http://www.nba.com/dleague/bakersfield/bakersfield_acquires_koch.html, accessed September 9, 2013 | 2-Feb-11 |
| "Bakersfield Jam Roster," *NBA.com,* 2013, available at http://www.nba.com/dleague/bakersfield/roster, accessed September 9, 2013 | 2013 |
| "Bowie State: Travis Hyman Bio," *BSU Bulldogs.com,* 2013, available at http://www.bsubulldogs.com/roster.aspx?rp_id=1586, accessed September 17, 2013 | 2013 |
| "Bradley University: Zach Andrews Bio," *Bradley Braves.com,* 2013, available at http://www.bradleybraves.com/ViewArticle.dbml?DB_OEM_ID=3400&ATCLID=122995, accessed September 17, 2013 | 2013 |
| "Broncos score big in All-WAC postseason honors," *Boise State Broncos,* 2013, available at http://broncosports.cstv.com/sports/m-baskbl/spec-rel/030407aab.html, accessed September 17, 2013 | 2013 |
| "Bucks Roster: Darington Hobson," *NBA.com,* 2013, available at http://www.nba.com/bucks/roster/bucks_roster_darington_hobson.html, accessed September 10, 2013 | 2013 |
| "Charlotte Bobcats: Jamario Moon profile page," *NBA.com,* 2013, available at http://www.nba.com/bobcats/player_page_jamario_moon.html, accessed September 17, 2013 | 2013 |
| "Chris Cooper Bio Page," *ODUsports.com,* 2013, available at http://www.odusports.com/ViewArticle.dbml?DB_OEM_ID=31100&ATCLID=208417852, accessed September 9, 2013 | 2013 |

| List of Materials Considered<br>Expert Report of Daniel L. Rubinfeld, Ph.D., Regarding Merits<br>*In re NCAA Student-Athlete Name & Likeness Licensing Litigation* | |
| --- | --- |
| **Bates Stamp/Title** | **Date** |
| "Colorado: Carlon Brown Bio," *CU Buffs.com,* 2013, available at http://www.cubuffs.com/ViewArticle.dbml?DB_OEM_ID=600&ATCLID=204970033, accessed September 17, 2013 | 2013 |
| "Conference USA honors Southern Mississippi forward Gary Flowers," *Gulf Live,* March 8, 2011, available at http://blog.gulflive.com/mississippi-press-sports/2011/03/conference_usa_honors_southern.html, accessed September 17, 2013 | 8-Mar-11 |
| "Damion James Prospect Profile," *NBA.com,* 2013, available at http://www.nba.com/draft2010/prospects/damion-james/, accessed September 9, 2013 | 2013 |
| "Darnell Jackson Player Profile," *RealGM.com,* 2013, available at http://basketball.realgm.com/player/Darnell-Jackson/Summary/820, accessed September 10, 2013 | 2013 |
| "DePaul's Dar Tucker Enters NBA Draft," *DePaul Press Release,* 2013, available at http://www.depaulbluedemons.com/sports/m-baskbl/spec-rel/041409aaa.html, accessed September 10, 2013 | 2013 |
| "Desmon Farmer," *2011-2012 Pac 12 Media Guide,* 2011, available at http://catalog.e-digitaleditions.com/issue/45931, accessed September 10, 2013 | 2011 |
| "Ellis Makes All-Time Bronco Basketball Team," *Scout.com,* August 25, 2007, available at http://boisestate.scout.com/2/672128.html, accessed September 17, 2013 | 25-Aug-07 |
| "Fresno State Renaldo Major Bio," *Go Bulldogs.com,* n.d., available at http://www.gobulldogs.com/sports/m-baskbl/mtt/major_renaldo00.html, accessed September 9, 2013 | n.d. |
| "Hilton Armstrong, Lost Lettermen," *Lost Lettermen,* n.d., available at http://www.lostlettermen.com/hilton_armstrong-connecticut-basketball-big_east-p20548/, accessed September 10, 2013 | n.d. |
