# TABLE OF EXHIBITS
# TO DECLARATION OF CAROLYN HOECKER LUEDTKE

| Exhibit No. | Document |
|---|---|
| **Conference and University Declarations** ||
| 1. | Stan Albrecht, President of Utah State (and Ex. A) |
| 2. | Britton Banowsky, Commissioner of Conference USA |
| 3. | Rebecca Blank, Chancellor of the University of Wisconsin-Madison |
| 4. | Bob Bowlsby, Commissioner of the Big 12 Conference |
| 5. | David Brandon, Athletics Director at University of Michigan |
| 6. | Joe Castiglione, Athletics Director at University of Oklahoma |
| 7. | Mary Sue Coleman, President of University of Michigan |
| 8. | James Delany, Commissioner of the Big 10 Conference (and Ex. A) |
| 9. | Patrick Harker, President of University of Delaware |
| 10. | Nathan Hatch, President of Wake Forest |
| 11. | Mark Hollis, Athletics Director at Michigan State |
| 12. | Jonathan LeCrone, Commissioner of the Horizon League |
| 13. | Bernard Muir, Athletics Director at Stanford University |
| 14. | Harris Pastides, President of University of South Carolina |
| 15. | Scott Patterson, Athletics Director at University of Texas, Austin |
| 16. | Christine Plonsky, Women's Athletics Director at University of Texas, Austin (and Exs. A-B) |
| 17. | Larry Scott, Commissioner of the Pacific-12 Conference |
| 18. | Mike Slive, Commissioner of the Southeastern Conference |
| 19. | Ken Starr, President of Baylor University |
| 20. | John Welty, President of California State University, Fresno |
| 21. | John Swofford, Commissioner of the Atlantic Coast Conference |
| 21A. | Timothy White, Chancellor of California State University |
| **NCAA Declarations** ||

22327981.1

| Exhibit No. | Document |
|---|---|
| 22. | David Berst, Vice President for Division I of the NCAA |
| 23. | Diane Dickman, Managing Director of Academic and Membership Affairs for the NCAA |
| 24. | Jim Isch, Chief Operating Officer of the NCAA |
| 25. | Kevin Lennon, Vice President of Academic and Membership Affairs for the NCAA |
| 25A. | Kevin Lennon, Declaration in Support of the NCAA's Class Certification Opposition Brief, dated March 14, 2013 |
| 26. | Todd Petr, Managing Director of Research at the NCAA |
| 26A. | Todd Petr, Declaration in Support of the NCAA's Class Certification Opposition Brief, dated March 12, 2013 |
| **Other Declarations** | |
| 27. | Daniel Rubinfeld, Ph.D |
| 28. | Peter Ueberroth, former Chairman of the US Olympic Committee |
| **Expert Reports** | |
| 29. | Daniel Rubinfeld, Ph.D., Merits Report, September 25, 2013 |
| 30. | Rubinfeld fn101a – Taylor Research survey, May 1998 |
| 31. | Rubinfeld fn141 – Modello et al. survey, June 2012 |
| 32. | Rubinfeld fn143 – Seton Hall survey, March 2007 |
| 33. | Rubinfeld fn144 – Marist survey, March 2013 |
| 34. | Rubinfeld fn146 – Baylor survey, September 2011 |
| 35. | Rubinfeld fn147 – Gallup survey, March 2001 |
| 36. | Daniel Rubinfeld, Ph.D., Rebuttal Report, November 5, 2013 |
| 37. | J. Michael Dennis, Ph.D., Rebuttal Report, November 5, 2013 (and attachments D and E) |
| 38. | James Heckman, Rebuttal Report, November 7, 2013 |
| 39. | Neal Pilson, Rebuttal Report, November 5, 2013 |
| 40. | Lauren J. Stiroh, Ph.D., Rebuttal Report, November 7, 2013 |

| Exhibit No. | Document |
|---|---|
| 41. | Judith Sweet, November 5, 2013 |
| **Deposition Testimony – Expert Witnesses** | |
| 42. | Mike Dennis, November 19, 2013 (Defense Expert) |
| 43. | [Intentionally left blank] |
| 44. | Roger Noll, October 4, 2013 (Plaintiffs' Expert) |
| 45. | Roger Noll, November 12, 2013 (Plaintiffs' Expert) |
| 46. | Neal Pilson, November 14, 2013 (Defense Expert) |
| 46A. | Daniel Rascher, November 14, 2013 (Plaintiffs' Expert) |
| **Deposition Testimony – Student Athlete Witnesses** | |
| 47. | Moses Alipate, October 17, 2013 |
| 48. | Jay Bilas, February 2, 2012 |
| 49. | Ray Ellis, November 3, 2011 |
| 50. | Jake Fischer, October 12, 2013 |
| 51. | Harry Flournoy, November 8, 2011 |
| 52. | Chase Garnham, October 10, 2013 |
| 53. | Tate George, March 9, 2012 |
| 54. | Alex Gilbert, November 4, 2011 |
| 55. | Thad Jaracz, November 30, 2011 |
| 56. | Sam Jacobson, November 7, 2011 |
| 57. | David Lattin, November 10, 2011 |
| 58. | Patrick Maynor, November 14, 2011 |
| 59. | Edward O'Bannon, November 1, 2011 |
| 60. | Tyrone Prothro, November 9, 2011 |
| 61. | Damien Rhodes, November 15, 2011 |
| 62. | Eric Riley, November 11, 2011 |
| 63. | Oscar Robertson, July 26, 2012 |
| 64. | Darius Robinson, November 11, 2013 |

| Exhibit No. | Document |
|---|---|
| 65. | Bill Russell, December 7, 2012 |
| 66. | Jake Smith, October 12, 2013 |
| 67. | Bob Tallent, December 1, 2011 |
| 68. | Danny Wimprine, December 2, 2011 |
| **Deposition Testimony – School, Conference, and NCAA Witnesses** | |
| 69. | Dan Beebe, January 1, 2013 |
| 70. | David Berst, May 25, 2012 |
| 71. | Mark Emmert, March 6, 2012 |
| 72. | Jonathan LeCrone, May 30, 2013 |
| 73. | Christine Plonsky, December 10, 2012 |
| 74. | Walter Renfro, June 26, 2012 |
| 75. | Greg Shaheen, June 25, 2012 |
| 76. | Greg Weitekamp, June 5, 2012 |
| 77. | [Intentionally left blank] |
| **Documents** | |
| 78. | NCAAPROD00292647, Multi-Media Agreement" between TBS, CBS, and the NCAA |
| 79. | NCAAPROD00195080, December 12, 2009 email from Peter Davis |
| 80. | NCAAPROD00213181, March 13, 2006 email from Jim Haynes |
| 81. | NCAAPROD00216467, October 27, 2005 email from Greg Shaheen |
| 82. | NCAAPROD00219393, August 10, 2005 email from Weitekamp |
| 83. | Chase Garnham, Deposition Exhibit 1022 |
| 84. | NCAA Responses to First Set of Special Interrogatories, February 16, 2011 (with verification) |
| 85. | CLC174486, CLC Agreement with 29/34 |
| 86. | GW Sports website, available at http://www.gwsports.com/genrel/tallent_bob00.html |
| 87. | Selected webpages from the website "Jay Bilas," available at |

| **Exhibit No.** | **Document** |
|---|---|
| | http://www.jaybilas.com, http://www.jaybilas.com/toughness.html, and http://www.jaybilas.com/speaking.html and last accessed on February 25, 2013, ECF No. 688-24 |