UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE NCAA STUDENT-ATHLETE NAME & LIKENESS LICENSING LITIGATION | Case No. 09-cv-01967 CW (NC)<br><br>**ORDER SETTING HEARING AND BRIEFING SCHEDULE**<br><br>Re: Dkt. No. 917 |

The Court addresses the plaintiffs' request for an order compelling the NCAA to produce "recently-generated relevant and responsive documents related to its amateurism and competitive balance defenses." Dkt. No. 917. The NCAA requests "full briefing." Yet this discovery dispute arises amid summary judgment briefing. The Court orders as follows: 1) Plaintiffs are to file a proposed order granting the motion to compel by January 9, 2014; 2) NCAA is to file its brief in opposition to the motion, including declarations referenced in its joint statement, and a proposed order denying relief, by January 13, 2014; 3) Plaintiffs are to file their reply brief by January 17, 2014; 4) The Court will hold oral argument on January 22, 2014, at 1:00 p.m.

Case No. 09-cv-01967 CW (NC)
ORDER SETTING HEARING AND
BRIEFING SCHEDULE

The parties are also advised that when filing a joint discovery motion, the proper procedure is to file in ECF under the Civil Events category of Motions and Related Filings > Motions: General > Discovery Letter Brief, rather than filing as a "joint statement."

IT IS SO ORDERED.

Date: December 18, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge