IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NCAA STUDENT-ATHLETE NAME & LIKENESS LICENSING LITIGATION | No. C 09-1967 CW<br><br>ORDER GRANTING MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF (Docket No. 940) |

Fox Broadcasting Company and Big Ten Network, LLC (collectively, the Sports Broadcasters) move for leave to file an amicus curiae brief in support of Defendant National Collegiate Athletic Association's (NCAA) motion for summary judgment. Plaintiffs oppose the motion. After considering the parties' submissions, the Court grants the motion.

The Court will consider the Sports Broadcasters' amicus curiae brief (Docket No. 940-1), Plaintiffs' response brief (Docket No. 971-1), and the Sports Broadcasters' reply brief (Docket No. 977-1) as part of the summary judgment record in this case.

IT IS SO ORDERED.

Dated: 2/5/2014

CLAUDIA WILKEN
United States District Judge