IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHAWNE ALSTON, on behalf of himself and all others similarly situated,

    Plaintiff,

    v.

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, et al.,

    Defendants.

No. C 14-1011 MMC

**ORDER OF REFERRAL**

The above-titled case is hereby REFERRED, pursuant to Civil Local Rule 3-12(c), to the Honorable Claudia Wilken for consideration of whether the case is related to Keller v. Electronic Arts Inc. et al., C 09-1967 CW.

**IT IS SO ORDERED.**

Dated: March 14, 2014

MAXINE M. CHESNEY
United States District Judge