Michael P. Lehmann (Cal. Bar No. 77152)
Arthur N. Bailey, Jr. (Cal. Bar No. 248460)
HAUSFELD LLP
44 Montgomery St., 34th Floor
San Francisco, CA 94104
Telephone: (415) 633-1908
Facsimile: (415) 358-4980
Email: mlehmann@hausfeldllp.com
       abailey@hausfeldllp.com

Michael D. Hausfeld (*pro hac vice*)
Hilary K. Scherrer (Cal. Bar. No. 209451)
Sathya S. Gosselin (Cal. Bar. No. 269171)
HAUSFELD LLP
1700 K Street, NW, Suite 650
Washington, DC 20006
Telephone: (202) 540-7200
Facsimile: (202) 540-7201
Email: mhausfeld@hausfeldllp.com
       hscherrer@hausfeldllp.com
       sgosselin@hausfeldllp.com

*Plaintiffs' Co-Lead Class Counsel with Principal Responsibility for the Antitrust Claims*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE NCAA STUDENT-ATHLETE NAME & LIKENESS LICENSING LITIGATION | Case No. 09-CV-01967 CW<br><br>**[PROPOSED] ORDER GRANTING ANTITRUST PLAINTIFFS' REQUEST FOR LEAVE TO FILE STATEMENT OF RECENT DECISION** |

The Court hereby GRANTS Antitrust Plaintiffs' Request for Leave to File Statement of Recent Decision, submitted on March 26, 2014.

IT IS SO ORDERED.

Dated: 3/28/2014

_____
Hon. Claudia Wilken
United States District Judge