IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE NCAA STUDENT-ATHLETE
NAME & LIKENESS LICENSING
LITIGATION

_____/

No. C 09-1967 CW

ORDER TAKING UNDER
SUBMISSION MOTION
FOR SEVERANCE OR
CONTINUANCE
(Docket No. 1029)

On April 25, 2014, Defendant National Collegiate Athletic Association filed a motion for severance or a continuance, which it noticed for hearing on June 5, 2014.  Due in part to the impending trial date, the Court construes this motion as a request for administrative relief under Civil Local Rule 7-11 and, accordingly, directs Antitrust Plaintiffs to respond to the motion within four days of this order.  Their response shall not exceed the length of the motion itself.  Defendant may file a two page reply by 4 pm on the next Court day.  The motion will be taken under submission without oral argument.

IT IS SO ORDERED.

Dated: 4/28/2014

_____
CLAUDIA WILKEN
United States District Judge

United States District Court
For the Northern District of California