Michael P. Lehmann (Cal. Bar No. 77152)
Arthur N. Bailey, Jr. (Cal. Bar No. 248460)
HAUSFELD LLP
44 Montgomery St., 34th Floor
San Francisco, CA 94104
Telephone: (415) 633-1908
Facsimile: (415) 358-4980
Email: mlehmann@hausfeldllp.com
       abailey@hausfeldllp.com

Michael D. Hausfeld (*pro hac vice*)
Hilary K. Scherrer (Cal. Bar No. 209451)
Sathya S. Gosselin (Cal. Bar No. 269171)
HAUSFELD LLP
1700 K Street, NW, Suite 650
Washington, DC 20006
Telephone:  (202) 540-7200
Facsimile:  (202) 540-7201
Email: mhausfeld@hausfeldllp.com
       hscherrer@hausfeldllp.com
       sgosselin@hausfeldllp.com

*Plaintiffs' Interim Co-Lead Class Counsel with Principal Responsibility for the Antitrust Claims*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| **IN RE NCAA STUDENT-ATHLETE NAME & LIKENESS LICENSING LITIGATION** | Case No.  4:09-cv 1967 CW |
| **This document relates to:**<br><br>**ANTITRUST PLAINTIFFS' ACTIONS** | **[PROPOSED] ORDER DENYING DEFENDANT NCAA'S MOTION TO SEVER OR, ALTERNATIVELY, TO CONTINUE**<br><br>Date:            June 5, 2014<br>Time            2:00 p.m.<br>Judge:          Honorable Claudia Wilken<br>Courtroom:   2, 4th Floor<br>Complaint filed: May 5, 2009 |

1  The Court, having considered the Defendant NCAA's Motion to Sever or, Alternatively,

2  to Continue Trial and all papers filed in support thereof and determining that good cause exists,

3  HEREBY ORDERS that the motion is DENIED in full.

4      IT IS SO ORDERED.

5

6

7  Dated: _____      _____

    HON. CLAUDIA WILKEN
8      Chief United States Magistrate

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28