IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE NCAA STUDENT-ATHLETE
NAME & LIKENESS LICENSING
LITIGATION

_____/

No. C 09-1967 CW

ORDER SETTING
STATUS CONFERENCE

The Court intends to hold a telephonic status conference at 11:00 a.m. (Pacific Time) on May 15, 2014 to discuss various scheduling issues.  Lead counsel for Antitrust Plaintiffs, Right-of-Publicity Plaintiffs, National Collegiate Athletic Association, Electronic Artists Inc., and Collegiate Licensing Company shall appear for the conference via Court Call.  If lead counsel for any party is unable to appear due to an irreconcilable scheduling conflict, then the most senior available attorney with decision-making authority shall appear on behalf of that party.

IT IS SO ORDERED.

Dated: 5/9/2014

CLAUDIA WILKEN
United States District Judge