IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE NCAA STUDENT-ATHLETE NAME & LIKENESS LICENSING LITIGATION

_____/

No. C 09-1967 CW

ORDER GRANTING MOTIONS FOR LEAVE TO SUBMIT AMICUS BRIEFS (Docket Nos. 1042, 1047)

On May 2, 2014, the First Amendment Coalition; A&E Television Networks, LLC; ABC, Inc.; CBS Corporation; Discovery Communications, LLC; Fox Broadcasting Company; NBC Universal Media, LLC; National Public Radio, Inc.; Reporters Committee for Freedom of the Press; and Turner Broadcasting System, Inc. filed motions for leave to file amicus briefs in support of Defendant National Collegiate Athletic Association's (NCAA) motion to certify an interlocutory appeal of this Court's summary judgment order.  Antitrust Plaintiffs oppose these motions.  After considering the motions and Plaintiffs' opposition thereto, the Court GRANTS the motions.  Within two days of this order, Antitrust Plaintiffs may submit a single five-page brief responding to the amicus briefs.  Antitrust Plaintiffs' response shall not repeat any arguments that they previously raised in response to the NCAA's motion.

    IT IS SO ORDERED.

Dated: 5/12/2014

CLAUDIA WILKEN
United States District Judge