GLENN D. POMERANTZ (SBN 112503)
glenn.pomerantz@mto.com
KELLY M. KLAUS (SBN 161091)
kelly.klaus@mto.com
ROHIT K. SINGLA (SBN 213057)
rohit.singla@mto.com
CAROLYN HOECKER LUEDTKE (SBN 207976)
carolyn.luedtke@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

Gregory L. Curtner (*pro hac vice*)
Robert J. Wierenga (SBN 183687)
Kimberly K. Kefalas (*pro hac vice*)
SCHIFF HARDIN LLP
350 S. Main St., Suite 210
Ann Arbor, MI 48104
Telephone: (734) 222-1500
Facsimile: (734) 222-1501

Attorneys for Defendant
National Collegiate Athletic Association

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| In re NCAA Student-Athlete Name and Likeness Licensing Litigation | Case No. 09-cv-1967-CW<br><br>**DEFENDANT NCAA'S PRETRIAL MATERIALS**<br><br>Dept: Courtroom 2, 4th Floor<br>Judge: Hon. Claudia Wilken<br>Complaint filed: May 5, 2009<br>Pretrial Conf: May 28, 2014 |

**DEFENDANT NCAA'S PRETRIAL MATERIALS**
Case No. 09-cv-1967-CW

Pursuant to Paragraph 3 of this Court's Standing Order for Pretrial Preparation, Defendant NCAA hereby provides the following pre-trial materials in the above-captioned matter. The NCAA is separately submitting a joint filing of its Joint Pretrial Statement, its Joint Proposed Jury Instructions, and its Joint Proposed Jury Questionnaire. The NCAA is separately filing its motions *in limine* pursuant to Paragraph 3(f) of the Court's Standing Order for Pretrial Preparation. Pursuant to the parties' stipulation, signed by the Court, the NCAA's deposition designations were exchanged on April 30, counter-designations are due May 19, and the parties will seek the Court's guidance at the May 28 status conference for how these materials should be filed with the Court.

| Exhibit | Pretrial Submission |
|---|---|
| A | NCAA's Exhibit List, Pursuant to ¶ 3(b) of the Court's Standing Order for Pretrial Preparation |
| B | NCAA's Witness List Pursuant to ¶ 3(c) of the Court's Standing Order for Pretrial Preparation |
| C | NCAA's Written Discovery Designations Pursuant to ¶ 3(d) of the Court's Standing Order for Pretrial Preparation |
| D | NCAA's Proposed Verdict Form Pursuant to ¶ 3(i) of the Court's Standing Order for Pretrial Preparation |
| E | NCAA's Objections to Plaintiffs' Exhibit List, Pursuant to ¶ 3(b) of the Court's Standing Order for Pretrial Preparation |
| F | NCAA's Objection Codes |

| | |
|---|---|
| 1 | The NCAA reserves all rights to use at trial any exhibits, discovery, or designated |
| 2 | testimony identified by the Plaintiffs in its pre-trial filing.  The NCAA also reserves all rights to |
| 3 | supplement, amend or delete any of these disclosures in response to Plaintiffs' disclosures, a |
| 4 | ruling from the Court, meet-and confer, or any other legitimate purpose.  The NCAA's inclusion |
| 5 | of any document on its list of exhibits does not constitute an admission as to the authenticity or |
| 6 | admissibility of any such document and the NCAA reserves the right to withdraw any designated |
| 7 | document or testimony from that list. Also, the NCAA reserves the right to modify or change |
| 8 | sponsoring witness information in response to Plaintiffs' objections, time constraints or any other |
| 9 | legitimate purpose.  By providing these materials, the NCAA is not waiving any argument or |
| 10 | defense available to the NCAA in the above-captioned matters. |


The NCAA reserves all rights to use at trial any exhibits, discovery, or designated testimony identified by the Plaintiffs in its pre-trial filing.  The NCAA also reserves all rights to supplement, amend or delete any of these disclosures in response to Plaintiffs' disclosures, a ruling from the Court, meet-and confer, or any other legitimate purpose.  The NCAA's inclusion of any document on its list of exhibits does not constitute an admission as to the authenticity or admissibility of any such document and the NCAA reserves the right to withdraw any designated document or testimony from that list. Also, the NCAA reserves the right to modify or change sponsoring witness information in response to Plaintiffs' objections, time constraints or any other legitimate purpose.  By providing these materials, the NCAA is not waiving any argument or defense available to the NCAA in the above-captioned matters.

Respectfully submitted,

Dated:  May 14, 2014

MUNGER, TOLLES & OLSON LLP

By: */s/ Carolyn Hoecker Luedtke*
CAROLYN HOECKER LUEDTKE
Attorneys for Defendant NCAA