# Exhibit B

1  GLENN D. POMERANTZ (State Bar No. 112503)
   glenn.pomerantz@mto.com
2  KELLY M. KLAUS (State Bar No. 161091)
   kelly.klaus@mto.com
3  ROHIT K. SINGLA (State Bar No. 213057)
   rohit.singla@mto.com
4  CAROLYN HOECKER LUEDTKE (State Bar No. 207976)
   carolyn.luedtke@mto.com
5  MUNGER, TOLLES & OLSON LLP
   560 Mission Street
6  Twenty-Seventh Floor
   San Francisco, California 94105-2907
7  Telephone:    (415) 512-4000
   Facsimile:     (415) 512-4077
8

9  GREGORY L. CURTNER (*Pro Hac Vice*)
   gcurtner@schiffhardin.com
10 ROBERT J. WIERENGA (State Bar No. 183687)
   rwierenga@schiffhardin.com
11 KIMBERLY K. KEFALAS (*Pro Hac Vice*)
   kkefalas@schiffhardin.com
12 SCHIFF HARDIN LLP
   350 Main Street, Suite 210
13 Ann Arbor, Michigan  48104
   Telephone:    (734) 222-1500
14 Facsimile:     (734) 222-1501

15 Attorneys for Defendant
   National Collegiate Athletic Association
16

17                       UNITED STATES DISTRICT COURT
18
                NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION
19

20
   | IN RE NCAA STUDENT-ATHLETE NAME AND LIKENESS LICENSING LITIGATION, | Case No. 09-CV-1967-CW |
   |---|---|
   | | **DEFENDANT NCAA'S WITNESS LIST** |
   | | Judge:   Hon. Claudia Wilken |
   | | Trial Date:        June 9, 2014 |

Pursuant to this Court's Standing Order, Paragraph 3(c), the National Collegiate Athletic Association ("NCAA") hereby discloses the witnesses that it expects to call live at trial or by deposition. The NCAA reserves the right to modify these disclosures in response to Plaintiffs' disclosures, or as otherwise appropriate. For instance, the testimony of witnesses presented by the NCAA likely will be adjusted based on the substance of Plaintiffs' case-in-chief, which the NCAA cannot be expected to fully predict in advance.[1] Finally, the NCAA reserves the right to call in its case any of the witnesses listed by Plaintiffs in their witness disclosure.

1. MARY SUE COLEMAN (live) – Mary Sue Coleman is the President of the University of Michigan. She will testify about the role of academics and athletics at the University of Michigan, about the NCAA's pro-competitive justifications for its policies, and about how the NCAA works as a membership organization. President Coleman also will testify regarding the subject matter of her declaration, dated December 12, 2013, submitted in conjunction with summary judgment in this matter. Finally, President Coleman will address issues that Plaintiffs raise in their case-in-chief.

2. MICHAEL DRAKE (live) – Michael Drake is the outgoing Chancellor of the University of California – Irvine ("UC-Irvine") and the incoming new President of The Ohio State University. He will testify about the role of academics and athletics at UC-Irvine and Ohio State, about the NCAA's pro-competitive justifications for its policies, and about how the NCAA works as a membership organization. Finally, President Drake will address issues that Plaintiffs raise in their case-in-chief.

3. ROD McDAVIS (live) – Rod McDavis is the President of Ohio University. He will testify about the role of academics and athletics at Ohio University, about the NCAA's pro-competitive justification for its policies, and about how the NCAA works as a membership organization. Finally, President McDavis will address issues that Plaintiffs raise in their case-in-chief.

---

[1] Descriptions of proposed testimony are intended to provide notice of the primary topics for examination but are not necessarily exhaustive. The NCAA reserves its right to question these witnesses about topics that are not identified in this witness list.

4.  HARRIS PASTIDES (live) – Harris Pastides is the President of the University of South Carolina.  He will testify about the role of academics and athletics at the University of South Carolina, about the NCAA's pro-competitive justifications for its policies, and about how the NCAA works as a membership organization.  President Pastides also will testify regarding the subject matter of his declaration, dated December 12, 2013, submitted in conjunction with summary judgment in this matter.  Finally, President Pastides will address issues that Plaintiffs raise in their case-in-chief.

