# Exhibit C

Exhibit C
Defendant NCAA's Designations of Written Discovery

| Date Served | Document | Specific Responses |
|---|---|---|
| 10/16/2012 | Antitrust Plaintiffs' Amended Objections and Responses to Defendant Electronic Arts Inc.'s First Set of Requests for Admission | Responses 34-35 |
| 10/19/2012 | Antitrust Plaintiffs' Revised Omnibus Objections and Responses to Defendant Collegiate Licensing Company's First Sets of Requests for Admission | Responses 84-86 |