1 Steve W. Berman (*pro hac vice* pending)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
2 1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
3 Telephone: (206) 623-7292
Facsimile: (206) 623-0594
4 Email: steve@hbsslaw.com

5 Bruce L. Simon (Cal. Bar No. 96241)
William J. Newsom (Cal. Bar No. 267643)
6 **PEARSON, SIMON & WARSHAW, LLP**
44 Montgomery Street, Suite 2450
7 San Francisco, CA 94104
Telephone: (415) 433-9000
8 Facsimile: (415) 433-9008
Email: bsimon@pswlaw.com
9          wnewsom@pswlaw.com

10 *Counsel for Plaintiff Nicholas Kindler and the Proposed Class in the Kindler v. NCAA Action*

11 [Additional Counsel on Signature Block]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAMUEL KELLER, et al., | Case No. 09-cv-1967 CW |
| Plaintiffs, | **CLASS ACTION** |
| v. | |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, et al., | **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12** |
| Defendants. | |
| NICHOLAS KINDLER, on behalf of himself and all others similarly situated, | Case No. 14-cv-2390 DMR |
| Plaintiff, | |
| v. | |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION; PACIFIC 12 CONFERENCE; THE BIG TEN CONFERENCE, INC.; THE BIG TWELVE CONFERENCE, INC.; SOUTHEASTERN CONFERENCE; and ATLANTIC COAST CONFERENCE, | |
| Defendants. | |

Pursuant to Civil Local Rule 3-12, Plaintiff Nicholas Kindler, on behalf of himself and all others similarly situated ("Plaintiff"), in the case captioned *Kindler v. National Collegiate Athletic Association, et al.*, Case No. 14-cv-2390 DMR, filed May 23, 2014 and currently assigned to Magistrate Judge Donna M. Ryu, hereby submits this Administrative Motion to Consider Whether Cases Should be Related. Plaintiff requests that the *Kindler* action be designated as related to the following actions:

### RELATED ACTIONS

1. *Keller v. Electronic Arts Inc., et al.*, Case No. C 09-1967 CW;

2. *O'Bannon v. National Collegiate Athletic Association, et al.*, Case No. C 09-3329 CW;

3. *Alston v. National Collegiate Athletic Association, et al.*, Case No. C 14-1011 CW; and

4. *Gregory-McGhee v. National Collegiate Athletic Association*, *et al*., Case No. C 14-01777 CW

### RELATIONSHIP OF THE ACTIONS

Plaintiff's counsel here are also counsel for plaintiff in the above-captioned *Alston* action, which asserts identical claims and involves nearly identical issues of fact and law as the instant action. This Court has already found, pursuant to a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship submitted by the Honorable Maxine M. Chesney (ECF No. 1010), that the *Alston* action is related to the earliest-filed *Keller* action (ECF No. 1013), and that the subsequently filed *Gregory-McGhee* action is related to the *Alston* action (*Alston*, ECF No. 62).[1] The *Kindler* action principally differs from *Alston* only in that it provides some updated factual material, primarily Defendants' and other NCAA members' public statements regarding the subject matter at issue in both complaints. The identical subject matter of both complaints is Defendants' overt collusion to artificially depress the value of athletic scholarships far below even the cost of attending school, let alone what a competitive market would provide. The updated statements include those occurring after the filing of *Alston*. Because the instant action is

---

[1] The NCAA and the other defendants in *Alston* and *Kindler* opposed the motion to relate *Alston* to *Keller* and *O'Bannon*. *See* accompanying Declaration of Jon T. King.

substantially similar to the *Alston* action, it too should be deemed related to the first-filed *Keller* and other actions listed above.

Civil Local Rule 3-12(a) states that actions are related when:

(1) The actions concern substantially the same parties, property, transaction or event; and

(2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges.

This case involves the same parties, transactions, and events, the same causes of action, and the same issues of law as the *Alston* action, which this Court has already deemed related to the *Keller* and *O'Bannon* actions. Relating this action to the above-listed actions will promote substantial efficiency and judicial economy. Judge Wilken has presided over the *Keller* and *O'Bannon* actions since 2009 and is intimately familiar with numerous of the NCAA's relevant rules and regulations relating to college athletics. This action, like the *Alston* action, concerns similar questions with respect to, for example, class certification, liability, and Defendants' affirmative defenses including those based on their version of what they term "amateurism" and "competitive balance." The cases thus will likely involve overlapping witnesses, experts, and discovery. Failure to relate this action to the above-listed actions would likely result in an unduly burdensome duplication of labor and expense by counsel in the existing actions and any future similar actions that are filed. Further, conducting this case in front of Judge Wilken will eliminate the risk of conflicting results if the cases are conducted before different Judges, and will promote the just and efficient conduct of the actions.

## **CONCLUSION**

In view of (1) the fact that the nearly identical *Alston* action, brought by Plaintiff's counsel herein, has already been deemed related to the above-listed actions, (2) Judge Wilken's experience with similar cases involving the NCAA, and (3) the opportunities for efficiency and judicial economy, Plaintiff respectfully requests that the Court designate this action as related to the above-listed actions.

| | | |
|---|---|---|
| DATED: May 28, 2014 | | **PEARSON, SIMON & WARSHAW, LLP**<br>BRUCE L. SIMON<br>WILLIAM J. NEWSOM |

By:       */s/ Bruce L. Simon*
           BRUCE L. SIMON

44 Montgomery Street, Suite 2450
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008
Email: bsimon@pswlaw.com
       wnewsom@pswlaw.com

**HAGENS BERMAN SOBOL SHAPIRO LLP**

Steve W. Berman (*pro hac* pending)
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com

Jon T. King (Cal. Bar No. 205073)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
Email: jonk@hbsslaw.com

Robert B. Carey #011186
Leonard W. Aragon #020977
**HAGENS BERMAN SOBOL SHAPIRO LLP**
11 West Jefferson Street, Suite 1000
Phoenix, Arizona 85003
Telephone: (602) 840-5900
Facsimile: (602) 840-3012
E-Mail: rcarey@hbsslaw.com
E-Mail: leonard@hbsslaw.com

## ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)

I, Jon T. King, am the ECF User whose identification and password are being used to file this **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12**. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

Dated:   May 28, 2014

By:   */s/ Jon T. King*
      JON T. KING