| | |
|---|---|
| Hagens Berman Sobol Shapiro LLP<br>Robert B. Carey (*Pro Hac Vice*)<br>Leonard W. Aragon (*Pro Hac Vice*)<br>11 West Jefferson Street, Suite 1000<br>Phoenix, Arizona 85003<br>Telephone: (602) 840-5900<br>Facsimile: (602) 840-3012<br>E-mail: rob@hbsslaw.com<br>          leonard@hbsslaw.com | Michael P. Lehmann (Cal. Bar No. 77152)<br>Arthur N. Bailey, Jr. (Cal. Bar No. 248460)<br>HAUSFELD LLP<br>44 Montgomery St., 34th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 633-1908<br>Facsimile: (415) 358-4980<br>Email: mlehmann@hausfeldllp.com<br>          abailey@hausfeldllp.com |

[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAMUEL KELLER et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION; COLLEGIATE LICENSING COMPANY; and ELECTRONIC ARTS INC.,<br><br>    Defendants. | Case No. 09-cv-1967 CW<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Judge:    Honorable Claudia Wilken<br>Date:     July 3, 2014<br>Time:    2:00 p.m.<br>Courtroom:  Fourth Floor, No. 2 |
| EDWARD O'BANNON, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION; COLLEGIATE LICENSING COMPANY; and ELECTRONIC ARTS INC.,<br><br>    Defendants. | Case No. 09-cv-3329 CW |

PLEASE TAKE NOTICE THAT, upon the Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, the Declarations of Michael D. Hausfeld and Steve W. Berman, and all other papers and proceedings herein, Plaintiffs move this Court, pursuant to Rule 23 of the Federal Rules of Civil Procedure, to enter an Order:

(1) preliminarily approving the Settlement Agreement between Plaintiffs and Electronic Arts Inc. ("EA") with an Execution Date of May 15, 2014 (the "EA Settlement Agreement"), on the grounds that its terms are sufficiently fair, reasonable, and adequate for notice to be issued to the Settlement Classes as defined in the EA Settlement Agreement (the "Settlement Classes");

(2) certifying the Settlement Classes for purposes of settlement only, pursuant to Federal Rule of Civil Procedure 23(c), and authorizing Plaintiffs to represent the Settlement Class;

(3) approving the form of notice and the notice plan; and

(4) appointing the following law firms as Class Counsel: Hausfeld LLP, Hagens Berman Sobol Shapiro LLP, The McKenna Law Firm LLC, and Lum, Positan & Drasco LLP; and

(5) granting such other and further relief as may be appropriate.

Oral argument on this motion, if any, will be held on July 3, 2014 at 2 p.m., before the Honorable Claudia Wilken, United States District Judge, at the United States Courthouse, 1301 Clay Street, Oakland, California 94612.

Dated: May 30, 2014                               Respectfully submitted,

By:   */s/ Leonard W. Aragon*                     By:  */s/ Michael P. Lehmann*
Robert B. Carey (*Pro Hac Vice*)                  Michael P. Lehmann (Cal. Bar No. 77152)
Leonard W. Aragon (*Pro Hac Vice*)                Arthur N. Bailey, Jr. (Cal. Bar No. 248460)
HAGENS BERMAN SOBOL SHAPIRO LLP                   HAUSFELD LLP
11 West Jefferson Street, Suite 1000              44 Montgomery St., 34th Floor
Phoenix, Arizona 85003                            San Francisco, CA 94104
Telephone: (602) 840-5900                         Telephone:  (415) 633-1908
Facsimile: (602) 840-3012                         Facsimile:  (415) 358-4980
Email: rob@hbsslaw.com                            E-mail: mlehmann@hausfeldllp.com
       leonard@hbsslaw.com                                abailey@hausfeldllp.com

Steve W. Berman                                   Michael D. Hausfeld (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP                   Hilary K. Scherrer (Cal. Bar No. 209451)
1918 Eighth Ave., Suite 3300                      Sathya S. Gosselin (Cal. Bar. No. 269171)
Seattle, WA 98101                                 HAUSFELD LLP
Telephone:  (206) 623-7292                        1700 K Street, NW, Suite 650
Facsimile:  (206) 623-0594                        Washington, DC 20006
Email: steve@hbsslaw.com                          Telephone:  (202) 540-7200
                                                  Facsimile:  (202) 540-7201
Stuart M. Paynter (226147)                        E-mail: mhausfeld@hausfeldllp.com
Celeste H.G. Boyd (*Pro Hac Vice*)                        hscherrer@hausfeldllp.com
THE PAYNTER LAW FIRM PLLC                                 sgosselin@hausfeldllp.com
1200 G Street N.W., Suite 800
Washington, DC 20005                              *Counsel for the Antitrust Plaintiffs*
Telephone: (202) 626-4486
Facsimile: (866) 734-0622
Email: stuart@smplegal.com                        By:    */s/ Keith McKenna*
       cboyd@smplegal.com                         Keith McKenna
                                                  THE MCKENNA LAW FIRM, LLC
*Counsel for the Keller Right of Publicity*       96 Park Street
*Plaintiffs*                                      Montclair, NJ 07042
                                                  Telephone: 973-509-0050
                                                  Facsimile: 973-509-3580
                                                  Email:  keith.mckenna@mcklaw.net

                                                  Dennis J. Drasco
                                                  Arthur M. Owens
                                                  LUM, DRASCO & POSITAN LLC
                                                  103 Eisenhower Pkwy.
                                                  Roseland, NJ 07068
                                                  Telephone: 973-403-900
                                                  Facsimile: 973-403-9021
                                                  Email: ddrasco@lumlaw.com
                                                         aowens@lumlaw.com

                                                  *Counsel for the Hart Right of Publicity*
                                                  *Plaintiffs*

# **CERTIFICATE OF SERVICE**

I, Hilary K. Scherrer, declare that I am over the age of eighteen (18) and not a party to the entitled action. I am a partner in the law firm of HAUSFELD LLP, and my office is located at 1700 K Street NW, Suite 650, Washington, DC 20006.

On May 30, 2014, I caused to be filed the following:

**(1) PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT;**

**(2) MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT and EXHIBIT 1 thereto;**

**(3) DECLARATION OF MICHAEL D. HAUSFELD;**

**(4) DECLARATION OF STEVE W. BERMAN; and**

**(5) DECLARATION OF LEONARD W. ARAGON**

with the Clerk of Court using the Official Court Electronic Document Filing System, which served copies on all interested parties registered for electronic filing.

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Hilary K. Scherrer*
Hilary K. Scherrer