| | |
|---|---|
| 1 | RAOUL D. KENNEDY (Bar No. 40892) |
| 2 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>525 University Avenue, Suite 1400 |
| 3 | Palo Alto, California 94301<br>Telephone: (650) 470-4500 |
| 4 | Facsimile:  (650) 470-4570<br>Email:      Raoul.Kennedy@skadden.com |
| 5 | Attorney for Defendant |
| 6 | NATIONAL COLLEGIATE ATHLETIC ASSOCIATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NICHOLAS KINDLER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION; PACIFIC 12 CONFERENCE; THE BIG TEN CONFERENCE, INC.; THE BIG TWELVE CONFERENCE, INC.; SOUTHEASTERN CONFERENCE; and ATLANTIC COAST CONFERENCE,<br><br>Defendants. | CASE NO. 3:14-cv-02390<br><br>**DEFENDANT NATIONAL COLLEGIATE ATHLETIC ASSOCIATION'S OPPOSITION TO ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12**<br><br>**Complaint Filed: May 23, 2014** |
| SAMUEL MICHAEL KELLER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ELECTRONIC ARTS, INC.; NATIONAL COLLEGIATE ATHLETIC ASSOCIATION; COLLEGIATE LICENSING COMPANY,<br><br>Defendants. | CASE NO. 4:09-cv-1967-CW |

| | |
|---|---|
| SHAWNE ALSTON, on behalf of himself and all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION; PACIFIC 12 CONFERENCE; THE BIG TEN CONFERENCE, INC.; THE BIG TWELVE CONFERENCE, INC.; SOUTHEASTERN CONFERENCE; and ATLANTIC COAST CONFERENCE,<br><br>　　　　　　　　Defendants. | CASE NO. 4:14-cv-01011-CW |

The National Collegiate Athletic Association ("NCAA") opposes Plaintiff Nicholas Kindler's Administrative Motion to Consider Whether Cases Should be Related, for the reasons set forth, and incorporated by reference herein, in the NCAA's Response to Order of Referral to Consider Whether Cases Should Be Related.  (Case No. 4:09-cv-1967-CW, Dkt. 1011.)

DATED: June 2, 2014

　　　　　　　　　　　　　　　　SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

　　　　　　　　　　　By:　　　　/s/ Raoul D. Kennedy　　　　
　　　　　　　　　　　　　　　　Raoul D. Kennedy

　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　NATIONAL COLLEGIATE ATHLETIC ASSOCIATION

1

NCAA'S OPPOSITION TO ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed electronically on this 2nd day of June, 2014. All counsel of record who have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system. Any remaining counsel of record who did not consent to electronic service are being served with a copy of this document through U.S. mail.

>  /s/ Raoul D. Kennedy
>  Raoul D. Kennedy