| | |
|---|---|
| 1 | Glenn D. Pomerantz (SBN 112503) |
| | glenn.pomerantz@mto.com |
| 2 | Kelly M. Klaus (SBN 161091) |
| | kelly.klaus@mto.com |
| 3 | Rohit K. Singla (SBN 213057) |
| | rohit.singla@mto.com |
| 4 | Carolyn Hoecher Luedtke (SBN 207976) |
| | carolyn.luedtke@mto.com |
| 5 | MUNGER, TOLLES & OLSON LLP |
| | 560 Mission Street, Twenty-Seventh Floor |
| 6 | San Francisco, California 94105-2907 |
| | Telephone: (415) 512-4000 |
| 7 | Facsimile: (415) 512-4077 |
| 8 | Gregory L. Curtner (*pro hac vice*) |
| | gcurtner@schiffhardin.com |
| 9 | Robert J. Wierenga (SBN 183687) |
| 10 | rwierenga@schiffhardin.com |
| | Kimberly K. Kefalas (*pro hac vice*) |
| 11 | kkefalas@schiffhardin.com |
| | Suzanne L. Wahl (*pro hac vice*) |
| 12 | swahl@schiffhardin.com |
| | Jessica A. Sprovtsoff (*pro hac vice*) |
| 13 | jsprovtsoff@schiffhardin.com |
| 14 | SCHIFF HARDIN LLP. |
| | 350 S. Main St., Suite 210 |
| 15 | Ann Arbor, MI 48104 |
| | Telephone: (734) 222-1500 |
| 16 | Facsimile: (734) 222-1501 |
| 17 | |
| | Attorneys for Defendant |
| 18 | National Collegiate Athletic Association |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| SAMUEL MICHAEL KELLER, et al., on behalf of himself and all others similarly situated | Case No. 09-cv-1967-CW |
| | **STIPULATION AND NOTICE OF SETTLEMENT** |
| Plaintiffs, | |
| v | Date: |
| | Time: |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, COLLEGIATE LICENSING COMPANY, and ELECTRONIC ARTS INC. | Dept: Courtroom 2, 4th Floor |
| | Judge: Hon. Claudia Wilken |
| | Complaint filed: May 5, 2009 |
| Defendants. | |

Case No. 09-cv-1967-CW

Counsel for Plaintiffs Samuel Keller, Bryan Cummings, Lamarr Watkins, and Byron Bishop ("Plaintiffs") and Defendant National Collegiate Athletic Association ("NCAA") (collectively the "Settling Parties") hereby notify the Court that they have reached a settlement in principle of all putative class claims asserted by the Plaintiffs in this matter against the NCAA.

The Settling Parties are in the process of preparing the necessary settlement documents and intend to schedule settlement dates in accord with the prior settlement between the Antitrust Plaintiffs, Right of Publicity Plaintiffs, and Electronic Arts, Inc. filed for preliminary approval on May 30, 2014 (Dkt. 1108).

Respectfully submitted,

Dated: June 9, 2014            SCHIFF HARDIN LLP
                               MUNGER, TOLLES & OLSON LLP

                               By: /s/ Glenn D. Pomerantz
                                   Gregory L. Curtner
                                   Glenn D. Pomerantz

                               *Attorneys for Defendant*
                               *National Collegiate Athletic Association*


Dated: June 9, 2014            HAGENS BERMAN SOBOL
                               SHAPIRO LLP

                               By: /s/ Steve W. Berman
                                   Steve W. Berman
                                   Robert B. Carey

                               *Plaintiffs' Interim Lead Counsel for Right of Publicity Claims*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification to the e-mail addresses registered.

By: /s/ *Glenn D. Pomerantz*
Glenn D. Pomerantz

*Attorneys for Defendant NCAA*