IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAMUEL KELLER, et al.,

    Plaintiffs,

  v.

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION; ELECTRONIC ARTS INC.; and COLLEGIATE LICENSING CONMPANY,

    Defendants.

No. C 09-1967 CW

ORDER DENYING MOTION TO INTERVENE (Docket No. 1113)

On June 2, 2014, Christopher Donnelly and five other individuals, proceeding pro se, filed a motion to intervene in this action.

This motion is DENIED. The motion fails to provide any information about the individuals seeking to intervene or their specific reasons for seeking intervention. Moreover, the parties in this action have represented that they recently agreed to settle all of the remaining claims in this case. Accordingly, intervention is not justified.

IT IS SO ORDERED.

Dated: June 11, 2014

CLAUDIA WILKEN
United States District Judge