1

2

3

4

5         IN THE UNITED STATES DISTRICT COURT

6       FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8 SAMUEL KELLER, et al.,            No. C 09-1967 CW

9        Plaintiffs,         ORDER DIRECTING
PLAINTIFFS TO FILE

10      v.                  STATUS REPORT

11 NATIONAL COLLEGIATE ATHLETIC
ASSOCIATION; ELECTRONIC ARTS

12 INC.; and COLLEGIATE LICENSING
CONMPANY,

13        Defendants.

14 _____/

15     On June 9, 2014, Plaintiffs notified the Court that they had

16 reached a settlement in principle as to their claims against

17 Defendant National Collegiate Athletic Association (NCAA) in this

18 action.  They represented that they would move for preliminary

19 approval of the settlement and asked that the Court hear that

20 preliminary approval motion on the same schedule as their pending

21 motion for preliminary approval of their settlement with

22 Defendants Electronic Arts Inc. (EA) and Collegiate Licensing

23 Company (CLC).

24     Accordingly, Plaintiffs shall file their motion for

25 preliminary approval of their settlement with the NCAA as soon as

26 possible.  If they fail to file their motion by June 23, 2014,

27 then they shall submit a status report at 4:00 p.m. on that date

28 and every court day thereafter.  The motion will be heard, if

necessary, on July 3, 2014 along with Plaintiffs' pending motion for preliminary approval of their settlement with EA and CLC.

    IT IS SO ORDERED.


Dated: June 17, 2014                    _____
                                        CLAUDIA WILKEN
                                        United States District Judge

United States District Court
For the Northern District of California