IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAMUEL KELLER, et al.,

      Plaintiffs,

  v.

NATIONAL COLLEGIATE ATHLETIC
ASSOCIATION; ELECTRONIC ARTS
INC.; and COLLEGIATE LICENSING
CONMPANY,

      Defendants.

_____/

No. C 09-1967 CW

ORDER APPROVING
STIPULATION;
SETTING STATUS
CONFERENCE (Docket
No. 1144)

On July 1, 2014, the parties filed a stipulation to continue the preliminary approval hearing previously set for July 3, 2014 in order to revise their proposed class notice and claims documents.  This stipulation is APPROVED.  The parties shall submit their revised class notice and claims documents on or before July 15, 2014.  The preliminary approval hearing will be re-scheduled for July 24, 2014 at 2:00 p.m.

The Court will hold a telephonic status conference at 2:00 p.m. on July 3, 2014 to provide the parties with additional guidance in revising their proposed class notice and claims documents.  Representatives for the Keller Plaintiffs, O'Bannon Plaintiffs, Electronic Arts Inc., Collegiate Licensing Company, and the National Collegiate Athletic Association shall appear for the status conference via Court Call.

IT IS SO ORDERED.

Dated: 7/2/2014

CLAUDIA WILKEN
United States District Judge

United States District Court
For the Northern District of California