KEKER & VAN NEST LLP
ROBERT A. VAN NEST, #84065
rvannest@kvn.com
R. JAMES SLAUGHTER, #192813
rslaughter@kvn.com
ASIM M. BHANSALI, #194925
abhansali@kvn.com
R. ADAM LAURIDSEN, #243780
alauridsen@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415-391-5400
Facsimile:    415-397-7188

Attorneys for Defendant
ELECTRONIC ARTS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SAMUEL MICHAEL KELLER, on behalf of himself and all others similarly situated,,<br><br>Plaintiff,<br><br>v.<br><br>ELECTRONIC ARTS INC.; NATIONAL COLLEGIATE ATHLETICS ASSOCIATION; COLLEGIATE LICENSING COMPANY,<br><br>Defendants. | Case No. CV-09-1967-CW (NC)<br><br>**JOINT ADMINISTRATIVE MOTION FOR INDICATIVE RULING UNDER FEDERAL RULE OF CIVIL PROCEDURE 62.1 AND FEDERAL RULE OF APPELLATE PROCEDURE 12.1**<br><br>Judge:    Hon. Hon. Claudia Wilken<br><br>Date Filed: May 5, 2009 |

JOINT ADMINISTRATIVE MOTION FOR INDICATIVE RULING UNDER FEDERAL RULE OF CIVIL PROCEDURE 62.1 AND FEDERAL RULE OF APPELLATE PROCEDURE 12.1
Case No. CV-09-1967-CW (NC)

843292

1    In accordance with Local Rule 7-11, Federal Rule of Civil Procedure 62.1, and Federal
2 Rule of Appellate Procedure 12.1, Defendant Electronic Arts Inc. ("EA") and Right of Publicity
3 Plaintiffs respectfully request that the Court render an "indicative ruling" regarding the parties'
4 proposed settlement.  The purpose of this motion is to ensure that this Court has jurisdiction over
5 all of the claims that are subject of the parties' Settlement.

6    As the Court is aware, EA's appeal of the denial of its anti-SLAPP motion remains
7 pending.  Specifically, the Ninth Circuit stayed the issuance of the mandate pending EA's writ of
8 certiorari in the Supreme Court.  Following EA's filing of its petition for certiorari, the parties
9 reach a Settlement of all claims asserted against EA and CLC.  Right of Publicity Plaintiffs
10 moved for preliminary approval of the Settlement on May 30, 2014 (Dkt. No. 1108), which
11 motion is set to be heard July 24, 2014.  Plaintiffs' motion for preliminary approval explains why
12 the Settlement is fair, reasonable and adequate, and that notice of the proposed settlement should
13 be issued to the Settlement Class.

14    Federal Rule of Civil Procedure 62.1 and Federal Rule of Appellate Procedure 12.1
15 formalized a limited remand procedure that permits the district court to consider motions for
16 relief that would otherwise be barred pending an appeal.  In pertinent part, Federal Rule of Civil
17 Procedure 62.1 provides that "[i]f a timely motion is made for relief that the court lacks authority
18 to grant because of an appeal that has been docketed and is pending, the court may: … state
19 either that it would grant the motion if the court of appeals remands for that purpose or that the
20 motion raises a substantial issue."  The corresponding Federal Rule of Appellate Procedure 12.1
21 states that "[i]f the district court states that it would grant the motion or that the motion raises a
22 substantial issue, the court of appeals may remand for further proceedings but retains jurisdiction
23 unless it expressly dismisses the appeal."

24    Rule 62.1 and Rule 12.1 provide the appropriate vehicle for perfecting this Court's
25 jurisdiction and facilitating settlement approval proceedings.  Therefore, the parties request that
26 the Court enter the attached proposed order finding that either (1) that it would grant the motion
27 for preliminary approval, and upon Notice to the Settlement Class and an opportunity to be
28

JOINT ADMINISTRATIVE MOTION FOR INDICATIVE RULING UNDER FEDERAL RULE OF CIVIL
PROCEDURE 62.1 AND FEDERAL RULE OF APPELLATE PROCEDURE 12.1
Case No. CV-09-1967-CW (NC)

843292

heard, and upon a finding that the proposed Settlement is fair, reasonable and adequate, would grant final approval of the Settlement if the Court of Appeals remands for that purpose, or (2) that approval of the Settlement "raises a substantial issue."  The order will permit the U.S. Court of Appeals for the Ninth Circuit to issue a limited remand of the claims currently pending on appeal.

Right of Publicity Plaintiffs and EA have consulted with the other parties (NCAA and CLC) who do not oppose this motion.

Dated:  July 9, 2014                                    KEKER & VAN NEST LLP

                                                        */s/ R. James Slaughter*
                                                By:     ROBERT A. VAN NEST
                                                        R. JAMES SLAUGHTER
                                                        ASIM M. BHANSALI

                                                Attorneys for Defendant
                                                ELECTRONIC ARTS INC.

Dated:  July 9, 2014                                    HAGENS BERMAN SOBOL SHAPIRO LLP

                                                        */s/ Robert Carey*
                                                By:     ROBERT CAREY

                                                Attorneys for Plaintiff
                                                SAMUEL MICHAEL KELLER

JOINT ADMINISTRATIVE MOTION FOR INDICATIVE RULING UNDER FEDERAL RULE OF CIVIL PROCEDURE 62.1 AND FEDERAL RULE OF APPELLATE PROCEDURE 12.1
Case No. CV-09-1967-CW (NC)

843292