KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
R. JAMES SLAUGHTER - # 192813
rslaughter@kvn.com
ASIM M. BHANSALI - # 194925
abhansali@kvn.com
R. ADAM LAURIDSEN - # 243780
alauridsen@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant
ELECTRONIC ARTS INC.

UNITED STATES DISTRICT OF CALIFORNIA

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SAMUEL MICHAEL KELLER, on behalf of himself and all others similarly situated,,<br><br>Plaintiff,<br><br>v.<br><br>ELECTRONIC ARTS INC.; NATIONAL COLLEGIATE ATHLETICS ASSOCIATION; COLLEGIATE LICENSING COMPANY,<br><br>Defendants. | Case No. CV-09-1967-CW (NC)<br><br>**[PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE MOTION UNDER FEDERAL RULE OF CIVIL PROCEDURE 62.1 AND FEDERAL RULE OF APPELLATE PROCEDURE 12.1**<br><br>Judge:     Hon. Hon. Claudia Wilken<br><br>Date Filed: May 5, 2009 |

[PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE MOTION UNDER FEDERAL RULE OF CIVIL PROCEDURE 62.1 AND FEDERAL RULE OF APPELLATE PROCEDURE 12.1
Case No. CV-09-1967-CW (NC)

843319.01

1 THIS MATTER came before the Court on the Joint Administrative Motion for Indicative Ruling Under Federal Rule of Civil Procedure 62.1 and Federal Rule of Appellate Procedure 12.1 filed on July 9, 2014. The Court finds the Motion is well-taken and hereby GRANTS the MOTION.

IT IS ORDERED that the Court hereby indicates that if the claims at issue in EA's appeal are remanded to this Court by the U.S. Court of Appeals for the Ninth Circuit pursuant to Fed. R. App. 12.1 and Fed. R. Civ. P. 62.1, the Court either (1) would grant the motion for preliminary approval of the Settlement, and upon Notice to the Settlement Class and an opportunity to be heard, and upon a finding that the proposed Settlement is fair, reasonable and adequate, would grant final approval of the Settlement if the Court of Appeals remands for that purpose, or (2) that approval of the Settlement "raises a substantial issue" justifying limited remand to the district court.

IT IS SO ORDERED

Dated: _____   By: _____
THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE MOTION UNDER FEDERAL RULE OF CIVIL PROCEDURE 62.1 AND FEDERAL RULE OF APPELLATE PROCEDURE 12.1
Case No. CV-09-1967-CW (NC)

843319.01