FILED

UNITED STATES COURT OF APPEALS

JUL 24 2014

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: NCAA STUDENT-ATHLETE NAME & LIKENESS LICENSING LITIGIATION, | No. 10-15387 |
| | D.C. No. 4:09-cv-01967-CW Northern District of California, Oakland |
| SAMUEL MICHAEL KELLER; et al., | |
| Plaintiffs - Appellees, | ORDER |
| v. | |
| ELECTRONIC ARTS INC., | |
| Defendant - Appellant, | |
| And | |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION and COLLEGIATE LICENSING COMPANY, | |
| Defendants. | |

Before: THOMAS and BYBEE, Circuit Judges, and QUIST, Senior District Judge.[*]

The joint motion for limited remand, filed on July 16, 2014, is GRANTED.

Fed. R. App. P. 12.1(b). This case is hereby remanded to the district court for the

---

[*] The Honorable Gordon J. Quist, Senior District Judge for the U.S. District Court for the Western District of Michigan, sitting by designation.

limited purpose of deciding the parties' motion for preliminary approval of the

Settlement Agreement and any other motions related to the Settlement Agreement

and, if the district court grants final approval of the Settlement Agreement, entering

final judgment and any related orders. Fed. R. Civ. P. 62.1(c). The parties shall

promptly notify this court when the district court decides the motion for

preliminary approval of the Settlement Agreement. Fed. R. App. P. 12.1(b).