UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL MICHAEL KELLER,<br><br>        Plaintiff,<br><br>   v.<br><br>ELECTRONIC ARTS INC., et al.,<br><br>        Defendants.<br>_____/ | NO. C 09-01967 CW<br><br>**MINUTE ORDER**<br>Date: July 24, 2014<br><br>Time: 35 Minutes |
| EDWARD C. O'BANNON, JR.,<br><br>        Plaintiff,<br><br>   v.<br><br>NATIONAL COLLEGIATE ATHLETIC<br>ASSOCIATION, et al.,<br><br>        Defendants.<br>_____/ | NO. C 09-03329 CW |

**The Honorable Claudia Wilken, Presiding**
**Clerk: Nikki D. Riley    Court Reporter: Raynee Mercado**

**Attorney Appearances via CourtCall:**
Leonard Arargon; Steve Berman; Swathi Bojedla; Celeste Boyd; Peter Boyle; Greg Curtner; Michael Lehmann; Keith McKenna; Arthur Owens; R. James Slaughter; Allan Steyer; Renae Steiner

**Motions:**

| | | |
|---|---|---|
| Plaintiff (09-1967) | Motion for Preliminary Approval of Class Action Settlement | Under Submission |
| Plaintiff (09-3329) | Motion for Preliminary Approval of Class Action Settlement | Under Submission |

Notes:   The Court verbally recites its proposal to rectify the notice dispute.  Motions are argued and submitted by the parties, and taken under submission by the Court.  The Court indicates that it is inclined to preliminarily approve the motions for preliminary approval of class action settlement.  A final proposed order preliminarily approving the motions for preliminary approval of class action settlement shall be efiled

on the docket and emailed to the proposed order box once approved as to form by opposing counsel.  Written order to follow.

Copies to:  Chambers