# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

*Scott S. Harris*
Clerk of the Court
(202) 479-3011

September 30, 2014

Mr. Paul M. Smith
Jenner & Block LLP
1099 New York Avenue, N.W., Suite 900
Washington, DC 20001

Mr. Robert B. Carey
Hagens Berman Sobol Shapiro LLP
11 West Jefferson Street, Suite 1000
Phoenix, AZ 85003

Re: Electronic Arts Inc.
v. Samuel Michael Keller, et al.
No. 13-377

Dear Counsel:

Attached are certified copies of the stipulation to dismiss the petition for writ of certiorari, filed on September 30, 2014, and the order of dismissal pursuant to Rule 46.1 of the Rules of this Court.

Sincerely,

SCOTT S. HARRIS, Clerk

By *Elizabeth Brown*

Elizabeth Brown
Assistant Clerk

Enc.
cc: Clerk, USCA for the Ninth Circuit
(Your docket No. 10-15387)

# Supreme Court of the United States

No. 13-377

**ELECTRONIC ARTS INC.,**

Petitioner

v.

**SAMUEL MICHAEL KELLER, ET AL.**

(30 Sept. 14). The foregoing stipulation to dismiss the petition for writ of certiorari having been received by the Office of the Clerk, and no fees due the Clerk, the petition for writ of certiorari is now hereby dismissed pursuant to Rule 46.1 of the Rules of this Court.

(Seal)

SCOTT S. HARRIS
Clerk of the Supreme Court
   of the United States
By:
Danny Bickell
Deputy Clerk



No. 13-377

IN THE

*Supreme Court of the United States*

RECEIVED
SEP 3 0 2014
OFFICE OF THE CLERK
SUPREME COURT, U.S.

ELECTRONIC ARTS INC.,
PETITIONER,

v.

SAMUEL MICHAEL KELLER, ET AL.,
RESPONDENTS.

**AGREEMENT TO DISMISS CASE**

Pursuant to Rule 46, all parties hereby consent to the dismissal of this case. The parties agree that each party will bear any costs incurred in this case.

September 25, 2014

Respectfully Submitted,

Paul M. Smith
JENNER & BLOCK LLP
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001
psmith@jenner.com

*Counsel for Petitioner*

Robert B. Carey
HAGENS BERMAN SOBOL SHAPIRO LLP
11 West Jefferson Street, Suite 1000
Phoenix, AZ 85003
rob@hbsslaw.com

*Counsel for Respondents*

A true Copy SCOTT S. HARRIS
Test
Clerk of the Supreme Court of the United States
By: Danny Bickell