**LUM, DRASCO & POSITAN LLC**
**103 Eisenhower Parkway**
**Roseland, NJ 07068-1049**
**(973) 403-9000**
**(973) 403-9021 (FAX)**

**The McKenna Law Firm, LLC**
**96 Park Street**
**Montclair, New Jersey 07042-2929**

Right of Publicity Plaintiffs Co-Class Counsel (EA Settlement Only)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

EDWARD C. O'BANNON, JR., on behalf of himself and all others similarly situated,

Plaintiffs,

v.

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION (NCAA); ELECTRONIC ARTS, INC.; and COLLEGIATE LICENSING COMPANY,

Defendants

SAMUEL MICHAEL KELLER, on behalf of himself and all others similarly situated,

Plaintiffs,

v.

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION (NCAA); ELECTRONIC ARTS, INC.; and COLLEGIATE LICENSING COMPANY,

Defendants

Case No. 09-cv-1967 CW

**PLAINTIFFS' PETITION FOR COUNSEL FEES AND COSTS**

Judge: The Honorable Claudia Wilken
Courtroom: 2, 4th Floor
Fairness Hearing: July 16, 2015 at 2 p.m

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN: NOTICE IS HEREBY GIVEN** that on July 16, 2015 at 2:00 pm or as soon thereafter as the matter may be heard by the Honorable Claudia Wilken, Plaintiffs seek an order granting the fee petition of Co-Class Counsel The McKenna Law Firm LLC and Lum, Drasco & Positan LLC and approving their reasonable attorneys' fees, costs, and expenses under 15 *U.S.C.* § 26, *Fed. R. Civ. P.* 54(d), and *Local Civil Rules* 54-1 and 54-5. Plaintiffs respectfully submit declarations of Dennis J. Drasco, Esq. and Keith McKenna, Esq. in support of this Petition for Fees and Costs. Awarding reasonable attorneys' fees and costs is required by statute and rule as well as the settlement with Defendant Electronic Arts, Inc., for which preliminary approval was granted on September 3, 2014 (Dkt 1177). Co-Class Counsel, The McKenna Law Firm LLC and Lum, Drasco & Positan LLC seek counsel of fees: $883,177.00 (McKenna: $645,052.50; and Lum: $238,124.50), and expenses of $13,741.77 (McKenna: $6,434.64; and Lum: $7,307.13). These amounts are amply supported by Co-Class Counsel's detailed time and accounting records as set forth in the accompanying declarations and exhibits. The nature of the work completed is also set forth and described in the attached declarations and exhibits.

Respectfully submitted,

Robert E. Schaberg
Shartsis Friese LLP
One Maritime Plaza, 18th Floor
San Francisco, CA 94111
415-421-6500
Fax: 415-421-2922
Email: rschaberg@sflaw.com

*/s/ Arthur M. Owens*

Dennis J. Drasco
Arthur M. Owens
aowens@lumlaw.com
Lum Drasco & Positan LLC
103 Eisenhower Parkway
Roseland, NJ 07068
973-403-9000
Fax: 973-403-9021
Email: Aowens@lumlaw.com
Ddrasco@lumlaw.com
*PRO HAC VICE*

Keith McKenna
The McKenna Law Firm LLC
96 Park Street
Montclair, NJ 07042
973-509-0050
Fax: 973-403-9021
Email: Keith.mckenna@mcklaw.net
*PRO HAC VICE*

**CERTIFICATE OF SERVICE**

I, Arthur M. Owens, declare that I am over the age of eighteen (18) and not a party to the entitled action. I am a partner in the law firm of Lum, Drasco & Positan LLC, and my office is located at 103 Eisenhower Parkway Roseland, NJ.

On April 13, 2015, I caused below motion to be filed the with the Clerk of Court using the Official Court Electronic Document Filing System, which served copies on all interested parties registered for electronic filing.

**PLAINTIFFS' PETITION FOR COUNSEL FEES AND COSTS AND SUPPORTING DECLARATIONS**

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Arthur M. Owens*
Arthur M. Owens