1

2

3

4

5

6

7

8

9    UNITED STATES DISTRICT COURT

10    NORTHERN DISTRICT OF CALIFORNIA

11    OAKLAND DIVISION

| | |
|---|---|
| SAMUEL MICHAEL KELLER, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>      v.<br><br>ELECTRONIC ARTS, INC.; NATIONAL COLLEGIATE ATHLETICS ASSOCIATION; COLLEGIATE LICENSING COMPANY,<br><br>    Defendants. | No. CV-09-01967-CW<br><br>**[PROPOSED] ORDER GRANTING RIGHT OF PUBLICITY PLAINTIFFS' MOTION FOR ATTORNEYS' FEES,  EXPENSES, AND INCENTIVE AWARDS (EA SETTLEMENT)**<br><br>The Honorable Claudia Wilken |

Rights of Publicity Plaintiffs, having filed a Motion for Attorneys' Fees, Expenses, and Incentive Awards, and good cause appearing therefore,

IT IS HEREBY ORDERED that Right of Publicity Plaintiffs' Motion is GRANTED as follows:

- Counsel for ROP Plaintiffs are awarded $8,580,000 in attorneys' fees and $224,434.20 in expenses;

- An incentive award of $15,000 will be awarded to Samuel Keller;

- An incentive award of $5,000 will be awarded to Shawne Alston; and

1        • Incentive awards of $2,500 will be awarded each to Bryan Cummings, LaMarr
2           Watkins, and Bryon Bishop.

5        IT IS SO ORDERED.

7    Dated: _____        _____
8                                                 HON. CLAUDIA WILKEN
                                                  UNITED STATES DISTRICT COURT JUDGE