1  SCHIFF HARDIN LLP
   Gregory L. Curtner (*Pro Hac Vice*)
2  Robert J. Wierenga (SBN 183687)
   Kimberly K. Kefalas (*Pro Hac Vice*)
3  350 South Main St., Suite 210
   Ann Arbor, MI 48104
4  Telephone: (734) 222-1500
   Facsimile: (734) 222-1501
5  gcurtnery@schiffhardin.com
   rwierenga@schiffhardin.com
6  kkefalas@schiffhardin.com
   *Attorneys for Defendant National Collegiate*
7  *Athletic Association*

8  KEKER & VAN NEST LLP
   Robert A. Van Nest
9  R. James Slaughter
   633 Battery Street
10 San Francisco, CA 94111
   Tel: (415) 391-5400
11 Fax: (415) 397-7188
   rslaughter@kvn.com
12 *Attorneys for Defendant Electronic Arts Inc.*

13 [Additional Counsel Listed on Signature Page]

HAGENS BERMAN SOBOL SHAPIRO LLP
Robert B. Carey (*Pro Hac Vice*)
Leonard W. Aragon (*Pro Hac Vice*)
11 West Jefferson, Suite 1000
Phoenix, Arizona 85003
Telephone: (602) 840-5900
Facsimile: (602) 840-3012
rob@hbsslaw.com
leonard@hbsslaw.com

HAUSFELD LLP
Michael P. Lehmann (SBN 77152)
Arthur N. Bailey, Jr. (SBN 248460)
44 Montgomery St., 34th Floor
San Francisco, CA 94104 Telephone: (415) 633-1908 Facsimile: (415) 358-4980
Email: mlehmann@hausfeldllp.com
abailey@hausfeldllp.com

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| SAMUEL MICHAEL KELLER, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br>ELECTRONIC ARTS, INC.; NATIONAL COLLEGIATE ATHLETICS ASSOCIATION; COLLEGIATE LICENSING COMPANY,<br><br>Defendants. | Case No. 4:09-cv-1967 CW<br><br>**JOINT COVER FILING OF PROPOSED FINAL APPROVAL ORDERS**<br><br>Judge: Hon. Claudia Wilken<br>Courtroom: 2, 4th Floor<br>Complaint Filed: May 5, 2009 |
| EDWARD O'BANNON, et al.,<br><br>Plaintiffs,<br>v.<br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION; COLLEGIATE LICENSING COMPANY; and ELECTRONIC ARTS INC.,<br><br>Defendants. | Case No. 09-cv-3329 CW |

This filing is submitted jointly by the Right of Publicity Plaintiffs ("ROP Plaintiffs"),[1] Antitrust Plaintiffs,[2] Ryan Hart, Electronic Arts Inc. ("EA"), and the National Collegiate Athletic Association ("NCAA") (collectively, "the Parties"), pursuant to the Court's request. At the July 16, 2015 Fairness Hearing held in this matter, the Court requested that the Parties submit revised proposed final approval orders, and that Class Counsel submit a document clarifying the procedure for resolving any disputes brought by claimants in the Settlements. The Parties submit as Exhibits to this Joint Filing the following documents:

1. Exhibit 1 – [Proposed] Order Granting Final Approval of Class Action Settlement and Final Judgment [EA Settlement].

2. Exhibit 2 – [Proposed] Final Judgment and Order of Dismissal with Prejudice [NCAA Settlement].

3. Exhibit 3 – Joint Filing of Proposed Claim Dispute Resolution Procedure.

The Parties also note for the Court that because the Effective Date of each Settlement is triggered by the date of the entry of this Court's final approval orders, both orders must be entered on the same day in order to avoid conflicts and inconsistencies between the jointly administered Settlements.

