IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL KELLER, et al., | No. C 09-1967 CW |
| Plaintiffs, | |
| v. | |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION; ELECTRONIC ARTS INC.; and COLLEGIATE LICENSING COMPANY, | |
| Defendants. | |
| EDWARD O'BANNON, et al. | No. C 09-3329 CW |
| Plaintiffs, | ORDER REGARDING MOTIONS FOR ATTORNEYS' FEES |
| v. | |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION; ELECTRONIC ARTS INC.; and COLLEGIATE LICENSING COMPANY, | |
| Defendants. | |

On November 3, 2015, this Court entered an order directing current and former counsel in Hart v. Electronic Arts, D.N.J. Case No. 09-5990, to file further declarations in support of their motions for attorneys' fees. In his response, Timothy McIlwain, former counsel for Hart, states that he was unable to file a declaration from Eugene Egdorff to support the fees claimed on behalf of attorneys from the Lanier Law Firm for two reasons. First, Mr. Egdorff is in trial. Second, the Lanier Law Firm has retained counsel to advise it with respect to a claim it has against Mr. McIlwain and has not had a chance to counsult with

that counsel.  Mr. McIlwain requested "a reasonable amount of time" for Mr. Egdorff to be permitted to submit a declaration or to advise the Court that he would not do so.  Within one week of the date of this order, Mr. McIlwain shall file Mr. Egdorff's declaration.  If he fails to do so, the Court will decide the motions for attorneys' fees based on the information it currently has.  Mr. McIlwain is directed to provide Mr. Egdorff with a copy of this order and the Court's November 3, 2015 order.

IT IS SO ORDERED.

Dated: November 16, 2015

CLAUDIA WILKEN
United States District Judge

2