IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL KELLER, et al., | No. C 09-1967 CW |
| Plaintiffs, | |
| v. | |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION; ELECTRONIC ARTS INC.; and COLLEGIATE LICENSING COMPANY, | |
| Defendants. | |
| EDWARD O'BANNON, et al. | No. C 09-3329 CW |
| Plaintiffs, | ORDER GRANTING JOINT MOTION FOR CLARIFICATION OF COURT'S ORDER FOR ATTORNEYS' FEES |
| v. | |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION; ELECTRONIC ARTS INC.; and COLLEGIATE LICENSING COMPANY, | (Docket No. 457) |
| Defendants. | |

Class Counsel have filed a joint motion for clarification of the Court's order for attorneys' fees filed December 10, 2015. Due to a clerical error, the Court filed a version of the order with certain incorrect dollar amounts. Accordingly, Class Counsel's joint motion for clarification is GRANTED. Docket No. 457. A corrected version of the order for attorneys' fees, superseding the order filed at Docket Number 456, will be filed.

IT IS SO ORDERED.

Dated: December 15, 2015



CLAUDIA WILKEN
United States District Judge