UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL MICHAEL KELLER, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ELECTRONIC ARTS INC., et al.,<br><br>　　　　Defendants. | Case No. 09-cv-01967 CW   (NC)<br><br>　　　09-cv-3329 CW   (NC)<br><br>**ORDER SETTING TELEPHONIC HEARING RE: SETTLEMENT CLAIM FORMS** |
| EDWARD O'BANNON, et al.<br><br>　　　　Plaintiffs,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION; ELECTRONIC ARTS INC., and COLLEGIATE LICENSING COMPANY,<br><br>　　　　Defendants. | |

　　　The Court has received ten "Claim Appeal Form" statements from players disputing their Season Roster Appearance points for avatar players corresponding to them in the EA Videogame (wearing the same jersey number, on the same team, in the same year). Counsel are ordered to attend a telephonic hearing on March 16, 2016, at 2:00 p.m. to discuss with the Court the procedural mechanisms for resolution of the claim forms. Appropriate counsel must contact deputy Lili Harrell at 408 535 5343 to provide contact information.

Case No. 09-cv-01967 CW (NC)

**IT IS SO ORDERED.**

Dated:  February 29, 2016                              _____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 09-cv-01967 CW                    2