UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SAMUEL MICHAEL KELLER, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ELECTRONIC ARTS, INC.; NATIONAL COLLEGIATE ATHLETICS ASSOCIATION; COLLEGIATE LICENSING COMPANY,<br><br>Defendants. | Case No. 4:09-cv-1967 CW<br><br>**ORDER RESOLVING CLAIM APPEALS**<br><br>Judge: Hon. Nathanael Cousins<br>Courtroom: 7, 4th Floor<br>Complaint Filed: May 5, 2009 |
| EDWARD O'BANNON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION; COLLEGIATE LICENSING COMPANY; and ELECTRONIC ARTS INC.,<br><br>Defendants. | Case No. 09-cv-3329 CW |

This matter comes before the Court as a result of the dispute resolution process outlined in the class action settlements resolving the above-captioned lawsuits. *See* Dkt. 1293; Dkt. 1158-1 ("EA Settlement"); Dkt. 1158-2 ("NCAA Settlement") ¶ 62 (together "Settlements"). Having reviewed the claim appeals and objections filed with this Court by the Claimants listed below, along with Class Counsel's Report and Recommendations Regarding the Resolution of Claim Appeals, filed March 22, 2016, IT IS HEREBY ORDERED that:

1. Mr. Jarvis Acker's claim appeal is dismissed, and he will maintain the 27.4 total points awarded to him under the Settlements.
2. Mr. Fred Gulley's claim appeal is dismissed, and he will maintain the 39.6 total points awarded to him under the Settlements.
3. Mr. Patrick Honeycutt's claim appeal is dismissed, and he will maintain the 29.4 total points awarded to him under the Settlements.
4. Mr. William Ritter's claim appeal is dismissed, and he will maintain the 26.4 total points awarded to him under the Settlements.
5. Mr. David Bancroft's claim appeal is timely, and his point allocation will be increased to 3.6 total points.
6. Mr. Jarren Brown's claim appeal is timely, and his point allocation will be increased to 53.8 total points.
7. Mr. Zachary D'Orazio's claim appeal is timely, and his point allocation will be increased to 52.8 total points.
8. Mr. Cilk McSweeney's claim appeal is timely, and his point allocation will be increased to 16.8 total points.
9. Mr. Bryn Renner's claim appeal is timely, and his point allocation will be increased to 53.8 total points.
10. Mr. Art Norman's claim appeal is dismissed as untimely, and he will maintain the 41.6 total points awarded to him under the Settlements.

11. Mr. Luke Sanders's claim appeal is rejected because he did not file a Claim Objection with the Claim Administrator, and he will maintain the 3 total points awarded to him under the Settlements.

12. Mr. Craig Steltz's claim appeal is rejected because he did not file a Claim Objection with the Claim Administrator, and he will maintain the 2 total points awarded to him under the Settlements.

13. The Claim Administrator is ordered to make any changes necessary to ensure the implementation of the point allocations ordered above.

IT IS SO ORDERED.

DATED: March 23, 2016

_____
HONORABLE NATHANAEL COUSINS
UNITED STATES MAGISTRATE JUDGE