UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL MICHAEL KELLER, et al., <br>     Plaintiffs, <br>   v. <br> ELECTRONIC ARTS INC., et al., <br>     Defendants. | Case No. 09-cv-01967 CW   (NC) <br>           09-cv-3329 CW   (NC) <br><br> **ORDER DISMISSING APPEAL CLAIM AS UNTIMELY** |
| EDWARD O'BANNON, et al. <br>     Plaintiffs, <br> v. <br> NATIONAL COLLEGIATE ATHLETIC ASSOCIATION; ELECTRONIC ARTS INC., and COLLEGIATE LICENSING COMPANY, <br>     Defendants. | |

Kevin B. Cronin, a class member in this case, appeals the Administrator's initial determination of his point allotment of 6.6 EA Settlement Points and 6.6 NCAA Settlement Points.  Cronin claims that he is entitled to 19.8 EA Settlement Points and 19.8 NCAA Settlement points.  He asserts that the Administrator failed to send him the required First Letter or otherwise notify him of the process of his claim and failed to issue the required Objection Response Letter following his objection to his initial score calculation.

However, Cronin did not file a timely objection to his point assignment.  In his appeal to the Court, Cronin states that the first time he objected to his point assignment

Case No. 09-cv-01967 CW   (NC)

1  was February 16, 2016, six weeks after the deadline for objecting had passed.

2  Although Cronin asserts that his objection was timely because he first saw his point
3  assignment on February 16, 2016, the dispute process approved by the Court did not
4  provide for a 30-day objection period from the date of the receipt of a First Letter to
5  Claimant (or the date of the receipt of the point assignment). Instead, it provided that in
6  order to object to his point assignment, "[a] claimant . . . must submit a written objection
7  . . . postmarked within 30 days of [the] date on the First Letter to Claimant." Dkt. 1241-3
8  at ¶ 3. This is consistent with the language of the Settlement Agreements, which provide
9  that objections must be submitted "within thirty (30) days of the date of the Notice and
10 Claims Administrator's letter." Dkt. 1158-2 at ¶ 62(g); Dkt. 1158-1 at ¶ 76(g).

11 Because Cronin did not file any Claim Objection before the December 30, 2015
12 deadline, he cannot submit an appeal to the Court. The Court dismisses his Objection
13 Appeal and his point allocation will remain the same, at 6.6 points per settlement, for a
14 total recovery of $890.88. A check in that amount was mailed to him on April 6, 2016.

16 **IT IS SO ORDERED.**

18 Dated: April 19, 2016                     _____
                                              NATHANAEL M. COUSINS
19                                            United States Magistrate Judge

Case No. 09-cv-01967 CW   (NC)          2