| "Idaho Stampede Roster," NBA.com, August 19, 2013, available at http://www.nba.com/dleague/idaho/roster/, accessed September 17, 2013 | 19-Aug-13 |
| "Iowa State: Craig Brackins Bio," *Cyclones.com,* 2013, available at http://www.cyclones.com/ViewArticle.dbml?DB_OEM_ID=10700&ATCLID=883494, accessed September 17, 2013 | 2013 |
| "Iowa State: Mike Taylor Bio," *Cyclones.com,* 2013, available at http://www.cyclones.com/ViewArticle.dbml?DB_OEM_ID=10700&ATCLID=330058, accessed September 17, 2013 | 2013 |
| "Jeremy Tyler signs with Maccabi Haifa," *rivals.com,* August 13, 2009, available at http://highschool.rivals.com/content.asp?CID=975391, accessed September 10, 2013 | 13-Aug-09 |
| "Los Angeles D-Fenders Roster," *NBA.com,* August 19, 2013, available at http://www.nba.com/dleague/losangeles/roster/, accessed September 17, 2013 | 19-Aug-13 |
| "LSU: Ronald Dupree Bio," *LSU Sports.net,* 2013, available at http://www.lsusports.net/ViewArticle.dbml?DB_OEM_ID=5200&ATCLID=174229, accessed September 10, 2013 | 2013 |
| "Michigan State: Durrell Summers Bio," *MSU Spartans.com,* 2013, available at http://www.msuspartans.com/sports/m-baskbl/mtt/summers_durrell00.html, accessed September 17, 2013 | 2013 |
| "Mickell Gladness: NBA D-League Mickell Gladness profile page," *NBA.com,* 2013, available at http://www.nba.com/media/dleague/mickell_gladness.pdf, accessed September 10, 2013 | 2013 |
| "Minnesota Ralph Sampson III Bio," *Gopher Sports.com,* 2013, available at http://www.gophersports.com/sports/m-baskbl/mtt/sampsoniii_ralph00.html, accessed September 10, 2013 | 2013 |
| "NBA Dallas Lauderdale profile page," *NBA.com,* 2013, available at http://www.nba.com/jazz/media/Lauderdale_Dallas-2.pdf, accessed September 17, 2013 | 2013 |
| "NBA D-League Orien Greene profile page," *NBA.com,* 2013, available at http://www.nba.com/media/dleague/orien_greene.pdf, accessed September 10, 2013 | 2013 |
| "NBA Samardo Samuels profile page," *NBA.com,* 2013, available at http://www.nba.com/playerfile/samardo_samuels/bio.html, accessed September 10, 2013 | 2013 |
| "NBA: Elijah Millsap profile page," *NBA.com,* 2013, available at http://www.nba.com/jazz/media/Millsap_Elijah.pdf, accessed September 17, 2013 | 2013 |
| "Nevada: Mo Charlo Bio," *Nevada Wolfpack.com,* 2013, available at http://www.nevadawolfpack.com/sports/m-baskbl/mtt/charlo_mo00.html, accessed September 17, 2013 | 2013 |
| "Oakland: Reggie Hamilton Bio," *OU Grizzlies.com,* 2013, available at http://www.ougrizzlies.com/sports/m-baskbl/mtt/hamilton_reggie00.html, accessed September 17, 2013 | 2013 |
| "One on One With James Nunnally," *dailynexus.com,* March 7, 2012, available at http://dailynexus.com/2012-03-07/james-nunnally/, accessed September 9, 2013 | 7-Mar-12 |
| "Oregon: Tajuan Porter Bio," *GoDucks.com,* 2013, available at http://www.goducks.com/ViewArticle.dbml?DB_OEM_ID=500&ATCLID=623242, accessed September 10, 2013 | 2013 |
| "Purdue: JaJuan Johnson Bio," *Purdue Sports.com,* 2013, available at http://www.purduesports.com/sports/m-baskbl/mtt/johnson_jajuan00.html, accessed September 17, 2013 | 2013 |