5.  JOHN WELTY (live) – John Welty is the former President of California State University at Fresno ("Fresno State").  He will testify about the role of academics and athletics at Fresno State, about the NCAA's pro-competitive justifications for its policies, and about how the NCAA works as a membership organization.  President Welty also will testify regarding the subject matter of his declaration, dated December 11, 2013, submitted in conjunction with summary judgment in this matter, and regarding the topics covered in his deposition from May 20, 2013.  Finally, President Welty will address issues that Plaintiffs raise in their case-in-chief.

6.  KEVIN ANDERSON (live) – Kevin Anderson is the Athletics Director at the University of Maryland.  Before that, he was the Athletics Director at the United States Military Academy.  He will testify about the NCAA's pro-competitive justifications for its policies, and how the NCAA works as a membership organization.  Mr. Anderson will testify about how Maryland currently uses the money received from the live broadcast of football and men's basketball.  Mr. Anderson will also talk about how Maryland uses the name, image, and likeness of student-athletes to promote their sporting events, and how it polices against improper use of students' name, image and likeness.  Finally, Mr. Anderson will address issues that Plaintiffs raise in their case-in-chief.

7.  DAVID BRANDON (live) – David Brandon is the Athletics Director at the University of Michigan.  He will testify about the NCAA's pro-competitive justifications for its policies, and about how the NCAA works as a membership organization.  Mr. Brandon will also testify about how Michigan currently uses the money received from the live broadcast of football and men's basketball.  Mr. Brandon will also talk about how the University of Michigan uses the

-3-

1  name, image, and likeness of student-athletes to promote their sporting events, and how it polices
2  against improper use of students' name, image and likeness.  Mr. Brandon will also testify about
3  his student athlete experience as a football player at the University of Michigan.  Mr. Brandon also
4  will testify regarding the subject matter of his declaration, dated December 12, 2013, submitted in
5  conjunction with summary judgment in this matter.  Finally, Mr. Brandon will address issues that
6  Plaintiffs raise in their case-in-chief.

7        8.     MARK HOLLIS (live) – Mark Hollis is the Athletics Director at Michigan State
8  University.  He will testify about the NCAA's pro-competitive justifications for its policies, and
9  about how the NCAA and how it works as a membership organization.  Mr. Hollis will also testify
10 about how Michigan State currently uses the money received from the live broadcast of football
11 and men's basketball.  Mr. Hollis will also talk about how Michigan State uses the name, image,
12 and likeness of student-athletes to promote their sporting events, and how it polices against
13 improper commercial use of students' name, image and likeness.  Mr. Hollis also will testify about
14 his work on the Amateurism Cabinet for the NCAA.  Mr. Hollis also will testify regarding the
15 subject matter of his declaration, dated December 7, 2013, submitted in conjunction with summary
16 judgment in this matter.  Finally, Mr. Hollis will address issues that Plaintiffs raise in their case-in-
17 chief.

18       9.     BERNARD MUIR (live) –Bernard Muir is the Director of Athletics at Stanford
19 University.  Before that, he was the Athletic Director at the University of Delaware and at
20 Georgetown University.  He will testify about the NCAA's pro-competitive justifications for its
21 policies.  Mr. Muir will also talk about how Stanford uses the name, image, and likeness of
22 student-athletes to promote their sporting events, and how it polices against improper use of
23 students' name, image and likeness.  Mr. Muir also will testify regarding the subject matter of his
24 declaration, dated December 12, 2013, submitted in conjunction with summary judgment in this
25 matter.  Finally, Mr. Muir will address issues that Plaintiffs raise in their case-in-chief.

26       10.    CHRISTINE PLONSKY (live) – Christine Plonsky is the Women's Athletic
27 Director at the University of Texas-Austin ("UT").  She will testify about the NCAA's pro-
28 competitive justifications for its policies, and about how the NCAA works as a membership

1  organization.  She will also testify about how UT currently uses the money received from the live
2  broadcast of football and men's basketball.  She may testify about her work on various NCAA
3  committees.  Ms. Plonsky will also talk about how UT uses the name, image, and likeness of
4  student-athletes to promote their sporting events, and how it polices against improper commercial
5  use of students' name, image and likeness.  Ms. Plonsky also will testify regarding the subject
6  matter of her declarations, dated December 10, 2013, submitted in conjunction with summary
7  judgment in this matter, and dated March 13, 2013, submitted in conjunction with class
8  certification.  Ms. Plonsky will also testify regarding the topics covered in her deposition from
9  December 12, 2012.  Finally, Ms. Plonsky will address issues that Plaintiffs raise in their case-in-
10 chief.