Dated: August 10, 2015                    HAGENS BERMAN SOBOL Shapiro LLP

By /s/ Robert B. Carey
Robert B. Carey (Pro Hac Vice)
Leonard W. Aragon (Pro Hac Vice)
11 West Jefferson Street, Suite 1000
Phoenix, Arizona 85003
Tel: (602) 840-5900
Fax: (602) 840-3012
rob@hbsslaw.com
leonard@hbsslaw.com

---

[1] The ROP Plaintiffs are: Samuel Michael Keller, Bryan Cummings, LaMarr Watkins, Bryon Bishop, Shawne Alston, and Ryan Hart.

[2] The Antitrust Plaintiffs are: Edward C. O'Bannon Jr., Oscar Robertson, William Russell, Harry Flournoy, Alex Gilbert, Sam Jacobson, Thad Jaracz, David Lattin, Patrick Maynor, Tyrone Prothro, Damien Rhodes, Eric Riley, Bob Tallent, Danny Wimprine, Ray Ellis, Tate George, Jake Fischer, Jake Smith, Darius Robinson, Moses Alipate and Chase Garnham.

Steve Berman (Pro Hac Vice)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Tel:  (206) 623-7292
Fax:  (206) 623-0594
steve@hbsslaw.com

Stuart M. Paynter (SBN 226147)
Celeste H.G. Boyd (*Pro Hac Vice*)
THE PAYNTER LAW FIRM PLLC
1200 G Street N.W., Suite 800
Washington, DC 20005
Tel: (202) 626-4486
Fax:  (866) 734-0622
stuart@smplegal.com
cboyd@smplegal.com

*Attorneys for* Keller *Named Plaintiffs*

Dated:  August 10, 2015         SCHIFF HARDIN LLP

By   /s/ Gregory L. Curtner
Gregory L. Curtner (*Pro Hac Vice*)
350 Main Street, Suite 210
Ann Arbor, Michigan 48104
Tel:  (734) 222-1500
Fax:  (734) 222-1501
gcurtner@schiffhardin.com

Glenn D. Pomerantz (112503)
MUNGER, TOLLES, & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105
Tel:  (415) 512-4000
Fax:  (415) 512-4077
glenn.pomerantz@mto.com

*Attorneys for Defendant National Collegiate Athletic Association*

Dated:  August 10, 2015         HAUSFELD LLP

/s/ Michael P. Lehmann
Michael P. Lehmann (SBN 77152)
44 Montgomery Street, 34th Floor
San Francisco, CA 94104
Tel:  (415) 633-1908
Fax:  (415) 358-4980
mlehmann@hausfeldllp.com

Michael D. Hausfeld (*pro hac vice*)
HAUSFELD LLP
1700 K Street, NW, Suite 650

2

| | |
|---|---|
| 1 | Washington, DC 20006 |
| | Tel:  (202) 540-7200 |
| 2 | Fax:  (202) 540-7201 |
| | mhausfeld@hausfeldllp.com |
| 3 | *Attorneys for Antitrust Plaintiffs* |

KEKER & VAN NEST LLP

/s/ R. James Slaughter
Robert A. Van Nest
R. James Slaughter
633 Battery Street
San Francisco, CA 94111
Tel:  (415) 391-5400
Fax: (415) 397-7188
rslaughter@kvn.com

*Attorneys for Defendant Electronic Arts Inc.*

Dated:  August 10, 2015

THE MCKENNA LAW FIRM, LLC

/s/ Keith McKenna
Keith McKenna
96 Park Street
Montclair, New Jersey 07042
Tel:  (973) 509-0050
Fax:  (973) 509-3580
keith.mckenna@mcklaw.net

Dennis J. Drasco, Esq.
Arthur M. Owens, Esq.
LUM, DRASCO & POSITAN LLC
103 Eisenhower Pkway
Roseland, New Jersey 07068
Tel:  (973) 403-9000
Fax:  (973) 403-9021
ddrasco@lumlaw.com
aowens@lumlaw.com

*Attorneys for Plaintiff Hart*