| "Reno Bighorns Roster," *NBA.com,* August 19, 2013, available at http://www.nba.com/dleague/reno/roster/, accessed September 10, 2013 | 19-Aug-13 |
| "Rice: Morris Almond Bio," *Rice Owls.com,* 2013, available at http://www.riceowls.com/sports/m-baskbl/mtt/almond_morris00.html, accessed September 17, 2013 | 2013 |

| List of Materials Considered<br>Expert Report of Daniel L. Rubinfeld, Ph.D., Regarding Merits<br>*In re NCAA Student-Athlete Name & Likeness Licensing Litigation* | |
|---|---|
| **Bates Stamp/Title** | **Date** |
| "Richmond: Justin Harper Bio," *Richmond Spiders.com,* 2013, available at http://www.richmondspiders.com/ViewArticle.dbml?DB_OEM_ID=26800&ATCLID=205206240, accessed September 17, 2013 | 2013 |
| "Santa Cruz Warriors Roster," *NBA.com,* August 19, 2013, available at http://www.nba.com/dleague/santacruz/roster/, accessed September 10, 2013 | 19-Aug-13 |
| "Sean Evans Player Profile," *RealGM.com,* 2013, available at http://basketball.realgm.com/player/Sean-Evans/Summary/6478, accessed September 17, 2013 | 2013 |
| "SEC Coaches Recognize Razorbacks' Powell, Fortson," *Arkansas Business,* March 9, 2010, available at http://www.arkansasbusiness.com/article/18330/sec-coaches-recognize-razorbacks-powell-fortson, accessed September 17, 2013 | 9-Mar-10 |
| "Shan Foster Bio, 2008," *CBS Sports,* n.d., available at http://grfx.cstv.com/photos/schools/vand/sports/m-baskbl/auto_pdf/fosterfinalbio2008shan.pdf, accessed September 9, 2013 | n.d. |
| "Stanford: Josh Owens Bio," *Go Stanford.com,* 2013, available at http://www.gostanford.com/ViewArticle.dbml?DB_OEM_ID=30600&ATCLID=208433555, accessed September 17, 2013 | 2013 |
| "Stephen Dennis profile," *KUBears.com,* 2013, available at http://www.kubears.com/roster.aspx?rp_id=372, accessed September 9, 2013 | 2013 |
| "Tulsa: Jerome Jordan Bio," *Tulsa Hurricane.com,* 2013, available at http://www.tulsahurricane.com/sports/m-baskbl/mtt/jordan_jerome00.html, accessed September 17, 2013 | 2013 |
| "UCLA: Reeves Nelson Bio," *UCLA Bruins.com,* 2013, available at http://www.uclabruins.com/ViewArticle.dbml?DB_OEM_ID=30500&ATCLID=208185071, accessed September 17, 2013 | 2013 |
| "University of Miami Adrian Thomas Bio," *Hurricane Sports.com,* n.d., available at http://www.hurricanesports.com/ViewArticle.dbml?DB_OEM_ID=28700&ATCLID=205555788, accessed September 9, 2013 | n.d. |
| "University of Tennessee Cameron Tatum Bio," *UTSports.com,* n.d., available at http://www.utsports.com/sports/m-baskbl/mtt/tatum_cameron00.html, accessed September 9, 2013 | n.d. |
| "Will Blalock: Will Blalock Player Profile," *RealGM.com,* 2013, available at http://basketball.realgm.com/player/Will-Blalock/Summary/124, accessed September 10, 2013 | 2013 |
| **All documents cited in the Expert Report of Daniel L. Rubinfeld, Ph.D., Regarding Merits, including Attachments, Exhibits and Backup Materials to be produced, were also considered.** | |
| **All documents cited in the Expert Report of Daniel L. Rubinfeld, Ph.D., Regarding Class Certification and the Expert Sur-Reply Report of Daniel L. Rubinfeld, Ph.D., Regarding Class Certification, including Attachments, Appendices, Exhibits and Backup Materials, were also considered.** | |