11       11.     BRITTON BANOWSKY (live) – Britton Banowsky is the Commissioner of
12 Conference USA.  Before that, he was an associate commissioner and general counsel for the Big
13 12 Conference.  He will testify about the NCAA's pro-competitive justifications for its policies, he
14 will testify about the role of athletics at Conference USA schools, and he will testify about how
15 the NCAA works as a membership organization.  Mr. Banowsky will testify about how
16 Conference USA distributes its revenue and how it promotes academic and athletic success among
17 its members schools.  Mr. Banowsky also will testify regarding the subject matter of his
18 declaration, dated December 11, 2013, submitted in conjunction with summary judgment briefing
19 in this matter.  Finally, Mr. Banowsky will address issues that Plaintiffs raise in their case-in-chief.

20       12.     JAMES DELANY (live or by deposition) – James Delaney is the Commissioner of
21 The Big Ten Conference.  He will testify about the NCAA's pro-competitive justifications for its
22 policies, he will testify about the role of athletics at Big Ten schools, and about the NCAA and
23 how it works as a membership organization.  Mr. Delany will testify about how the Big Ten
24 distributes its revenue and how it promotes academic and athletic success among its members
25 schools.  Mr. Delany also will testify regarding the subject matter of his declaration, dated
26 December 11, 2013, submitted in conjunction with the summary judgment briefing, and dated
27 March 14, 2013, submitted in conjunction with class certification briefing in this matter, and
28

1  regarding matters covered in his May 29, 2013 deposition in this matter.  Finally, Mr. Delany will
2  address issues that Plaintiffs raise in their case-in-chief.

3         13.    JONATHAN LECRONE (live or by deposition) – Jonathan LeCrone is the
4  Commissioner of the Horizon League.  He will testify about the NCAA's pro-competitive
5  justifications for its policies, and about how the NCAA works as a membership organization.  Mr.
6  LeCrone will testify about how the Horizon League distributes its revenue, he will testify about
7  the role of athletics at Horizon League schools, and he will testify about how the Horizon League
8  it promotes academic and athletic success among its members schools.  Mr. LeCrone will also
9  testify about his student athlete experience as a baseball player at Wake Forest University.  Mr.
10 LeCrone also will testify regarding the subject matter of his declaration, dated March 12, 2013,
11 submitted in conjunction with class certification briefing in this matter.  Mr. LeCrone also will
12 testify regarding the subject matters covered in his May 30, 2013 deposition.  Finally, Mr.
13 LeCrone will address issues that Plaintiffs raise in their case-in-chief.

14        14.    GREG SANKEY (live or by deposition) – Greg Sankey is the Executive Associate
15 Commissioner of the SEC.  He will testify about the NCAA's pro-competitive justifications for its
16 policies, he will testify about the role of athletics at SEC schools, and he will testify about the
17 NCAA and how it works as a membership organization.  Mr. Sankey will testify about how the
18 SEC distributes its revenue and how it promotes academic and athletic success among its members
19 schools.  Mr. Sankey also will testify regarding the matters covered in his December 20, 2012
20 deposition in this matter.  Finally, Mr. Sankey will address issues that Plaintiffs raise in their case-
21 in-chief.

22        15.    KENDELL SPENCER (live) – Kendell Spencer is a red-shirt senior at the
23 University of New Mexico in the Mountain West Conference.  He participates in track and field at
24 the University of New Mexico.  Mr. Spencer is currently the co-chair of the national Student
25 Athlete Advisory Committee ("SAAC") for the NCAA.  Mr. Spencer will testify about his student
26 athlete experience as a Division I athlete.  Mr. Spencer will also address issues that Plaintiffs raise
27 in their case-in-chief.
28

16. DUSTIN PAGE (live) – Dustin Page is a junior at Northern Illinois University in the Mid-American Conference. He participates in soccer at Northern Illinois. Mr. Page is currently the vice-chair of the national Student Athlete Advisory Committee ("SAAC") for the NCAA. Mr. Page will testify about his student-athlete experience as a Division I athlete. Mr. Page will also address issues that Plaintiffs raise in their case-in-chief.

17. DAVID BERST (live or by deposition) – David Berst is the Vice President for Division I at the NCAA. He will testify about the NCAA's pro-competitive justifications for its policies, and about the NCAA's legislative and rule-making process. Mr. Berst also will testify regarding the subject matters of his December 12, 2013 declaration and his May 25, 2012 deposition in this matter. Finally, Mr. Berst will address issues that Plaintiffs raise in their case-in-chief.

18. AZURE DAVEY (live) – Azure Davey is the Liaison to Division I Committee on Academic Performance at the NCAA. Ms. Davey is responsible for supporting the NCAA's academic programs, and she will testify about the NCAA's efforts to improve graduation rates and the academic experience for all student-athletes. Ms. Davey will also testify about her student-athlete experience as a lacrosse, squash, and soccer player at Hamilton College. Finally, Ms. Davey will address issues that Plaintiffs raise in their case-in-chief.

19. PETER DAVIS (live or by deposition) – Peter Davis was the Director of Corporate Relationships at the NCAA. He left the NCAA in 2012. Mr. Davis had responsibility for sponsorship and licensing at the NCAA and he will testify about the NCAA's various sources of revenue, the rules and restrictions that applied to licensees and sponsors, and the NCAA's negotiations and communications with sponsors and licensees. Mr. Davis will testify regarding the subject matters covered in his June 6, 2012 deposition in this matter. He will also address issues that Plaintiffs raise in their case-in-chief.

20. DIANE DICKMAN (live) – Diane Dickman is the Managing Director of Academic and Membership Affairs at the NCAA. Ms. Dickman is responsible for the NCAA's academic initiatives and she will testify about the NCAA's efforts to improve student-athletes' academic performance and to improve graduation rates. She will testify about how the NCAA's rules

promote the integration of athletics and academics.  Ms. Dickman will also testify about her student-athlete experience playing golf at the University of Tulsa.  Ms. Dickman also will testify regarding the subject matter of her December 12, 2013 declaration.  Finally, Ms. Dickman will address issues that Plaintiffs raise in their case-in-chief.

21.  MARK EMMERT (live or by deposition) – Mark Emmert is the President of the NCAA.  Mr. Emmert will testify about the NCAA and how it works as a membership organization, including the rule-making process and legislative initiatives.  Mr. Emmert will testify about the NCAA's pro-competitive justifications for its policies.  Mr. Emmert will testify about the NCAA's history, mission, and values as an association.  Mr. Emmert will testify about the NCAA's revenue, how it is distributed, and rules related to the NCAA's sources of revenue.  Mr. Emmert will address matters covered in his deposition.  Finally, Mr. Emmert will address issues that Plaintiffs raise in their case-in-chief.

22.  BERNARD FRANKLIN (live) –Bernard Franklin is Executive Vice President of Membership and Student-Athlete Affairs and Chief Inclusion Officer of the NCAA.  In this role, he is responsible for the administrative oversight of the following areas: eligibility center, academic and membership affairs; research; student-athlete affairs and leadership development programs, and inclusion.  Dr. Franklin will testify regarding the NCAA's work in these areas and the NCAA's pro-competitive justifications for its policies.  Dr. Franklin will also testify about the NCAA's history, mission, and values as an association.  Dr. Franklin will also testify about how the NCAA works as a membership organization.  Finally, Dr. Franklin will address issues that Plaintiffs raise in their case-in-chief.

23.  MARK LEWIS (live) – Mark Lewis is the Executive Vice President of Championships at the NCAA.  Mr. Lewis will testify about the championships that the NCAA puts on each year for more than eighty sports including men's basketball.  Mr. Lewis will testify about the NCAA's pro-competitive justifications for its policies.  Mr. Lewis will also testify about the NCAA and how it works as a membership organization, including comparing that to the Olympics.  Mr. Lewis will also testify about the NCAA's rules, its rule-making process, and its efforts to change and amend those rules.  Mr. Lewis will testify about what revenue comes into the

1  NCAA, how it is distributed, and rules related to those sources of revenue.  Mr. Lewis will testify
2  about the NCAA's broadcast and licensing agreements with third parties.  Mr. Lewis will also
3  testify about his student-athlete experience as a football player at the University of Georgia, as
4  well as his experience as the child of a NCAA football coach.  Finally, Mr. Lewis will address
5  issues that Plaintiffs raise in their case-in-chief.

6       24.     DAVID KNOPP (live or by deposition) – David Knopp was the Managing Director
7  of Championships and Alliances at the NCAA.  He left the NCAA is 2012.  Mr. Knopp had
8  responsibility for the NCAA's corporate partner and champion program as well as responsibility
9  for the NCAA's eighty-nine championships events.  Mr. Knopp will testify about his work in these
10 areas.  Mr. Knopp will testify regarding the subject matters covered in his May 24, 2012
11 deposition in this matter.  He will also address issues that Plaintiffs raise in their case-in-chief.

12       25.     KEVIN LENNON (live or by deposition) – Kevin Lennon is the Vice President of
13 Academic and Membership Affairs at the NCAA.  He will testify about the NCAA's pro-
14 competitive justifications for its policies, and about the NCAA's rules and their interpretation and
15 implementation.  Mr. Lennon also will testify regarding the subject matter of his declaration, dated
16 March 14, 2013, submitted in conjunction with class certification briefing in this matter and
17 regarding the subject matter of his December 12, 2013 declaration submitted in connection with
18 summary judgment briefing. Further, Mr. Lennon will testify regarding the subject matters
19 covered in his December 20, 2012 deposition in this matter.  Finally, Mr. Lennon will address
20 issues that Plaintiffs raise in their case-in-chief.

21       26.     TODD PETR (live) – Todd Petr is the Managing Director of Research at the
22 NCAA.  He will testify about the NCAA's pro-competitive justifications for its policies, and about
23 the NCAA and how it works as a membership organization.  Mr. Petr will testify about different
24 revenue streams for the NCAA, where that money is used, and the related rules.  Mr. Petr will
25 testify regarding the NCAA's analysis of how member schools receive and spend funds in their
26 athletic departments.  Mr. Petr will testify regarding NCAA's analysis of student-athlete
27 satisfaction and experiences.  Mr. Petr also will testify regarding the subject matters of his March
28

1  12, 2013 and December 12, 2013 declarations. Finally, Mr. Petr will address issues that Plaintiffs
2  raise in their case-in-chief.

3  27. WALLACE RENFRO (live or by deposition) – Wallace Renfro was the Vice
4  President and Chief Policy Advisor at the NCAA. He will testify about the principles of
5  amateurism and the history of the NCAA. In addition, Mr. Renfro will address the topics covered
6  in his June 26, 2012 deposition. Finally, Mr. Renfro will address issues that Plaintiffs raise in
7  their case-in-chief.

8  28. GREG WEITEKAMP (live or by deposition) – Greg Weitekamp was the Director
9  of Championships and Alliances at the NCAA. He left the NCAA in 2012. Mr. Weitekamp had
10 responsibility for NCAA's broadcast agreements and for projects related to the use and
11 distribution of archival footage and photographs, and he will testify about the negotiation of those
12 agreements and partnerships, the associated revenue, and the rules and restrictions that applied.
13 Mr. Weitekamp will testify regarding the subject matters covered in his June 5, 2012 deposition in
14 this matter. He will also address issues that Plaintiffs raise in their case-in-chief.

15 29. DR. DANIEL RUBINFELD (live) – Dr. Dan Rubinfeld will testify as an expert on
16 the subject matters disclosed in his March 14, 2013, May 30, 2013, September 25, 2013 and
17 November 5, 2013 expert reports, his December 12, 2013 declaration, and at his depositions. Dr.
18 Rubinfeld is the Robert L. Bridges Professor of Law and Professor of Economics Emeritus at the
19 University of California, Berkeley and Professor of Law at New York University. Dr. Rubinfeld
20 will testify as an expert regarding antitrust economics and economic principles of competition.
21 Dr. Rubinfeld will testify about the principles of antitrust economics regarding joint ventures and
22 the competitive benefits of the NCAA as a joint venture. Dr. Rubinfeld will testify about the
23 proper definition of the relevant markets and the procompetitive benefits of the NCAA and the
24 NCAA rules. Finally, he will also address issues that Plaintiffs raise in their case-in-chief and
25 respond to testimony from Plaintiffs' experts, particularly Roger Noll and Daniel Rascher.

26 30. DR. LAUREN J. STIROH (live) – Dr. Lauren Stiroh will testify as an expert on the
27 subject matters disclosed in her March 14, 2013, May 30, 2013, September 25, 2013, and
28 November 7, 2013 expert reports, her May 30, 2013 declaration, and her depositions in this

matter. Dr. Stiroh is an economist and Senior Vice President of NERA Economic Consulting. Dr. Stiroh will testify as an expert regarding antirust economics, economic principles of competition and damages. Dr. Stiroh will testify about the proper measure of damages, if any, in this matter. Dr. Stiroh will testify about the principles of antitrust economics regarding joint ventures and the competitive benefits of the NCAA as a joint venture. Dr. Stiroh will testify about the proper definition of the relevant markets and the procompetitive benefits of the NCAA and the NCAA rules. Finally, she will also address issues that Plaintiffs raise in their case-in-chief and respond to testimony from Plaintiffs' experts, particularly Roger Noll and Daniel Rascher.

31. NEAL PILSON (live) – Neal Pilson will testify as an expert on the subject matters disclosed in his November 5, 2013 expert report and his deposition in this matter. Mr. Pilson is the President and CEO of Pilson Communications, Inc. He was the President of CBS Sports from 1981 through 1983 and 1986 through 1994. Mr. Pilson will testify as an expert about the sports and broadcasting industries. Mr. Pilson will testify about the licensing, production and markets for live broadcasts and other uses of game footage of college football and basketball games and other sporting and entertainment events, including professional sports and the Olympic Games. Mr. Pilson will testify about consumer demand for college football and basketball and the differences between college and professional sports. Finally, he will also address issues that Plaintiffs raise in their case-in-chief.

32. DR. J. MICHAEL DENNIS (live) – Dr. J. Michael Dennis will testify as an expert on the subject matters disclosed in his November 5, 2013 expert report and his deposition in this matter. Dr. Dennis was formerly the Managing Director for Government and Academic Research at the market research firm of GfK Custom Research, LLC, and recently became President at JMDSTAT Consulting Inc. Dr. Dennis will testify as an expert regarding market research and consumer behavior. Dr. Dennis will testify about a number of surveys, including a survey of 2,455 people that he designed. Finally, he will also address issues that Plaintiffs raise in their case-in-chief.

33. DR. JAMES HECKMAN (live) – Dr. James Heckman will testify as an expert on the subject matters disclosed in his March 14, 2013 and November 7, 2013 expert reports and his

1  deposition in this matter.  He is the Henry Schulz Distinguished Service Professor of Economics at
2  the University of Chicago and the 2000 recipient of the Nobel Prize in Economics.  Dr. Heckman
3  will testify as an expert regarding  human capital accumulation, educational choices and social and
4  labor market outcomes.  Dr. Heckman will testify about the post-college jobs and income of
5  student-athletes and how these compare to similar metrics for other college students who do not
6  participate in intercollegiate athletics and for other young people who do not attend or graduate
7  from college.  Finally, he will also address issues that Plaintiffs raise in their case-in-chief.

8        34.     JUDY SWEET (live) – Judy Sweet will testify as an expert on the subject matters
9  disclosed in her November 5, 2013 expert report in this matter.  Ms. Sweet is Co-Founder and
10 Board President of the Alliance of Women's Coaches.  Ms. Sweet has also served as Membership
11 President of the NCAA.  Ms. Sweet will testify as an expert regarding women's intercollegiate
12 athletics, gender equity in intercollegiate athletics, and Title IX.  Ms. Sweet will testify about the
13 history, growth and financing of women's intercollegiate athletics.  Ms. Sweet will testify about
14 administrators' general understandings about their colleges and universities' obligations under
15 Title IX.  She will also address issues that Plaintiffs raise in their case-in-chief.

16       35.     DR. DEBORAH JAY (live) – Deborah Jay is the President and Chief Executive
17 Officer of Field Research Corporation.  She will testify as an expert on the subject matters
18 disclosed in her September 2013 expert report in this matter and her October 14. 2013 deposition.
19 Dr. Jay will testify as an expert regarding two surveys conducted to test whether the avatars in the
20 NCAA themed video games were recognizable as actual players and, if so, why.  She will also
21 address issues that Plaintiffs raise in their case-in-chief.

22       36.     JORDAN EDELSTEIN (live or by deposition) – Jordan Edelstein is VP Marketing
23 at EA Sports.  He will testify regarding the NCAA Football and NCAA Basketball videogames,
24 including EA's sales and marketing practices for those games.  He will also address issues covered
25 in his deposition in this matter.

26       37.     JOHN VACCARO (live or by deposition) – John Vaccaro will testify regarding his
27 role in recruiting plaintiffs to file this litigation and the genesis for the litigation.  He will also
28 testify regarding basketball camps or all-star games for high school students as well as

1 sponsorship of and the use of students' name, image and likeness in the same. He will also
2 address issues covered in his deposition in this matter.

3     38. ALL NAMED PLAINTIFF STUDENT ATHLETES. The NCAA intends to
4 question the named Plaintiff student athletes about their student-athlete experience, about the
5 services and opportunities provided to them by their college or university as an athlete, about their
6 college education, about the NCAA's procompetitive justifications for their policies, about how
7 they have sold or tried to sell their name, image, and likeness, about how they are damaged (if at
8 all) by the NCAA's rules, and whether they support paying current student-athletes for the use of
9 their name, image, and likeness.

10     39. PLAINTIFFS' EXPERTS. The NCAA intends to question the Plaintiffs' experts
11 about their expert reports, the topics covered therein, their depositions and issues that Plaintiffs
12 raise in their case-in-chief.

13     40. NCAA RECORDS CUSTODIAN (live) – To the extent that Plaintiffs challenge
14 the authenticity of NCAA's records, NCAA discloses that it intends to call a records custodian to
15 authenticate the records that are in dispute to the extent that records cannot be authenticated by its
16 other witnesses.

17     41. DEPOSITION DESIGNATIONS – In addition to the witnesses disclosed above,
18 the NCAA attaches hereto a list of the testimony it has designated and exchanged with Plaintiffs'
19 counsel that the NCAA may offer at trial by videotaped deposition. Those specific designations
20 will be filed with the Court at a time the Court so instructs pursuant to the Stipulation and Order
21 Regarding Pretrial Exchange of Materials and Deposition Designations, Docket No. 1038.

| | | |
|---|---|---|
| 1 | DATED: May 14, 2014 | MUNGER, TOLLES & OLSON LLP |
| 2 | | GLENN D. POMERANTZ |
| | | KELLY M. KLAUS |
| 3 | | ROHIT K. SINGLA |
| | | CAROLYN HOECKER LUEDTKE |
| 4 | | |

By: _____
CAROLYN HOECKER LUEDTKE
Attorneys for Defendant
National Collegiate Athletic Association

-14-

**Deposition Testimony the NCAA May Offer at Trial**

| DEPONENT | DATE |
|---|---|
| Alipate, Moses | 10/17/2013 |
| Battle, Pat | 6/19/2012 |
| Beebe, Robert | 1/8/2013 |
| Bilas, Jay | 2/2/2012 |
| Davis, Peter | 6/6/2012 |
| Delany, James | 5/29/2013 |
| Edelstein, Jordan | 12/14/2012 |
| Eiler, Derek | 6/29/2012 |
| Ellis, Ray | 11/3/2011 |
| Fischer, Jake | 10/12/2013 |
| Flournoy, Harry | 11/8/2011 |
| Garnham, Chase | 10/11/2013 |
| George, Tate | 3/9/2012 |
| Gilbert, Alex | 11/4/2011 |
| Harvey, Roy | 1/18/2013 |
| Jacobson, Sam | 11/7/2011 |
| Jaracz, Thad | 11/30/2011 |
| Kirkpatrick, David | 11/14/2012 |
| Lattin, David | 11/10/2011 |
| LeCrone, Jonathan | 5/30/2013 |
| Linzner, Joel | 12/18/2012 |
| Maynor, Patrick | 11/14/2011, 3/1/2014 |
| McCormick, Robert | 5/5/2013, 11/21/2013 |
| Moss, Cory | 8/16/2012 |
| O'Bannon, Edward | 11/1/2011 |
| Plonsky, Christine | 12/10/2012 |
| Prothro, Tyrone | 11/9/2011, 3/1/2014 |
| Rhodes, Damien | 11/15/2011, 3/6/2014 |
| Riley, Eric | 11/11/2011 |
| Robertson, Oscar | 7/26/2012 |
| Robinson, Darius | 11/11/2013 |
| Russell, William | 12/7/2012 |
| Sankey, Greg | 12/20/2012 |
| Sitrin, Todd | 1/25/2013 |
| Smith, Jake | 10/12/2013 |
| Strauser, Jeremy | 12/11/2012 |
| Swofford, John | 1/15/2013 |
| Tallent, Robert | 12/1/2011 |
| Vaccaro, John | 12/4/2012 |
| Weitekamp, Greg | 6/5/2012 |

| Welty, John | 5/20/2013 |
|---|---|
| Wimprine, Danny | 12/2/2011 |
| Womack, Mark | 12/20/2012 |